IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| J.A., *et al.*, <br><br> Plaintiffs, <br><br> v. <br><br> DISTRICT OF COLUMBIA, *et al.*, <br><br> Defendants. | C.A. No. 08-CV-0580 (RJL) |

**PLAINTIFFS' OPPOSITION TO DEFENDANTS' MOTION FOR
PARTIAL DISMISSAL OF PLAINTIFFS' COMPLAINT**

Defendants have filed a partial motion to dismiss requesting dismissal of all claims filed under Civil Rights Act, 42 U.S.C. § 1983, as well as all claims against Mayor Adrian Fenty. Plaintiffs do not object to the dismissal of claims brought under 42 U.S.C. § 1983, but note that all claims brought against defendants can proceed under the Individuals with Disabilities Education Improvement Act ("IDEA"), 20 U.S.C. §§ 1400-1487, as set forth in plaintiffs' complaint. However, for the reasons set forth below, plaintiffs oppose dismissing the claims against Mayor Adrian Fenty.

Pursuant to the Public Education Reform Amendment Act of 2007, DC Code § 38-172, Public Law 110–33, "The Mayor shall govern the public schools in the District of Columbia. The Mayor shall have authority over all curricula, operations, functions, budget, personnel, labor negotiations and collective bargaining agreements, facilities, and other education-related matters . . . ." Accordingly, since June 12, 2007, Mayor Fenty has authority over the DC public School system, including compliance with all District and federal laws as to students with educational disabilities. The Mayor is therefore responsible for ensuring that those students with disabilities receive a free appropriate public education and due process of law. He is sued in his

official capacity.

WHEREFORE, plaintiffs do not object to the dismissal of claims pursuant to 42 U.S.C. § 1983, however, we respectfully request that this Court proceed with all claims against Mayor Adrian Fenty as set forth in our complaint.

Respectfully submitted,

/s/
Michael J. Eig        #912733
Matthew B. Bogin      #911552
Paula A. Rosenstock   #494580
Patricia F. Cyr       #490755

MICHAEL J. EIG AND
ASSOCIATES, P.C.
5454 Wisconsin Avenue, Suite 760
Chevy Chase, Maryland 20815
(301) 657-1740

Counsel for Plaintiffs

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| N.A., *et al.*,<br><br>    Plaintiffs,<br><br>v.<br><br>DISTRICT OF COLUMBIA, *et al.*,<br><br>    Defendants. | C.A. No. 08-CV-0580 (RJL) |

**ORDER**

Upon consideration of defendants' motion for partial dismissal of plaintiffs' complaint and plaintiffs' opposition to defendants' motion for partial dismissal of plaintiffs' complaint, it is by the Court, this ____ day of _____, 2008, hereby

ORDERED, that defendants' motion for partial dismiss is denied in part and granted in part; and it is

FURTHER ORDERED, that defendants' motion for partial dismissal is granted as to all claims filed under 42 U.S.C. § 1983 without prejudice; and it is

FURTHER ORDERED, that defendants' motion for partial dismissal is denied as to all claims against Mayor Adrian Fenty.

                                                                                                                  _____
                                                                                                                  Richard J. Leon, United States District Judge