UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| CARL ANDERSEN AND ALYSON STEELE, parents and next friends of J.A., a minor,<br><br>Plaintiffs,<br><br>v.<br><br>DISTRICT OF COLUMBIA, *et al.*,<br><br>Defendants. | )<br>)<br>)<br>)<br>)<br>)<br>) Civil Action No. 08-0580 (RJL)<br>)<br>)<br>)<br>)<br>)<br>) |

The Clerk of the Court will please enter the appearance of Assistant Attorney General Juliane T. DeMarco on behalf of the Defendant District of Columbia in the above-captioned case.

Respectfully submitted,

PETER J. NICKLES
Interim Attorney General for the District of Columbia

GEORGE C. VALENTINE
Deputy Attorney General, Civil Litigation Division

**/s/ Edward P. Taptich**
EDWARD P. TAPTICH
Chief, Equity Section 2
Bar Number 012914

**/s/ Juliane T. DeMarco**
Juliane T. DeMarco
Assistant Attorney General
Bar Number 490872
441 Fourth Street, N.W., Sixth Floor
Washington, D.C. 20001
(202) 724-6614
(202) 741-0575 (fax)

May 22, 2008       E-mail: Juliane.DeMarco@dc.gov