**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA**

| | |
|---|---|
| J.A., *et al.*, | |
| Plaintiffs, | |
| v. | C.A. No. 08-CV-0580 (RJL) |
| DISTRICT OF COLUMBIA, *et al.*, | |
| Defendants. | |

**JOINT MEET AND CONFER STATEMENT**

Pursuant to Rule 16.3 of the Local Rules of the United States District Court for the District of Columbia, the parties, by their respective counsel, hereby submit this Meet and Confer Statement to the Court.  This report sets out the agreements reached by the parties in their telephone conferences, as follows:

(1)      It is possible that the case can be disposed of by dispositive motion.

(2)      The parties do not anticipate that they will join any additional parties or amend their pleadings.

(3)      At this point, the parties do not consent to the case being assigned to a magistrate judge for any purpose.

(4)      The parties are open to settlement discussions, but have not reached a resolution at this time.

(5)      At this time, the parties do not believe that this case would benefit from the Court's alternative dispute resolution ("ADR") procedure, or some other form of alternative dispute resolution, and that no related steps need occur to facilitate ADR.  Counsel have

discussed ADR and their response to this provision with their clients, and in assessing this

decision, have considered subsections (i) - (v).

(6)    The parties propose the following briefing schedule:

| | |
|---|---|
| July 7, 2008 | Deadline for Defendants to file Administrative Record |
| July 21, 2008 | Deadline for Plaintiffs' Motion for Summary Judgment |
| August 18, 2008 | Deadline for Defendants' Cross-Motion for Summary Judgment/Opposition to Plaintiffs' Motion for Summary Judgment |
| September 1, 2008 | Deadline for Plaintiffs' Opposition to Defendants' Motion for Summary Judgment/Reply to Opposition to Motion for Summary Judgment |
| September 15, 2008 | Deadline for Defendants' Reply to Opposition to Motion for Summary Judgment. |

(7)    The parties stipulate to dispense with the initial disclosures required by Fed.

R.Civ.P. 26(a)(1).

(8)    The parties do not believe that discovery is necessary at this time.  However,

because it is possible that the case may be disposed on the administrative record (once the parties

have had the opportunity to review it), the parties cannot determine the extent of discovery, if

any.  Should the case not be disposed of by order on motion, a status conference to consider,

among other things, the need for discovery, shall take place within 60 days of the decision on

dispositive motions.

(9)    The parties do not believe that experts are necessary at this time.

(10)    This is not a class action.

(11)    The trial and/or discovery should not be bifurcated or managed in phases.

(12)    In the event that the case is not disposed on dispositive motions, then a status conference should take place within 60 days.

Pursuant to this Court's April 22, 2008 Order, the parties have also agreed upon the following:

### Statement of the Case

This is an action for reimbursement for the costs incurred by plaintiffs, Carl Anderson and Alyson Steele, in educating their son, J.A. in a non-public school.  Plaintiffs allege that the District of Columbia Public Schools ("DCPS") failed to provide J.A. with a free appropriate education ("FAPE") as required under the Individuals with Disabilities Education Improvement Act ("IDEA") 20 U.S.C. §§ 1400 *et seq*., and that a Hearing Officer's determination dated January 3, 2008 concluding the contrary should be reversed.  In addition, plaintiffs allege that the Hearing Officer failed to provide a complete and adequate written decision, as required by the IDEA.  The defendants believe the Hearing Officer's determination was supported and correct, and that the determination should be affirmed.

### Statutory Basis

The statutory basis for this cause of action and the defendants' defenses, is the IDEA, 20 U.S.C. §1400, *et seq.* (2004).

Respectfully submitted,

/s/    (filed electronically)

Michael J. Eig                #912733
Paula A. Rosenstock        #494580
MICHAEL J. EIG AND ASSOCIATES, P.C.
5454 Wisconsin Avenue
Suite 760
Chevy Chase, Maryland 20815

Counsel for the Plaintiffs


_____/s/___(filed electronically)_____
PETER J. NICKLES
Interim Attorney General for the District of
Columbia

GEORGE C. VALENTINE
Deputy Attorney General,
Civil Litigation Division


_____/s/___(filed electronically)_____
EDWARD P. TAPTICH
Chief, Equity Section 2
Bar Number 012914


_____/s/___(filed electronically)_____
JULIANE DEMARCO
Assistant Attorney General
Bar Number 490872
441 Fourth Street, N.W., Sixth Floor South
Washington, D.C. 20001
(202) 724-6614
(202) 727-3625 (fax)
E-mail: Juliane.Demarco@dc.gov

Counsel for Defendants