## UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| _____ ) | |
| **J.A., by his parents and next friends,** ) | |
| **CARL ANDERSEN AND ALYSON STEELE** ) | |
| ) | |
| **Plaintiffs,** ) | **Civil Action No. 08-00580(RJL)** |
| ) | |
| **v.** ) | |
| ) | |
| **DISTRICT OF COLUMBIA,** ) | |
| ) | |
| **Defendant.** ) | |
| _____ ) | |

## ADMINISTRATIVE RECORD

Attached is an index and the record of the administrative proceedings at issue in this

action.

Respectfully submitted,

PETER NICKLES
Interim Attorney General for the District
  of Columbia

GEORGE C. VALENTINE
Deputy Attorney General
Civil Litigation Division

/s/ *Edward P. Taptich*_____
EDWARD P. TAPTICH [012914]
Chief, Equity Section 2

/s/ *Juliane DeMarco*_____
JULIANE DEMARCO [490872]
Assistant Attorney General
441 4th St., N.W., Sixth Floor South
Washington, D.C. 20001
Tel. - (202) 724-6614
Fax. - (202) 727-3625

July 3, 2008

**Index of Record**

| | | **Page** |
|---|---|---|
| 1. | Certification of Record | 1-2 |
| 2. | HOD, 1/3/08 | 3-8 |
| 3. | DCPS' Closing Argument, 12/21/07 | 9-13 |
| 4. | Parents' Closing Argument, 12/21/07 | 14-17 |
| 5. | Plaintiffs' Disclosure Letter dated 12/12/07 w/att. | 18-20 |
| 6. | JA-1 Due Process Complaint, 11/1/07 | 21-24 |
| 7. | JA-2 Children's Developmental Evaluation, 8/8/06 | 25-28 |
| 8. | JA-3 GWU- Speech-Language Evaluation, 9/15/06 | 29-31 |
| 9. | JA-4 DCPS CARE Center Screening Report, 11/2/06 | 32 |
| 10. | JA-5 DCPS CARE Center Dev. Assessment, 11/9/06 | 33-35 |
| 11. | JA-6 DCPS CARE Center Occupational Therapy Report, 11/30/06 | 36-42 |
| 12. | JA-7 DCPS CARE Center Speech-Language Review, 12/5/06 | 43-50 |
| 13. | JA-8 DCPS IEP 12/12/06 | 51-72 |
| 14. | JA-9 Children's Developmental Evaluation, 2/23/07 | 73-77 |
| 15. | JA-10 DCPS Speech-Language Progress Report, 3/2/07 | 78 |
| 16. | JA-11 Memo to C. Andersen from E. Wesley, 4/5/07 | 79 |
| 17. | JA-12 DCPS draft IEP, 4/18/07 | 80-88 |
| 18. | JA-13 School Observation Report, 5/4/07, 5/11/07 | 89-99 |
| 19. | JA-14 IEP, 6/12/07 | 100-114 |
| 20. | JA-15 IEP Report Card, 6/14/07 | 115-117 |
| 21. | JA-16 Speech Therapy Summer Program, 7/9/07 | 118-123 |

22. JA-17 Group Therapy Progress Report Summer 2007, 8/3/07    124-125

23. JA-18 MDT Meeting Notes, 8/15/07    126-128

24. JA-19 DCPS CARE Center Letter, 8/29/07    129

25. JA-20 Occupational Therapy Notes, 9/7/07-12/6/07    130-141

26. JA-21 Speech Language Therapy, 9/12/07-10/5/07    142-155

27. JA-22 School Observation Report, 10/22/07-10/30/07    156-160

28. JA-23 Due Process Complaint Disposition, 11/13/07    161-165

29. JA-24 Parent Handbook, March 2007    166-177

30. JA-25 Weekly Progress Reports, 9/4/07-11/30/07    178-193

31. JA-26 Resume of Stephanie G. Owens, M.A.    194-196

32. JA-27 Resume of Annie Jaegerman    197-198

33. JA-28 Resume of Carmel S. Higgins    199

34. JA-29 Resume of Griff Doyle, Ph.D.    200-202

35. JA-30 Resume of Leslie W. Humes    203-204

36. JA-31 Resume of Kathleen Miller, Ph.D.    205-206

37. JA-32 Resume of Stacey E. Raina    207-208

38. JA-33 Resume of Kristen G. Masci, M.S. OTR/L    209-210

39. DCPS' Amended Disclosure Statement dated 12/14/07 w/att.    211-212

40. DCPS-1 Review of Independent Assessment, 11/20/06    213

41. DCPS-2 Eligibility Determination Form, 12/12/06    214

42. DCPS-3 MDT notes, 8/15/07    215-216

43. DCPS-4 Prior Notice, 8/15/07    217-218

44. DCPS-5 Service Ticket    219

45. DCPS-6 OT Evaluation, 11/30/06                        220-226

46. Review of Independent Assessment[1]                   213

47. DCPS-8 Developmental Evaluation, 8/8/06               227-229

48. DCPS-9 Speech/Language Evaluation, 12/5/06            230-237

49. DCPS-10 Speech/Language Evaluation, 9/15/06           238-243

50. DCPS-11 IEP, 12/12/06                                 244-256

51. DCPS-12 Goal Page Update, 6/11/07                     257

52. DCPS-13 Progress Report, 6/07                         258

53. DCPS-14 IEP Meeting Notes, 4/18/07                    259-261

54. DCPS-15 Initial Placement, 12/12/06                   262

55. DCPS-16 Screening, 3/7/06                             263

56. DCPS-17 Confirmation of Meeting Notice, 12/5/06       264

57. DCPS-18 Letter of Invitation, 12/5/06                 265-267

58. DCPS-19 Letter of Invitation, 11/28/06               268-272

59. Hearing Notice, 11/30/07                              273-275

60. Scheduling Memorandum, 11/1/07                        276-279

61. Due Process Complaint, 11/1/07                        280-285

62. Transcript of Hearing, 12/20/07                       286 *et seq.*

---

[1] The document referred to here as DCPS-7 Review of Independent Assessment, is the same document listed as DCPS-1.



**(OSSE**
DC Office of the
State Superintendent
of Education ▪▪▪

*Office of Compliance & Review*
State Enforcement and Investigation Division
**STUDENT HEARING OFFICE**
1150 5ᵗʰ Street SE, 1ˢᵗ Floor
Washington, DC 20003
**CONFIDENTIAL**

| | | |
|---|---|---|
| **IN THE MATTER OF** | } | **IMPARTIAL DUE PROCESS** |
| J▬▬ A▬▬▬▬, DOB:▬▬▬2003 | } | **HEARING OFFICER'S DECISION** |
| **("Student")** | } | |
| | } | |
| **Carl Andersen & Alyson Steele** | } | Complaint Filed: November 1, 2007 |
| **("Parents")** | } | Hearing date:  December 20, 2007 |
| | } | |
| PETITIONER, | } | |
| | } | 2008 MAY 15  PM 12: 23 |
| v. | } | |
| | } | |
| **District of Columbia Public Schools** | } | |
| **("DCPS")** | } | |
| **School:** | } | |
| RESPONDENT. | } | |

Counsel for Student:                    Matthew Bogin, Esq.
5454 Wisconsin Ave. Suite 760
Chevy Chase, Maryland 20815

Counsel for DCPS:                       Laura George, Esquire
Office of General Counsel
825 North Capitol Street NE
Washington, DC 20002

## CERTIFICATION OF RECORD

The above-captioned case came before this Hearing Officer on December 20, 2007. On or about May 2, 2008, the entire case file was returned to this Hearing Officer with a request to certify the documents in record. Thus pursuant to that request it is hereby noted that the file for the above-captioned case was received from the student hearing office with the

1

following enclosures:

1. Administrative Due Process Complaint Notice along with fax cover sheets.
2. Hearing Notice along with fax cover sheets.
3. Scheduling Memorandum.
4. Petitioner's 5-day disclosure listing ten witnesses and attaching thirty-three exhibits.
5. DCPS 5-day disclosure listing eight witnesses and attaching nineteen documents.
6. Hearing Transcript.
7. *Closing Arguments from both parties were provided to the Hearing Officer.*
8. Hearing Officer's Determination

/s/_____

Will Purcell, Esq.

2



**OSSE**
DC Office of the
State Superintendent
of Education

*Office of Compliance & Review*
𝔖𝔱𝔞𝔱𝔢 𝔈𝔫𝔣𝔬𝔯𝔠𝔢𝔪𝔢𝔫𝔱 𝔞𝔫𝔡 𝔍𝔫𝔟𝔢𝔰𝔱𝔦𝔤𝔞𝔱𝔦𝔬𝔫 𝔇𝔦𝔟𝔦𝔰𝔦𝔬𝔫
**STUDENT HEARING OFFICE**
1150 5th Street SE, 1st Floor
Washington, DC 20003
**CONFIDENTIAL[1]**

|  |  |  |
|---|---|---|
| **IN THE MATTER OF** | } | **IMPARTIAL DUE PROCESS** |
| J████ A████████, DOB:███/2003 | } | **HEARING OFFICER'S DECISION** |
| ("Student") | } |  |
|  | } |  |
| **Carl Andersen & Alyson Steele** | } | Complaint Filed: November 1, 2007 |
| ("Parents") | } | Hearing date:    December 20, 2007 |
|  | } |  |
|  | } |  |
| PETITIONER, | } |  |
|  | } |  |
| v. | } |  |
|  | } |  |
|  | } |  |
| **District of Columbia Public Schools** | } |  |
| ("DCPS") | } |  |
| School: | } |  |
| RESPONDENT. | } |  |
|  | } |  |

Counsel for Student:

Matthew Bogin, Esq.
5454 Wisconsin Ave. Suite 760
Chevy Chase, Maryland 20815

Counsel for DCPS:

Laura George, Esquire
Office of General Counsel
825 North Capitol Street NE
Washington, DC 20002

---

[1] An index of names is attached hereto for the benefit of the parties. The index will permit the parties to identify specific witnesses and other relevant persons. The index is designed to be detached before release of this Decision as a public record.

# HEARING OFFICER DETERMINATION

## I.    JURISDICTION

The above-captioned matter was scheduled for an Impartial Due Process Hearing pursuant to the Individuals with Disabilities Education Improvement Act of 2004, Title 34 of the Code of Federal Regulations, Part 300, and Title V of the District of Columbia Municipal Regulations.

## II.    FIVE DAY DISCLOSURES

On or about December 13, 2007, Counsel for Petitioner submitted the five-day disclosure without objection that lists ten (10) witnesses and attached thirty-three (33) exhibits labeled and identified as exhibits JA-1 through JA-33. On or about December 14, 2007, DCPS Counsel filed the five-day disclosure without objection that lists eight (8) witnesses and attached nineteen exhibits labeled as 1 through 19.

### STATEMENT OF THE CASE

Petitioners brought this case on behalf of their minor child, born ███████ 2003, (hereinafter referred to as "J.A." or the "student"). The issues brought in the aforementioned complaint assert that DCPS denied a Free Appropriate Public Education ("FAPE") to the student.

The Due Process Complaint alleges in part that the issues to be decided are whether (1) DCPS developed an appropriate IEP, and whether (2) DCPS made an appropriate placement to Anne Beers, and whether (3) the Petitioners proposed an appropriate program.

According to the most recent individualized educational program ("IEP"), the student's disability classification is developmental disability ("DD").[2] The aforementioned IEP also prescribes that the student receives 27.5 hours per week of specialized instruction and speech and language and occupational therapy.

The student attended West Elementary School during the 2006-07 school year. In May 2007, educational advocate Stephanie Owens conducted two classroom observations and reported that the student was not benefiting from the classroom environment at West Elementary.[3] The educational advocate also recommends that the student is placed in a full time special education setting with low

---

[2] See JA-14.
[3] See JA-13.

student-to-teacher ratios that can provide integrated therapy services. The Due Process Complaint asserts that DCPS inappropriately changed the student's placement to Anne Beers Elementary School.

On or about August 15, 2007, the student's IEP team met and discussed the student's lack of progress and regression. The team recommended that the student be placed in a self-contained program with smaller student teacher ratios and DCPS issued a notice of placement to Anne Beers Elementary School.[4] According to the meeting notes the Petitioners rejected the placement and indicated that they would remove the student from DC public schools.[5]

IV.    **ISSUES.**

    1)    Whether DCPS developed an appropriate IEP for the student.

    2)    Whether the placement at Anne Beers is appropriate to meet the student's needs.

    3)    Whether the program proposed by the parents and described in the Due Process Complaint is proper and appropriate.

V.    **FINDINGS OF FACT AND CONCLUSIONS OF LAW**

    **1)**    At a minimum, an IEP must provide personalized instruction with sufficient support services to permit a student to receive educational benefit *Reid v. District of Columbia,* 365 U.S. App. D.C. 234, 401 F.3d 516 (D.C. Cir. 2005); see also *Branham v. District of Columbia,* 368 U.S. App. D.C. 151, 427 F.3d 7 (D.C. Cir. 2005). According to the record, the student received little educational benefit during the 2006-07 school year.

    **2)**    DCPS took action to revise the IEP and determine an appropriate placement prior to the Petitioners Due Process Complaint filing.

    **3)**    According to the testimony of DCPS Special Education Coordinator at Anne Beers and Ms. Zondra Johnson, the Supervisor at CARE Center, the placement at Anne Beers is appropriate to meet the student's needs.

    **4)**    Although the record supports a finding that West Elementary was an inappropriate placement this hearing officer is not satisfied that the Petitioners met the burden of proof pursuant to 53 DCR 5249 (June 30, 2006), to establish that the student's IEP is inappropriate or that Anne Beers is an inappropriate placement.

    VI.    **ORDER**

Based on the aforementioned findings of fact and conclusions of law it is hereby **ORDERED**:

---

[4] See DCPS Exhibit 4.
[5] See DCPS Exhibit 3.

That the Petitioner's proposed resolution asserted in the Due Process Complaint is Denied.

That DCPS shall ensure that this student is afforded FAPE, including special education, transportation, and other related services designed to meet this student's unique needs.

That within 10 school days of the issuance of this HOD, DCPS shall send correspondence to Petitioner's Counsel proposing three dates to convene an IEP meeting to review the IEP, discuss the appropriateness of the related services and discuss placement.  Specifically, the IEP team shall discuss and determine whether psychological counseling services are warranted and discuss and determine whether Anne Beers is an appropriate placement.

That in the event DCPS fails to convene a meeting pursuant to this HOD then DCPS shall fund an interim placement at Jenny Waelder Hall Center with transportation until DCPS comes into compliance and convenes an IEP meeting as ordered herein.

That DCPS shall receive a one day extension to all time schedules provided in this HOD for every day of delay caused by the Petitioners, the student or their agents and representatives.

**APPEAL PROCESS:**
**This is the final administrative decision in this matter. Appeals on legal grounds may be made to a court of competent jurisdiction within 90 days of the rendering of this decision.**

1/3/2007
Date

Will Purcell, Esq.
Hearing Officer

Student Hearing Office
Date Issued:_____

Copies to:

Matthew Bogin, Esq.
5454 Wisconsin Ave. Suite 760
Chevy Chase, Maryland 20815

Laura George, Esq.
Office of General Counsel
825 North Capitol Street NE, 9th Floor
Washington, DC 20002

6

## INDEX OF NAMES

 v. DCPS

| | |
|---|---|
| DCPS Asst. General Counsel: | Laura George, Esq. |
| Petitioner's Attorney: | Matthew Bogin, Esq. |
| Parents: | Carl Andersen and Alyson Steele |
| Special Ed. Coordinator: | Stephanie Owens |
| Occupational Therapist: | Erin Stephenson |
| Occupational Therapist: | Kristen Masci |
| Speech Pathologist: | Leslie W. Humes |
| Psychologist: | Griffin Doyle |
| Sp. Ed. Coord. Anne Beers: | Rhoda Matthews |
| Supervisor Care Center: | Zondra Johnson |

7

## ATTENDANCE SHEET

STUDENT'S NAME: J___ A_____

SCHOOL OF ATTENDANCE: Ann Beers ES

D.O.B: ___/___/2003

HEARING DATE: 12/20/2007    ROOM: 5A    TIME: 9    (A.M.)/P.M.

| PARTICIPANT NAME: | ON BEHALF OF DCPS OR STUDENT: | TITLE: |
|---|---|---|
| Matthew Joci | student | counsel |
| Stephanie Owens | Student | Advocate |
| Alison Steele | student | Mother |
| CARL ANDERSON | STUDENT | FATHER |
| Erin Stephenson | Student | Occupational Therapist |
| Kristen Masci | student | Occupational therapist |
| Laura George | DCPS | attorney |
| Leslie W. Humes | student | speech pathologist |
| Cenith Doyle | Student | Psychologist |
| Rhoda Matthews | DCPS | special Ed. Coord. Ann Beers |
| Zandra Johnson | DCPS | Supervisor CARE Center |
| | | |
| | | |
| | | |

### PLEASE CHECK ONE OF THE FOLLOWING BOXES

Hearing Held/Concluded __✓__ Withdrawn _____ Settlement _____ Continued _____

Other: _____

_____

_____

_____
Impartial Hearing Officer (PLEASE SIGN)

Revised 07/25/07

8

State Education Agency for the District of Columbia
State Enforcement and Investigation Division (SEID)
Special Education Programs

J▬▬ A▬▬▬, DOB: ▬▬/2003,

      Petitioner,

v.

District of Columbia Public Schools,

      Respondent.

Hearing Officer Purcell
Hearing Date: December 20, 2007

## District of Columbia Public Schools's Closing Argument

The District of Columbia Public Schools (hereinafter "DCPS"), by and through

the undersigned Attorney Advisor, hereby files this Closing Argument for the

Administrative Due Process Hearing that concluded on Thursday December 20, 2007 for

the Complaint filed on or about November 1, 2007, pursuant to the Individual's with

Disabilities Education Improvement Act (hereinafter "IDEA 04"), 20 U.S.C. §1400.

Specifically, DCPS asserts the following:

Petitioner has alleged that DCPS

having no data about J▬▬ performance, in April 2007 . . . modified his IEP
and changed his placement to Anne Beers Elementary School in a non-
categorical program. That program does not meet his needs for many reasons.
Among those are that it is non-categorical and therefore the children have
different needs from J▬▬; that it is not a small program as promised; that the
related services are not appropriate; and that the program whether appropriate or
not is not implemented well. The IEP as modified is also not appropriate.

DCPS first developed an IEP for this student on December 12, 2006, at which time the 3-

year-old student was first determined to be eligible for special education services. At that time,

the parents were in agreement with the IEP, which identified the student as having

"developmental disability." (DCPS 11). Also on December 12, 2006, the student was placed at West Elementary School. (DCPS 15).

On June 12, 2007, an MDT team convened with the father and advocate Stephanie Owens in attendance. (JA 14). The meeting was chaired by Zondra Johnson, placement specialist for early childhood education at the CARE Center. Ms. Johnson had met the student and had been familiar with him since his initial eligibility determination and placement. Johnson admitted that the teacher at West "was in error in not documenting child's progress with evaluation procedures stated on the IEP." (Id.) Because of the lack of information regarding the student's progress at West, the MDT team agreed to reconvene. (Id.) Johnson testified that, at this meeting, the parent and advocate were provided with DCPS 12 and 13, which are a "goal page update" and a "progress report" provided by the student's teacher at West, Ms. Meshach. The advocate testified that she did receive these documents.

The MDT team reconvened on August 17, 2007 (DCPS 3). Johnson testified that the meeting notes do not fully reflect the content of the 3-hour meeting, however the notes are clear that the December 12, 2006 IEP was not changed; the notes state: "At this time J████ IEP is current and based on the progress notes of 6-11-07 it appears appropriate. The information presented shares that J████ has not made progress." The advocate also testified that the December 12, 2006, IEP was never changed. The notes additionally indicate that "parent reports that J████ demonstrated some regression." Johnson stated that the decision not to change the IEP and the ultimate placement decision were based on Ms. Meshach's progress reports, information provided by Meshach to Johnson, and the parents' input regarding J████ progress. Johnson's testimony and the notes clearly indicate that the program at Ann Beers was discussed at the August 15, 2007 MDT meeting and the parents' questions were answered. At that meeting, parent and advocate were provided with written notice of placement at Ann Beers (DCPS 4). While the parent and

<center>2</center>

advocate denied, in spite of evidence to the contrary, that Ann Beers was discussed, they both testified that written notice of placement was given to them at the meeting.

The August 15, 2007 MDT meeting notes also indicate that the parent rejected the placement offered. The notes state: "the father intends to withdraw J███ from public school and will enroll him in a private school at the public's expense." The mother testified that she and her husband had secured private placement for the student months before this meeting because of their frustration with their experience at West.

The advocate and mother testified that it was not until October 5, 2007 that she visited the class the student would have attended at Ann Beers. The visit was unannounced and made just after the students returned from recess. The mother and advocate testified that they witnessed only the return from recess and the subsequent story time. The advocate testified that, during their visit, the classroom was noisy, no picture schedules were used, no transitional cues were used, the students were all low functioning "academically and behaviorally," the classroom was unstructured, the students all had a high level of behavioral needs and low language skills. It is notable that this visit occurred after recess when naturally the children would be more rambunctious. Moreover, both Johnson, who designed the program and visits the classroom weekly, and the special education coordinator at Ann Beers, Rhoda Matthews, who visits the classroom several times a week, testified that none of the things the advocate described are accurate. To the contrary, Johnson and Matthews testified that the classroom is not unusually noisy, is structured, picture schedules and transitional cues are used, the students are not low functioning behaviorally, and that the language skills vary among the students. Also contrary to the advocate's testimony, Johnson and Matthews testified that the student to adult ratio is 5 to 1, with one certified teacher and one paraprofessional, models for pragmatic language are used, transitional cues are provided to the students, and the classroom is well-organized.

3

Additionally, with respect to the appropriateness of the Ann Beers class for the student, petitioner's expert Dr. Griffin Doyle testified that the student needs an "out of general education setting" and a "smaller class size." Petitioner did not contend that the out of general education placement at Ann Beers was inappropriate, but they allege that the class size at Ann Beers was not smaller than that at West. But the father testified that the number of students in the classroom at West was 18 and the evidence demonstrated that the number of students in the classroom at the beginning of the 07-08 school years was either 9 or 10. Thus, the class size at Ann Beers was smaller than the class size at West as DCPS represented to the parents.

In sum, petitioner's allegation that in "April of 2007 DCPS modified [the student's] IEP" is patently incorrect. The evidence unequivocally demonstrates that the December 12, 2006 IEP was never modified. And it was not modified based on multiple sources of information provided regarding the student's lack of progress and some regression. The evidence further demonstrates that all of the advocate's assertions regarding the classroom at Ann Beers are inaccurate and based on a short single visit to the classroom. These assertions were countered by the testimony of Johnson and Matthews who are intimately familiar with the classroom and visit it regularly. The evidence also demonstrates that the classroom is smaller than that at West as DCPS represented to the parents. Finally, the evidence demonstrates that the program at Ann Beers was able to meet the student's needs. Johnson and Matthews testified that all of the services on his IEP could be provided at Ann Beers. Although petitioner presented evidence that the student receives psychological counseling services at his private school, his IEP, which was current at the time the complaint was filed, did not call for such services.

DCPS provided a free and appropriate public education for this student in a timely manner. The parents rejected it. Therefore, there is no basis, under CFR 300.148, for the hearing officer to require DCPS to reimburse the parents for the cost of their enrollment of the student at a private school.

4

Date:  December 21, 2007                    Submitted by:

                                            Laura George
                                            Attorney Advisor
                                            Office of the General Counsel
                                            DC Public Schools
                                            825 North Capitol Street, N.E., 9th Floor
                                            Washington, D.C.  20002
                                            (202) 442- 5189
                                            (202) 442-5097/8 - fax

IN THE MATTER OF

     \*   BEFORE AN IMPARTIAL HEARING

     \*   OFFICER OF THE

     \*   DISTRICT OF COLUMBIA OFFICE OF

J█████ A███████,

     \*   STUDENT HEARINGS

     \*

     \*

\* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \*

## PARENTS' CLOSING ARGUMENT

This is a case in which DCPS having admittedly failed to provide a free, appropriate education to J████ seeks to compound its error by trying to place him in another inappropriate program. Given the school system's abject failure to comply with applicable law and the IEP that it had drafted for J█████, there is no reason to give any credence to the grandiose promises made by DCPS. Indeed, the same institution that promised that J██████ program at West was tailored to meet his needs is now promising that another new and untried program is right for him. J████ cannot be harmed again;, he cannot be the subject of another experiment.

As all aware, J████ attended a program at West Elementary School of the latter part of the 2006-07 school year. Even DCPS does not contest that no data was collected on J██████ progress at West. Without that contemporaneous data, there is no rational way that DCPS could respond to the parents' concerns nor appropriately place J████ in another program for this school year.

DCPS claims that it placed J████ at Anne Beers based on the descriptions provided by the parent and Stephanie Owens. Yet, it was the parents and Ms. Owens who in the first instance sought objective data from DCPS and then told DCPS that they could not participate in any

14

revision of the IEP because DCPS was had no information.  How DCPS could claim that it relied on information from people who said that they did not have enough information is not apparently obvious.

It is also clear that DCPS has little understanding of J████ because it placed him in a program, among other issues, in which no one gets the psychological services as a related service.  Yet as  Dr. Doyle so eloquently testified, those services are the keys to unlocking J█████ world.  The school system's response to that is essentially that no child J█████ age who attends DCPS gets psychological services.  One can only wonder as to how that reasonably calculated to meet anyone, let alone J██████, individual needs.

It is clear from the testimony presented that neither Ms. Johnson nor Ms. Matthews had knowledge of J████ and his educational needs.  That should be contrasted with Dr. Doyle, Ms. Owens, and Ms. Steele who have extensive knowledge of J████ and his educational needs.  It is their testimony based on their experience with J████ that should be credited.  Indeed, Dr. Doyle was clear in his testimony when he said, "they [DCPS] don't know him."

Ms. Owens and Ms Steele observed the Beers program.  As Ms. Steele testified, for a portion of the observation, it was "chaos."  The evidence is clear that J████ is extremely sensitive to noise.  Both Ms. Owens and Ms. Steele testified that the noise in the classroom would affect J████ quite adversely.  DCPS' response to that was that according to Ms. Johnson and Ms. Matthews, the classroom was not "noisy."  Perhaps not to them, but J████ is different from them, as well as other children his age.  They did not speak to how the noise would affect J████ because they could not.  At the risk of being too repetitive, since DCPS had little knowledge of J████, its witnesses could not opine about whether the classroom environment would cause J████ to regress.

15

Indeed, the difference with the DCPS witnesses is highlighted by the fact that Ms. Owens and Dr. Doyle were qualified as experts and Ms. Johnson and Ms. Matthews could not be. On this basis, as well as their personal knowledge and experience with J██, their testimony is more credible and persuasive.

It is also clear that DCPS should have reviewed and revised J█████ IEP. At first it did not do so because, as it admitted, it did not follow the IEP and had no data to use. Now it has not done so because J████is not "enrolled," in the Beers program, according to Ms. Johnson. That is no excuse. DCPS was required to continue to revise the IEP, particularly while the hearing process was onging. *Town of Burlington v. Dept. of Educ.*, 736 F. 2d 773, 794 (1ˢᵗ Cir. 1984).

The programs in which J███ is enrolled are providing him with educational benefit and by any measure appropriate. DCPS, having failed to meet its obligations once, cannot be allowed to harm J████ again, and it should be required to place and fund J███ as requested in the hearing application and should also be required to reimburse the parents for the funds expended up to know.

Respectfully Submitted,

_____
Matthew B. Bogin

77 S. Washington Street
Rockville, MD 20850
(301) 251-4410
J████ A█████ and his parents

\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*

## **CERTIFICATE OF SERVICE**

I hereby certify that a copy of the foregoing was sent by facsimile to Laura George, Esq., counsel for DCPS, on December 21, 2007.

_____
Matthew B. Bogin

4

17

# MICHAEL J. EIG AND ASSOCIATES, P.C.

ATTORNEYS AT LAW
SUITE 760
5454 WISCONSIN AVENUE
CHEVY CHASE, MARYLAND 20815-6938

(301) 657-1740
FACSIMILE (301) 657-3843

| | | |
|---|---|---|
| Michael J. Eig | MD, DC | Of Counsel: |
| Patricia Cyr | CA, DC | Matthew B. Bogin   MD, DC |
| Paula A. Rosenstock | VA, DC | |

December 12, 2007

District of Columbia Public Schools
Office of the General Counsel
825 North Capitol Street, NE, 9th Floor
Washington, D.C. 20002

Re:    J███ A███████
*via Overnight delivery*

Dear Counsel:

For the upcoming Due Process Hearing scheduled for 9:00 A.M. on December 20, 2007, regarding the above-referenced student, we will be relying upon the following enclosed documents:

JA - 1.    Due Process Complaint, 11-1-07;
JA - 2.    Children's National Medical Center Child Development Program Developmental Evaluation, 8-8-06;
JA - 3.    The George Washington University Medical Center Outpatient Rehabilitation Center Speech-Language Evaluation, 9-15-06;
JA - 4.    DCPS C.A.R.E. Center Screening Report, 11-2-06;
JA - 5.    DCPS C.A.R.E. Center Developmental Assessment, 11-9-06;
JA - 6.    DCPS C.A.R.E. Center Occupational Therapy Evaluation Report, 11-30-06;
JA - 7.    DCPS C.A.R.E. Center Speech-Language Review and Observation, 12-5-06;
JA - 8.    DCPS IEP, 12-12-06;
JA - 9.    Children's National Medical Center Child Development Program Developmental Evaluation, 2-23-07;
JA - 10.    DCPS Speech and Language Progress Report, 3-2-07;
JA - 11.    DCPS Memo to Carl Andersen from Erika L. Wesley, 4-5-07;
JA - 12.    DCPS Draft IEP, 4-18-07;
JA - 13.    Learning Links, LLC School Observation Report, 5-4-07 and 5-11-07;
JA - 14.    DCPS IEP, 6-12-07;
JA - 15.    DCPS IEP Report Card, 6-14-07;
JA - 16.    Skills on the Hill and Capitol Kids Speech Therapy Summer Program at Camp Friendship, 7-9-07;
JA - 17.    Group Therapy Progress Report - Summer 2007, 8-3-07;
JA - 18.    DCPS MDT Meeting Notes, 8-15-07;

MICHAEL J. EIG AND ASSOCIATES, P.C.

DCPS Office of the General Counsel
December 12, 2007
Page Two

JA - 19.  DCPS C.A.R.E. Center Letter, 8-29-07;
JA - 20.  Skills on the Hill, LLC Occupational Therapy Notes, 9-7-07 through 12-6-07;
JA - 21.  Capitol Kids Therapy, LLC Pediatric Speech Language Therapy, 9-12-07 through 12-5-07;
JA - 22.  Learning Links, LLC School Observation Report, 10-22-07 and 10-30-07;
JA - 23.  Due Process Complaint Disposition, 11-13-07;
JA - 24.  Jenny Waelder Hall Center for Children Parent Handbook, undated;
JA - 25.  Jenny Waelder Hall Center for Children Weekly Progress Reports, 9-4-07 through 11-30-07;
JA - 26.  Resume of Stephanie G. Owens, M.A.;
JA - 27.  Resume of Anne Jaegerman;
JA - 28.  Resume of Carmel S. Higgins;
JA - 29.  Resume of Griff Doyle, Ph.D.;
JA - 30.  Resume of Leslie W. Humes;
JA - 31.  Resume of Kathleen Miller, Ph.D.;
JA - 32.  Resume of Stacey E. Raina; and
JA - 33.  Resume of Kristen G. Masci, M.S., OTR/L.

We will be relying upon the following witnesses or their designees, in-person or via telephone:

1.    Carl Andersen and Alyson Steele, parents;
2.    Stephanie Owens, M.A., Educational Advocate, Learning Links, LLC, Expert in Education;
3.    Kathleen Miller, Ph.D., Director, Jenny Waelder Hall Center for Children, Expert in Education;
4.    Anne Jaegerman, Nursery Program Teacher, Jenny Waelder Hall Center for Children, Expert in Child Development and Early Childhood Education;
5.    Carmel S. Higgins, Teacher, Jenny Waelder Hall Center for Children, Expert in Education;
6.    Griff Doyle, Ph.D., Licensed Clinical Psychologist, Private Practice, Expert in Psychoanalytic psychotherapy;
7.    Leslie W. Humes, Director, Capitol Kids Therapy, LLC, Expert in Speech Pathology;
8.    Stacey E. Raina, Speech Pathologist, Capitol Kids Therapy, LLC, Expert in Speech and Hearing;
9.    Kristen Masci, Director, Skills on the Hill, LLC, Expert in Occupational Therapy; and
10.   Erin Stephenson, OTR/L, Skills on the Hill, LLC, Expert in Occupational Therapy.

MICHAEL J. EIG AND ASSOCIATES, P.C.

DCPS - Office of the General Counsel
December 12, 2007
Page Three

      Please be advised that we may also rely on any documents and witnesses disclosed by
DCPS, as well as any other documents and witnesses to which DCPS does not object.  We will
object to any documents or testimony from witnesses not disclosed in a timely manner in
accordance to the IDEA and federal regulations.

                                    Sincerely,

                                    Matthew B. Bogin

*Enclosure*

cc:    DCPS Student Hearing Office *(with enclosure)*
       Mr. Andersen and Ms. Steele *(with enclosure)*

20



**State Education Agency for the District of Columbia**
**State Enforcement and Investigation Division (SEID)**
**Special Education Programs**



NOV - 1 2007

# Due Process Complaint Notice

- The form is used to give notice of a due process complaint to the **District of Columbia Public Schools, District of Columbia Public Charter School (DCPS or LEA) and/or parents** with respect to any matter relating to the identification, evaluation, or educational placement of a child with a disability, or the provision of a free appropriate public education to that child. **A party may not have a due process hearing until the party, or the attorney representing the party, files a notice that meets the requirements of the Individuals with Disabilities Education Improvement Act (IDEIA).**

- The due process complaint must describe an alleged violation that occurred not more that two (2) years before the date that the parent or school system knew or should have known about the alleged action that is the basis of the complaint.

- Notice must be provided to the Student Hearing Office of the DC Public Schools, 825 North Capitol Street. NE, 8th Floor, Washington, DC 20002; fax number 202/442-5556.

- <u>Unless the other party agrees, the party requesting the due process hearing shall not be allowed to raise issues at the due process hearing that are not raised in this Due Process Complaint Notice</u>. Therefore, please be thorough in providing the information requested.

- Prior to the opportunity for an impartial due process hearing, the Local Educational Agency (LEA) shall convene a meeting (called a "Resolution Session") with the parent(s) unless the parent(s) and the Local Educational Agency agree in writing to waive this meeting. You will be contacted by a representative of the Local Educational Agency to schedule the meeting. **The Student Hearing Office does NOT schedule resolution meetings**.

- Mediation is also available to all parties as an alternative to a resolution meeting or a Due Process Hearing.

## A.   INFORMATION ABOUT THE STUDENT:

Student Name: J██ A██████                                    Birth Date: ████, 2003

Address:  117 12th Street, SE, Apt. #8 Washington D.C. 20003

Home School:  Watkins Elementary School

Present School of Attendance: proposed placement Anne Beers ES

Is this a charter school?   No              (If yes, you must also provide a copy of this notice to the charter school principal or director)
Parent/Guardian of the Student:  Alyson Steele and Carl Andersen

Address (if different from the student's above):              same as above

Phone/Contact Number:        see below        Fax Number (if applicable):        see below

**EXHIBIT**

JA-1 21

**B.   Individual Making the Complaint/Request for Due Process Hearing:**

Name: Alyson Steele and Carl Andersen

Complete Address: _____ same as above _____

_____

Phone: (h) __see below__ (w) __see below__ (Fax) __see below__ (e-mail) __see below__

Relationship to the Student:

☒  Parent          ☐  Legal Guardian            ☐  Parent Surrogate

☐  Self/Student    ☐  Local Education Agency (LEA)   ☐  Parent Advocate

**C.   Legal Representative/Attorney (if applicable):**

Name: _Matthew B. Bogin, Esq._

Address: _____ Michael J. Eig and Associates, P.C. _____

_____ 5454 Wisconsin Avenue, Suite 760, Chevy Chase, Maryland 20815 _____

Phone: (w)_301-657-1740__ (Fax)_301-657-3843__ (e-mail) janene.jackson@lawforchildren.com
_____

Will attorney / legal representative attend the resolution session?  ☒ Yes        ☐ No

**D.   Complaint Made Against (check all that apply):**

☒   DCPS school (name of the school if different from page one) _____
☐   Charter school (name of the charter school if different from page one) _____
☐   Non-public school or residential treatment facility (name) _____
☐   Parent

**E.   Resolution Session Between Parent and LEA:**

I understand that it is my right to have a resolution session to resolve this complaint.  I also understand that I may voluntarily waive this right if I choose.  (Note: All parties must agree to waive the resolution session to avoid having this meeting.)

☐   I wish to waive the Resolution Session.

**E.   Mediation Process:**

IDEA requires that any time a party requests a due process hearing, mediation should be offered at no cost to the parent.  Both parties can request mediation as an alternative to the Resolution Session.  Mediation is also available prior to a due process hearing, but mediation may not be used to deny or delay a parent's right to a hearing on parent's due process complaint. Please check all that apply:

☐   I am requesting mediation as an alternative to the resolution session meeting.
☐   I am requesting mediation services **only**.
☐   I do not wish to use a mediator at this time.

## G.   Facts and Reasons for the Complaint:

In accordance with the Individuals with Disabilities Education Improvement Act (IDEIA), please complete the following questions.  Provide complete details about all the facts supporting your claims.  (You may attach additional pages if needed):

1.     What is the nature of the problem, including the facts related to the problem, that will need to be addressed at a Resolution Session meeting, a Mediation Conference, and/or a Due Process Hearing?

J▉▉▉ A.▉▉▉▉▉ is a four year old resident of the District who is eligible for special education and related services.  During the 2006-07 school year he was identified by DCPS as "Developmentally Delayed," and attended West Elementary School in a full time special education program. DCPS failed to compile any data on whether J▉▉▉ met the goals and objectives in the IEP dated December 12, 2006, and failed to provide him with an appropriate program.

Despite having no data about J▉▉▉▉ performance, in April of 2007 DCPS modified his IEP and changed his placement to Anne Beers Elementary School in a non-categorical program.  That program does not meet his needs for many reasons.  Among those is that it is non-categorical and therefore the children have different needs from J▉▉▉; that it is not a smaller program as promised; that the related services are not appropriate; and that the program whether appropriate or not is not implemented well. The IEP as modified is also not appropriate.

2.     To the extent known to you at this time, how can this problem be resolved?
Half day placement at Jenny Waelder Hall Center; speech, occupational, and DIR therapy, as well as transportation.

3.     Issues presented:

The issues to be decided at the hearing are whether DCPS has developed an appropriate IEP for J▉▉▉; whether the placement at Anne Beers is appropriate to meet his needs; whether DCPS has fully evaluated J▉▉▉; whether the program proposed by the parents and described above is proper and/or appropriate?

## H.   Estimated amount of time needed for the hearing:     ___1 Day___

Note:   In the absence of a specified amount of time, the SHO schedules hearings in two hour blocks of time and will allocate two hours to conduct the hearing.  Please indicate if you believe more that two hours will be needed.

## I.   Accommodations and Assistance Needed:

Please list any special accommodations you may require for a Resolution Session Meeting/Mediation Conference/Due Process Hearing.

- Interpreter (please specify the type) _____

- Special Communication (please describe the type) _____
- Special Accommodations for Disability (please be specific) _____
- Other _____

## J.    <u>Waiver of Procedural Safeguards</u>:

☒    I (parent/guardian) waive receiving a copy of the procedural safeguards at this time.

## K.    <u>Parent Signature and Affirmation</u>:

I affirm that the information provided on this form is true and correct.

_____                    _____
Signature of Parent or Guardian                                          Date

## L.    <u>Signature of Attorney/Legal Representative</u>:

*Matthew Bogin / jmj*                          11/1/07
_____                    _____
Legal Representative / Advocate                                          Date

## M.    <u>Signature of LEA Representative (if hearing requested by LEA)</u>:

_____                    _____
Representative of LEA                                          Date

<div align="center">

**Mail, fax or deliver this complaint notice to:**
**State Enforcement and Investigation Division**
**For Special Education Programs (SEID)**
**Student Hearing Office (SHO)**
**825 North Capitol Street, NE, 8th Floor**
**Washington, DC 20002**
**Fax number: 202/442-5556**

</div>

24



**Children's**
*National Medical Center®*

111 Michigan Avenue, N.W.
Washington, DC 20010-2970
(202) 884-5000

## CHILD DEVELOPMENT PROGRAM
## DEVELOPMENTAL EVALUATION

**NAME:** J████ A█████████

**MR#:** 020475948

**REFERRAL SOURCE:** Milagros Ariza, M.D.

**DOE:** 8/8/2006

**DOB:** ███/2003

**AGE:** 36 months

### HISTORY

J████ A█████ is a 36-month-old boy seen for a developmental evaluation. A developmental screening was conducted in March 2006 at the child care center J████ attends. The results of the screening indicated that J█████ fine motor skills were appropriate for his age, but concerns were identified in the areas of language and personal-social development. Based on this screening, it was recommended that J█████ parents seek a comprehensive developmental evaluation for him. Additionally, J█████ parents raised concerns about him being extremely shy and unwilling to participate in group activities at school.

According to his parents, J████ was born at full term weighing 7 pounds 14 ounces. There were no reported complications with the pregnancy or birth. J████ had acid reflux following his birth. He was treated with Carafate for one week and Prevacid for six months. J█████ parents also reported that he had colic as an infant. Currently, J████ is reported to be healthy, as he has no hospitalizations or major illnesses, and takes no medication. J████ receives pediatric care at Pullman & Ariza Pediatrics. His vision and hearing were last screened at birth. He had his annual physical on September 1, 2006.

### SOCIAL SITUATION/EDUCATION PROGRAM

J████ lives with his parents in Washington, D.C. His mother was expecting their second child at the time of the evaluation and had a daughter on August 15, 2006. J████ attends ACC Model Cities Center four days each week and is home with his mother each Friday. He has reportedly never received therapeutic intervention.

### TEST PROTOCOL

**Bayley Scales of Infant Development – 2ⁿᵈ Edition**
**Vineland Adaptive Behavior Scales**
**Clinical Observation**

### TEST RESULTS at 36 months of age

|  | Standard Score | Age Equivalent |
|---|---|---|
| *BAYLEY |  |  |
| Mental Index | 66 | 26 months |
| VINELAND |  |  |
| Communication | 89 | 30 months |
| Daily Living | 70 | 22 months |
| Socialization | 72 | 19 months |
| Motor | 83 | 30 months |
| Composite | 72 | 25 months |





EXHIBIT

JA-2    25

## SUMMARY OF EVALUATION

### *Test Behavior

J▪▪▪▪ was engaged with the testing activities today and remained attentive throughout the session. However, he used very little language during the evaluation despite his parents' report that he uses many words at home. His parents thought that his behavior today was generally characteristic of him and that his limited use of language was consistent with his shyness in new situations. It is likely that J▪▪▪▪ standard score on the Bayley underestimates his potential as several items require a verbal response.

### Gross Motor: Control of body position and movement (2 ½ - 3 years)

J▪▪▪▪ behavior prevented formal evaluation of his gross motor skills. According to parent report and informal observation, J▪▪▪ is able to walk and run with ease and no problems were noted with gait. He is reportedly able to walk up and down the stairs with alternating feet while holding onto a railing for support. His parents report that he is not yet able to pedal a tricycle. J▪▪▪ reportedly climbs on low play equipment, but does not climb on higher equipment, such as monkey bars.

### Fine Motor: Control of small muscles involving the hands and mouth (up to 2 ½ years)

J▪▪▪▪ fine motor skills are mildly delayed. J▪▪▪ was able to place pegs into a peg board within 25 seconds and easily manipulated puzzle pieces. Using blocks, J▪▪▪ was able to produce an 8-block tower, but did not attempt to replicate other block patterns I built with blocks. J▪▪▪ crayon grip was slightly immature. He was able to direct his stroke on paper to imitate vertical and horizontal strokes, but not a circle. J▪▪▪ parents reported that he is able to use a spoon or a fork when eating, but often prefers to finger feed.

### Communication/Language: Understanding, communicating with words/gestures (2 to 2 ½ years)

J▪▪▪ language development is delayed. His parents report that he uses and understands at least 200 words. His parents further report that he uses both words and pointing to ask for or direct attention toward things he wants. As mentioned above, J▪▪▪ produced very little language/sounds during the testing session. He said the word "shoe" very faintly when asked to identify a shoe in a picture and repeated "piece of taffy" after he heard his father say it. At home, J▪▪▪ parents indicated that he uses phrases like, "time to go inside," and "there's a bus." Receptively, J▪▪▪ reportedly follows directions that require an action and an object (e.g., put the book away) and will select between two choices offered to him. During the testing session, J▪▪▪ pointed to 10/10 pictures of objects and 5/6 actions in a stimulus book and handed me requested objects from a group of three. J▪▪▪ did not follow directions involving prepositions.

### Cognitive: Integration of information in the environment/play with objects (up to 2 ½ years)

J▪▪▪ Bayley Mental Index is 66, which indicates a significant delay in cognitive development. This low standard score was significantly impacted by his performance on items that required a verbal response. Although his overall performance was closer to the 24 month level, J▪▪▪ completed some tasks up to the 30 month level. J▪▪▪ was able to complete a 9-piece/2-shape form board, a standard 3-shape form board (also completed in reverse), and a 3-shape part-whole puzzle with the exception of the triangle. J▪▪▪ was only able to complete one of three puzzles without the structure of the form board. He maneuvered a string of beads into a tube, and built an 8-block tower. He did not attempt to build other objects that were demonstrated for him with the blocks. J▪▪▪ was able to imitate vertical and horizontal strokes, but not a circle, with a crayon and paper. He was able to match pictures in an array of four with and without a standard present. J▪▪▪ was also able to match colors and identify geometric forms.

J▪▪▪ play skills are somewhat limited. At home, J▪▪▪ parents report that his favorite toys are trains, foam blocks (i.e., stacking), and cars (i.e., pushing them along the floor, lining them up). He reportedly does not engage in symbolic play.

### Adaptive Behavior: Daily living, self-help skills (immature)

J█████ adaptive skills are immature. He is able to put on and take off his pants, socks, and shoes, but is not able to put on or remove his shirt. J███ is not toilet trained, but is required to wear underwear when he is at day care, where he is on a toileting schedule. He wears both pull-ups and underwear at home where no consistent toileting schedule is implemented. He reportedly has daytime and nighttime accidents and is not consistent in letting others know when he has wet/soiled pants. J███ assists his parents in bathing, but does not assist with brushing his teeth at this time.

J███ is reportedly a good eater. His parents reported that the quantity of food he eats can vary from day to day, but this is normal for his age. He is reportedly eating a variety of foods. J███ sits with his parents at home to eat meals. He uses a spoon and fork approximately half of the time and can drink from an open cup without spilling.

### Social/Emotional Development: Sleep habits, self-regulation, socialization (delayed)

Some behavioral concerns were expressed by J█████ parents. They described him as extremely shy. As mentioned above, he frequently does not talk when he is with new people or in new settings. J███ has the opportunity for peer interaction at his day care and will occasionally play with other children, but most often plays alone. His parents report that he will not participate in any group activities at day care. J█████ opportunities for peer interaction outside of day care are limited. J███ interacted positively with his parents during the session and responded well to praise and encouragement from them by smiling. He made eye contact and socially referenced his parents during the testing session. J███ is reportedly sensitive to sounds. During the testing session, he covered his ears when he heard another child crying in another room. His parents also indicated that he does not like music at day care and will cry when the vacuum is used at home.

J█████ parents report occasional temper tantrums, but his overall behavior appears appropriate for his developmental level. No problems are reported with sleep. J███ sleeps in his own bed for approximately 10 hours each night. He also takes a nap lasting approximately 1 hour during the day. J█████ parents report that he appears to sleep restfully and rarely wakes up during the night.

### IMPRESSION

J███ A███████ is a 3-year-old boy evaluated due to concerns raised at his preschool about language and personal/social skills and by his parents about shyness and lack of participation in group activities at school. He presents today with a general developmental delay with his overall performance in the range of 2 to 2 ½ years. J███ performance was impacted by his reticence in the testing setting, specifically his minimal use of language during today's evaluation despite his parents report that he is using language at home. J█████ behavior was reportedly consistent with his behavior in strange settings and with unfamiliar people. J█████ play skills are somewhat limited and he has not developed social skills appropriate for his age. Additionally, J█████ gross and fine motor skills are mildly delayed and his self-help skills are immature.*

### RECOMMENDATIONS AND PLAN

1. We recommend a formal speech and language evaluation as well as a hearing evaluation.
2. We recommend the family contact the C.A.R.E. Center to access appropriate therapeutic interventions.
3. Schedule 1:1 play dates with a peer to build socialization skills. Staff members at J███ day care may help identify an appropriate peer.
4. At school, J███ may benefit from being paired with a peer to complete assigned tasks within the classroom (i.e., "helpers") to improve his socialization skills.
5. We recommend that the family follow the same toileting schedule at home that is used at day care.
6. To assist J███ in the development of his play skills, J█████ parents can model scenarios to expand his regular play with favorite toys. For example, building a ramp for cars to go down or pretending to get gas for the car, wash the car, etc.

7. J▮▮▮ may benefit from advance notice of events that are typically distressing for him (e.g., vacuum, guests in the home) so he can prepare for them. Picture stories can be made to help with recurrent situations that are most troubling.

8. At the conclusion of their first visit, and during subsequent communications, specific recommendations were provided to the parents to further support J▮▮▮▮ development. These recommendations focused on increasing 1:1 socialization with peers, household routines, and assisting J▮▮▮ in his adjustment to a new sibling.

9. J▮▮▮ parents may consider reading "The Shy Child: Helping Children Triumph Over Shyness" by Ward K. Swallow to gain strategies to assist J▮▮▮ with his shyness.

10. Return to our clinic on October 13, 2006 at 9:00 a.m. for follow-up.

It was a pleasure to work with J▮▮▮. Please feel free to contact us at (202) 884-3779 if you have any questions.


Brian Crosby, M.A.
Psychology Intern

Penny Glass, Ph.D.
Developmental Psychologist


CC:     Parents
        Milagros Ariza, M.D., pediatrician
        Medical Records

28

*[handwritten: Fullman & An 20, 466-5350]*

**The George Washington University Medical Center**
**Outpatient Rehabilitation Center**
2131 K Street, NW, Suite 620
Washington, D.C. 20037
Phone (202) 715-5659, Fax (202) 715-5658

*[handwritten: Jennifer | 244-8089 X19, want 1 Nov-]*

*[handwritten: 5655 Speech Pathology]*
SPEECH LANGUAGE EVALUATION
*[handwritten: 4075 Jennifer]*

| | | | |
|---|---|---|---|
| Name | J___ A___ | Parents | Carl F. Andersen |
| Address | 117 12th Street, SE #8 | Phone | 202.544.3310 |
| | Washington, DC 20003 | | |
| DOB | ___.2003 | CA | 3 years, 1 month (37 months) |
| Referral Source | Millie C. Ariza, M.D. | Examiner | Leah B. Horst, MA CCC-SLP |
| Eval Date | 09.15.2006 | | |
| Diagnosis | Speech-Language Delay | | |

*[handwritten: Fax to: 673 6557]*

## REASON FOR REFERRAL

J___ is a 37-months-old male who was referred for a speech-language evaluation by his primary physician, Dr. Ariza. Dr. Ariza and J___'s parents sought formal assessment due to concerns with "stagnated" speech-language development over the past 15 months.

## BACKGROUND AND HISTORY

As per parent report, J___'s birth and medical history is not significant for illness or difficulty. J___ is reportedly a healthy boy who was the result of a full-term pregnancy. In addition to "stagnated" speech development, Dad reported concerns with J___'s hypersensitivity to noise and limited use of sentences beyond three words. Dad also noted that he and his wife are concerned that J___ may be on the autism spectrum, due to behaviors such as repetitive motions. issues that were revealed during parent interview include sensory-seeking behaviors and extreme "shyness" around people other than Mom and Dad. Dad estimated that at this time, J___ has well over 200 words in his spontaneous expressive vocabulary, and denied having any concern with J___'s ability to understand age-appropriate speech and language. J___ attends daycare four days per week, and is in a class of ten children. Dad reported that J___ is historically "very solitary" at daycare, although he has noticed some increased interaction in the past one month. J___ lives at home with his mother, father, and one-month-old sister, who he has not fully adjusted to yet. As per Dad's report, J___ is not potty-trained or in the process of potty training, he has demonstrated a variable eating pattern (i.e. "sometimes not much, sometimes a lot"), is a "very" picky eater and loves to read books. Dad feels that J___'s lack of eye contact and interaction with people other than Mom and Dad is because of his "shyness". In reflecting on J___'s play, Dad described much of J___'s play as being "non-particular" and "non-meaningful", although he has noticed an increase in meaningful and symbolic play recently. and is beginning to encourage and facilitate this more at home. Family history is significant for unspecified "speech problems" experienced by Dad's brother, and "maybe others" [in the family].

## ASSESSMENT

### Behavioral Observations

J___ was seen in the morning with his father. He presented as a quiet and shy boy who was able to play independently. J___ frequently rejected one-to-one interactions with the clinician by

EXHIBIT
JA-3     29

turning or walking away, and did not demonstrate an interest in joint attention tasks. Eye contact was poor for most of the session, although J██ engaged in four instances of eye contact with the clinician in the last ten minutes of the evaluation. He appeared to be curious about his new environment, although not particularly explorative. J██ enjoyed pushing a toy truck back and forth on a flat surface and playing with a button-push fire station toy. J██ was observed to twist his wrist/hand/fingers and flap his hands/arms when excited. He sought attention and physical contact from his father.

## Oral Motor Exam—No Impairment Indicated
Cursory observation of Joshua's external oral/facial structures revealed adequate structure to support speech production. Overall buccal, lingual, and labial tone appeared adequate. Range of motion and accuracy of movements were not assessed secondary to Joshua's decreased participation.

## Language
Expressive and receptive language skills were assessed using the Preschool Language Scale—Fourth Edition (PLS4). The PLS4 is an individually administered exam that aids in identifying children who have a language disorder or delay. It combines results of two subtests, *Auditory Comprehension* and *Expressive Communication* to achieve a *Total Language Score* that gives insight into a child's performance compared to other children his age. Responses may be spontaneous, elicited, or reported by the caregiver. Due to J██ difficulty engaging with the clinician, skills were primarily reported by his father.

## Auditory Comprehension/Receptive Language—Impairment Indicated
In terms of receptive language skills, Joshua presents with solid skills up to the 2:6 to 2.11 month age range. J██ was able to identify clothing items on self and others, understand spatial concepts such as *in* and *off*, recognize actions in pictures, understand use of objects, understand part/whole relationships, understand simple descriptive concepts such as *big* and *dirty*, follow two-step related commands without cues, and understand quantity concepts. It appears that receptive language skills are mildly delayed at this time.

## Expressive Communication/Language—*Impairment Indicated*
Joshua's expressive language skills were judged to be mostly solid up to the 2:0 to 2:5 months age range, with scattered skills up to an age-appropriate level. J██ was able to name objects in photographs, use words more often than gestures to communicate, ask questions using rising intonation, use words for a variety of pragmatic functions, use different word combinations, use plurals, combine three words in spontaneous speech, use verb + *-ing* constructions, name a variety of pictured objects, and use quantity concepts. Dad was unsure of J██ is able to answer *what* and *where* questions or use a large variety of nouns, verbs, modifiers and pronouns in spontaneous utterances.

## Speech
This area of skill could not be directly or formally assessed due to J██ low stimulability and difficulty with attention to task. Direct observation of J██ during limited speech output indicated mild distortions of vocalic and consonantal sounds. J██ was non-stimulable for sound or word repetition.

## Voice
Voice could not be fully assessed at this time, due to J██ limited output and stimulability. Based on approximately five spontaneous vocalizations, the areas of pitch, intensity, quality and resonance appeared to be within normal limits.



### Cognition/ Play—*Impairment Indicated*

Joshua demonstrated reduced attention to tasks, as his average attention span for an activity of interest was 2 minutes. He required frequent redirection and encouragement to continue with an activity. During various play activities using a toy farm with related figurines and a fire truck with automobiles, Joshua did require modeling by the examiner to carry out various symbolic play schemas. At his age, it is expected that symbolic play behavior consist of the majority of his play activities. In addition, he should be able to actively engage others in his play. Neither of these skills were observed during this assessment, and parental report indicated that these skills might be currently emerging.

### Pragmatics—*Impairment Indicated*

Joshua demonstrated inconsistent eye contact throughout the assessment. He did not utilize language to request actions and objects from the examiner.

### Hearing—*No Impairment Indicated*

Tish Claytor, MS CCC-A of the George Washington University Hospital Audiology Center conducted a formal audiological evaluation. Results of sound field testing and tympanogram were reportedly within normal limits. Please refer to her report for details.

---

## SUMMARY AND RECOMMENDATIONS

J████ is a precious 37-months-old boy who was seen with his father for an assessment of his speech and language skills. Due to J████ shyness and lack of ability to engage and interact with the clinician, speech skills could not be formally assessed, and language skills were primarily reported by Mr. Andersen. At this time, J███ presents with mildly-delayed receptive and expressive language skills, and significantly-delayed pragmatic skills. Pragmatic skills refer to the social use of language, and are an important component of a child's communication skill set.

Based on results of this assessment, the following course of action is recommended:

*ST*    1. J███ should be seen for two 90-minute sessions of speech-language therapy per week, in a small group setting. Treatments should focus on speech, pragmatics, and continued monitoring of language development and emergence.

*(2)*    *OT*    J███ should receive a neurological consultation to further assess his skills, needs, and appropriateness of development

    3. J███ should receive an occupational therapy consultation to assess need for intervention.

    4. J████ speech skills should be formally assessed once J███ has had more exposure to the testing clinician and/or clinical environment.

It was a pleasure working with J███and his family for this evaluation. Please feel free to contact me if you have any questions or suggestions with regard to this evaluation.


Leah B. Horst, MA CCC-SLP
Speech-Language Pathologist

**Central Assessment Referral and Evaluations (C.A.R.E.) CENTER**



**Office of Special Education
(Located at Shaw Junior High School)
925 Rhode Island Avenue, NW
Washington, DC 20001
(202) 671-0882
Fax: (202) 673-6557**



### SCREENING REPORT

Student: J████ A████████
DOB:████/03
DOT: 11/2/06
Screener: Barbara Rosenblatt

The Brigance Preschool Screen-II for three-year-olds was administered to J████. He came willingly with the examiner, but also clung to his mother's hand. J████ gait appeared steady, and he was able to assist with opening doors when asked to do so. Jesse sat down in the chair at the examining table when asked to do so. He did not respond when asked his name. He correctly pointed to the colors red, blue, green, yellow, and orange. When presented with pictures of boat, kite, wagon, ladder, scissors, and leaf, and asked to name them, he looked at them but did not respond. He also did not respond when asked the use of a book, scissors, and a refrigerator. He attempted to copy the shapes presented for visual motor skills, but did not make any marks that resembled the shapes to be copied. The examiner modeled the building of a tower, and then asked Jesse to make one as high as he can. He built a five-block tower. J████ was able to "give me one", "give me two", and "give me three." He stood up when asked to do so, but did not stand on one foot or walk when both actions were demonstrated and requested of him. J████ was able, when asked, to point to his chest, knees, chin, and fingernails. He missed his back and his heels. When asked to repeat sentences of four syllables and six syllables, J████ did not answer. When asked to answer questions about pictures that would require use of prepositions and irregular nouns, J████ did not answer.

His parents said that J████ does talk at home, and is often shy in new situations. This examiner observed J████ ask his father, "Can I have apricot?"

J████ failed the screener; he received a score of 23 out of 100. The passing score for his age would be 55.

*Barbara Rosenblatt*

Barbara Rosenblatt, M.Ed., Certified Special Educator

EXHIBIT
JA-4    32



**Central Assessment Referral and Evaluations (C.A.R.E.) CENTER**



Office of Special Education
(Located at Shaw Junior High School)
925 Rhode Island Avenue, NW
Washington, DC 20001
(202) 671-0882

**Confidential Developmental Assessment**

**Name:** J████ A████████
**Date of Birth:** ████/03
**Age:** 3
**Date of Test:** 11/08/06

**Examiner:** Barbara Rosenblatt
**Date of Report:** 11/9/06
**Parents:** Alyson Steele and Carl Andersen

**Reason for Referral:** Parents are concerned about J████ speech and language delay, sensory issues, shyness, and lack of independence.

**Background Information:** Pregnancy and birth were normal. J████ hearing was tested, and is in the normal range. He is sensitive to sound. His vision appears fine. J████ attends day care four days a week at ACC Model Cities Center. J████ is not toilet trained but he is on a toileting schedule at day care.

**Method of Assessment:** J████ was assessed at his day care center. He was also informally observed eating lunch with his class. Selected sections of the Brigance Diagnostic Inventory of Early Development II were administered. J████ was assessed for Academic/Cognitive Skills, Daily Living Skills, and Social Emotional Skills. Tamara Cooper, J████ teacher, served as the informant for the Daily Living Skills and the Social Emotional Skills Domains.

**_Daily Living Skills:_**

In the area of Daily Living Skills, a child's competency in eating, dressing, toileting, work-related behaviors and personal data response is assessed. J████ received a Standard Score of 73, which is in the poor range. This Domain is made up of the subdomains of Self-Help and Prevocational. In the Self-Help area, J████ reportedly drinks and eats independently, but he needs to be reminded to use a spoon. He holds his fork in his fist. J████ can dress and undress with assistance. He puts his shoes on correctly. J████ is not toilet trained, but he indicates wet or soiled diapers, and he will remove a wet diaper. He gets on the potty by himself, and he flushes the toilet. He washes his hands with help. In the Prevocational area, J████ reportedly opens doors and turns doorknobs. He does not show signs of independence. He watches television for 20 minutes if he is interested, and may engage in activities for five to 10 minutes or longer if he is engaged. He performs simple errands. He does not remain engaged in a task if there are distractions. J████ knows his first name, but not his last name or his age. It is noteworthy that J████

EXHIBIT

tabbies

JA-5    33

standard score in the Self-Help subdomain was 93, which is in the average range. His standard score in the Prevocational subdomain was <57, which is in the very poor range.

### *Social Emotional Skills*

The Social Emotional domain consists of two subdomains, Play Skills and Behaviors, as well as Engagement and Initiative. J▬ had a Total Standard Score of <55, which is in the very poor range. He reportedly copies another child's crying, but not his movements. He repeats the words, but not the activities of adults. He has recently begun to join in to play with other children. He plays cooperatively with others for five minutes. J▬ does not have an awareness of good and bad behavior in self and others. He does not have a close friend. In the Engagement and Initiative area, J▬ sometimes shows an interest in the activities of others. However, if children are making noise, he sometimes attempts to close their mouths. J▬ does not show pride in new accomplishments. He watches the faces of others for clues to their feelings. He does not like to perform, he does not react to disappointment in an acceptable manner, and he does not show concern that playmates are not hurt.

J▬ was also observed by this examiner eating lunch with his class. He handed out plates when the teacher asked him to do so. When the teacher asked the children to put their hands in their laps, J▬ did not do so. He ate without assistance, using both his hands and a "spork" (spoon and fork combination utensil). J▬ interacted with his classmates less than the other children, although he did look at the children sitting near him.

### *Academic/Cognitive*

The Academic/Cognitive Domain consists of Quantitative/General Knowledge and Prereading/Reading skills. J▬ received a Total Standard Score of 80, which is in the below average range. He was able to "give one," "give three," and "give five" blocks on request. He was not able to "give one more." J▬ was not able to name or show that he recognized money. J▬ was able to match the number two with two objects. For ordinal numbers, he was able to look at a picture of cars along a curved road and correctly answer which one is first, last, second, middle, and fifth. He could not show which one was third or fourth. For color identification, J▬ was able to correctly say red, blue, green, yellow, purple, brown, black, pink, gray, and white. He missed orange, but was able to point to the orange block. J▬ matched red, blue, green, yellow, and orange blocks with pictures of those colors. For prereading/reading skills, J▬ was able to pick a circle out as different in an array of three squares and a circle. He was unable to pick out any others as different, but he did point to a hexagon and say "that's a hexagon." When asked to say the alphabet, J▬ only said "a."

In an informal assessment of General Knowledge and Comprehension, J▬ was able to identify eyes, nose, mouth, hair, feet, ears, head, legs, arms, fingers, toes, neck, knees, and jaw. He missed tongue, teeth, thumbs, stomach, chest, back, fingernails, heels, and ankles. When asked to verbalize body parts, he only said eyes. When asked to look at shapes on a page and match the ones that are the same, J▬ named and matched circle, square, triangle, rectangle, and diamond. J▬ was also able to point to a big cat and a

little cat on a page. He was able to give one block, and then give one more. When shown one empty cup and one full cup, he could point to the full one but not the empty one. J▮▮▮ was not able to tell about something that is heavy or light, nor could he tell about something tall or short.

**Summary and Recommendations:** J▮▮▮ A▮▮▮▮▮ is a three-year-old boy who appeared very reserved initially, but then began to speak more as the assessment continued. The testing results will be shared with the Multi-Disciplinary Team. Recommendations regarding eligibility for service will be made, using all pertinent data.

*Barbara Rosenblatt*

Barbara Rosenblatt, M.Ed.
Certified Special Educator

35



**Central Assessment Referral and Evaluations (C.A.R.E.) CENTER**

Office of Special Education
(Located at Shaw Junior High School)
925 Rhode Island Avenue, NW
Washington, DC 20001
(202) 671-0882



## OCCUPATIONAL THERAPY EVALUATION REPORT

### STUDENT IDENTIFYING INFORMATION:

| | |
|---|---|
| **Student Name:** | J██ A███████ |
| **D.O.B.:** | ████/03 |
| **Parent(s):** | Alyson Steele & Carl Andersen |
| **School:** | C.A.R.E. Center |
| **Therapist:** | Wanda R. Banks, M.A.,OTR/L |
| **Date of Evaluation:** | 11/17/06 |
| **Date of Report:** | 11/30/06 |

### Background Information:

J██ is a 3 year 3 month old male who was referred for an Occupational Therapy evaluation by the Multidisciplinary Team at the C.A.R.E. Center to determine whether school based occupational therapy services are warranted.

### BEHAVIORAL OBSERVATIONS

J██ arrived at the C.A.R.E. Center with his father. Mr. Andersen accompanied J██ and this therapist to a testing area that was free from distractions. Once we entered the therapy room J██ continued to have difficulty separating from his father who was still in the room. Mr. Anderson encouraged J██ to come over to the table area to work with this therapist.

### ASSESSMENTS ADMINISTERED

1. Peabody Developmental Motor Scales-2 (PDMS-2)
2. Sensory Profile (Completed by the Parent)
3. Clinical Observations

### ASSESSMENT RESULTS

** It should be noted that the numerical scores for these tests are based on children without developmental delays. The Age Equivalents, although easily understood, are often not the best measure of a child's growth from year to year. The standardized score, which is not dependent on age, but the number of correct responses given out of all the possible answers, may be more accurately used for comparison purposes.

**EXHIBIT**

tabbies JA-6

6

**Central Assessment Referral and Evaluations (C.A.R.E.) CENTER**



Office of Special Education
(Located at Shaw Junior High School)
925 Rhode Island Avenue, NW
Washington, DC 20001
(202) 671-0882



**<u>Peabody Developmental Motor Scales 2- Fine Motor Section (PDMS-2)</u>**
The PDMS-2 is an assessment that is composed of six subtests (reflexes, stationary, locomotion, object manipulation, grasping and visual-motor integration) that measure interrelated motor abilities that develop early in life. It is designed to measure motor abilities, (gross and fine motor skills) from birth to 6 years of age. The subtests for the fine motor section of the PDMS-2 are listed below.

1. **Grasping**: Measures the child's ability to use his or her hands holding objects in one hand and progressing to actions requiring controlled use of fingers and/or both hands.
2. **Visual-Motor Integration:** Measures a child's ability to use his/her visual perceptual skills to perform complex eye-hand coordination tasks, (i.e. reaching and grasping objects, building with blocks, and copying designs).

The scores for these subtests are listed below:

| Subtest | Raw Score | Standard Score | Percentile | Age Equivalent | Description of Performance |
|---------|-----------|----------------|------------|----------------|---------------------------|
| Grasping | 42 | 6 | 9 | 20 months | Below Average |
| Visual-Motor Integration | 94 | 5 | 5 | 23 months | Poor |

J█████ obtained a fine motor quotient of 73 indicating his overall fine motor skills are in the poor range. On the grasping section of the PDMS-2 J████ received a standard score of 6 which is in the below average range. He was able to grasp small pellets, grasp two cubes with one hand, and grasp a marker using his thumb and first finger toward the paper and the rest of his fingers around the marker. He grasped the marker with his right hand. He was unable to use a more mature tripod grasp. J████ was also unable to unbutton and button buttons however, these task are above his chronological age. On the visual motor integration section of the PDMS-2 J████ achieved a standard score of 5, which is in the poor range. He was able to place a pellet in a bottle, scribble spontaneously, build a tower of 8 cubes, insert shapes (circle, square, and triangle) into a formboard, turn pages of a book, imitate vertical and horizontal strokes, and remove a top from a bottle. J████ demonstrated difficulty with snipping paper with scissors, stringing beads, folding paper in half and reproducing block designs.

2

### Central Assessment Referral and Evaluations (C.A.R.E.) CENTER



Office of Special Education
(Located at Shaw Junior High School)
925 Rhode Island Avenue, NW
Washington, DC 20001
(202) 671-0882



Mr. Anderson, J███ father reports at home he likes to build with legos and building blocks, roll cars back and forth, put toys into bins, play with playdough, and painting. He also reports that J███ loves to run and loves spinning toys.

### Sensory Profile

The Sensory Profile is a measure of children's responses to sensory events in daily life. The caregiver completes the Sensory Profile by assessing the frequency of the child's responses to certain sensory processing, modulation, and behavioral/emotional events as described in the 125 items. We know from research that the Sensory Profile can help identify the child's sensory processing patterns; then we can consider how these patterns might be contributing to or creating barriers to performance in daily life.

Alyson Steele J███ mother completed the caregiver questionnaire. The Sensory Profile was given as a part of a total assessment that included interviews, observations, and other tests to reveal the possible contribution of sensory processing patterns to J███ challenges.

### Sensory Processing

J███ received no scores for the following sections:
- Visual Processing
- Vestibular Processing
- Touch Processing
- Multisensory Processing

This means that Ms. Steele was unable answer some of the items because they were not observed or not applicable to J███.

For the Visual Processing section it is reported that J███ frequently looks carefully or intensely at objects/people and occasionally he expresses discomfort with or avoids bright lights, happy to be in the dark, has difficulty putting puzzles together, and covers eyes or squints to protect from light.

For the Vestibular Processing section Ms. Steele reported J███ frequently avoids playground equipment or moving toys, seeks all kinds of movement and this interferes with daily routines, seeks out all kinds of movement activities and rocks unconsciously and he occasionally dislikes riding in a car, twirls/spins self frequently throughout the day

3

### Central Assessment Referral and Evaluations (C.A.R.E.) CENTER



Office of Special Education
(Located at Shaw Junior High School)
925 Rhode Island Avenue, NW
Washington, DC  20001
(202) 671-0882



and rocks in desk, chair or on the floor.

For the Touch Processing section J████ always prefers to wear short sleeves. He frequently is sensitive to certain fabrics, becomes irritated by shoes or socks, and doesn't seem to notice when face or hands are messy. J████ occasionally expresses distress during grooming, reacts emotionally or aggressively to touch, rubs or scratches out a spot that has been touched, avoids wearing shoes (loves to be barefoot, and touches people and objects.

In the area of Multisensory Processing J████ frequently has difficulty paying attention and looks away from tasks to notice all actions in the room. He occasionally seems oblivious within an active environment, hangs on people, furniture, or objects even in familiar situations, walks on toe and leaves clothing twisted on body.

Although there were no scores for the following sections Visual Processing, Vestibular Processing, Touch Processing, and Multisensory Processing J████ does exhibit some difficulties in the mentioned areas.

J████ has probable difference scores in the area of Oral Sensory Processing. Ms. Steele reports that some days J████ likes some foods and some days other foods. He occasionally chews or licks on nonfood objects such as foam blocks, toes, and pictures of food in books.

J████ has difficulty with Auditory Processing. He always responds negatively to unexpected or loud noises except for particular noises that he has worked hard to get used to such as fire engines and trains. He frequently holds hands over ears to protect ears from sound, has trouble completing tasks when the radio is on, is distracted or has trouble functioning if there is a lot of noise around, appears to not hear what you say and enjoys making play noise.

When children have difficulty in this sensory system, it means that this form of sensory input is confusing, upsetting, or not meaningful to the child. In any case, difficulty with sensory input can interfere with the child's ability to complete important activities successfully as other children do.

## Modulation

There are no scores for the following Modulation sections:
- Modulation of Sensory Input Affecting Emotional Responses

4

**Central Assessment Referral and Evaluations (C.A.R.E.) CENTER**



Office of Special Education
(Located at Shaw Junior High School)
925 Rhode Island Avenue, NW
Washington, DC  20001
(202) 671-0882



This means that Ms. Steele was unable to answer items because they were not applicable to J____

J____ obtained scores that indicated typical ability to modulate sensory experiences in daily life. When children have adequate modulation, this means that they can organize input to create an appropriate adaptive response such as responding to the teacher or caregiver. He received scores in the typical range for the following sections

- Modulation of Movement affecting Activity Level

*How can he have typical mod if he has so many sensory issues?*

Ms. Steele reports that J____ frequently appears "on the go" and occasionally prefers quiet, sedentary play and seeks sedentary play activities.

The following scores for Modulation sections are within the Probable Difference classification:

- Modulation Related to Body Position and Movement

J____ mother reports that he occasionally seems accident-prone, hesitates going up or down curbs or steps, holds walls or banisters and appears to enjoy falling.  His mother also states that pretend falling is a favorite.

He has difficulty with

- Sensory Processing Related to Endurance/Tone
- Modulation of Visual Input Affecting Emotional Responses and Activity Level

Ms. Steele reports that frequently J____ has a weak grasp and occasionally he seems to have weak muscles and can't lift heavy objects.  She also reports when putting on clothes or other coordinated task his grasp seems weak but other times his grasp is quite strong. With modulation of visual input Jesse frequently avoids eye contact, stares intensively at objects or people, and watches everyone when they move around the room. This means the child will have problems in the following areas:

- Sitting for long periods, remaining alert and maintaining participation with peers.
- Understanding the meaning and usefulness of visual information resulting in inappropriate responses.

There are no scores for the following Behavioral and Emotional Response sections:

- Emotional/Social Responses
- Behavioral Outcomes of sensory Processing

This means that his mother was unable to respond to some items because they were not applicable to J____

Ms. Steele reports that he plays alongside others but does not directly interact and he does not verbalize feelings most of the time.

5

## Central Assessment Referral and Evaluations (C.A.R.E.) CENTER



**Office of Special Education**
**(Located at Shaw Junior High School)**
**925 Rhode Island Avenue, NW**
**Washington, DC 20001**
**(202) 671-0882**



J▄▄ obtained scores indicating typical performance in the area of:
- Items Indicating Thresholds for Response

J▄▄▄ mother indicates that he occasionally jumps from one activity to another so that it interferes with play.
When children have good behavioral and emotional responses, this indicates that they are using their sensory input and modulation successfully to produce appropriate responses in everyday life.

The Sensory Profile scores reveal that J▄▄ has some useful and some difficult ways to understand and use sensory information.
His strengths lie in the areas of:
- Modulation of Movement Affecting Activity Level
- Items Indicating Thresholds for Response

J▄▄ is having difficulty with other ways of processing sensory information and these are likely to be interfering with daily life performance. He is having difficulty with:
- Oral Sensory Processing
- Modulation Related to Body Position and Movement.
- Auditory Processing
- Sensory Processing Related to Endurance/Tone
- Modulation of Visual Input Affecting Emotional Responses and Activity Level

## Clinical Observations

J▄▄ demonstrates visual attention to various tasks especially puzzles. When putting together a 9-piece non-interlocking puzzle he visually scans the puzzle and finds where the piece goes before inserting. His father, Mr. Andersen, reports that he does all right on the playground with slides and the jungle gyms but does tolerate the swings as well. Ms. Steele reports that he does not like to swing without a parent.
J▄▄ is able to put on and take off his pants, socks, underwear and shoes. He can take his coat off. He needs assistance with fasteners. His father also reports that J▄▄ has difficulty with sequences such as when washing hands and getting dressed.
He is able to feed himself with a spoon or fork but prefers to use his fingers.
J▄▄ tolerates various positions on the therapy ball and he able to pick up the therapy ball. He throws and kicks ball large and small.

6

**Central Assessment Referral and Evaluations (C.A.R.E.) CENTER**



Office of Special Education
(Located at Shaw Junior High School)
925 Rhode Island Avenue, NW
Washington, DC  20001
(202) 671-0882



### Summary

J███ is a 3 year 3 month old male who exhibits strengths with his ability to visually attend to tasks of interest such as puzzles.  He exhibits difficulty with sensory processing in the areas of auditory and oral sensory processing and proprioception dealing with muscle tone. On the grasping subtest of the PDMS-2 J███ achieved a standard score of 6 which is in the below average range and on the visual motor integration subtest he achieved a standard score of 5 which is in the poor range.  J███ obtained a fine motor quotient of 73 indicating his overall fine motor skills are in the poor range.  J███ also has some difficulties with sequencing of tasks.  This information will be shared with the MDT.

Wanda R. Banks, M.A., OTR/L

7

1



**Central Assessment Referral and Evaluations (C.A.R.E.)  CENTER**

Office of Special Education
(Located at Shaw Junior High School)
925 Rhode Island Avenue, NW
Washington, DC  20001
(202) 671-0882



**EARLY CHILDHOOD**

## SPEECH-LANGUAGE REVIEW AND OBSERVATION

**Student's Name:  J▮▮▮ A▮▮▮▮▮▮**          **DOB:** ▮▮▮-03
**School:   Model Cities/ Early Childhood**     **ID#:**
**Examiner: Judith A. Edghill, M.S., CCC-SLP/A**     **DOR: 12/5/06**
**Chronological Age: 3.4**

### REASON FOR REFERRAL:

J▮▮▮ was referred for a Speech and Language assessment review to determine eligibility for special education services under IDEIA, 2004 part B and to assist with educational planning.

### ASSESSMENT PROCEDURES:
1. Record Review/Background Information
2. Review of Speech and Language Report
3. Parent Interviews
4. Classroom Observation/Teacher Interview

### RECORD REVIEW/BACKGROUND INFORMATION:

J▮▮▮ is a 3.4 year old little boy who currently attends Model Cities Childcare Center Monday- Thursday.   According to the information provided in the Developmental History Questionnaire that was completed on 11/2/06 with Alyson Steele, J▮▮▮▮ mother, as the respondent, the referral concerns were speech/language, sensory processing and "*strange body movements*".   Prenatal, perinatal, and medical history was unremarkable. Developmental milestones were generally acquired at age appropriate times.    J▮▮▮ has an infant sister and he lives at home with his mother and father.

EXHIBIT
JA-7

3

2

## REVIEW OF SPEECH-LANGUAGE ASSESSMENT:

Leah B. Horst, MA CCC-SLP- 9/15/06- George Washington University Medical Center

**Background History:** Speech and language concerns were reported as *"stagnated speech development...limited use of sentences beyond 3 words...concern that J▮▮▮ may be on the autism spectrum...very solitary play...and 'non-particular and non meaningful' play".*

**Behavioral Observations:** *"J▮▮▮ frequently rejected one-to-one interactions with the clinician by turning or walking away and did not demonstrate an interest in joint attention tasks...(he) enjoyed pushing a toy truck back and forth....and playing with a button-push fire station toy...J▮▮▮ was observed to twist his wrist/hand/fingers and flap his hands/arms when excited".*

**Oral Motor Examination:** *"Overall buccal, lingual, and labial tone appeared adequate...range of motion and accuracy of movements were not assessed secondary to J▮▮▮ decreased participation".* He was also reported to be *"a very picky eater".*

**Auditory Comprehension:** ***"Due to J▮▮▮ difficulty engaging with the clinician, skills were primarily reported by the father."*** Based on the information provided by Mr. Andersen, the results revealed that *"J▮▮▮ presents with solid skills up to 2.6-2.11".*

**Expressive Communication:** ***"Due to J▮▮▮ difficulty engaging with the clinician, skills were primarily reported by the father."*** Based on the information provided by Mr. Andersen, the results revealed that *"J▮▮▮ expressive language skills were judged to be mostly solid up to 2.0-2.5 range, with scatter up to an age-appropriate level".*

**Articulation/phonology:** *"Direct observation of J▮▮▮ during limited speech output indicated mild distortion of vocalic and consonantal sounds...J▮▮▮ was non-stimulable for sound or word repetition".*

**Voice:** *"Based on approximately 5 spontaneous vocalizations, the areas of pitch, intensity, quality and resonance appeared to be within normal limits".*

3

Pragmatics (Social Language)/Play: *"J___ did require modeling by the examiner to carryout various symbolic play schemas...(he) demonstrated inconsistent eye contact...he did not utilize language to request actions and objects from the examiner"*. It was reported that Mr. Andersen described J___ play as *"being non-particular and non meaningful"* and that *"J___ is historically very solitary"*.

Attention/Focus: *"J___ demonstrated reduced attention to tasks, as his average attention span for an activity of interest was 2 minutes"*.

Ms. Horst recommended the following:
1. Two 90 minute sessions of speech-language therapy
2. A neurological consultation
3. An occupational therapy consultation
4. Formal assessment of J___ speech-language skills once he has more exposure to the testing clinician/clinical environment.

## PLEASE SEE REPORT FOR FULL DETAILS

## CLASSROOM OBSERVATION/TEACHER INTERVIEW/PARENT INTERVIEWS:   Judith Edghill, MS CCC-SLP/A 11/28/06- DCPS

## TEACHER INTERVIEW:
Ms. Colter, J___ teacher, was interviewed on November 28, 2006.   J___ has been in Ms. Colter's classroom for 2 years.  Ms. Colter described J___ as a *"smart little boy, who doesn't talk much"*.  She stated that J___ does not engage in play with his peers, but he will briefly watch his peers at play.  Ms. Colter continued by reporting that J___ needs frequent repetition and prompting to follow single and multistep directions.  J___ experiences difficulty with sequencing steps in a task like washing his hands.  She stated that he requires prompts for each step.  As far as pre-academic skills are concerned, Ms. Colter stated that J___ knows his number, letters and shapes.  She stated that he loves to look at books and that he *"can re-tell the story of the Hungry Caterpillar word for word"*.  Ms. Colter also report that J___ demonstrates difficulty tolerating noise. She stated that he will cover his ears when music is on in the classroom or if hear another child cry.  Ms. Colter mentioned that J___ enjoys using the computer, seems overly attentive to spinning wheels on toys cars, and frequently will use language *"that sounds that*

45

4

*you will hear on a computer*". When she was asked to clarify, she stated that J▆▆ often repeats "*word for word*" things that he has heard on a computer or tv. She also described J▆▆ as being a picky eater.

## CLASSROOM OBSERVATION:

There were 12 students and 4 adults in the classroom during the observation. Upon the observer entering the room, J▆▆ was standing in the middle of the floor between the table and the computer center. J▆▆ stood and watched the computer screen as one of his classmates played on the computer. J▆▆ briefly rocked his body forward and back. He appeared excited as he watched the bright colors and heard the sounds coming from the computer. Ms. Colter called his name and told him to "*come here*". J▆▆ briefly turned his head toward Ms. Colter, however, he turned back to the computer screen and began to rock and flap his hands briefly. Ms. Colter said "*J▆▆ come here*" three additional times, but he did not respond by turning his head or acknowledging that he *heard* her. Ms. Colter took his hand and led him to the table. J▆▆ was able to verbally name and match numbers 1-5 (these were the only numbers that were present). Ms. Colter was often required to repeat "*what number is this*" two or three times before J▆▆ would reply because he was still *so* focused on the computer. After looking at the numbers, J▆▆ resumed his standing and watching the computer screen. After about 5 minutes or so, Ms. Colter instructed J▆▆ to "*go get a book*". which he complied about two repetitions. J▆▆ got a book, oriented the book correctly and quickly turned the pages. Ms. Colter looked at the book briefly with J▆▆. She told J▆▆ to put the book back and get another book because the book had a lot of torn pages. Before giving the book to J▆▆ to put back, Ms. Colter read one of lines in the book "*Come back here David*". J▆▆ closed the book, took it over to the book shelf and repeated "*Come back here David*". Ms. Colter told J▆▆ to find a specific book. The book was actually hiding behind some of the other books. J▆▆ looked for the book and found it. During clean-up time, Ms. Colter put on a Nursery School CD. Although it was heard by this observer as being played at a soft volume, J▆▆ quickly covered his ears. Later, Ms. Colter demonstrated how knowledgeable J▆▆ was about his shapes. J▆▆ was able to name his shapes and match the shape with the corresponding shape on the floor. During toileting, Ms. Colter was required to request that J▆▆ "*go to the pot*" three times before he reached the "pot". It appeared that J▆▆ would start over to the "pot" and some how forget what he was doing, he would stop and seemed to be focused on something else. He was also observed to twist his thumb. He appeared to be visually focused on

LOST IN THE SEQUENCE

46

NO INITIATIVES, ADD'L COMMENTS

5

something, but this examiner could not determine what it was.   Once he arrived at the "pot", Ms. Colter prompted J████ to pull down his pants, which he was able to do in one prompt. J████, sat down, use the toilet, and pull up his pants without prompts.  He did need a prompt *"Are you finished J████?"*, to get up from the toilet. Once he finished using the bathroom, J████ began to wander over to the computer area again. Ms. Colter prompted *"go wash your hands J████"*.  Again, he needed a few prompts to get him to the sink.  He also needed prompts to perform all of the steps required for washing his hands.   It was soon time for lunch.  J████ responsibility was to pass out the milk.  J████ required prompts to follow the sequence of picking up the milk, finding his classmate, and placing it on the table. J████ appeared to frequently get stuck or loose focus when trying to complete his lunch-time task.  He was able to deliver the milk to the correct classmate with prompts, for example "J████ take the milk to xxxx".  J████ sat down at the table, folded his hands for grace.  J████ was heard saying a few of the words for his grace.  J████ ate his fruit and nibbled on his roll.  With hand over hand assistance from Ms Colter, J████ took 3 bites of his broccoli.  At no time during the classroom observation did J████ initiate any verbalizations or requests.  He did not use words or play to interact with his classmates.  Although his other classmates were curious of whom the observer was (for example, they would come over, say hi, smile or just look at the stranger in the classroom), J████ made no visual, gestural or verbal acknowledgement of the observer's presence.  Eye contact was observed to be limited throughout the observation.  The classroom observation was concluded after lunch.

## PARENT INTERVIEWS:
Mr. Carl Andersen, J████ father, was briefly interviewed via telephone on November 30, 2006.  Mr. Andersen expressed similar concerns that were outlined in the 9/15/06 Speech and Language Report.  He described J████ as "shy".  Mr. Andersen reported that he and his wife are currently going to see Dr. Wolff, a Behavior Psychologist, weekly to learn strategies to assist them at home with J████.  Mr. Andersen stated that there has been some improvement with J████ compliance with directions.

Ms. Allison Steele, J████ mother, was briefly interviewed via telephone on December 1, 2006.   Ms. Steele described the "*strange body movements*" that she was reported during her initial interview on 11/2/06.  She reported that J████ is frequently engaged in "*stimming*" (self stimulatory behaviors).  She stated that he

6

rocks and flaps his hands when he gets excited.  Ms. Steele also reported that J███ enjoys spinning objects (wheels of a car, her cell phone).  Ms. Steele reported that although J███ can talk, his speech is often scripted.  She described J███ communication as having little reciprocity.  For example, Ms. Steele reported that J███ can request an apricot by saying *"Can I have an apricot please?"*, but when you ask him *"Do you want an apricot?"*, he will not give a reply or he may say *"Can I have an apricot please?"*, instead of saying *"yes, please"*.  J███ can not adapt his language to a particular situation and his language is often considered to be repetitive.  Ms. Steele reported that J███ was making adequate progress in language development until he was between 18 months and 2 years.  She said that his language *"stalled"*.  She continued by reporting that J███ lacks conversational skills, there is limited reciprocity when talking or playing.  J███ does not seek others out to share information at home or school.   Ms. Steele expressed concern regarding J███ ability to sequence directions.  She stated that he often requires prompts throughout the sequence.  Ms. Steel also expressed concerned regarding his ability to process directions.  She reported that he often appears not to hear or doesn't respond; and he covers his ears when he perceives auditory sounds as loud.

**SUMMARY/IMPRESSIONS**:

J███ is an adorable 3 year old little boy who attends Model Cities Childcare Center.  He was referred for special education testing due to concerns regarding speech, language, sensory, and behavior.  Although J███ did not undergo a "formal" assessment of communication skills, "informal" measures were used to assess J███ communicative functioning.  According to the GWUMC report dated 9/15/06, J███ spoken language skills as reported by Mr. Anderson were described to be in the range of 2.0- age appropriate.  According to the classroom observation, teacher interview and parent interviews, J███ usage of language appears to be restricted, perhaps repetitive, and lacks reciprocity when compared to similar aged peers.  Although he is able to follow some basic classroom directives ("come here J███" , "get the book"), with repetition; J███, frequently require step by step prompts to follow a typical event sequence such as washing his hands.  J███ presents with periods of overly focused attention, which appears to interfere with his ability to follow a directive immediately.  J███ was also observed and reported to engage in repetitive motor mannerisms and perhaps becomes preoccupied with spinning objects.  J███ peer social interactions are very limited.  He appears to watch his peers engaged in play, however, he doesn't initiate play or engage in play with his peers.  *Based on these findings, it is this*

48

7

*qualified examiner's professional opinion that J████ communicative weaknesses appear to have an adverse effect on his ability to participate in age appropriate educational activities.* This decision, however, can only be made by the Multi-Disciplinary Team (MDT). His prognosis for establishing an efficient and functional means of communication appears good given appropriate educational planning and placement.

## RECOMMENDATIONS:

1. The results of this assessment will be discussed with the MDT.

2. If it is determined that J████ qualifies for Speech-Language intervention, it is recommended that he undergo a formal speech and language assessment in approximately 6 months.  *once we know examiner*

3. The following educational suggestions are recommended to be implemented in J████ classroom:

- J████ may learn better through the visual mode than auditory, therefore, he may benefit from the following:

   i. Visual schedule so he can be able to transition from task to task smoothly

   ii. Visual sequence picture cards that can help him through various classroom sequences such as washing his hands, going to the bathroom, passing out milk, cleaning up, etc.

   iii. Visual choice picture cards that can assist J████ in making his own choices and requests in the classroom, such as library, computer, bathroom

- J████ should be encouraged to participate in parallel play near his peers. Let J████ do something that he enjoys (spinning wheels), then slowly engage J████ into more appropriate play with the car or toy.

49

8

- J■■■ appears to have an adequate vocabulary, encourage him to use words to label items in the classroom, using a carrier phrase like "This is a ___" or "I have a ____", to help extend his utterances.

- Model what to say and do for J■■■. Once he has mastered the visual scrip, use a verbal script when he is doing a typical classroom sequence (ie. passing out the milk).

- Make sure verbal directions are short and concrete.

Judith A. Edghill, M.S., CCC-SLP/A                     DATE
**DCPS Certified Speech-Language Pathologist**
**ASHA Dually Certified Speech-Language**
**Pathologist & Audiologist**
**ASHA ACE- Award for Continuing Education**

50

**DISTRICT OF COLUMBIA PUBLIC SCHOOLS**
**WASHINGTON, D.C.**
**INDIVIDUALIZED EDUCATIONAL PROGRAM**

DCPS - IEP  Page 1 of 4
Additional Comments: ☐

## I. IDENTIFICATION INFORMATION

## II. CURRENT INFORMATION

Date of IEP Meeting: 12/12/2006
Date of Last IEP Meeting: 12/12/2006
Date of Most Recent Eligibility Decision: 12/12/2006

Student Name: Last ~~Andersen~~     First Jesse     MI
Student ID 9228229     Soc. Sec. No.     Age: 3.4     Grade
Gender ☒ M ☐ F   Date of Birth ~~/03~~   Ethnic Group White

Purpose of IEP Conference:
☒ Initial IEP          ☐ Review of IEP
☐ Requested Eval.    ☐ 3yr ReEval.

Address   117 12th Street
House No.        Street Name
Washington          SE  #8
Quadrant   Apartment #
☐ Non-attending     DC     20003
State     Zip Code
Attending School WEST ELEMENTARY   Home School WATKINS
AGG Model City

Indicate Level of Standardized Assessment:

☐ Elem. ☐ Mid/JHS ☐ SHS ☐ CWS /
Parent   Alyson Steel and Carl Andersen
Address of (if different from student):   ☐ Parent ☐ Guardian ☐ Surrogate

ADDENDA TO BE ATTACHED AS NEEDED
Check the appropriate box(es)

| BEHAVIOR | ☒ | TRANSPORTATION |
| ESY | | TRANSITION |

House No.   Street Name   Quad   Apt. No.   City   State   Zip Code
Telephone: Home 202 544-3310   Work 202-298-6700

| III. LANGUAGE | Language | Language Used for Evaluation | Language Used In Conference | Communication Requirements | To be completed by Office of Bilingual Education English and Math Proficiency Assessment |
|---|---|---|---|---|---|
| Student | English | English | English | | Oral: |
| Parent | English | English | English | | Rdg./ Written |
| Home | English | English | English | | Instrument: |
| | | | | | Date: |

## IV. SPECIAL EDUCATION AND RELATED SERVICES SUMMARY

| SERVICES | SETTING Gened Sped Total | FREQUENCY Hr/ Min  D/W/M. | PROVIDER (by discipline) | BEGINNING DATE mm/dd/yyyy | DURATION #  wks./mos |
|---|---|---|---|---|---|
| Specialized Instruction | 24.5 24.5 | Hr  W | Special Ed Teacher | 12/13/06 | 10  mos |
| Speech/Language | 1.5 1.5 | Hr  W | Speech Lang Pathologist | 12/13/06 | 10  mos |
| OT | 1.5 1.5 | Hr  W | Occupational Therapist | 12/13/06 | 10  mos |
| | | | | | |
| | | | | | |
| **TOTAL** | 27.5 27.5 | Hours Per Week | | | |

## V. Disability(ies)

Developmental Disability

☐ (Check if setting is general Ed.)

Percent of time in Specialized Instruction and Related Services
☐ 0-20%   ☐ 21-60%   ☒ 61-100%
Percent of time NOT in a Regular Education Setting

## VI. IEP TEAM (Participants in the development of the IEP)

C. Anderson
A. Steele

Print and sign your name below:
Wanda R. Banks   Wanda R. Banks WEB OTR/L
West ~~Elementary~~ SLP   Wanda R. Banks
Andrea Hogarth, A Hogarth, School
SHEILA SCOTT-BATES Special Educator
Barbara Rosen  Barbara Rosen Parent
Rosen Parent

_I AGREE_ with the contents of this IEP. I have had an opportunity to be involved in the development of this IEP. I have received a copy of this IEP and consent to the implementation of the services in the IEP. I have received a copy of the procedural safeguards and parent rights pertaining to special education.
Parent/Guardian Signature                    Date 12-12-06

District of Columbia Public Schools   07-02-2001   Division of Special Education   Appendix - A   IEP Page 1 of 4

EXHIBIT
JA-8   51

| Student Name | Jesse A_____ | | Managing School | C.A.R.E. Center | DCPS - IEP |
|---|---|---|---|---|---|
| Student ID Number | 9228229 | DOB ___/03 | Attending School | ACC Model Cities WEST ELEMENTARY | Page 2 of 4 |

## VII. Present Educational Performance Levels in Areas Affected by the Disability

Additional Comments: ☐

**Academic Areas: (Evaluator)** SPECIAL EDUCATOR.

**Math Strengths:**
J_____ IS ABLE TO GIVE 5 OBJECTS.

**Impact of disability on educational performance in general education curriculum:**
J_____ DOES NOT UNDERSTAND THE CONCEPT OF SAME + DIFFERENT

**Reading Strengths:**

**Impact of disability on educational performance in general education curriculum:**

Score(s) When Available
ACADEMIC
Math Cal.
Math Rea. SS 80
See goal page: 1
Date: 11-08-06
Rdg. Com
Rdg. Basic
Written Ex.
See goal page:
Date: 11/08/06

---

**Communication (Speech & Language) (Evaluator)** NDTHEIGHY M.P.S., CP/A
**Strengths:**
J_____ can follow basic classroom directives with prompts

**Impact of disability on educational performance in general education curriculum:**
J_____ overall communicative functioning is below expectancy.

Score(s) When Available
Exp. Lang. BELOW
Rec. Lang. BELOW
Artic. BELOW
Voice WNL
Fluency WNL
Exp. Voc. PONS
Rec. Voc. NPNS
See goal page: 3-4
Date: 9/13/06

---

**Motor/Health (Evaluator)** Wanda R. Banks, MA, OTR/L
**Strengths:**
Good visual attention to tasks of interest

**Impact of disability on educational performance in general education curriculum:**
Difficulties with fine motor skills will impact performance of classroom activities

Score(s) /Results
When Available
PDMS-2    FMQ=73
See goal page: 5-8
Date: 11/17/06

---

**Social Emotional Behavioral Areas: (Evaluator)** SPECIAL EDUCATOR, R. ROSENBLATT
**Strengths:**
Plays cooperatively with others for 5 minutes

**Impact of disability on educational performance in general education curriculum:**
Highly sensitive to noise. Limited interaction with classmates

Score(s) When Available
< 55 Standard Score
See goal page: 9
Date: 11/08/06

---

**Cognitive/Adaptive Behavior: (Evaluator)** SPECIAL EDUCATOR, B ROSENBLATT
**Strengths:**
Knows colors, body parts, size differences

**Impact of disability on educational performance in general education curriculum:**
Shows limited initiative.

Score(s) When Available
80 Standard Score
See goal page: 10
Date: 11/08/06

---

**Prevocational Skills: (Evaluator)** SPECIAL EDUCATOR, B. ROSENBLATT
**Strengths:**
J_____ is ABLE TO PERFORM SIMPLE ERRANDS

**Impact of disability on educational performance in general education curriculum:**
J_____ is UNABLE TO ENGAGE IN ACTIVITIES FOR FIFTEEN MINUTES.

Score(s) When Available
See goal page: 1
Date: 11/08/06

---

| Student Name  J▮▮▮ A▮▮▮▮▮ | | Managing School  CARE Center | DCPS - IEP |
|---|---|---|---|
| Student ID Number 9228229 | DOB ▮▮▮03 | Attending School  ABC North Cares  WEST ELEMENTARY | Page 3 of 4 |

| **VIII. SPECIALIZED SERVICES** | **Additional Comments:** ☐ | | **Goal Number:** ☐ |
|---|---|---|---|

Area addressed by goal:  Cognitive Skills

**ANNUAL GOAL:** (including mastery criteria.)

J▮▮ will improve cognitive skills as measure by the mastery of the short-term objectives

Provider(s): Special Education Teacher

Consider audience, behavior, condition, degree and evaluation.

| SHORT-TERM OBJECTIVES (include mastery criteria or benchmarks) | Date Mastered | Evaluation Schedule |
|---|---|---|
| J▮▮ will be able to identify his first name in print 4/5 opportunities | | monthly |
| J▮▮ will demonstrate an understanding of the concept same/different 4/5 opportunities | | monthly |
| J▮▮ will demonstrate an understanding of basic linguistic concepts such as big/little, before/after, empty/full, infront of/behind, in/out, next to etc. 3/5 opportunties | | monthly |
| J▮▮ will attended to a structured group activity for 10 minutes | | monthly |
| | | |
| | | |

**EVALUATION PROCEDURE(S)**

☐ Portfolio  ☒ Log  ☐ Chart  ☐ Test  ☒ Documented Observation  ☐ Report  ☐ Other _____

| Student Name J___ A___ | Managing School CARE CENTER | DCPS - IEP Page 3 of 4 |
| Student ID Number 9228229    DOB ___-03 | Attending School ACC Model Cities WEST ELEMENTARY | Goal Number: 2 |

**VIII. SPECIALIZED SERVICES**    Additional Comments: ☐

Area addressed by goal: Communication

**ANNUAL GOAL: (including mastery criteria.)**

J___ wil improve social, expressive and receptive language skills as evidenced by the mastery of the following short term objectives

Provider(s): Speech-Language Pathologist/Special Education Teacher

Consider audience, behavior, condition, degree and evaluation.

| SHORT-TERM OBJECTIVES (include mastery criteria or benchmarks) | Date Mastered | Evaluation Schedule |
|---|---|---|
| J___ will increase eye contact during structured activities with the therapist/teacher during 3/5 opportunities | | monthly |
| J___ will communicate social greetings ( hi, bye), manners (thank you/please) and 'yes' 'no' using picture, sign/gesture and or word approximations during 3/5 opporunities | | monthly |
| J___ will make a request to play with a toy/game, go to the potty, get water, or need for help using a picture, sign/gesture, and or word approximation 3/5 opportunities | | monthly |
| J___ will follow basic one step directives (eg. sit down, open/shut door, give me, get (item), clean up, get water, go to potty) 3/5 opportunities without prompts | | monthly |
| J___ will verbalize his name and age with prompts 3/5 opportunties | | monthly |
| J___ will follow a 3 or 4 step classroom sequence with visual prompts 4/5 opportunities | | monthly |

**EVALUATION PROCEDURE(S)**

☐ Portfolio  ☐ Log  ☒ Chart  ☐ Test  ☒ Documented Observation  ☐ Report  ☐ Other _____

| Student Name | J___ A_____h | Managing School | *CARE CENTR* | DCPS - IEP |
| Student ID Number | *922822 9* | DOB | *___/03* | Attending School | *ACC Model Cities* | Page 3 of 4 |

*WEST ELEMENTARY*    Goal Number: *3*

**VIII. SPECIALIZED SERVICES**    Additional Comments: ☐

Area addressed by goal: Communication _____

**ANNUAL GOAL: (including mastery criteria.)**

J___ wil improve social, expressive and receptive language skills as evidenced by the mastery of the following short term objectives

continued

Provider(s): Speech-Language Pathologist/Special Education Teacher _____

Consider audience, behavior, condition, degree and evaluation.

| SHORT-TERM OBJECTIVES (include mastery criteria or benchmarks) | Date Mastered | Evaluation Schedule |
|---|---|---|
| J___ will mimic (verbally and/or gesturally) songs, poems, finger play to increase stimulation of voluntary speech 4/5 opportunities | | monthly |
| J___ will communicate- teacher, y____, more, all done, potty, help, stop, and eat/drink with pictures, gestures and/or words 4/5 opportunities | | monthly |
| J___ will take turns during a structured game or play with an adult 4/5 opportunities with decreasing prompts | | monthly |
| J___ will engage in nonverbal/verbal reciprocal play with an adult and peer for increasing periods of time 3/5 opportunties with decreasing prompts | | monthly |
| J___ will carryout symbolic play schemes with an adult 3/5 opportunites with decreasing prompts | | monthly |
| J___ will use a multiword utterance to indicate a request, preference, or action 3/5 opportunites with decreasing prompts | | monthly |
| *Jesse will give a verbal response when his name is called. 3/5 opportunities with decreasing prompts.* | | *monthly* |

**EVALUATION PROCEDURE(S)**

☐ Portfolio  ☐ Log  ☒ Chart  ☐ Test  ☒ Documented Observation  ☐ Report  ☐ Other _____

District of Columbia Public Schools    07-02-2001    Division of Special Education    Appendix - A    IEP Page 3 of 4

55

| Student Name J___ A_____ | | Managing School _ATC. CARE CENTER_ | DCPS - IEP |
|---|---|---|---|
| Student ID Number _9ZZ8229_ | DOB ___/03 | Attending School _A CC ACADEMIES_ _WEST ELEMENTARY_ | Page 3 of 4 |

**VIII. SPECIALIZED SERVICES**    Additional Comments: ☐    Goal Number: ☐ 4

Area addressed by goal:   Communication _____

**ANNUAL GOAL: (including mastery criteria.)**

J___ wil improve oral motor programming and increase vocalizations as evidenced by the mastery of the following short term objectives

Provider(s): Speech-Language Pathologist _____

Consider audience, behavior, condition, degree and evaluation.

| SHORT-TERM OBJECTIVES (include mastery criteria or benchmarks) | Date Mastered | Evaluation Schedule |
|---|---|---|
| J___ will improve oral motor coordination by usage of visual reinforcements as motivators ( ie. blowing party favors, horns, bubbles, etc) 4/5 opportunities | | monthly |
| J___ will imitate/produce CV and CVCV combinations in functional words- hi, wheee!, my, no, bye bye, pee pee, etc  3/5 opportunities | | monthly |
| J___ will imitate/produce animal/environmental sounds (ie. moo, meow, pop, mmmm, vrooom, choo choo, etc) 3/5 opportunities | | monthly |
| | | |
| | | |
| | | |

**EVALUATION PROCEDURE(S)**

☐ Portfolio  ☐ Log  ☒ Chart  ☐ Test  ☒ Documented Observation  ☐ Report  ☐ Other _____

District of Columbia Public Schools     07-02-2001     Division of Special Education     Appendix - A     IEP Page 3 of 4

56

| Student Name | Jesus A~~~~~ | | Managing School | C.A.R.E. Center | | DCPS - IEP |
|---|---|---|---|---|---|---|
| Student ID Number 9228229 | | DOB ██/03 | Attending School | ACE MODEL GIRLS | | Page 3 of 4 |
| | | | | WEST ELEMENTARY | | |

| **VIII. SPECIALIZED SERVICES** | **Additional Comments:** ☐ | | | | **Goal Number:** 5 |
|---|---|---|---|---|---|

Area addressed by goal: Motor/Health

**ANNUAL GOAL: (including mastery criteria.)**

To improve ability to use sensory information to understand and effectively interact with people and objects in school environment, Jesus will:

Provider(s): Occupational Therapist

Consider audience, behavior, condition, degree and evaluation.

| SHORT-TERM OBJECTIVES (include mastery criteria or benchmarks) | Date Mastered | Evaluation Schedule |
|---|---|---|
| Participate in various tactile, vestibular, visual, proprioceptive, auditory, gustatory and olfactory activities without behavioral overreactions 80% of the time | | Monthly |
| Wheelbarrow walk for a distance of 10 feet with support provided at his hips and progressing to his ankles 3 out of 4 trials | | Monthly |
| Propel a scooterboard from a prone position for a distance of 10 feet using only hands 3 out of 4 trials | | Monthly |
| Pull self along a 15-foot rope, using a hand over hand pattern, while sitting with legs crossed on a scooterboard, for a distance of 10 feet | | Monthly |
| | | |
| | | |

**EVALUATION PROCEDURE(S)**

☐ Portfolio  ☐ Log  ☐ Chart  ☐ Test  ☒ Documented Observation  ☐ Report  ☒ Other Progress Notes

57

| Student Name | Jesse A_____ | | Managing School | C.A.R.E. Center | | DCPS - IEP |
|---|---|---|---|---|---|---|
| Student ID Number 9228229 | | DOB ___/03 | Attending School | _HCC Middle Gres_ WEST ELEMENTARY | | Page 3 of 4 |

| **VIII. SPECIALIZED SERVICES** | **Additional Comments:** ☐ | | Goal Number: ☐ 6 |
|---|---|---|---|

Area addressed by goal:  Motor/Health

**ANNUAL GOAL: (including mastery criteria.)**

To improve motor planning to enhance quality of movement and efficient organization of self for effective participation in school activities, J____ will:

**Provider(s):** Occupational Therapist

**Consider audience, behavior, condition, degree and evaluation.**

| SHORT-TERM OBJECTIVES (include mastery criteria or benchmarks) | Date Mastered | Evaluation Schedule |
|---|---|---|
| Physically or verbally communicate 2 ideas for therapy activities when presented with 2 choices 3 out of 4 trials | | Monthly |
| Specify at least 3 steps needed to correctly sequence the movements required to perform a given task 3 out of 4 trials | | Monthly |
| Communicate 4 ideas of how to motorically interact with a ball 4 out of 4 trials | | Monthly |
| Complete a specific 4 step activity as demonstrated 3 out of 4 trials | | Monthly |
| Complete a specific 4 step activity following verbal directions 3 out of 4 trials | | Monthly |
| Complete a specific 4 step activity with only initial directions 3 out of 4 trials | | Monthly |

| **EVALUATION PROCEDURE(S)** | | | | | | |
|---|---|---|---|---|---|---|
| ☐ Portfolio | ☐ Log | ☐ Chart | ☐ Test | ☒ Documented Observation | ☐ Report | ☒ Other  Progress Notes |

| Student Name Jesse Ambrose | Managing School C.A.R.E. Center | DCPS - IEP |
|---|---|---|
| Student ID Number 9228229   DOB __/__/03 | Attending School *Att Model Care* | Page 3 of 4 |
| | KIEST ELEMENTARY  Goal Number: 1 | |

**VIII. SPECIALIZED SERVICES**    Additional Comments: ☐

Area addressed by goal: Motor/Health _____

**ANNUAL GOAL:** (including mastery criteria.)

To improve fine motor skills for better performance and success with classroom activities, ██ will:

Provider(s): Occupational Therapist _____

Consider audience, behavior, condition, degree and evaluation.

| SHORT-TERM OBJECTIVES (include mastery criteria or benchmarks) | Date Mastered | Evaluation Schedule |
|---|---|---|
| Grasp writing utensils with a tripod grasp with verbal/physical cues 80% of the time | | Monthly |
| Imitate simple shapes including a circle, cross, diagonal lines and a square in various tactile mediums and markers, crayons, and pencils with 80% accuracy | | Monthly |
| Copy simple shapes including a circle, cross, diagonal lines and a square in various tactile mediums and markers, crayons, and pencils with 80% accuracy | | Monthly |
| Button and unbutton large and medium sized buttons independently 3 out of 4 trials | | Monthly |
| Reproduce block desings using up to 6 blocks given a model with decreasing assistance 3 out of 4 trials    *desings* | | Monthly |
| String 15-20 various sized, shaped and textured items (ex. small, medium, and large beads, pasta, cereal) 80% of the time with minimal assistance and progressing to independence | | Monthly |

**EVALUATION PROCEDURE(S)**

☐ Portfolio  ☐ Log  ☐ Chart  ☐ Test  ☒ Documented Observation  ☐ Report  ☒ Other Progress Notes

District of Columbia Public Schools    07-02-2001    Division of Special Education    Appendix - A    IEP Page 3 of 4

59

| Student Name  J___ A_____ | Managing School  C.A.R.E. Center | DCPS - IEP |
|---|---|---|
| Student ID Number 9228229    DOB ___/03 | Attending School  ACCHODGA GGHCS  WEST ELEMENTARY | Page 3 of 4 |

| **VIII. SPECIALIZED SERVICES**    Additional Comments: ☐ | Goal Number: ☐ 8 |
|---|---|

Area addressed by goal:  Motor/Health

**ANNUAL GOAL:** (including mastery criteria.)

To improve fine motor skills for better performance and success with classroom activities, J____ will:

**Provider(s):** Occupational Therapist

Consider audience, behavior, condition, degree and evaluation.

| SHORT-TERM OBJECTIVES (include mastery criteria or benchmarks) | Date Mastered | Evaluation Schedule |
|---|---|---|
| Correctly position fingers in holes of scissors with verbal/physical cues accuractely 100% of the time | | Monthly |
| Snip playdough, strips heavyweight paper or sandpaper independently 80% of the time | | Monthly |
| Cut an 81/2 x 11 inch piece of construction paper, heavyweight paper, and sandpaper in half with smooth coordinated cuts independently 80% of the time | | Monthly |
| | | |
| | | |
| | | |

**EVALUATION PROCEDURE(S)**

☐ Portfolio  ☐ Log  ☐ Chart  ☐ Test  ☒ Documented Observation  ☐ Report  ☒ Other  Progress Notes

| Student Name  J▬ A▬ | Managing School  CARE Center | DCPS - IEP |
|---|---|---|
| Student ID Number 9228229    DOB ▬/▬/03 | Attending School  *ALL MODEL CITIES*  *WEST ELEMENTARY* | Page 3 of 4 |

| VIII. SPECIALIZED SERVICES | Additional Comments: ☐ | Goal Number: 9 |

Area addressed by goal:  Social Emotional

**ANNUAL GOAL: (including mastery criteria.)**

J▬ will improve social emotional skills as measure by the mastery of the short-term objectives

Provider(s): Special Education Teacher

Consider audience, behavior, condition, degree and evaluation.

| SHORT-TERM OBJECTIVES (include mastery criteria or benchmarks) | Date Mastered | Evaluation Schedule |
|---|---|---|
| J▬ will show an interest in a group activity for 5 minutes | | monthly |
| J▬ will engage in parallel play for 10 minutes | | monthly |
| J▬ will communicate social greeting ( hi, bye), manners (thank you/please) 4/5 times | | monthly |
| | | |
| | | |
| | | |

**EVALUATION PROCEDURE(S)**

☐ Portfolio  ☒ Log  ☐ Chart  ☐ Test  ☒ Documented Observation  ☐ Report  ☐ Other _____

| Student Name J___ A_____ | | DCPS - IEP |
|---|---|---|
| Student ID Number 9228229    DOB ___/03 | Managing School CARE Center | Page 3 of 4 |
| | Attending School ACC MODEL CITES | |
| | WEST ELEMENTARY    Goal Number: 10 | |

**VIII. SPECIALIZED SERVICES**    Additional Comments: ☐

Area addressed by goal: Adaptive Skills

**ANNUAL GOAL: (including mastery criteria.)**

J___ will improve adaptive skills as measure by the mastery of the short-term objectives

Provider(s): Special Education Teacher

Consider audience, behavior, condition, degree and evaluation.

| SHORT-TERM OBJECTIVES (include mastery criteria or benchmarks) | Date Mastered | Evaluation Schedule |
|---|---|---|
| J___ will anticipate and communicate toileting needs 4/5 times | | monthly |
| J___ will follow the toileting sequence 4/5 times with 1 prompt | | monthly |
| J___ will follow the sequence to wash his hands 4/5 times with 1 prompt | | monthly |
| J___ WILL GET HIS COAT. PUT IT ON AND ZIP IT UP WITH ONE PROMPT 4/5 TIMES. | | MONTHLY |
| | | |
| | | |

**EVALUATION PROCEDURE(S)**

☐ Portfolio  ☒ Log  ☐ Chart  ☐ Test  ☒ Documented Observation  ☐ Report  ☐ Other _____

District of Columbia Public Schools     07-02-2001     Division of Special Education     Appendix - A     IEP Page 3 of 4

62

| | |
|---|---|
| Student Name  J___ A_____ | Managing School C.A.R.E. Center |
| Student ID Number 9228229    DOB ___/03 | Attending School ACC Model Cities |
| | *WEST ELEMENTARY* |

DCPS - IEP
Page 4 of 4

**Additional Comments:** ☐

## IX. LEAST RESTRICTIVE ENVIRONMENT (LRE) DETERMINATION
### SERVICE ALTERNATIVES

Can curricular modification, accommodation and/or supplemental aids and services be used for a LRE setting in regular education? ☐ Yes ☑ No

Explanation for removal out of regular education classroom.

J___ will receive specialized instructions in an inclusion setting to address his educational needs.

### X. Supplementary Aids and Services
**Classroom Needs**
(Do not name products or companies.)

| | SETTING | | | FREQUENCY | | PROVIDER (by discipline) | BEGINNING DATE (mm/dd/yyyy) |
|---|---|---|---|---|---|---|---|
| | GenEd | SpEd | Total | Hr./ Min | D/W/M. | | |
| | | | | | | | |
| | | | | | | | |
| | | | | | | | |
| | | | | | | | |

Check and list modifications and/or accommodations  for **testing:**  ☐ None needed

Timing/Scheduling: _____
Setting: _____
Presentation: _____
Response: _____
Equipment: _____

### XI. STATE AND DISTRICT ASSESSMENTS:
☐ Level I  Tested with non-disabled peers under standard conditions without accommodations.

☐ Level III (Describe non-uniform conditions for level III) Tested under non-standard conditions with permissible accommodations

☐ Level V  Portfolio:

☐ Level II  (Describe accommodations for level II) Tested under standard conditions with special accommodations.

☐ Level IV  (Describe the alternative assessment)

### XII. Areas Requiring Specialized Instruction and Related Services:

☐ Reading
☐ Mathematics
☐ Written Expression
☑ Other: *Occupational Therapy*
☐ None

☐ Physical/Sensory
☑ Social Emotional
☐ Physical Development

☐ Transition
☐ Vocational
☐ Independent Living
☑ Speech/Language

**Modifications:**
☐ Language Arts/English
☐ Social Sciences
☐ Biological & Physical Sciences
☐ Fine Arts

Apply annual goal(s), objectives and/or modifications to address barriers in each area checked above.

### XIII. PLACEMENT CONSIDERATIONS AND JUSTIFICATION

| DESCRIBE CONSIDERATIONS | ACCEPT/REJECT REASONS | POTENTIAL HARMFUL EFFECTS |
|---|---|---|
| GENERAL EDUCATION. | REJECT | POTENTIAL SCHOOL FAILURE |
| COMBINATION GEN. ED./SPEC ED. | REJECT | POTENTIAL SCHOOL FAILURE |
| OUT OF GEN. ED./INCLUSION | ACCEPT | POTENTIAL SCHOOL FAILURE |

Modification(s)/Accommodation(s) to address the harmful effects:

SPECIFIC SCAFFOLDING TO ACCOMMODATE J_____ NEEDS

Location for Services  WEST ELEMENTARY

District of Columbia Public Schools    07-02-2001    Division of Special Education    Appendix - A    IEP Page 4 of 4

63

**DOCUMENTED LEVEL OF SERVICE (PERM)**
Complete and attach to MDT/IEP meeting notes

| | | |
|---|---|---|
| School   West Elementary School | Principal  Brandon Eatman | Special Education Coordinator John Alberty |
| Date  12/12/2006  Case Manager | | Technical Support Supervisor |
| Student  J___ A___ | DOB___/0. Age    Grade | ID# 9928229    SSN# |
| Parent   A. Steele and C. Andersen | Telephone (H) 202  544-3310 | (W) |
| Address:  117  12TH  ST | SE  #8  WASH | DC  20003 |
| Street #    Street | Quad  Apt. No.  City | State  Zip Code |

REFERRAL SOURCE: (Check)  [X] 120 Day  [ ] Reeval.  [ ] HOD  [ ] SA  [ ] MA

[ ] Nonpublic  [ ] Residential  [ ] Citywide  [ ] Courts  [X] Local School  [ ] Other:

Previous least restrictive environment (LRE Setting):

---

**JUSTIFICATION FOR SETTING CONSIDERATION**
(Submit TAT/MDT Documentation)
SUPPORTIVE DATA/DOCUMENTATION

| 2. ACCOMMODATIONS/ MODIFICATIONS | 3. DATA REQUIREMENTS | | |
|---|---|---|---|
| Placement in the special education with related service (OT and Speech/Language) | Current IEP | Yes [X] | No [ ] |
| | Signatures of required participants (MDT  notes) | Yes [X] | |
| | Intervention Behavior Plan | Yes [ ] | |
| | Copies of current class work and homework assignments: | Yes [ ] | |
| | Medical Reports: | Yes [ ] | No [X] |
| | Clinical Reports: | Yes [ ] | No [X] |
| | Psychiatric Reports | Yes [ ] | No [X] |
| | Medications: | Yes [ ] | No [X] |
| | Attendance Record | Yes [ ] | |
| | Copies of most recent evaluation(s) | Yes [X] | |

| 4. Results of all interventions: (TAT, MDT, etc. and attach meeting notes.) | 5. Resources needed for program implementation |
|---|---|
| MDT  Meeting Notes of  12/12/2006<br>IEP Meeting Notes of  12/12/2006 | |

---

**6. CURRENT SETTING CONSIDERATIONS**

| ROW | SETTING in neighborhood school (Determined through the IEP team.) | SERVICE PROVIDER (Based on documented need) | LEVEL OF SERVICE (Based on documented need) |
|---|---|---|---|
| 1 | [ ] in general education classroom setting | [ ] general educators with consultation from special education staff | [ ] between 0% and 20% of service time |
| 2 | [X] combination general education and resource classroom | [X] combination of general educators, special educators and related service providers | [X] between 21 % and 60% of service time |
| 3 | [ ] out of general education classroom | [ ] special educators and related service providers | [X] between 61 % and 100% of service time |

*In providing or arranging for the provision of nonacademic and extracurricular service and activities, including meals, recess period, and the services and activities, each public agency shall ensure that each child with a disability participates with non-disabled children in those services and activities (300.306) to the maximum extent appropriate to the needs of that child. (300.553) Nonacademic settings).

Check the level of need as indicated:
**DIRECTIONS:**

| | |
|---|---|
| If two or three boxes are checked in the Row 1, check LOW.<br>If two or three boxes are checked in the Row 2, check MODERATE.<br>If two or three boxes are checked in the Row 3, check HIGH. | If one box is checked in each row,<br>check either MODERATE or HIGH,<br>depending on the need of the student. |

**7. LEVEL OF NEED**

| [ ] LOW | [X] MODERATE | [X] HIGH |
|---|---|---|

Attention: Technical Support Supervisor / PERM Compliance Team

## EVALUATION TO JUSTIFY TRANSPORTATION

Student ~~Jesse Anderson~~ ID# 9228229 DOB ~~_____~~ 03

Attending School *ACC Model City* WEST ELEMENTARY Neighborhood School *WATKINS. ES*

### Attach a copy to the Transportation Data Form and maintain as a part of the IEP

Justification for Transportation as a related service as stipulated in 300.24 (15). (Check all that apply):

1. ☐ Medical reports document a severe health condition that prevents the student from walking to school. Specify _____

2. ☐ Medical reports document a physical disability that prevents the students from walking to or getting to school independently. Specify _____

3. ☐ A documented severe cognitive disability prevents the students from walking or getting to school independently. Specify _____

4. ☐ A visual and/or hearing disability interferes with the student's ability to arrive at school independently. Documentation source _____

5. ☐ A severe communication disability prevents the student from communicating for his/her own safety Documentation source _____

6. ☐ A behavior /emotional disability is so severe or erratic that there is concern for the safety of the student and/or others. Documentation source _____

7. ☐ The student is eligible for the preschool special education program and could not participate without special transportation.

8. ☒ The student is/will attend a distant school because the IEP cannot be implemented at the zoned school.

9. ☐ The student is medically fragile. Documentation source _____

10. ☐ The student requires assistance to get on and off the bus. Documentation source _____

11. ☐ The student is unable to function independently due to the severity of the disability. Documentation source _____

12. ☐ The student requires a non-routine transportation schedule (i.e. contract services, abbreviated school day). Explain _____

13. ☐ Medical reports document that the student has a physical disability and/or severe health condition that prevents him or her from walking to school. Documentation source _____

14. ☐ A documented severe cognitive disability prevents the students from walking to school. Documentation source _____

15. ☐ Other (Specify) _____

DISTRICT OF COLUMBIA PUBLIC SCHOOLS          07-02-2001          DIVISION OF SPECIAL EDUCATION          APPENDIX-A

65

**DISTRICT OF COLUMBIA PUBLIC SCHOOLS**

| IEP Attachment B |
| Transportation |

**TRANSPORTATION DIVISION**

**STUDENT TRANSPORTATION
DATA FORM**

*2006-2007.*
School Year

*9ZZ8229*
STUDENT IDENTIFICATION NUMBER

(MDT must first determine if student meets the requirements for transportation services and has it included in the IEP.)

Person Making Request: _SHEILA SCOTT-BATES_
Date of Request: _12/18/06_
Status of Request: _NEW_
Date Request Received: _____ _____
Person Receiving Request: _____ _____

*Alyson Steele*
*Carl Andersen*
Parent / Guardian (Print legibly or type)

*202-544-3310*
_____

Telephone (H)

*202-298-6700*
_____

Telephone (W)

Emergency Contact
_____

Relationship
_____

Telephone No.
_____

Pager / Cell No.

Students will be taken to a central location until 6:00 p.m. if the bus attendants are unable to deliver them to the designated location. After 6:00 p.m. the police will be contacted. This year's central location is _____

Student: Last Name _____ First Name _____ MI
House No. *117* Street Name *12th Street SE #8*
*Washington, DC* Quad. *20003* Apt.
City _____ State _____ Zip Code
*103 M* *English* *C.A.R.E Center 2)671-0882*
DOB Gender Primary Language Submitting School and Telephone Number
*Developmental Delay*
Disability Classification          Medical Issues

**MODE OF TRANSPORTATION** ☑Bus ☐ Tokens ☐ Farecards

\* SPECIAL ACCOMMODATIONS FOR BUS

Height _____ Weight _____

Oxygen      Tracheotomy tube      Seizures      Helmet
Harness      1:1 Aide      Behavioral issues _____
Medication _____      Specific allergies _____
Dosage required during transportation :
☐Yes ☐No  Dosage _____                    ☐PM ☐AM

☐ Mobility ☐ Ambulatory ( ☐ Cane, ☐ Crutch, ☐Walker)
           ☐ Ambulatory w/ assistance ( ☐Cane, ☐Crutch, ☐Walker)
           ☐ Non Ambulatory ( ☐ Standard, ☐Motorized, ☐Oversized
                              w/ lap tray ☐ Yes ☐No)
☐ Car Seat          ☐ Positioning Device _____
☐ Special Restraint  ☐ Other, Describe: _____

Click one of the following:

☐ **AM Pick-up & PM Drop-off** is the same as the student address.

☐ _____      _____
   **AM Pick-up Address**                    Telephone No.

☐ _____      _____
   **PM Drop-off Address**                   Telephone No.

**Transportation will NOT be provided without confirmed placement through the proper procedures. Justification for other than neighborhood settings must be explained on the back by the school official requesting the transportation services.**

*Sheila Scott-Bates*      *(202) 671-0882*      *12/18/06*
School Official requesting transportation service:      Telephone No.      Date

*West Elementary*      *1338 Farragut St NW*      *(202) 576-6226*
School to Attend:      Address of School      Telephone No.

**Questions may be directed to the Special Education Transportation Liaison.**

District of Columbia Public Schools      07-02-2001      Division of Special Education      IEP Attachment B      Transportation

**DISTRICT OF COLUMBIA PUBLIC SCHOOLS**

| | IEP Attachment B |
| | Transportation |

**TRANSPORTATION DIVISION**

**STUDENT TRANSPORTATION DATA FORM**

*2006-2007.*
School Year

*9ZZ8229*
STUDENT IDENTIFICATION NUMBER

(MDT must first determine if student meets the requirements for transportation services and has it included in the IEP.)

Person Making Request: _____
Date of Request: _____
Status of Request: _____
Date Request Received: _____
Person Receiving Request: _____

---

Alyson Steele
Carl Andersen
Parent / Guardian (Print legibly or type)

202-544-3310
Telephone (H)

202-298-6700
Telephone (W)

MS. CHRISTINE CHO
Emergency Contact

WORK COLLEAGUE
Relationship    H: (702) 642-8882
W: (202.) 298-6700
Telephone No.

(703) 966-6799
Pager / Cell No.

Students will be taken to a central location until 6:00 p.m. if the bus attendants are unable to deliver them to the designated location. After 6:00 p.m. the police will be contacted. This year's central location is ____?____

---

Student: A_____ Last Name    d_____ First Name    MI

117    12th Street SE    #8
House No.    Street Name    Quad.    Apt.

Washington, DC    20003
City    State    Zip Code

___ 103    M    English
DOB    Gender    Primary Language    Submitting School and Telephone Number

Developmental Delay
Disability Classification    Medical Issues

**MODE OF TRANSPORTATION**  [✓] *Bus  [ ] Tokens  [ ] Farecards

* **SPECIAL ACCOMMODATIONS FOR BUS**

Height _____    Weight _____

Oxygen _____    Tracheotomy tube _____    Seizures _____    Helmet _____

Harness _____    1:1 Aide _____    Behavioral issues _____

Medication _____    Specific allergies _____

Dosage required during transportation :
[ ] Yes [ ] No  Dosage _____    [ ] PM [ ] AM

[ ] Mobility  [ ] Ambulatory ( [ ] Cane. [ ] Crutch, [ ] Walker)
         [ ] Ambulatory w/ assistance ( [ ] Cane. [ ] Crutch, [ ] Walker)
         [ ] Non Ambulatory ( [ ] Standard, [ ] Motorized, [ ] Oversized)
              w/ lap tray  [ ] Yes [ ] No)

[ ] Car Seat    [ ] Positioning Device _____
[ ] Special Restraint    [ ] Other, Describe: _____

---

Click one of the following:

[ ] AM Pick-up & PM Drop-off is the same as the student address.

[ ] _____
   AM Pick-up Address    Telephone No.

[ ] _____
   PM Drop-off Address    Telephone No.

**Transportation will NOT be provided without confirmed placement through the proper procedures. Justification for other than neighborhood settings must be explained on the back by the school official requesting the transportation services.**

SHEILA SCOTT-BATES    (202) 671-0882    1/04/07
School Official requesting transportation service:    Telephone No.    Date

WEST ELEMENTARY    1338 FARRAGUT ST NW    202 576-6226
School to Attend    Address of School    Telephone No

**Questions may be directed to the Special Education Transportation Liaison.**

District of Columbia Public Schools    07-02-2001    Division of Special Education    IEP Attachment B    Transportation

67



**DISTRICT OF COLUMBIA PUBLIC SCHOOLS**
**WASHINGTON, D.C.**

**INITIAL PLACEMENT**

Student ~~J___ A___~~ DOB ~~__~~/05 Age 3/4 Meeting Date 12/12/06

Address 117 12TH St SE # 8 Telephone (W) 544-3310 (H) (202) 298-6700

Dear Parent:

You have been provided a copy of the "Procedural Safeguards – Parents Rights" booklet. We would like to remind you at this time that:

- granting consent is a voluntary action on your part;
- this consent may be revoked at any time although the school district is required to take all necessary action to provide appropriate service(s) and may be required t initiate due process procedures to obtain consent; and
- by granting consent in writing, you are agreeing to the process indicated below.

✓ Initial Placement

After development of an IEP, the MDT, with the parent, determined that your child will receive special education and related services at _WEST ELEMENTARY SCHOOL_ school, for:

___ 0% - 20%,      ___ 21% - 60%,  or      ✓ 61% - 100%.

### Parent Response Section:

I give permission for District of Columbia Public Schools to proceed with the initial placement for my child.

_Q. J. A____                              1/93/06
                                          12/12/06
_____          _____
Parent/Guardian Signature            Date

Parents would like to take a look at
WEST ES. program before signing this form.

District of Columbia Public Schools          Division of Special Education          April 30, 2001
Consent for Initial Placement

68

**DISTRICT OF COLUMBIA PUBLIC SCHOOLS**
**SPECIAL EDUCATION**

MULTIDISCIPLINARY TEAM (MDT)

PRIOR NOTICE

Check Purpose:
☐ Initial Evaluation
☒ Initial Placement
☐ Reevaluation
　　☐ Change in Category Exit
　　☐ Related Service Add
　　☐ Related Service
　　☐ Change in Placement
　　☐ Other _____

Date _12/13/2006_

Student _Je___ A_____ DOB ___/2003

School _West Elementary_

Current Disability Category _Developmental Disability_

Setting _Combination (General Ed & Resource Rm_

Dear _Carl Andersen & Alyson Steel_

State and federal laws regarding students with disabilities require school systems to notify and inform parents of certain changes being made to their children's education program.
Therefore, you are being notified of the following proposed changes:
☐ Proposes to initiate or change the identification, evaluation, educational placement or provision of FAPE to your child.
☐ Refuses to initiate or change the identification, evaluation, educational placement or provision of FAPE to your child.
☒ Other _Initial Placement_

A multidisciplinary team (MDT), of which you were an invited member, has made the following decisions about your child: (check all that apply)

☐ Your child is not eligible for special education service(s).
☒ Your child is eligible or continues to be eligible to receive special education services as a student with _Developmental Disability_
☐ Your child will begin receiving _____ as a related service(s).
☐ Your child will no longer receive _____ as a related service(s).
☐ Your child's category of disability is being changed from _____ to _____
☐ Your child's alternative placement on continuum (next setting) is being changed,
　　from _____ to _____
☐ Your child is no longer eligible and will be exited from the special education program.
☐ Other: _____

**Description and Explanation of agency action proposed or refused.**

General Education will not adequately meet his educational needs.

**Description of Other Options Considered and reasons for rejection of each option**

Combination General Education/ Special Education has been accepted. This setting will meet the needs of this student and provide him with the services on his IEP.

Other relevant factors to the decision- _____

MDT Members: ☐ Principal or Designee　　☐ General Education Teacher　　☒ Psychologist
　　☒ Parent　　☒ Special Education Teacher　　☒ Other: _OT_
　　☐ Student　　☒ Speech and Language　　_____
　　☐ Social Worker　　☐ *LEA & Interpreter (*may be one)　　_____
Any questions you may have concerning your child's program may be directed to the principal.
You are protected under the **Procedural Safeguards** for parents, which are enclosed for your information.
If I can be of assistance to you, or have questions regarding the Procedural Safeguards,
please contact _C.A.R.E. Center_ at _671-0882_ (school telephone number).

See attachments for - EVALUATION PROCEDURES, TEST, RECORDS OR REPORTS USED

MDT Prior Written Notice to the Parent
07-02-2001

69

**DISTRICT OF COLUMBIA PUBLIC SCHOOLS**
**SPECIAL EDUCATION**
**MULTIDISCIPLINARY TEAM**
**(MDT)**

Student J██████ A██████ DOB ███/03 Age 3-4 Grade ____ ID 9228229

You have the right to challenge the recommendations by requesting Mediation or a Due Process Hearing before an impartial hearing officer. To initiate a mediation or hearing, you will need to complete a REQUEST FOR MEDIATION or DUE PROCESS HEARING form and mail it to the address listed below:

Student Hearing Office
D.C. Public Schools 825 North
Capitol Street, N.E. 8th floor
202-442-5432

You have the right to be represented at the hearing by legal counsel.
A copy of Parents Procedural Safeguards handbook is provided.
A list of free or low cost legal service, for which you may qualify depending on your income, is included.
If you would like an additional copy, please contact the principal.

**EVALUATION PROCEDURES, TEST, RECORDS OR REPORTS USED**

☐ **Wechsler Intelligence Scale for Children-III (WISC-III)** - commonly employed individually administered test designed to measure the intelligence of individuals aged 6 to 16 ½ years. Date of Report _____

☐ **Wechsler Preschool and Primary Scale of Intelligence-Revised (WPPSI-R)** - measures specific mental abilities and processes in ages 4 to 6 ½ years. Date of Report _____

☐ **Wechsler Adult Intelligence Scale-III (WIAS-III)** an individually administered test designed to measure the intelligence of individuals ages 16 and over. Date of Report _____

☐ **Bayley Scales of Infant Development-II** - an individually administered instrument that measures motor, mental and social development in infants and children from 1 month to 42 months of age. Date of Report _____

☐ **Wechsler Individual Achievement Test (WIAT)** - a commonly used individually administered instrument designed to assess the educational achievement of children and adolescents in areas of basic reading, mathematics reasoning, spelling, reading comprehension, numerical operations, listening comprehension, oral expression, and written expression. Date of Report _____

☐ **Peabody Individual Achievement Test-Revised (PIAT-R)** - an individually administered test measuring achievement in areas of general information, reading recognition, reading comprehension, spelling, written expression, and mathematics. Date of Report _____

☐ **Kaufman Test of Educational Achievement (KTEA)** -an individually administered instrument measuring achievement skills in reading decoding, mathematics applications, spelling, reading comprehension, and mathematics computation. Date of Report _____

☐ **Woodcock-Johnson Psycho-Educational Battery** - a diagnostic and evaluation instrument composed of twenty-seven tests divided into three major parts: tests of cognitive ability, tests of achievement, and tests of interests. Date of Report _____

☐ **Bender Visual Motor Gestalt Test** - measures perceptual motor skills to determine visual-motor gestalt functioning and neurological soft-signs in ages 4 to 12 years using the Koppitz Scoring System. Date of Report _____

☐ **Developmental Test of Visual Motor Integration (VMI)** -assesses visual perception and motor coordination in ages 3 years and up using a more structured booklet format. Date of Report _____

☐ **Children's Apperception Test** - a projective story-telling technique for personality evaluation in ages 5 to 10 years. Date of Report _____

☐ **Thematic Apperception Test** - a projective story-telling technique for personality evaluation in older children and adolescents.
    Date of Report _____

☐ **House-Tree-Person** - a projective drawing technique providing insight into personality structure, physical concerns, and social-emotional adjustment in children and adolescents. Date of Report _____

MDT Prior Written Notice to the Parent
07-02-2001

2

**DISTRICT OF COLUMBIA PUBLIC SCHOOLS**
**SPECIAL EDUCATION**
**MULTIDISCIPLINARY TEAM**
**(MDT)**

Student J████    A████    DOB ███03 Age 3-4  Grade ____ ID 9228229

☐ **Kinetic Family Drawing** - a projective drawing technique measuring one's perception of her family and her role within the family.
   Date of Report _____

☐ **Rorschach Psychodiagnostic Test** - a projective measure by which one's responses to inkblots reveal personality structure, ego strengths and reality testing in ages 3 and older. Date of Report _____

☐ **Goodenough-Harris Drawing Test** - a projective drawing procedure measuring intellectual perceptual-motor maturity and personality through the use of drawings of self and a member of the opposite sex in ages 3 to 15.11 years. Date of Report _____

☐ **Conner's Parent and Teacher Rating Scales** - a paper-and-pencil instrument measuring problem behaviors of children and adolescents as reported by the child's teacher, parents, or alternate care-giver. Date of Report _____

☐ **The Vineland Adaptive Behavior Scales** - assesses adaptive and social competency skills. Date of Report _____

☐ **Test of Language Development Primary - Revised (TOLD-P)** - measures primary language proficiency and specific strengths and weaknesses in language skills. Date of Report _____

☐ **Kaufman Assessment Battery for Children** - assesses the ability to solve problems using simultaneous and sequential metal processes in four global areas: Sequential Processing, Simultaneous Processing, Mental Processing, and Achievement. Date of Report _____

☐ **Preschool Language Scale** - measures auditory comprehension and verbal ability skills. Date of Report _____

☐ **Oral Peripheral Speech Examination** - a procedure to determine whether the examinee can appropriately use the lips, tongue, mouth, etc.
   Date of Report _____

☐ **Clinical Evaluation of Language Fundamentals - III** - assesses the child's language functioning including processing and production.
   Date of Report _____

☐ **Expressive One Word Picture Vocabulary Test** - assesses the child's single word expressive vocabulary. Date of Report _____

☐ **Receptive One Word Picture Vocabulary Test** assesses the child's single word receptive vocabulary. Date of Report _____

☐ **Goldman-Fristoe Test of Articulation** - assesses the production of consonants in simple and complex contexts. Date of Report _____

☐ **Peabody Picture Vocabulary Test-Revised** - individually administered, multiple choice test measuring nonverbal, receptive vocabulary
   Date of Report _____

☐ **Fisher-Logemann Test of Articulation Competence** - assesses articulation proficiency with single sounds, consonant blends, and vowel production
   Date of Report _____

☐ **Classroom Observation** - assesses present functioning of the student within the classroom environment.

**Free or Low Cost Legal Services**

Neighborhood Legal Services
701 4' Street, N.E.
Washington, D.C. 20001
202-682-2700 (NW)
202-682-2732 (NE)
Fax 202-682-0588

Neighborhood Legal
Services 1213 Good Hope
Road, S.E. Washington, D.C.
20020 202-678-2000
Fax 202-889-3374

University Legal Services
300 I Street, N.E.
Washington, D.C. 20002
202-547-0198
Fax 202-547-2662

The Children's Law Center Inc. 1050
Connecticut Avenue, N.W. Suite 1200
Washington Square
Washington, D.C. 20036-5317
202-467-4900
Fax 202-467-4949

National Coalition for Students
with Disabilities
10500 Main Street, Suite 417
Fairfax, VA 22030
703-267-6388    (fax) 703-267-6992

January 9. 2007

Ms. Steel + Mr. Andersen.

I have enclosed a corrected copy of the Prior Notice and the IEP.

The IEP was corrected because the attending school is West Elementary and not All Model City.

Please contact me at 202 671-0881 if you have any questions

Shila Scott Bates.

**Childrens**
*National Medical Center*®

111 Michigan Avenue, N.W.
Washington, DC 20010-2970
(202) 884-5000

**CHILD DEVELOPMENT PROGRAM**
**DEVELOPMENTAL EVALUATION**

**NAME:** J███ A███████
**MR#:** 020475948
**REFERRAL SOURCE:** Milagros Ariza, M.D.

**DOE:** February 23, 2007
**DOB:** ████████, 2003
**AGE:** 43 months

## HISTORY

J███ is now a 43-month-old toddler seen today for follow-up developmental evaluation. He was last evaluated in our Clinic at 36 months of age, at which time skills were around the 2 to 2 ½-year-level overall. His performance on that evaluation was impacted by his reluctance to participate in structured testing activities, and his minimal use of language, despite reports of good language at home. Play skills were noted to be somewhat limited and social skills were not appropriate for his age. Gross and fine motor skills were mildly delayed and his self-help skills were immature. Both mom and dad accompanied J███ to the Clinic today. They report that he is making progress, but would like to know how to continue monitoring his development. They are also concerned about J████ meals and nutrition as he has more recently become a picky eater.

To briefly review his history, J████ was born full term weighing 7 pounds 14 ounces. There were no reported complications with the pregnancy or birth. J████ had acid reflux following his birth and was treated with Carafate for one week and Prevacid for six months. J█████ parents also reported that he had colic as an infant. Currently, J████ is reported to be healthy, as he has no hospitalizations or major illnesses, and takes no medication. Hearing was more recently screened in September, 2006 and by parent report was passed. J████ and his parents were also followed briefly by Dr. Richard Wolff, a psychologist in the community who assisted the family with previous behavioral concerns.

## SOCIAL SITUATION/EDUCATION PROGRAM

J███ lives with his parents and infant sister in Washington, D.C. J████ was referred to the C.A.R.E. Center at his last evaluation in our Clinic and was enrolled for Part B Services through the DC Public School System. In January, 2007, he began attending West Elementary School from 8:40 a.m. to 3 p.m. daily. The classroom is classified as an inclusion classroom, and there are 14 other children in his class, 3-4 of whom have some form of developmental delay. Through the program, J████ receives Occupational Therapy 2x/week and Speech Therapy 2x/week (both as part of a group pull-out and in pairs). We have had an opportunity to review J█████ initial IFSP, created on 12/12/06, and goals appear to address his general developmental needs in all areas. Parents report that J████ has adjusted well to the program. A call has been placed to the school to obtain more information about J████ routines in the classroom, but we have been unable to reach his primary teacher at the time of writing this report. The family is considering supplementing J██████ current school program with additional private Occupational and Speech Therapies.

## TEST PROTOCOL

Bayley Scales of Infant Development – 2nd Edition;
Vineland Adaptive Behavior Scales;
Child Behavior Checklist;
Clinical Observation


*DEVR*

EXHIBIT
JA-9

**TEST RESULTS** at 43 months of age

|  | Standard Score | Age Equivalent |
|---|---|---|
| **BAYLEY SCALES** | | |
| **MENTAL INDEX** | est. <50 | 25 months ** |
| **VINELAND SCALES** | | |
| COMMUNICATION: | 78 | 28 months |
| DAILY LIVING: | 81 | 32 months |
| SOCIALIZATION: | 82 | 30 months |
| MOTOR SKILLS: | 71 | 31 months |
| TOTAL SCORE: | 72 | 30 months |

** **TEST BEHAVIOR:** J███ presented today as a shy little boy, who although willing to participate in more non-verbal tasks, was reluctant to participate in verbal tasks. As such, his score on the Bayley Scales is considered to be an underestimate of his current overall cognitive abilities.

## SUMMARY OF EVALUATION

Gross Motor: Control of body position and movement (up to 36 months)

Although a standard score on the Motor Index of the Bayley Scales was not obtained today, by observation and parental report, J███ gross motor skills appear to be up to the 36 month level at this time. He walks and runs without difficulty. Parents report that J███ is able to walk up and down stairs independently, alternating feet. He jumps off the floor with both feet and can jump backwards. He does not yet hop on one foot. He climbs on high playground equipment. He does not yet pedal a tricycle. Overall, activity level is generally age appropriate.

Fine Motor: Control of small muscles involving the hands and mouth (up to 30 months)

J███ fine motor skills continue to be delayed. He places pegs in a pegboard and puzzle pieces in a form board. J███ showed limited interest in stacking blocks, however on prior evaluation, he showed controlled release for stacking up to 8 blocks. With crayon/paper tasks, J███ scribbles on the paper, but did not draw a directed crayon stroke in imitation of the examiner today. He did not copy or imitate simple forms today (i.e. line, circle), however, parents report that he can do so at home. Parents report that J███ is using a spoon and fork to feed himself. Although oral motor status was not formally evaluated, there are no reported problems with chewing, swallowing or drinking from a straw. He drinks from both a sipper cup and open cup.

Communication/Language: Understanding, communicating with words/gestures (30 months)

J███ language development is delayed, but parents note improvement. The social foundations for language are generally present, although he does not always use eye contact when interacting with others socially. He is using common gesture and joint attention to direct others to something of interest to him. Receptively, parents report that J███ easily follows one-step directions at home, but has more difficulty with 2-step directions as he often becomes distracted during follow through. Today, J███ pointed to pictures of common objects as well as pictures of actions. He will select between two choices offered to him. By report, he now demonstrates an understanding of at least 2 prepositions.

Expressively, parents report that J███ has hundreds of words that he is combining into sentences to spontaneously comment, label, request, assert and negate. He is beginning to say "please" when asking for something (i.e., "May I please have a glass of water"). He can deliver a simple message to another person without adult support ("Daddy, time to eat"). He is not yet asking questions without prompting. During more structured tasks today, J███ said very little, but he spoke more while engaging in free play after the evaluation. Parents report that he uses a lot of language around his play at home, often narrating what he is doing.

**Cognitive: Integration of information in the environment/play with objects (30-36 months)**
J███ Bayley Mental Index is <50, which is significantly delayed for his age. However, his Bayley standard score is likely to be an underestimate of his ability at this time as J███ refused many of the tasks that required a verbal response. At his age, the Bayley Scales is more heavily weighted toward these tasks, which is reflected in his lower standard score. With regards to visual/motor planning, although J███ did not demonstrate an interest in block construction today, on previous evaluation he was able to stack 8 blocks. He places a string of beads into a non-standing tube.

Visual/perceptual skills are variable. Puzzles are a strength for J███. He completes puzzles with the structure of the form board without difficulty using a visual matching strategy. He completes form board puzzles in part/whole presentation as well as 2 piece puzzles without the structure of the form board. He demonstrates selective attention for information distributed on a page of six. He recognizes familiar objects in novel pictures and is beginning to search for a requested picture in a group. He matches by shape, color and configuration. He does not, however, sort by color, even after the target piles were started by the examiner, and he is not yet able to complete a color sequence. Given his verbal shyness today, identification of incomplete pictures was not attempted.

Language-based concepts were more delayed today, and were in part impacted by J███ reluctance to speak during structured testing. J███ is beginning to demonstrate an understanding of size differences between two objects, but had more difficulty with differences in a group of 3. Concepts of gender and mass were not presented. Number concepts were also not evaluated today, but by report, J███ can count from 1- 20 at home. They also report that he has a concept of cardinality. For example he will count the stairs in front of the family's home as he goes up them, and when asked how many stairs there were he correctly responds. Today, J███ did demonstrate understanding of the concept of "just one." Tasks of auditory short-term memory were not attempted.

By parent report, more elaborate play skills are beginning to emerge at home. He enjoys playing with trucks and airplanes, shape games, Legos and Playdoh. He is beginning to narrate his play, and will recount a personal story while playing with his toys. For example, parents report that recently J███ has been acting out the family's trip on an airplane at Christmas time, pretending to get on the plane and buckle his seat belt. He is also using his Little People toys to act this out. He participates in turn taking activities, but will not initiate.

**Adaptive Behavior: Daily living, self-help skills (immature)**
J███ adaptive skills continue to be immature, but he has made improvements. With regards to mealtime, J███ is sitting in a highchair, and the family tries to eat at the same time. He is feeding himself, however parents report that he has more recently become picky about what he will eat. With parent supervision and prompting, J███ is now undressing himself and will dress himself completely if parents hand him each article of clothing. He is now potty trained during the day. He sometimes goes on his own and other times will ask an adult to go. He continues to use pull-ups at night, but only occasionally has accidents. J███ continues to assist his parents in bathing, but does not yet assist with brushing his teeth.

**Social/Emotional Development: Sleep habits, self-regulation, socialization (delayed)**
Sleep habits are appropriate. J███ goes to bed at night at 8 p.m. and wakes at 7 a..m.. He no longer sleeps during the day at school when placed down for a nap, but will quietly lay in bed. On the weekend he can nap for up to 2 hours in the early afternoon. Parents report that J███ has started to have night terrors. His father is currently sleeping in with J███ as J███ infant sister is sleeping in with mom.

Temperamentally, J███ continues to present as a shy little boy, and on the CBCL, both parents identify him as being more withdrawn than other boys his age. Parents report that he has a preferred friend at school, but has more difficulty in large groups of children. J███ has an opportunity for play dates with one other at home. Although initially showing some jealousy following the birth of his sister in August, J███ is now

being more affectionate with her. When she cries, J▮▮▮ tries to interpret why she is crying (she's hungry, she needs to poop). J▮▮ is also beginning to recognize the emotion of others from a picture, and if he sees a picture of a baby crying will comment "she's sad." When he himself is hurt, he seeks comfort from a familiar adult.

By parent report, J▮▮▮ does not have significant difficulty with temper tantrums. He does, however, occasionally pinch others when he is frustrated or upset. They respond appropriately by telling him "no pinching." They are more concerned that J▮▮▮ seems to engage in negative monologues with himself. For example he might say "you need to sit down," in a tone of voice that would imply he were reprimanding himself.

## IMPRESSION AND PLAN
J▮▮ is now a 43-month-old toddler who returns today for follow-up developmental evaluation. The family has seen progress in J▮▮▮▮ skills, but would like to know how to continue monitoring his development. They are also concerned about J▮▮▮▮ meals and nutrition as he has more recently become a picky eater. Developmentally, J▮▮▮ continues to present today with general developmental delay, with skills now in the 2 ½ - 3 year range, which reflects the progress that he has made since his last evaluation in August, 2006. J▮▮▮ Bayley Mental Index is <50, which is significantly delayed for his age. His Bayley standard score is likely to be an underestimate of his ability at this time as J▮▮▮ refused many of the tasks that required a verbal response. J▮▮▮ continues to be a very shy little boy, but by report and observation, play skills and interaction with others is beginning to emerge.

As previously noted, we have reviewed J▮▮▮▮ current IEP, and the goals appear to address his general developmental needs in all areas. We provided the family with a chapter on toddler mealtime routines, and provided additional recommendations for ways to continue fostering J▮▮▮ development at home to include:
- Insisting that J▮▮▮ walk with an adult when you are outside to circumvent his running off in public.
- Try turning J▮▮▮▮ negative self-statements into a more neutral or positive comment.
- Develop a communication journal with the school that is kept in his backpack and in which you can write notes to his teachers/therapists and vice versa.
- Keep up the nice work of limiting television and videos!
- At bedtime, gradually move out of J▮▮▮▮ room. Start by sitting on the side of his bed, then at the foot, then in a chair next to the bed, then in a chair away from the bed, etceteras.

Our plan will be to meet with the family in a few weeks to discuss the results of today's evaluation and address the question of future follow-up. Should the family have any questions before that time, they may contact Dr. O'Connell by voice mail at (202) 884-3640 or by e-mail at moconnel@cnmc.org.


Melissa O'Connell PhD
Melissa O'Connell, Ph.D.
Postdoctoral Psychology Fellow

Penny Glass, Ph.D.
Developmental Psychologist

cc:     Milagros Ariza, M.D.
        parents
        medical records

**3/23/07 ADDENDUM:**
J▮▮▮▮s parents and baby sister, Sophie, returned to the Clinic today for a parent conference to discuss the reutls of his most recent developmental evaluation. The family has made nice progress in the last month in getting J▮▮▮ to settle himself to sleep. They have moved his bedroom so that it is next to dad's office, and while dad is working next door in the office, J▮▮▮ sttles himself to sleep. Parents report that at the end of March, the family will meet with the school to update J▮▮▮▮ IEP. At this time, the plan is for J▮▮▮ to remain in his current school placement for another year before transitioning into kindergarten in the Fall of 2008. Occupational therpy just started within the last week. The family has implemented the communication log as suggested and report that initially they were getting good feedback from J▮▮▮▮ teachers with it. However, that response has become more inconsistent.

With regards to the family's question about whether J▮▮▮ would be ready for kindergarten next year, we felt that J▮▮▮▮ progress within the school in the next year would be the best indicator. It appears that his cognitive ability and general readiness continues to progress, however, his shyness may make him less emotionally ready. We have provided the family with the following recommendations for ways to help prepare J▮▮▮ for socially challenging situations at home:

School program
- What is the school's schedule for progress reports and updating J▮▮▮▮ IEP?
- Will J▮▮▮ be able to continue his speech therapy during the summer?
- Ask J▮▮▮▮ teacher to monitor when he makes negative statements (self or otherwise) and ask her to help him turn the statements into more positive ones.
- Ask J▮▮▮▮ teachers/therapists for their input on his kindergarten readiness.
- Therapists to send us a copy of what goals they are currently working on and what they see as J▮▮▮▮ current areas of need.
- Try pairing J▮▮▮ with one other child who is temperamentally similar to work together on a common task.

Shyness
- Create a picture story with J▮▮▮ to help him prepare for potentially stressful situations, focusing on the positive aspects.
- After an event, talk with J▮▮▮ about what he liked best.
- Give words to his emotions, remembering to focus on both positive and negative.
- Potentially good storybook series that focus on emotions and how to deal with them are the Berenstein Bears and Care Bears.
- Puppet play to help talk about upcoming events and to work out ways to react.
- Keep up the great work with pair dates! You can also arrange these dates around snack or other activity, and let J▮▮▮ help plan the meal/craft/game.

Routines at home
- Encourage J▮▮▮ to take more initiative with dressing by slowly decreasing your involvement and talking to him about how to get dressed.
- At meals, let J▮▮▮ help set the table for everyone.
- Let him scrape his plate and put it in the sink when he is done eating.



**DISTRICT OF COLUMBIA
PUBLIC SCHOOLS**

Office of Special Education
825 North Capitol Street, N.E., 6th Floor
Washington, D.C. 20002-4232
202-442-4800, fax: 202-442-5518
www.k12.dc.us

# SPEECH and LANGUAGE
# PROGRESS REPORT

**Name:** J████ A████████        **DOR:** 3/2/07
**DOB:** ████/03                 **Grade:** EC
**SID#:** 9228229               **Home School:** Watkins ES
**Disability:** DD              **Attending School:** West ES
**Examiner:** Tamesha Freeman, M.S.,   **Teacher:** Ms. Meshach
CCC-SLP

**Current Progress**
Therapy has focused on improving J████ social, motor planning, receptive and
expressive language skills. J████ works well one – on – one in the therapy room and in
the classroom. The emergences of several skills are starting to develop: establishing eye
contact during structured activities with the therapist (with some prompting) and
maintaining the contact for at least 1 second, making a request to play with a toy / game
(following a verbal model), following basic one step directions with prompts, turn taking
during structured games or play activities, and imitating / repeating animal /
environmental sounds spontaneously.

Therapy will continue to focus on the following goals:
- J████ will improve his oral motor skills
- J████ will improve his socialization skills
- J████ will improve his receptive and expressive language skills.

If you have any questions feel free to contact me on Thursdays @ 202-576-5302 (direct
line) or 202-576-6226 (school number). I can also be reached via email at:
tamesha.freeman@k12.dc.us.

Thank you,

*[signature]*

Tamesha Freeman, M.S., CCC-SLP
ASHA Certified Speech – Language Pathologist
District of Columbia Public Schools

**EXHIBIT**
JA-10          7█



# DISTRICT OF COLUMBIA
# PUBLIC SCHOOLS

*Office of the Executive Director*
Department of Human Resources
825 North Capitol Street, NE, Sixth Floor
Washington, DC 20002-4232
202/442-5420, fax:202/442-5519
www.k12.dc.us

To:     Carl Andersen, parent/guardian of J████ A█████

Thru:   Sharron Stroman

From:   Erika L. Wesley, Licensure Administrator

Re:     NCLB Parent's Right to Know Request

Date:   April 05, 2007

Under the *No Child Left Behind Act of 2001 (NCLB)*, school districts are required to report on the quality of a student's classroom teachers upon receipt of a request from a parent/guardian. *NCLB* requires the release of the following information:

- Whether the teacher has met State licensing criteria for the grade/subject areas in which the teacher provides instruction;
- Whether the teacher is teaching under emergency or other provisional status through which the State qualification or licensing criteria have been waived;
- The baccalaureate degree major of the teacher and any other graduate certification or degree held by the teacher, and the field of discipline of the certification or degree; and
- Whether the child is provided services by paraprofessionals and, if so, their qualifications.

Per your request for information on the following classroom teachers of J████ A█████, please find the following:

| Teacher's Name | License Subject and Expiration Date | Emergency/ Waived Provisional? | Degree(s)/Subject |
|---|---|---|---|
| Schooler, Michele | Early Childhood (8/31/10) | No | BS – Psychology |
| Meshach, Evangeline | No Valid License | Yes | Degree not on file |
| McCallum, Bernice | Highly qualified per NCLB | | |

Thank you for your inquiry.

EXHIBIT
JA-11

79

**DISTRICT OF COLUMBIA PUBLIC SCHOOLS**
**WASHINGTON, D.C.**
**INDIVIDUALIZED EDUCATIONAL PROGRAM**

DCPS - IEP  Page 1 of 4

Additional Comments: ☐

## I. IDENTIFICATION INFORMATION

Student Name: Last _Anderson_   First _Jesse_   MI

Student ID 9228229   Soc. Sec. No.   Age: 3.   Grade

Gender ☒ M ☐ F   Date of Birth _____03   Ethnic Group White

Address   117 12th Street   SE   #8
House No.   Street Name   Quadrant   Apartment #
Washington, DC  20003
City   State   Zip Code

☐ Non-attending

Attending School  West Elementary   Home School

☒ Elem. ☐ Mid/JHS ☐ SHS ☐ CWS /

Parent   Alyson Steel  and Carl Anderson

Address of (if different from student):   ☒ Parent ☐ Guardian ☐ Surrogate

House No.   Street Name   Quad   Apt. No.   City   State   Zip Code
Telephone: Home 2 544 - 3310  Work 2 298 - 6700

### II. CURRENT INFORMATION

Date of IEP Meeting: 4/18/07
Date of Last IEP Meeting: 12/12/06
Date of Most Recent Eligibility Decision: 4/18/07

Purpose of IEP Conference:
☐ Initial IEP        ☒ Review of IEP
☐ Requested Eval.    ☐ 3yr ReEval.

Indicate Level of Standardized Assessment:

ADDENDA TO BE ATTACHED AS NEEDED
Check the appropriate box(es)

| BEHAVIOR | ☒ | TRANSPORTATION |
| ESY | | TRANSITION |

### III. LANGUAGE

| III. LANGUAGE | Language | Language Used for Evaluation | Language Used in Conference | Communication Requirements |
|---|---|---|---|---|
| Student | English | English | English | |
| Parent | English | English | English | |
| Home | English | English | English | |

To be completed by Office of Bilingual Education English and Math Proficiency Assessment
Oral _____
Rdg./ Written _____
Instrument _____
Date: _____

### IV. SPECIAL EDUCATION AND RELATED SERVICES SUMMARY

| SERVICES | SETTING GenEd | SETTING SpEd | SETTING Total | FREQUENCY Hr./ Min | FREQUENCY D/W/M. | PROVIDER (by discipline) | BEGINNING DATE mm/dd/yyyy | DURATION # | DURATION wks /mos |
|---|---|---|---|---|---|---|---|---|---|
| Specialized Instruction | | 24.5 | 24.5 | hour | w | Special Ed. Teacher | 12/13/06 | 10 | mos |
| Speech Therapy | | 1.5 | 1.5 | hour | w | Speech Therapist | 12/13/06 | 10 | mos |
| Occupational Therapy | | 1.5 | 1.5 | hour | w | Occupational Therapist | 12/13/06 | 10 | mos |
| | | | | | | | | | |
| | | | | | | | | | |
| | | | | | | | | | |
| | | | | | | | | | |
| TOTAL | | 27.5 | 27.5 | Hours Per Week | | | | | |

### V. Disability(ies)

Developmental   Delay

☐ (Check if setting is general Ed.)

Percent of time in Specialized Instruction and Related Services
☐ 0-20%   ☐ 21-60%   ☒ 61-100%.

Percent of time NOT in a Regular Education Setting

### VI. IEP TEAM (Participants in the development of the IEP)

Print and sign your name below.

CARL ANDERSEN

ALYSON STEELE

Michele Schooler

Amanda Fisher

Evangeline Meshaeh

_Special Ed. Teacher_

_I AGREE_ with the contents of this IEP. I have had an opportunity to be involved in the development of this IEP and consent to the implementation of the services in the IEP. I have received a copy of this IEP and consent to the implementation of the services in the IEP. I have received a copy of the procedural safeguards and parent rights pertaining to special education.

Parent/Guardian Signature _____   Date  4-18-07

District of Columbia Public Schools   07-02-2001   Division of Special Education   Appendix - A   IEP Page 1 of 4

**EXHIBIT**
JA-12   80

| Student Name | J████ A█████████ | | Managing School | West Elementary School | | DCPS - IEP |
|---|---|---|---|---|---|---|
| Student ID Number | 9228229 | DOB ████/03 | Attending School | West Elementary School | | Page 2 of 4 |

## VII. Present Educational Performance Levels in Areas Affected by the Disability

**Additional Comments:** ☐

**Academic Areas: (Evaluator)** Special Educator

Math Strengths:

J███ is able to give 5 objects.

Impact of disability on educational performance in general education curriculum:

Does not understand the concept of same and different.

Reading Strengths:

Impact of disability on educational performance in general education curriculum:

**Score(s) When Available**
Math Cal. _____
Math Rea. _____
See goal page: _____
Date: _____

Rdg. Com _____
Rdg. Basic _____
Written Ex. _____
See goal page: _____
Date: _____

**Communication (Speech & Language) (Evaluator)**
Strengths:

Impact of disability on educational performance in general education curriculum:

**Score(s) When Available**
Exp. Lang. _____
Rec. Lang. _____
Artic _____
Voice _____
Fluency _____
Exp. Voc. _____
Rec. Voc. _____
See goal page: _____
Date: _____

**Motor/Health (Evaluator)**
Strengths:

Impact of disability on educational performance in general education curriculum:

**Score(s) /Results When Available**
_____
_____
_____
See goal page: _____
Date: _____

**Social Emotional Behavioral Areas: (Evaluator)** Special Educator
Strengths:

Plays cooperatively with his friends for few minutes.

Impact of disability on educational performance in general education curriculum:

Highly sensitive to noise and sounds. Limited interaction with his classmates.

**Score(s) When Available**
_____
_____
_____
See goal page: _____
Date: _____

**Cognitive/Adaptive Behavior: (Evaluator)** Special Educator
Strengths:

Knows colors, body parts, numbers, letters

Impact of disability on educational performance in general education curriculum:

does not verbally identify colors, shapes, body parts, letters and numbers. But repeats

**Score(s) When Available**
_____
_____
_____
See goal page: _____
Date: _____

**Prevocational Skills: (Evaluator)** Special Educator
Strengths:

He is able to perform simple errands.

Impact of disability on educational performance in general education curriculum:

He is unable to engage in activities.

**Score(s) When Available**
_____
_____
_____
See goal page: _____
Date: _____

| Student Name | J___ A_____ | | Managing School | West ES | | | DCPS - IEP |
| Student ID Number | 922H229 | DOB ___/03 | Attending School | West ES | | | Page 3 of 4 |

| VIII. SPECIALIZED SERVICES | Additional Comments: | | Goal Number: |

Area addressed by goal: _Cognitive Skills_

**ANNUAL GOAL:** (including mastery criteria.)

J___ will improve cognitive skills as measure by the mastery of the short term objectives.

Provider(s): _Special Education Teacher/ Gen. Education Teacher_

Consider audience, behavior, condition, degree and evaluation.

| SHORT-TERM OBJECTIVES (include mastery criteria or benchmarks) | Date Mastered | Evaluation Schedule |
|---|---|---|
| J___ will be able to identify his first name in print 4/5 opportunities. | | Monthly |
| J___ will demonstrate an understanding of the concept same/different 4/5 opportunities. | | Monthly |
| J___ will demonstrate an understanding of basic linguistic concepts such as big/little, before/after, empty/full, infront of/behind, in/out, next to etc. 3/5 opportunities. | | Monthly |
| J___ will attend to a structured group activity for 10 minutes. | | Monthly |
| | | |
| | | |

**EVALUATION PROCEDURE(S)**

| Portfolio | Log | Chart | Test | Documented Observation | Report | Other _____ |

District of Columbia Public Schools        07-02-2001        Division of Special Education        Appendix - A        IEP Page 3 of 4

82

*Draft*

| Student Name | J___ A___ | | Managing School | *West ES* | | DCPS - IEP |
|---|---|---|---|---|---|---|
| Student ID Number | 9228229 | DOB ___/03 | Attending School | *West ES* | | Page 3 of 4 |

Goal Number: [ ]

**VIII. SPECIALIZED SERVICES**     Additional Comments:

Area addressed by goal: *Social Emotional Skills*

ANNUAL GOAL: (Including mastery criteria.)

*J___ will improve his social emotional skiils as measure by the mastery of the short term objectives.*

Provider(s): *Special Education Teacher*

Consider audience, behavior, condition, degree and evaluation.

| SHORT-TERM OBJECTIVES (include mastery criteria or benchmarks) | Date Mastered | Evaluation Schedule |
|---|---|---|
| *J___ will show and interest in a group activity for 5 minutes.* | | Monthly |
| *J___ will engage in parallel play for 10 minutes.* | | Monthly |
| *J___ will communicate social greeting (hi, bye, good morning.), manners(thank you/please) 4/5 times.* | | Monthly |
| | | |
| | | |
| | | |

**EVALUATION PROCEDURE(S)**

Portfolio     Log     Chart     Test     Documented Observation     Report     Other _____

*Draft*

| Student Name J___ A___ | Managing School *West ES* | DCPS - IEP |
|---|---|---|
| Student ID Number *9228229*     DOB *___/03* | Attending School *West ES* | Page 3 of 4 |

| VIII. SPECIALIZED SERVICES | Additional Comments: | Goal Number: |

Area addressed by goal: *Adaptive skills*

**ANNUAL GOAL:** (including mastery criteria )

*J___ will improve adaptive skills as measure by the mastery of the short term objectives.*

Provider(s): *Special Education Teacher*

Consider audience, behavior, condition, degree and evaluation.

| SHORT-TERM OBJECTIVES (include mastery criteria or benchmarks) | Date Mastered | Evaluation Schedule |
|---|---|---|
| *J___ will communicate toileting needs 4/5 times.* | | *Monthly* |
| *J___ will follow the toileting sequence 4/5 times with 1 prompt.* | | *Monthly* |
| *J___ will follow the sequence to wash his hands 4/5 times with 1 prompt.* | | *Monthly* |
| *J___ will get his coat, put it on and zip it up with one prompt 4/5 times.* | | *Monthly* |
| | | |
| | | |

| EVALUATION PROCEDURE(S) | | | | | | |
|---|---|---|---|---|---|---|
| Portfolio | Log | Chart | Test | Documented Observation | Report | Other _____ |

DISTRICT OF COLUMBIA PUBLIC SCHOOLS
WASHINGTON, D.C.

| | MDT |

MULTIDISCIPLINARY TEAM
(MDT)
MEETING NOTES

MDT REFERRAL DATE: 4|18|07

MEETING DATE: 4|18|07

STUDENT: J_____ A_____          SCHOOL: West ES

| PARTICIPANTS: (Print Name) | PARTICIPANTS: (Sign Name) | POSITION |
|---|---|---|
| Alyson Steel | | mother |
| Carl Anderson | | Father |
| Michele Schooler | | Gen. Ed. Teacher |
| Amanda Farber | | OT |
| Evangeline Meshach | | Sp. Ed. Teacher. |

The purpose of today's meeting is to discuss progress and evaluations, and to determine, if he is eligible for Special Education and other related services.

J_____ A_____ is eligible to recieve special Education and related Services. All necessary documents were reviewed and signed.

THE PARENT   IS PRESENT   IS NOT PRESENT   AT THE MEETING

AFTER A REVIEW OF THE ASSESSMENTS, IT IS DETERMINED THAT   J_____ A_____

CONTINUES TO BE ELIGIBLE FOR SPECIAL EDUCATION ✓

IS TO BE EXITED FROM SPECIAL EDUCATION

# MULTIDISCIPLINARY TEAM
## (MDT)
### Meeting Notice

**MDT Referral Date:** _____    Date **4|2|07**

### Letter of Invitation

Re : _____

Dear **Parents of J____ A____**

A multidisciplinary team (MDT) meeting is scheduled to discuss the status of your child's educational needs. Your participation is essential, and we look forward to your valuable input. The purpose and details of the meeting are printed below. You and the school may have additional individuals attend the meeting who have knowledge or special expertise regarding your child. Other invited participants are listed under MDT members.

**Place/Location:**

West ES
Reading

**Please check one date for confirmation:**

☐ Date: **4|18|07**    Time: **3:00** ; or
☐ Date: _____    Time: _____ ; or
☐ Date: _____    Time: _____

If a suggested meeting time is inconvenient, please call the counselor and/or special education coordinator for a mutual time to address the concerns. Participation by teleconference may be requested if other arrangements prove to be unsuccessful.

**\*The purpose of this meeting is to:**

☑ *develop/review IEP (including consideration of extended school year (ESY) services    ☐ **discuss CompEd
☐ **review evaluation or reevaluation information    ☐ discuss placement    ☐ *consider transition services needs
☐ develop the student evaluation plan (SEP)    ☐ determine manifestation    ☐ discuss quarterly review
☐ discuss documented levels of service    ☐ discuss eligibility    ☐ behavior plan review
☐ **review records to support the completion of services as follows:

☐ Graduated    ☐ Completed Services    ☐ Aged Out    ☐ Transferred Out of District    ☐ Dropped Out
☐ Other: _____

**\*\*Placement will be discussed.**

**MDT Members:**    ☐ Principal or Designee    ☐ General Education Teacher    ☐ Psychologist
☑ Parent    ☐ Special Education Teacher    ☐ Other: **Staff - Care Center.**
☐ LEA Representative    ☐ Speech and Language
☐ Student    ☐ Social Worker

Any questions you may have concerning your child's program will be discussed at the above meeting. A copy of the Procedural Safeguards for parents is enclosed for your information. If the school can be of assistance to you, please contact _____ at _____ (school telephone number).

If the purpose of the meeting includes consideration of a transition plan, your child is invited to attend and a representative of the following agency(ies) may be invited, if appropriate

See attachments, when appropriate, for - EVALUATION PROCEDURES, TEST, RECORDS OR REPORTS USED

\*After the third attempt to contact the parent, the meeting will be held without further notice.

Please sign below and return this page to the school.

**Parent/Guardian/Surrogate Signature** _____    Date _____

I acknowledge receipt of the Procedural Safeguards for parents (due process procedures)    ☐ Yes    ☐ No

District of Columbia Public Schools    07-02-2001    Division of Special Education    MDT Letter of Invitation to the Parent - **Page 1 of 3**

86

DISTRICT OF COLUMBIA PUBLIC SCHOOLS
WASHINGTON, D.C.

**CONFIRMATION OF MEETING NOTICE**

Date: 4|18|07

Alyson steeland Carl Anderson RE: ) ████ A████
Parent / Guardian Name

117 12th street SE #8    SCHOOL: West ES
Street # Street    Quad   Apt. No

Washington DC 20003    ID NO. 9228229
City    State   Zip Code

Dear Parents    DOB: ████ |03

A multidisciplinary team (MDT) meeting is scheduled to discuss the status of your child's educational needs. Your participation is essential, and we look forward to your valuable input. Your child's meeting is scheduled as follows:

Date: 4|18|07   Time: 3:00   Place/Location:

The purpose and details of the meeting are printed below. You and the school may have additional individuals attend the meeting who have knowledge or special expertise regarding your child. Invited participants are listed under MDT members.

**The purpose of this meeting is to:**

- [x] develop/review IEP (including consideration of extended school year (ESY) services
- [ ] **review evaluation or reevaluation information
- [ ] develop the student evaluation plan (SEP)
- [ ] discuss documented levels of service
- [ ] **review records to support the completion of services as follows:
- [ ] discuss placement
- [ ] determine manifestation
- [ ] discuss eligibility
- [ ] **discuss Compl███
- [ ] *consider transition service needs
- [ ] discuss quarter ███ ███
- [ ] behavior plan ███ ███

   - [ ] Graduated  [ ] Completed Services  [ ] Aged Out  [ ] Transferred Out of District  [ ] Dropped Out
   - [x] Other: _____

**Placement will be discussed.

MDT Members:
- [ ] Principal or Designee
- [x] Parent
- [ ] LEA Representative
- [ ] Student
- [x] General Education Teacher
- [x] Special Education Teacher
- [x] Speech and Language
- [ ] Social Worker
- [ ] Psychologist
- [x] Other: Specialist OT

If the purpose of the meeting includes consideration of a transition plan, your child is invited to attend and a representative of the following agency(ies) may be invited, if appropriate

*_____    *_____

Any questions you may have concerning your child's program will be discussed at the above meeting. A copy of the Procedural Safeguards for parents is enclosed for your information. If the school can be of assistance to you, please contact _____ at _____ (school telephone number).

Sincerely,

District of Columbia Public Schools    07-02-2001    Division of Special Education    Confirmation of Meeting Notice

DISTRICT OF COLUMBIA PUBLIC SCHOOLS
WASHINGTON, D.C.

INDIVIDUALIZED EDUCATION PROGRAM
(IEP)
MEETING NOTES

STUDENT A██████, J██████    SCHOOL West E S    DATE 4|18|07

PARTICIPANTS:

| PARTICIPANTS: | PARTICIPANTS: (Sign Name) | DISCIPLINE |
|---|---|---|
| Alyson Steel | | mother |
| Carl Anderson | | Father |
| Michele Schooler | | Gen. Ed. Teacher. |
| Amanda Farber | | OT |
| Evangeline Modach | Smehoch | Sp. Ed. Teacher. |

The purpose of this Meeting is to review an IEP for _____ . The MDT has determine the _____ is eligible for Special Education as a Student with a disability classification of Developmentally delayed.

He will recieve the following Services:
Sp. Instruction    24.5    per week.
Speech/language    1.5    "
OT    1.5    " The following services were discussed. Combination of Gen. Education and Special Education – Out of Gen. Education. Location of services will be - West E.S.

DISTRICT OF COLUMBIA PUBLIC SCHOOLS    07-02-2001    DIVISION OF SPECIAL EDUCATION    IEP MEETING NOTES

88

EXHIBIT
JA-13



# Learning Links, LLC

**Name:** J███ A███████
**Date of Birth:** ███████, 2003
**Observation Dates:** May 4, 2007 and May 11, 2007
**Chronological Age:** 3 years, 10 months old
**Observer:** Stephanie Owens, M.A.

### School Observation Report

At the request of his parents, Mr. Andersen and Ms. Steele, I observed J███ A███████ on two occasions, May 4, 2007 from 9:30-10:30 a.m., and May 11, 2007 from 9:00-11:00 a.m. The special education team at West Elementary School recently told J████ parents that his current placement was no longer an option, and that he could not return to West next year. J█████ parents therefore asked me to observe J█████ performance in the classroom in order to help determine the best educational placement for him in the upcoming school year.

J████ A███████ is a three year, ten month old boy with a diagnosis of developmental delay. J███ is currently in Ms. Schooler's and Ms. Meshach's inclusive early childhood class at West Elementary School. J█████ classroom was a large but inviting environment that consisted of 18 students (9 special education students and 9 general education students), one general education teacher, one special education teacher, and two classroom aides.

When I arrived for the observation, the class was preparing to go on a field trip to a Mexican restaurant in celebration of Cinco de Mayo. As I entered the classroom the aide, Ms. McAllum, was attempting to seat everyone on the stairs in the morning meeting area. The aide used positive praise to get the students to follow her directions, however, J███ did not respond to her praise and instead removed himself from the group by walking to the top of the stairs. Once at the top of the stairs, J████ began jumping and flapping his arms. The aide again attempted to use positive praise to get the students to settle down, but J████ remained on the outskirts of the lesson. Finally, Ms. Meshach, the special education teacher, joined the morning meeting discussion and physically placed J███ on the stairs beside her.

By the time J████ joined the group, the classroom teacher, Ms. Schooler, was reading a book about Mexico to the class to provide a context for their upcoming field trip. J███ listened to the story for approximately two minutes before he walked up to another student and struck him. The classroom aide observed J███ hit the student and

moved towards J███ to intervene. J███ saw the aide approaching him and responded by running away from her while yelling "No!" J███ ran around the classroom repeating "No" for a few seconds before seating himself next to the same boy that he had just hit. J███ tried to get very close to the boy he hit in an apparent attempt to apologize, but the aide physically moved J███ to another seat. Being physically moved by the aide upset J███, so he started to flap his arms and cry in protest. J███ soon regained his composure and selected a seat on the stairs, however it was inappropriately close to a classmate.

J███ sat and listened to the story on Mexico for approximately one minute before the little girl in front of him oddly put her mouth to his leg and then showed him a coin she was holding. J███ did not appear to like the girl's intrusion into his personal space, and he gestured for her to move away. When the girl with the coin did not move from J███'s space, he got up and returned to the place where the boy he hit was sitting. The boy J███ previously hit became very whiny and agitated when J███ sat next to him. J███ spoke to him and said, "You're going out." (When J███ said, "You're going out," he appeared to be mimicking language that he had previously heard a teacher say, although it was not appropriate in this context.) J███ then moved away from the boy he hit to another space and began once again to listen to the story on Mexico.

The next activity was a sign along. While the rest of the class was singing along with the teacher, J███ sat with his hands over his ears, and he did not sing. At this time the speech and language therapist came into the room, but she did not appear to be there to provide services to or support for J███, contrary to my expectations, which I based on the schedule of services that Ms. Meshach gave me during my visit. The class continued to sing songs that progressively got louder, prompting J███ to cover his ears and lay on the ground. When J███ special education teacher saw this behavior, she directed him to sit next to her. J███ did not comply, so she physically picked him up and moved him next to her. Once J███ was seated next to his special education teacher, he attempted to follow along with the song by physically moving his fingers as his classmates counted in Spanish, however J███ did not sing.

J███ sat quietly for the remainder of the song (approximately 2 minutes) and then got up to play with some crayons that were on a nearby table. The teacher immediately reprimanded him to stop playing with the crayons and to sit down and participate in the song. J███ put the crayon back but did not join the group as instructed. Instead he lay on the ground, disengaged from the lesson. J███ then became very agitated when he saw another student essentially imitating his behavior by getting up from the group and taking a crayon from the table. J███ jumped up from the ground and took the crayon from the student, who then took it back from J███. J███ and his classmate struggled back and forth over the crayon for a few moments before the aide intervened.

The teacher then began wrapping up the morning meeting and transitioned to a discussion about the upcoming field trip to the Mexican restaurant. J███ became very excited about the field trip and began clapping his hands, jumping around, and dancing. Instead of following the teacher's direction to proceed to the bathroom, J███ continued his animated behavior. J███ continued to jump around and clap his hands until the teacher personally asked him and physically helped lead him to the restroom.

At this time I concluded my first observation of J███ and used the opportunity to ask Ms. Meshach some questions. Ms. Meshach explained that she feels that "J███ is

benefiting from his peers approximately 50% of the time." She also stated "At first J███ only engaged in parallel play, with no back and forth reciprocation, but is now engaging [with his classmates] more." She continued, noting that J███ is "Not currently receiving any social emotional therapy and that he has become much more aggressive toward others as of late." She felt J███ aggressive behavior could be attributable "to the sudden influx of new students, primarily special needs students, in the past few weeks." Ms. Meshach stated that she does feel that J███ is "taking in the academic parts of the day because he is able to repeat the material later."

Ms. Meshach also expressed interested in my thoughts for an academic placement. She felt that an inclusion Head Start program, much like the class he is in now, is the best option for J███. Ms. Meshach mentioned that she initially thought that J███ could not stay at West Elementary next year due to age requirements, but she now believes that he is eligible to stay in the class. Further, Ms. Meshach mentioned that while she does not feel J███ is ready for preschool at this time, she also does not believe that an Autism placement would be best for J███ because he is benefiting from his typically developing peers and is seeing a lot of positive changes. Ms. Meshach's belief that J███ is benefiting from the inclusive classroom conflicted with my assessment of his performance and with comments she made during a conversation we had earlier that day, during which she stated that J███ "is becoming more aggressive."

### May 11, 2007- Second Observation

At the suggestion of Ms. Meshach, J███ special education teacher, and Ms. Schooler, J███ general education teacher, I conducted a second observation of Jesse on May 11, 2007. J███ teachers felt that due to the fact that the class was preparing for a fieldtrip, his behavior on the day of my first observation was not indicative of his typical daily behavior. I agree with that assessment, and believe that I was able to observe a more typical day for J███ on May 11th.

When I arrived at West Elementary School at 9:00 a.m. J███ was eating breakfast. The entire class was not eating breakfast together; instead it appeared that J███ was eating with an exclusive group consisting of only special needs students. The aide at the table with J███ offered him some milk, but J███ did not respond to her. Throughout the breakfast, J███ was out of his seat frequently. J███ aide sternly directed him to "Sit down" each time he arose from his seat, which J███ immediately complied with, only to rise again after a few moments. J███ sat at the table at a distance from the others at the breakfast table, and quietly observed them eat their meal. I noted that although J███ could have eaten cereal or another breakfast food, he only drank juice. He also did not engage in conversation with his classmates or his aide.

At 9:10 a.m. the breakfast group was released from table. J███ was individually directed to wash his hands and go to the drawing center. Ms. Meshach was waiting for J███ at the drawing center and asked him to sit next to her. The assignment at the drawing center was to draw butterflies on the paper. I observed that J███ needed constant teacher prompting and assistance to first choose a crayon, and to then draw a representation of a butterfly. J███ worked on his drawing with the special education

teacher for approximately ten minutes before following the other students to the stairs for the next activity, morning meeting.

During morning meeting the students listened to a story. J▆▆ appeared to enjoy the story because he listened intently for approximately three minutes. During the story the teacher often asked the class as a whole to recall specific details and to answer questions. The students responded by yelling out answers to her. J▆▆ did not participate in the question and answer session. Instead he held his hands over his ears until the teacher announced that it was time to transition to the next activity.

At 9:25 the class again transitioned back to the drawing table, but this time to make cupcakes. As J▆▆ followed the other students to the drawing table I noticed that he again covered his ears. The drawing table was very crowded, so J▆▆ moved to the play center. After chasing J▆▆ around the play center for a short time, the aide directed him to join the class at the drawing table, which he did. J▆▆ sat quietly at the drawing table, alternatively placing his hands over his ears and his head on the table. J▆▆ continued with this behavior until it was his turn to pour some of the cupcake mixture into a bowl. Once his turn was complete, J▆▆ returned to covering his ears and placing his head on the table.

At 9:40 a.m. the class again transitioned to "Choice Time," which was an opportunity to freely choose an activity of interest. The teacher noted that the students had only a few minutes for "Choice Time" before they had to go to music class. J▆▆ was excited about choice time so he disregarded his teacher's instruction to sit on the stairs before beginning and ran to get his favorite purple spinning toy. When she directed him again to sit on the stairs before beginning choice time, J▆▆ ran around the choice center shaking his head and saying "No." The aide then intervened and repeated a clear and firm direction for J▆▆ to sit down, which he did, but he inappropriately brought the purple toy with him. When the teachers finally released the students to play, J▆▆ ran down the stairs and fell. Another student unkindly called attention to J▆▆ fall by pointing and laughing at him. This student then took J▆▆ favorite toy from him. Surprisingly, J▆▆ tolerated the student taking his toy, and simply went back to the play area and retrieved another spinning toy that was similar to his favorite. J▆▆ then proceeded to walk around the free choice area by himself, spinning the toy. A different student then started to laugh at J▆▆, and tried to take his toy from him. J▆▆ appeared to be very angry with this student, but instead of responding aggressively, he told the student to "Stop that noise." This approach did not prevent the student from taking the toy, so J▆▆ attempted to get a replacement by taking a toy from another student. This student did not allow J▆▆ to have her toy and fought with him over it. J▆▆ finally gave up when he realized his favorite spinning toy was back on the shelf. J▆▆ went to retrieve his favorite purple toy from the shelf, and proceeded to again walk around the room by himself while spinning the toy.

While J▆▆ was playing alone with his toy, he heard a classmate who was playing nearby start crying. As soon as J▆▆ heard the student crying, he approached him, pushed him in the face, and walked away. While J▆▆ was walking away from the crying student, a classmate approached J▆▆ and put a toy stethoscope to his chest. While J▆▆ did not appear to mind that this student has entered his personal space, he also did not engage him in reciprocal play. Instead, J▆▆ moved to an unattended toy bus

4

92

that was nearby. He briefly played with the bus until he saw another student using his favorite spinning toy. J▆▆ approached this student and yelled "No, that's not yours-stop!" The teacher heard J▆▆ shouting and reprimanded him, instead of encouraging him to work the situation out with his peer in an appropriate manner. After being reprimanded, J▆▆ then went off by himself yet again. Rather than initiating interaction with his peers, J▆▆ spent the majority of the free choice time by himself covering his ears, and his brief interactions with classmates were limited to physical altercations over toys, and featured inappropriate utterances, such as "Stop that noise."

After free choice, the teachers asked the students to clean up and get ready for music class. J▆▆ ran to the door to be first in line for music class, however he was called back to the play center to help with cleaning up. J▆▆ resisted relinquishing his first place in line, but finally did return to the free choice area. Instead of cleaning up, however, he started playing with his favorite toy. The teacher stopped asking J▆▆ to help with the clean up and instead instructed him to line up for the next class.

When the students arrived at the music classroom, they had to wait for the music teacher to finished with her previous class. The aide instructed the students to sit in some nearby desks and to wait quietly until the other class was finished. J▆▆ took a seat as instructed, but had a difficult time sitting still, possibly because the desks were much too large for the students. Since J▆▆ was getting up and down from his desk, Ms. Meshach directed J▆▆ to sit still, but she addressed J▆▆ from across the room, rather than approaching him directly. Ms. Meshach then commented to me, "See everyone else can sit accept for J▆▆." J▆▆ then began mimicking Ms. Meshach by repeatedly saying "Sit down."

Once music class began, the students transitioned to another part of the classroom where they sat in more appropriate sized chairs that were arranged in a circle. J▆▆ had a very hard time transitioning to the new location in the room and began crying very loudly when the students began to sing. The occupational therapist, Amanda Farber, was in the room at this time and saw J▆▆ discomfort so she immediately brought him a lap weight, which appeared to calm him a bit. J▆▆ also removed himself from the circle of students and sat in the back of the room with the aide. He did not interact with other students or participate in the activities during the remainder of the music lesson. At this time I concluded my observation.

## Summary:

After conducting two observations, it is my belief that J▆▆ is not benefiting from his current classroom environment. In fact, I am very concerned that J▆▆ behavior may be worsening, and that he may be regressing academically. The behavior that I observed J▆▆ exhibit in the large classroom setting at West Elementary-covering his ears, shouting, removing himself from a group, preferring to be alone, restlessness, aggression, etc.- is entirely consistent with sensory overload. It is clear that J▆▆ requires constant structure, predictable routines, consistent behavior modification, and an environment that can integrate speech-language therapy, occupational therapy, and social skills into his academic day.

93

I primarily observed J▆▆ participating in large group activities. During my two observations, I calculated that J▆▆ disengaged and did not participate in the classroom lesson approximately 70% of the time. I also believe that when J▆▆ appeared to be participating, he was not actively engaged in the class activities, but rather feigning interest to appease his teachers. Throughout my observation J▆▆ was unable to tolerate the larger group environment and often removed himself from the situation by walking away or placing his hands on his ears. He also required constant teacher and aide redirection to participate and follow classroom routines and directions. J▆▆ interactions with his peers also appeared to be compromised due to both sensory overload and his language deficits, as evidenced by his acting out aggressively when angered by a classmate, his inappropriate response to another student entering his personal space, and his inappropriate use of language, such as stating "Stop that noise" when someone was trying to take something from him.

Cognitively, J▆▆ is not performing to his full potential. He is an intelligent student who should be able to participate in classroom academics more readily. The services that are in place for J▆▆ are not intensive enough, and the classroom environment is too large and over stimulating to ameliorate and overcome the speech and language deficits and sensory dysfunction that compromise J▆▆ academic ability. Changes must be made to both J▆▆ Individualized Education Plan (IEP) and school placement in order for J▆▆ to be both academically and socially successful.

**Recommendations:**

**Academics:**

- **It is my professional opinion that J▆▆ should attend a full time special education placement, with a low student-to-teacher ratio, that can provide integrated therapy services throughout the school day.** J▆▆ has been diagnosed with developmental delays. His primary deficits lie in the areas of sensory integration dysfunction, speech and language delay, and social skills, which impede his ability to access his general education curriculum. J▆▆ appears overwhelmed with the size of his environment and the sensory overload that accompanies that large classroom size. He requires a more restrictive environment with teachers and specialists trained in developmental delays, specifically in the areas of sensory integration and speech and language disorders, and that can provide the early intervention necessary for a successful academic future. The full-time integrated therapy preschool should consist of teachers who is trained and versed in Applied Behavior Analysis (with an emphasis on Verbal Behavior) and Social/Pragmatic language skills (such as Floor Time/DIR). Further, the school should have parent training opportunities, as well as constant communication and strategies between home and school.

- **J▆▆ should receive occupational therapy services for a minimum of 30 minutes, two times per week, in a one-to-one and small group setting.** J▆▆ easily gets overloaded with sensory stimulation and requires more services to help

him accommodate for and overcome those weaknesses. Therefore, the therapy should focus on improving sensory processing, visual motor skills, fine motor skills, and social interactions. The occupational therapist should be trained in sensory integration dysfunction and the sessions should focus on minimizing J██████ sensory processing weaknesses. In addition, the occupational therapist should work closely with J█████ classroom teachers and aides to provide J████ with the proper sensory accommodations when he is in the classroom.

- **J████ should receive speech and language therapy services for a minimum of 30 minutes, three days per week, in a one-to-one and small group setting.** J████ has difficulty comprehending and communicating his needs effectively and also demonstrates weak social language skills. The speech and language sessions should focus on improving J██████ receptive, expressive and pragmatic language weaknesses. J██████ should also attend a small-group therapy session where he will have the opportunity to practice and enhance his social language and communication skills. In addition, the speech and language therapist should work closely with J██████ classroom teachers and aides to use the "same language" when working with J█████ at home, in school and in therapy.

- J█████ should receive social emotional counseling services for a minimum of **one individual session and one group session per week.** J██████ social interactions and pragmatic skills are compromised due to his language delays and sensory integration dysfunction. The social emotional therapy sessions should focus on peer relationships and improving J██████ tolerance for social interactions. The social worker/psychologist should work closely with J███████ classroom teachers and aides to encourage and help him practice appropriate social interactions with adults and peers.

- **J████ should be presented with academic tasks that are meaningful to him. These tasks should be presented in a way that visually highlights and organizes important information.** J█████ will participate more and be more successful at mastering some academic skills if aspects of the curriculum are geared towards his interests, and are presented in a way he can readily understand and in which he can actively participate. For example, during story time, J██████ could help turn the pages in a book or have a question to listen for while the teacher is reading.

- **It is very important for J█████ to learn to rely on daily schedules.** The use of picture schedules, picture instructions, and picture routines will help J█████ understand what is happening next. Previewing these picture schedules and transition times with J█████ will help him to transition more appropriately from one activity to the next and help him to gain independence when doing so. Fully explaining, previewing, and having J█████ adhere to a schedule will increase his ability to initiate the activity himself, and decrease his reliance on teacher prompting and redirection. Consistency is also of the utmost importance for

95

J███. When presenting directions to J███ they must be clear and concise and he should be warned of any deviations from the directions and/or schedule ahead of time.

- **When the teacher or aide is preparing J███ to work or play independently, they will be most successful if they provide him with and use similar language each day.** For example, they should remind J███ to ask himself specific questions, such as "What am I supposed to do next?" If J███ has a clear understanding of what is happening and what he is supposed to do, he will be able to follow directions with less prompting. This step is recommended strictly to help J███ increase his independence and to develop a deeper understanding of the task at hand. This step should not be used as a rote memory exercise.

- **Wait time should be allowed for J███ to process a direction or question before requiring him to respond/react.** A wait time of no more than three seconds is recommended and then a prompt if he does not respond.

- **J███ should be encouraged and prompted to make eye contact with the person giving a direction.** However, if J███ does not make immediate eye contact do not wait to give the direction, continue with the direction but give only a few seconds wait time for him to process and then prompt again (as above).

- **When communicating with J███, a person should be no more than three feet away.** Due to auditory discrimination issues as well as receptive language weaknesses, J███ requires close proximity to participate in activities and to hear, understand and process a direction being given.

- **Provide J███ with consistent prompts.** Visual prompts are best for J███ due to his language delays and attention deficits. When using language prompts, the directions should be clear and concise.

- **Provide J███ with an incentive when requiring him to complete a task. Although this incentive may act as a motivator,** constant attention should not be focused on the incentive to get him to perform a task; instead intermittent reference to the incentive will encourage J███ to perform with and without the reinforcement.

- **Repetition and rehearsal is essential for J███ language development.** Exposing J███ to songs and nursery rhymes that he enjoys are positive ways to expand his vocabulary and expressive language skills when in the classroom.

- **J███ should be allowed to sit next to the teacher or on a chair at the perimeter of the activity.** This placement still includes J███ as part of the group but allows him to have his own space and to be in close proximity with the teacher for redirection when necessary. The proximity will also limit distractions.

- **Since J▪▪▪ has difficulty with some fine motor tasks, particularly paper and pencil tasks.** J▪▪▪ should be allowed to use a slant board when drawing, to tape his paper to a vertical surface (such as the wall), or to lie on his belly on the floor when engaging in writing activities.

- **The school-based occupational therapist should provide the teacher and aide with a "sensory diet" for J▪▪▪ to use when in class.** For example, J▪▪▪ should be allowed a variety of movement breaks to improve his energy level and increase his motivation for the activity. Techniques like playing soothing music in the background, using a sit cushion, using a weighted lap belt or vest, allowing J▪▪▪ to lie down when he is required to stay in one place for a long period of time will also help with his energy level and motivation for a task. See Carol Stock Kranowitz's book The Out-of-Sync Child Recognizing and Coping with Sensory Integration Dysfunction for additional sensory strategies to use with J▪▪▪ at school and at home.

**Social Skills:**

- **A Behavior plan should be created to target specific behaviors that J▪▪▪ may need to modify.** A positive incentive should be built into the behavior plan each time he reaches the target behavior. For example, J▪▪▪ should transition between activities with minimal prompting. Each time J▪▪▪ is able to independently follow the auditory cue the teacher uses for transition (a nonverbal cue such as a bell is a excellent and consistent way to gain the whole class and the individual students' attention), he should be rewarded (possibly with a sticker or stamp on his hand, are good examples of a visual reminder of success). Those immediate rewards should be tallied for a daily reward at school and at home. Further, after a good week another reward can be offered.

- **J▪▪▪ should be provided with structured and unstructured opportunities to interact with peers to help him develop his social skills.** Inviting students to play structured games is a way to give J▪▪▪ practice interacting with his peers while keeping the interaction focused through a concrete game. Teaching J▪▪▪ to work cooperatively with one other student, and then eventually expanding to a small group, would be beneficial. When working with J▪▪▪ and another student, J▪▪▪ should be encouraged to initiate a topic, stay on that topic, and take turns. J▪▪▪ should also be provided with real life problems or scripted social stories (see below) to help him recognize potential social situations, to regulate his behavior, and to increase his comfort level during social interactions.

- **J▪▪▪ should be provided with specific strategies to improve his understanding of social situations and given specific behaviors to use when he is interacting with others.** Carol Gray has developed two such strategies, Social Stories and Comic Strip Conversations, which are highly effective. J▪▪▪

97

has been diagnosed developmental delay, therefore, Autism associations are also a valuable resource for social stories and language based disability information. Instructions for implementing these strategies are available in books which are available though the Autism Society of North Carolina Bookstore (1-800-442-2762) or through Future Education (1-800-489-0727).  Other valuable resources are:

http://www.thegraycenter.org/

http://www.polyxo.com/socialstories/

http://www.circleofinclusion.org/english/links/socialstories.html

**Communication:**

- **Structure and consistent language, both at home and at school, will help J▆▆ communicate his daily activities more effectively.**  Broad, complex and multiple questions may be too difficult for J▆▆ to respond to; therefore, each day after school J▆▆▆ parents should invite him to engage in conversation through declarative statements such as "My favorite part of today was ___" or "I had a [good/bad] day because ___".  In addition, his teacher and/or aide, before he leaves school each day, could make the same conversational invitations, recognizing and accepting that J▆▆ may not always respond.  Although using imperative language with J▆▆ is essential in some situations, where possible, the primary form of communication with J▆▆ should utilize declarative statements. Using declarative language takes the pressure off J▆▆ to "perform." Declaratives also invite a non-automatic, more narrative response, and are more representative of "typical" conversations.  Kids with developmental delay are often asked a lot of questions to get a response, which gets exhausting for them, can create anxiety, and can result in scripting/rote answers – or no answer at all because they think there is a "right/wrong" answer expected.

- **J▆▆ should be encouraged and prompted to give attention to the person speaking or giving directions.**  However, if J▆▆ does not appear to be paying attention or making eye contact immediately, do not wait to give the direction, instead continue with the direction but give 3-6 seconds wait time for him to process what has been said and then prompt again.  It is the goal to motivate J▆▆ to look in the direction of the speaker in order to reference that speaker for information that he needs, but not to try to force or "teach" eye contact.  The goal is not eye contact per se, but to get J▆▆ to intuitively seek out all the information that a person's face and/or body language can hold.

- **Communication between home and school should be implemented.**  The team, to include school based teachers, therapists, and J▆▆▆ parents, should develop a **single notebook** with separate sections for each provider to communicate J▆▆▆

progress from each session.  Further, the teachers and parents should also utilize
the same notebook to document J████ daily progress.

**Related Services:**

- **J███ should continue to receive occupational therapy sessions to improve his
  fine motor skills and sensory dysfunction.**  Specific attention should be paid to
  J█████ Sensory Integration deficits.  The school-based occupational therapists
  should collaborate to provide the classroom teachers and aides with techniques
  and strategies that they can use to help J████ access his general education
  curriculum more effectively.

- **J███ should receive psychological counseling in the school setting.**
  Counseling should emphasize J█████ social emotional and peer relationship
  development.  The counselor should also work collaboratively with the team to
  create a positive behavior plan to address targeted behaviors (see above for
  behavior plan suggestions).

- **J███ and his family should participate in Applied Behavior Analysis
  Training and Applied Verbal Behavior in the home.**  I recommend contacting
  Dr. Jane Barbin, Psychologist Behavioral Directions, LLC at (703) 855-4032; The
  Treatment and Learning Centers (TLC) at (301) 424-5200; or Cynthia Onder, at
  ICAN of Washington (240) 475-1626 for more information.

- **J███ should participate in a social-emotional program, such as DIR/Floor
  Time to improve his social skills and pragmatic language skills.**  I recommend
  contacting Serena Wieder, at info@serenawieder.com, Stanley Greenspan, at
  (301) 657-2348, or the website- www.Floortime.org for more information.  You
  can also obtain information from The Treatment and Learning Center (TLC)
  (301) 424-5200.

- **J███ should participate in after school social and movement activities such
  as play dates, sports or a social club.**

It was a pleasure to witness J█████ classroom performance on May 4th and May 11th,
and I look forward to observing his improvements in the future.  If you have any
questions, feel free to call me at 202-248-3337 or contact me via email at
learninglinks@gmail.com.

Very respectfully,


Stephanie Owens, M.A.
Educational Specialist

6.12.07 PCP

## DISTRICT OF COLUMBIA PUBLIC SCHOOLS
### WASHINGTON, D.C.
### INDIVIDUALIZED EDUCATIONAL PROGRAM

DCPS - IEP Page 1 of 4

Additional Comments: ☐

### I. IDENTIFICATION INFORMATION

Student Name: Last Andersen          First Jesse          MI

Student ID 9228229     Soc. Sec. No.          Age: 3.4     Grade

Gender ☒ M ☐ F   Date of Birth ___/03   Ethnic Group White

Address 117 12th Street          SE  #8
House No.    Street Name          Quadrant  Apartment #
          Washington          DC     20003
          City          State     Zip Code

☐ Non-attending
Attending School WEST ELEMENTARY - 906   Home School WATKINS

☐ Elem. ☐ Mid/JHS ☐ SHS ☐ CWS /

Parent   Alyson Steel and Carl Andersen

Address of (if different from student):   ☐ Parent  ☐ Guardian  ☐ Surrogate

House No.   Street Name          Quad   Apt. No.   City          State   Zip Code
Telephone: Home 202 544-3310     Work 202-298-6700

### II. CURRENT INFORMATION

Date of IEP Meeting: 12/12/2006
Date of Last IEP Meeting: 12/12/2006
Date of Most Recent Eligibility Decision: 12/12/2006

Purpose of IEP Conference:
☒ Initial IEP       ☐ Review of IEP
☐ Requested Eval.   ☐ 3yr ReEval.

Indicate Level of Standardized Assessment: _____

ADDENDA TO BE ATTACHED AS NEEDED
Check the appropriate box(es)

| BEHAVIOR | | ☒ TRANSPORTATION |
| ESY | | TRANSITION |

### III. LANGUAGE

| | Language | Language Used for Evaluation | Language Used In Conference | Communication Requirements | To be completed by Office of Bilingual Education English and Math Proficiency Assessment |
|---|---|---|---|---|---|
| Student | English | English | English | | Oral |
| | | | | | Written |
| Parent | English | English | English | | Instrument: |
| Home | English | English | English | | Date: |

### IV. SPECIAL EDUCATION AND RELATED SERVICES SUMMARY

| SERVICES | SETTING GenEd SpEd Total | FREQUENCY Hr./Min D/W/M. | PROVIDER (by discipline) | BEGINNING DATE mm/dd/yyyy | DURATION # wks./mos |
|---|---|---|---|---|---|
| Specialized Instruction | 24.5 24.5 | Hr W | Special Ed Teacher | 12/13/06 | 10 MOS |
| Speech/Language | 1.5 1.5 | Hr W | Speech Lang Pathologist | 12/13/06 | 10 MOS |
| OT | 1.5 1.5 | Hr W | Occupational Therapist | 12/13/06 | 10 MOS |
| | | | | | |
| | | | | | |
| | | | | | |
| TOTAL | 27.5 27.5 | Hours Per Week | | | |

### V. Disability(ies)

Developmental Disability

☐ (Check if setting is general Ed.)

Percent of time in Specialized Instruction and Related Services
☐ 0-20%  ☐ 21-60%  ☒ 61-100%

Percent of time NOT in a Regular Education Setting

### VI. IEP TEAM (Participants in the development of the IEP)

C. Anderson
A. Steele

Print and sign your name below:
Wanda R. Banks   Wanda R Banks, MA, OTR/L
_____ _____
Andrea Hogarth, M Hogarth, School P
SHEILA SCOTT-BATES  SPECIAL EDUCATOR
Barbara Rosen Latt  Barbara Rosen Latt

*I AGREE* with the contents of this IEP. I have had an opportunity to be involved in the development of this IEP. I have received a copy of this IEP and consent to the implementation of the services in the IEP. I have received a copy of the procedural safeguards and parent rights pertaining to special education.
Parent/Guardian Signature          12/12/06

EXHIBIT
JA-14

| | | DCPS - IEP |
|---|---|---|
| Student Name J___ A_____ | Managing School C.A.R.E. Center | Page 2 of 4 |
| Student ID Number 9228229    DOB ___/03 | Attending School ACC Model Cities | |
| | WEST ELEMENTARY 8/97 | |
| | Additional Comments: ☐ | |

## VII. Present Educational Performance Levels in Areas Affected by the Disability

**Academic Areas: (Evaluator)** SPECIAL EDUCATOR.

**Math Strengths:**

J___ IS ABLE TO GIVE 5 OBJECTS.

**Impact of disability on educational performance in general education curriculum:**

J___ DOES NOT UNDERSTAND THE CONCEPT OF SAME + DIFFERENT

**Reading Strengths:**

**Impact of disability on educational performance in general education curriculum:**

| Score(s) When Available |
|---|
| Academic |
| Math Cal. 1 |
| Math Rea. SS 80 |
| See goal page: 1 |
| Date: 11-08-06 |
| Rdg. Com _____ |
| Rdg. Basic _____ |
| Written Ex. _____ |
| See goal page: _____ |
| Date: 11/08/06 |

**Communication (Speech & Language) (Evaluator)** JUDITH Eghill MA VCC SLP/A

**Strengths:**

J___ can follow basic Classroom directives with prompts.

**Impact of disability on educational performance in general education curriculum:**

J___ overall communicative functioning is below expectancy.

| Score(s) When Available |
|---|
| Exp.Lang. BELOW |
| Rec. Lang. BELOW |
| Artic BELOW |
| Voice WNL |
| Fluency WNL |
| Exp. Voc. BELOW |
| Rec. Voc. BELOW |
| See goal page: _____ |
| Date: 11/15/06 |

**Motor/Health (Evaluator)** Wanda R. Banks, MA, OTR/L

**Strengths:**

Good visual attention to tasks of interest

**Impact of disability on educational performance in general education curriculum:**

Difficulties with fine motor skills will impact performance of classroom activities

| Score(s) /Results When Available |
|---|
| PDMS-2    FMQ=73 |
| _____ |
| _____ |
| See goal page: 5-8 |
| Date: 11/17/06 |

**Social Emotional Behavioral Areas: (Evaluator)** SPECIAL EDUCATOR, R. ROSENBLATT

**Strengths:**

Plays cooperatively with others for 5 minutes

**Impact of disability on educational performance in general education curriculum:**

Highly sensitive to noise. Limited inter-action with class mates

| Score(s) When Available |
|---|
| < 55 Standard Score |
| _____ |
| See goal page: 9 |
| Date: 11/08/06 |

**Cognitive/Adaptive Behavior: (Evaluator)** SPECIAL EDUCATOR, B ROSENBLATT

**Strengths:**

Knows colors, body parts, size differences

**Impact of disability on educational performance in general education curriculum:**

Shows limited initiative.

| Score(s) When Available |
|---|
| 80 Standard Score |
| See goal page: 10 |
| Date: 11/08/06 |

**Prevocational Skills: (Evaluator)** SPECIAL EDUCATOR, B. ROSENBLATT

**Strengths:** J___ is able to perform simple errands

**Impact of disability on educational performance in general education curriculum:**

J___ is unable to engage in activities for fifteen minutes.

| Score(s) When Available |
|---|
| _____ |
| _____ |
| See goal page: 1 |
| Date: 11/08/06 |

District of Columbia Public Schools    07-02-2001    Division of Special Education    Appendix - A    IEP Page 2 of 4

101

| Student Name  J▇▇ A▇▇▇▇ | | Managing School  CARE Center | DCPS - IEP |
|---|---|---|---|
| Student ID Number 9228229 | DOB ▇▇/03 | Attending School *A.C. Hooser Cares* *WEST ELEMENTARY* ▇▇▇ | Page 3 of 4 |

| **VIII. SPECIALIZED SERVICES** | Additional Comments: ☐ | | Goal Number: ☐ |
|---|---|---|---|

Area addressed by goal:  Cognitive Skills

**ANNUAL GOAL: (including mastery criteria.)**

J▇▇ will improve cognitive skills as measure by the mastery of the short-term objectives

Provider(s): Special Education Teacher

Consider audience, behavior, condition, degree and evaluation.

| SHORT-TERM OBJECTIVES (include mastery criteria or benchmarks) | Date Mastered | Evaluation Schedule |
|---|---|---|
| J▇▇ will be able to identify his first name in print 4/5 opportunties | | monthly |
| J▇▇ will demonstrate an understanding of the concept same/different 4/5 opportunities | | monthly |
| J▇▇ will demonstrate an understanding of basic linguistic concepts such as big/little, before/after, empty/full, infront of/behind, in/out, next to etc. 3/5 opportunities | | monthly |
| J▇▇ will attended to a structured group activity for 10 minutes | | monthly |
| | | |
| | | |

**EVALUATION PROCEDURE(S)**

☐ Portfolio  ☒ Log  ☐ Chart  ☐ Test  ☒ Documented Observation  ☐ Report  ☐ Other _____

| Student Name  J___ A_____ | Managing School  CARE CENTER | DCPS - IEP |
|---|---|---|
| Student ID Number  962B229    DOB ___-03 | Attending School  ACC Model Cities | Page 3 of 4 |
| | WEST ELEMENTARY SPSD | |

| VIII. SPECIALIZED SERVICES | Additional Comments: ☐ | | Goal Number: 2 |

Area addressed by goal:  Communication

**ANNUAL GOAL: (including mastery criteria.)**

J___ wil improve social, expressive and receptive language skills as evidenced by the mastery of the following short term objectives

Provider(s): Speech-Language Pathologist/Special Education Teacher

Consider audience, behavior, condition, degree and evaluation.

| SHORT-TERM OBJECTIVES (include mastery criteria or benchmarks) | Date Mastered | Evaluation Schedule |
|---|---|---|
| J___ will increase eye contact during structured activities with the therapist/teacher during 3/5 opportunities | | monthly |
| J___ will communicate social greetings (hi, bye), manners (thank you/please) and "yes" "no" using picture, sign/gesture and or word approximations during 3/5 opporunities | | monthly |
| J___ will make a request to play with a toy/game, go to the potty, get water, or need for help using a picture, sign/gesture, and or word approximation 3/5 opportunties | | monthly |
| J___ will follow basic one step directives (eg. sit down, open/shut door, give me, get (item), clean up, get water, go to potty)  3/5 opportunities without prompts | | monthly |
| J___ will verbalize his name and age with prompts 3/5 opportunties | | monthly |
| J___ will follow a 3 or 4 step classroom sequence with visual prompts 4/5 opportunities | | monthly |

| **EVALUATION PROCEDURE(S)** |
|---|
| ☐Portfolio  ☐Log  ☒Chart  ☐Test  ☒Documented Observation  ☐Report  ☐Other _____ |

District of Columbia Public Schools     07-02-2001     Division of Special Education     Appendix - A     IEP Page 3 of 4

| Student Name | Jesse Anderson | Managing School | CARE CENTER | DCPS - IEP |
| Student ID Number | 9228229 | DOB | ▓▓/03 | Attending School | ACC Model Cites | Page 3 of 4 |

*WEST ELEMENTARY ▓▓*     Goal Number: 3

| **VIII. SPECIALIZED SERVICES** | Additional Comments: ☐ |

Area addressed by goal: Communication

**ANNUAL GOAL: (including mastery criteria.)**

J___ wil improve social, expressive and receptive language skills as evidenced by the mastery of the following short term objectives

continued

**Provider(s):** Speech-Language Pathologist/Special Education Teacher

Consider audience, behavior, condition, degree and evaluation.

| SHORT-TERM OBJECTIVES (include mastery criteria or benchmarks) | Date Mastered | Evaluation Schedule |
|---|---|---|
| J___ will mimic (verbally and/or gesturally) songs, poems, finger play to increase stimulation of voluntary speech 4/5 opportunities | | monthly |
| J___ will communicate teacher, ___, more, all done, potty, help, stop, and eat/drink with pictures, gestures and/or words 4/5 opportunities | | monthly |
| J___ will take turns during a structured game or play with an adult 4/5 opportunties with decreasing prompts | | monthly |
| J___ will engage in nonverbal/verbal reciprocal play with an adult and peer for increaseing periods of time 3/5 opportunities with decreasing prompts | | monthly |
| J___ will carryout symbolic play schemes with an adult 3/5 opportunites with decreasing prompts | | monthly |
| J___ will use a multiword utterance to indicate a request, preference, or action 3/5 opportunties with decreasing prompts | | monthly |
| J___ will give a verbal response when his name is called 3/5 opportunities with decreasing prompts. | | monthly |

| **EVALUATION PROCEDURE(S)** |
| ☐ Portfolio   ☐ Log   ☒ Chart   ☐ Test   ☒ Documented Observation   ☐ Report   ☐ Other _____ |

| Student Name | J___ A_____ | Managing School | ACC·CARE·CENTER | DCPS - IEP |
|---|---|---|---|---|
| Student ID Number | 9228229 | DOB ___/03 Attending School | ACC·Model Cities Dev | Page 3 of 4 |
| | | | WEST ELEMENTARY | |

**VIII. SPECIALIZED SERVICES**     Additional Comments: ☐                                    Goal Number: 4

Area addressed by goal: Communication

ANNUAL GOAL: (including mastery criteria.)

J___ wil improve oral motor programming and increase vocalizations as evidenced by the mastery of the following short term objectives

Provider(s): Speech-Language Pathologist

Consider audience, behavior, condition, degree and evaluation.

| SHORT-TERM OBJECTIVES (include mastery criteria or benchmarks) | Date Mastered | Evaluation Schedule |
|---|---|---|
| J___ will improve oral motor coordination by usage of visual reinforcements as motivators ( ie. blowing party favors, horns, bubbles, etc) 4/5 opportunities | | monthly |
| J___ will imitate/produce CV and CVCV combinations in functional words- hi, wheee!, my, no, bye bye, pee pee, etc  3/5 opportunities | | monthly |
| J___ will imitate/produce animal/environmental sounds (ie. moo, meow, pop, mmmm, vrooom, choo choo, etc) 3/5 opportunities | | monthly |
| | | |
| | | |
| | | |

**EVALUATION PROCEDURE(S)**

☐ Portfolio   ☐ Log   ☒ Chart   ☐ Test   ☒ Documented Observation   ☐ Report   ☐ Other _____

| Student Name J____ A_____ | | Managing School  C.A.R.E. Center | DCPS - IEP |
|---|---|---|---|
| Student ID Number 9228229 | DOB ___ __03 | Attending School  *ACC MODEL GIRLS* | Page 3 of 4 |

*WEST ELEMENTARY* Goal Number: 5

**VIII. SPECIALIZED SERVICES**    Additional Comments: ☐

Area addressed by goal:  Motor/Health

**ANNUAL GOAL: (including mastery criteria.)**

To improve ability to use sensory information to understand and effectively interact with people and objects  in school environment, J___ will:

**Provider(s):** Occupational Therapist

Consider audience, behavior, condition, degree and evaluation.

| SHORT-TERM OBJECTIVES (include mastery criteria or benchmarks) | Date Mastered | Evaluation Schedule |
|---|---|---|
| Participate in various tactile, vestibular, visual, proprioceptive, auditory, gustatory and olfactory activities without behavioral overreactions 80% of the time | | Monthly |
| Wheelbarrow walk for a distance of 10 feet with support provided at his hips and progressing to his ankles 3 out of 4 trials | | Monthly |
| Propel a scooterboard from a prone position for a distance of 10 feet using only hands 3 out of 4 trials | | Monthly |
| Pull self along a 15-foot rope, using a hand over hand pattern, while sitting with legs crossed on a scooterboard, for a distance of 10 feet | | Monthly |
| | | |
| | | |

**EVALUATION PROCEDURE(S)**

☐ Portfolio  ☐ Log  ☐ Chart  ☐ Test  ☒ Documented Observation  ☐ Report  ☒ Other  Progress Notes

District of Columbia Public Schools      07-02-2001      Division of Special Education      Appendix - A      IEP Page 3 of 4

106

| Student Name J___ A_____ | Managing School C.A.R.E. Center | DCPS - IEP |
|---|---|---|
| Student ID Number 9228229    DOB ___/03 | Attending School *Acc moozl Cms* *WEST ELEMENTARY* *3rd* | Page 3 of 4 |

**VIII. SPECIALIZED SERVICES**    Additional Comments: ☐    Goal Number: 6

Area addressed by goal: Motor/Health

**ANNUAL GOAL:** (including mastery criteria.)

To improve motor planning to enhance quality of movement and efficient organization of self for effective participation in school activities, J___ will:

**Provider(s):** Occupational Therapist

Consider audience, behavior, condition, degree and evaluation.

| SHORT-TERM OBJECTIVES (include mastery criteria or benchmarks) | Date Mastered | Evaluation Schedule |
|---|---|---|
| Physically or verbally communicate 2 ideas for therapy activities when presented with 2 choices 3 out of 4 trials | | Monthly |
| Specify at least 3 steps needed to correctly sequence the movements required to perform a given task 3 out of 4 trials | | Monthly |
| Communicate 4 ideas of how to motorically interact with a ball 4 out of 4 trials | | Monthly |
| Complete a specific 4 step activity as demonstrated 3 out of 4 trials | | Monthly |
| Complete a specific 4 step activity following verbal directions 3 out of 4 trials | | Monthly |
| Complete a specific 4 step activity with only initial directions 3 out of 4 trials | | Monthly |

**EVALUATION PROCEDURE(S)**

☐ Portfolio  ☐ Log  ☐ Chart  ☐ Test  ☒ Documented Observation  ☐ Report  ☒ Other Progress Notes

| Student Name | J███ A███████ | Managing School | C.A.R.E. Center | DCPS - IEP |
|---|---|---|---|---|
| Student ID Number 9228229 | | DOB ███/03 | Attending School *ACE Model Care* | Page 3 of 4 |

*WEST ELEMENTARY SED*

**VIII. SPECIALIZED SERVICES**    Additional Comments: ☐    Goal Number: 7

Area addressed by goal: Motor/Health

**ANNUAL GOAL: (including mastery criteria.)**

To improve fine motor skills for better performance and success with classroom activities, J███ will:

Provider(s): Occupational Therapist

Consider audience, behavior, condition, degree and evaluation.

| SHORT-TERM OBJECTIVES (include mastery criteria or benchmarks) | Date Mastered | Evaluation Schedule |
|---|---|---|
| Grasp writing utensils with a tripod grasp with verbal/physical cues 80% of the time | | Monthly |
| ~~[struck through]~~ | | Monthly |
| Imitate simple shapes including a circle, cross, diagonal lines and a square in various tactile mediums and markers, crayons, and pencils with 80% accuracy | | |
| Copy simple shapes including a circle, cross, diagonal lines and a square in various tactile mediums and markers, crayons, and pencils with 80% accuracy | | Monthly |
| Button and unbutton large and medium sized buttons independently 3 out of 4 trials | | Monthly |
| Reproduce block designs using up to 6 blocks given a model with decreasing assistance 3 out of 4 trials *designs* | | Monthly |
| String 15-20 various sized, shaped and textured items (ex. small, medium, and large beads, pasta, cereal) 80% of the time with minimal assistance and progressing to independence | | Monthly |

**EVALUATION PROCEDURE(S)**

☐ Portfolio  ☐ Log  ☐ Chart  ☐ Test  ☒ Documented Observation  ☐ Report  ☒ Other Progress Notes

| Student Name J___ A___ | | Managing School C.A.R.E. Center | DCPS - IEP |
|---|---|---|---|
| Student ID Number 9228229 | DOB __/03 | Attending School *ACCAROBA CITIES* | Page 3 of 4 |
| | | *WEST ELEMENTARY* | |

**VIII. SPECIALIZED SERVICES**    Additional Comments: ☐    Goal Number: [ 8 ]

Area addressed by goal:  Motor/Health

**ANNUAL GOAL:** (including mastery criteria.)

To improve fine motor skills for better performance and success with classroom activities, J___ will:

Provider(s): Occupational Therapist

Consider audience, behavior, condition, degree and evaluation.

| SHORT-TERM OBJECTIVES (include mastery criteria or benchmarks) | Date Mastered | Evaluation Schedule |
|---|---|---|
| Correctly position fingers in holes of scissors with verbal/physical cues accurately 100% of the time | | Monthly |
| Snip playdough, strips heavyweight paper or sandpaper independently 80% of the time | | Monthly |
| Cut an 81/2 x 11 inch piece of construction paper, heavyweight paper, and sandpaper in half with smooth coordinated cuts independently 80% of the time | | Monthly |
| | | |
| | | |

**EVALUATION PROCEDURE(S)**

☐ Portfolio  ☐ Log  ☐ Chart  ☐ Test  ☒ Documented Observation  ☐ Report  ☒ Other  Progress Notes

District of Columbia Public Schools      07-02-2001      Division of Special Education      Appendix - A      IEP Page 3 of 4

109

| Student Name | J█ A█████████ | | Managing School | CARE Center | DCPS - IEP |
| Student ID Number | 9228229 | DOB █████/03 | Attending School | ~~ACC Model Cities~~ | Page 3 of 4 |

WEST ELEMENTARY  Goal Number: 9
9459

| VIII. SPECIALIZED SERVICES | Additional Comments: ☐ |

Area addressed by goal: Social Emotional

**ANNUAL GOAL:** (including mastery criteria.)

J████ will improve social emotional skills as measure by the mastery of the short-term objectives

Provider(s): Special Education Teacher

Consider audience, behavior, condition, degree and evaluation.

| SHORT-TERM OBJECTIVES (include mastery criteria or benchmarks) | Date Mastered | Evaluation Schedule |
|---|---|---|
| J████ will show an interest in a group activity for 5 minutes | | monthly |
| J████ will engage in parallel play for 10 minutes | | monthly |
| J████ will communicate social greeting ( hi, bye), manners (thank you/please) 4/5 times | | monthly |
| | | |
| | | |
| | | |

**EVALUATION PROCEDURE(S)**

☐ Portfolio  ☒ Log  ☐ Chart  ☐ Test  ☒ Documented Observation  ☐ Report  ☐ Other _____

| Student Name    J____ A_____ | Managing School  CARE Center | DCPS - IEP |
|---|---|---|
| Student ID Number 9228229    DOB ____/03 | Attending School  *ACC MODEL CITIES* | Page 3 of 4 |
| | *WEST ELEMENTARY* *gst* | |

**VIII. SPECIALIZED SERVICES**    Additional Comments: ☐    Goal Number: [10]

Area addressed by goal:  Adaptive Skills

**ANNUAL GOAL:** (including mastery criteria.)

J____ will improve adaptive skills as measure by the mastery of the short-term objectives

Provider(s): Special Education Teacher

Consider audience, behavior, condition, degree and evaluation.

| SHORT-TERM OBJECTIVES (include mastery criteria or benchmarks) | Date Mastered | Evaluation Schedule |
|---|---|---|
| J____ will anticipate and communicate toileting needs  4/5 times | | monthly |
| J____ will follow the  toileting sequence 4/5 times with 1 prompt | | monthly |
| J____ will follow the sequence to wash his hands 4/5 times with 1 prompt | | monthly |
| J____ WILL GET HIS COAT, PUT IT ON AND ZIP IT UP WITH ONE PROMPT 4/5 TIMES. | | MONTHLY |
| | | |
| | | |

**EVALUATION PROCEDURE(S)**

☐ Portfolio  ☒ Log  ☐ Chart  ☐ Test  ☒ Documented Observation  ☐ Report  ☐ Other _____

| Student Name | J___ A___ | | Managing School | C.A.R.E. Center | DCPS - IEP |
|---|---|---|---|---|---|
| Student ID Number 9228229 | | DOB __/__/03 | Attending School | ~~ACC Model Cities~~ | Page 4 of 4 |

WEST ELEMENTARY
SYSS

**Additional Comments:** ☐

## IX. LEAST RESTRICTIVE ENVIRONMENT (LRE) DETERMINATION
## SERVICE ALTERNATIVES

Can curricular modification, accommodation and/or supplemental aids and services be used for a LRE setting in <u>regular education</u>? ☐ Yes ☑ No

Explanation for removal out of regular education classroom.

J___ will receive specialized instructions in an inclusion setting to address his educational needs.

## X. Supplementary Aids and Services
**Classroom Needs**
(Do not name products or companies.)

| | SETTING | | | FREQUENCY | | PROVIDER (by discipline) | BEGINNING DATE (mm/dd/yyyy) |
|---|---|---|---|---|---|---|---|
| | GenEd | SpEd | Total | Hr./ Min | D/W/M. | | |
| | | | | | | | |
| | | | | | | | |
| | | | | | | | |
| | | | | | | | |

Check and list modifications and/or accommodations for testing:  ☐ None needed

| Setting: | |
|---|---|
| Presentation: | |
| Response: | |
| Equipment: | |

## XI. STATE AND DISTRICT ASSESSMENTS:

☐ Level I  Tested with non-disabled peers under standard conditions without accommodations.

☐ Level II  (Describe accommodations for level II) Tested under standard conditions with special accommodations.

☐ Level III  (Describe non-uniform conditions for level III) Tested under non-standard conditions with permissible accommodations

☐ Level IV  (Describe the alternative assessment)

☐ Level V  Portfolio:

## XII. Areas Requiring Specialized Instruction and Related Services:

Modifications:

☐ Reading
☐ Physical/Sensory
☐ Transition
☐ Language Arts/English

☐ Mathematics
☑ Social Emotional
☐ Vocational
☐ Social Sciences

☐ Written Expression
☐ Physical Development
☐ Independent Living
☐ Biological & Physical Sciences

☑ Other: OCCUPATIONAL THERAPY
☑ Speech/Language
☐ Fine Arts

☐ None     Apply annual goal(s), objectives and/or modifications to address barriers in each area checked above.

## XIII. PLACEMENT CONSIDERATIONS AND JUSTIFICATION

| DESCRIBE CONSIDERATIONS | ACCEPT/REJECT REASONS | POTENTIAL HARMFUL EFFECTS |
|---|---|---|
| GENERAL EDUCATION. | REJECT | POTENTIAL SCHOOL FAILURE |
| COMBINATION GEN ED/SPEC ED. | REJECT | POTENTIAL SCHOOL FAILURE |
| OUT OF GEN ED/INCLUSION | ACCEPT | POTENTIAL SCHOOL FAILURE |

Modification(s)/Accommodation(s) to address the harmful effects:

SPECIFIC SCHEDULING TO ACCOMMODATE J___ NEEDS

Location for Services  WEST ELEMENTARY

DISTRICT OF COLUMBIA PUBLIC SCHOOLS
WASHINGTON, D.C.

MULTIDISCIPLINARY TEAM
(MDT)
MEETING NOTES

MDT

MDT REFERRAL DATE: _____

STUDENT: J███ A█████    SCHOOL: CARE Center    DATE: June 12, 2007

| PARTICIPANTS: (Print Name) | PARTICIPANTS: (Sign Name) | POSITION |
|---|---|---|
| Zondra Johnson | | Supervisor |
| JoAnn S. Lowery | | Program Specialist |
| Alyson Steele | | Parent |
| Carl Andersen | | Parent |
| Stephanie Owens | | Educational Advocate |
| | | |
| | | |

The purpose of the meeting is to review Jesse's progress at West Elementary School and revise the IEP for determination of appropriate placement. The Educational Advocate requested that Teacher and related service providers be present at the MDT to discuss J███ progress and that meeting be rescheduled with all team members present. Zondra Johnson stated that Teacher was in error in not documenting child's progress with evaluation procedures stated on the IEP. Parent requested to know site of Placement. The MDT agrees that the child's progress was not documented monthly as stated on the IEP. Zondra Johnson stated that placement could not be pre determined until IEP is revised because J███ should be placed in the Least Restrictive Environment that is closer to child's home. Advocate requested progress reports from Teacher prior to next meeting. The MDT agrees the team should reconvene to discuss J███ progress. The meeting will be determined and parents and advocate will be notified.

113

*[handwritten: → put in writing the + sgress doc. we want. CM]*

*[handwritten: → provide dates for next mtg.]*

To:        Zondra Johnson, Supervisor
From:      Ms. Meshach, Special Education Teacher
Date:      June 11, 2007
Re:        Goal page update

## J███ A███████

**J████ has not mastered the following goals**

**Cognitive:**
1. He has not mastered identifying his name.
2. Understanding concepts
3. He cannot understand
4. He cannot understand "little, big, before, after ,in, out
5. Attend to structured group actives

**Speech and Language:**
1. Lack of eye contact
2. Social group greetings " hi, bye"
3. He cannot tell you " I want to write, I want to use the bathroom"
4. Follow simple directions
5. J████ cannot tell you his age
6. Cannot follow 4 to 4 classroom sequence
7. J████ has not mastered most of his communication goals
8. J████ cannot recite rhymes
9. J████ cannot play with the other children

**Occupational Therapy:**

1. The OT Therapist says that J████ has made some progress in meeting his goals.

**Motor /Health/**J████ has made no progress

**Social / Emotional:** J████ has made no progress

**Adaptive Skills:** J████ has made no progress.

114

# DISTRICT OF COLUMBIA PUBLIC SCHOOL SYSTEM   Meeting D...

Page #
IEP REPORT CARD
PUPIL # _____ 9228229

STUDENT NAME _____ J■■■ A■■

GRADE P5 __   SCHOOL West ES

---

**GOAL**

J■■■ will improve emotional skills as measure by the mastery of the short term objectives.

| | CURRICULUM CONNECTION | SERVICE PROVIDER |
|---|---|---|
| | *Social Emotional* | *Special Education Teacher* |
| | | *Evangeline Meshach* |

| Date | Code | | Notes |
|---|---|---|---|
| 6/14 | MP | Attendance | The student's progress X □ is □ is not sufficient to enable the student to achieve the goals within a year. J■■■ continues to enjoy his class and his classmates. He is working on greeting goals. He often repeats 'good morning' after we say to him. He has made great progress. |
| 04/07 | EB | Attendance | The student's progress X □ is □ is not sufficient to enable the student to achieve the goals within a year. J■■■ enjoys his classmates and he plays around them. We often remind and bring him into the group to play with others. Teachers encourage him to say hi/bye, thank you please etc. He enjoys his peers' company and he knows his friend by his name and also calls him. J■■■ is happy and enjoys his class. |
| 04/07 | MP | Attendance | The student's progress X □ is □ is not sufficient to enable the student to achieve the goals within a year. |
| Date | Code | Attendance | Notes: The student's progress □ is □ is not sufficient to enable the student to achieve the goals within a year |
| Date | Code | Attendance | Notes: The student's progress □ is □ is not sufficient to enable the student to achieve the goals within a year |
| Date | Code | Attendance | Notes: The student's progress □ is □ is not sufficient to enable the student to achieve the goals within a year |

---

**GOAL**

J■■■ will improve adaptive skills as measure by the mastery of the short term objectives.

| | CURRICULUM CONNECTION | SERVICE PROVIDER |
|---|---|---|
| | *Adaptive skills* | *Special Education Teacher* |
| | | *Evangeline Meshach* |

| Date | Code | | Notes |
|---|---|---|---|
| 6/14 | MP | Attendance | The student's progress X □ is □ is not sufficient to enable the student to achieve the goals within a year. J■■■ is doing good on toileting. He needs to be reminded to use toilet. He is able to follow direction to hang his bag in his cubby. He is making great progress |
| 04/07 | EB | Attendance | The student's progress X □ is □ is not sufficient to enable the student to achieve the goals within a year. J■■■ is reminded to use toilet and wash his hands. J■■■ is able to follow direction to bring his coat/bag. He understand very well. He is working on zipping his jacket. He is making great progress. |
| 04/07 | MP | Attendance | The student's progress X □ is □ is not sufficient to enable the student to achieve the goals within a year. J■■■ is reminded to use toilet and wash his hands. He is working on zipping his jacket. He is making great progress. |
| Date | Code | Attendance | Notes: The student's progress □ is □ is not sufficient to enable the student to achieve the goals within a year |
| Date | Code | Attendance | Notes: The student's progress □ is □ is not sufficient to enable the student to achieve the goals within a year |
| Date | Code | Attendance | Notes: The student's progress □ is □ is not sufficient to enable the student to achieve the goals within a year |

---

**PROGRESS CODE**

**A** – Achieved
(The students has successfully completed the goal)

**MP** – Making progress
(The student is making expected degree of progress).

**EB** – Emerging Breakthrough
(The skill necessary for this goal is beginning to appear)

**NP** - No progress
(The student is not making expected progress)

**N/A** – Not applicable At This Time
(The student has not begun to work on this goal)

District of Columbia Public Schools          07-02-2001          Division of Special Education          IEP Report Card

EXHIBIT
JA-15   115

# DISTRICT OF COLUMBIA PUBLIC SCHOOLS

Office of Academic Services
Department of School Readiness and
Early Childhood Programs

## PROGRESS REPORT
### (3 YEAR OLDS) SY 2006-07



**STUDENT:** ▇▇▇▇▇▇
**ID#:** G22822.9
**TEACHER:** Meshach
**SCHOOL:** West ES

Parents: This report is to inform you of your child's progress so that we work together guiding his/her development.

**(page 1 of 2)**

### MOTOR DEVELOPMENT

| | SEM 1 | SEM 2 ☒ |
|---|---|---|
| Manipulates small objects, pegs and table top blocks | — | — |
| Cuts paper with scissors | — | — |
| Throws/Catches | P | P |
| Runs | P | P |
| Walks stairs alternating feet | — | P |
| Jumps | — | — |

### SCORING KEY
P = Progressing
N = Needs Support

| | SEM 1 | SEM 2 ☒ |
|---|---|---|
| Completes a four (4) piece puzzle | — | N |
| Participates in finger plays | — | P |
| Uses toilet independently | — | P |
| Uses fork and spoon age-appropriately | — | P |

### LANGUAGE

| | SEM 1 | SEM 2 ☒ |
|---|---|---|
| Follows simple directions | — | P |
| Tells first name | — | N |
| Uses words to meet needs | — | N |
| Asks when, how and why questions | — | N |
| Uses 2 and 3 word sentences | — | N |
| Understands spatial terms (Over, Under, Beside, Top etc) | — | N |
| Uses spatial terms | — | N |
| Listens attentively to stories | — | N |

### SOCIAL/EMOTIONAL

| | SEM 1 | SEM 2 ☒ |
|---|---|---|
| Follows school routine | — | P |
| Works/plays independently | — | P |

### Special Services (Please check if applicable)

| | |
|---|---|
| ESL/Bilingual | — |
| Special Education | — |
| Speech & Language | ✓ |
| Other  OT | ✓ |

### COGNITIVE

| | SEM 1 | SEM 2 ☒ |
|---|---|---|
| Plays with others | — | P |
| Shares/takes turns | — | N |
| Has positive self concept | — | N |
| Can identify basic body parts | — | N |
| Completes independent task | — | N |

### COGNITIVE

| | SEM 1 | SEM 2 ☒ |
|---|---|---|
| Identifies basic colors (Primary and Secondary) | — | N |
| Sorts and Classifies objects | — | N |
| Counts orally to __/__ | — | N |
| Uses scribbles and unconventional shapes to write | — | P |
| Shows awareness of their environments | — | P |
| Matches shapes: circle, square, and triangle | — | N |
| Identifies (Please check) Circles ✓ /Squares ✓ / Triangles ✓ /Rectangle ✓ | — | N |
| Recognizes name in writing | — | N |

### ATTENDANCE

| | Advisories | | | |
|---|---|---|---|---|
| | 1 | 2 | 3 | 4 |
| Days of Instruction | 42 | 45 | 43 | 50 |
| Days Absent | — | — | — | -3 |
| Days Tardy | — | — | — | — |

116

District of Columbia Public Schools Report Card
SY 06-07 (Page three of three)
TEACHER COMMENTS

Student Name: J▆▆ A▆▆▆▆                                              Grade: PS
**First Advisory**

_____        _____
Teacher Signature                              Date

**Second Advisory**    It is a pleasure to have J▆▆ as a student in our Preschool class. He has opportunities to engage in developmentally-appropriate experiences each day.  Daily classroom activities include block-building, art, music, dramatic play, creative movement, science, physical development and health, as well as experiences in social and emotional development.  An emphasis is placed on the development of early literacy(reading) and numeracy(mathematics) skills.
J▆▆ has adjusted to his classroom.  He enjoys his friends, and he plays well with them.  He participates in morning meeting and listens to stories.  Parents, daily reading will improve his language and learning skills

_____        _____
Teacher signature                              Date

**Third Advisory:** J▆▆ continues to make progress in adjusting in our class.  We will continue to support and give guidance to J▆▆ through our daily interactions.  He listens to stories.  He is able to follow directions.  He is working on coloring and cutting skills. He is also working on replying skills(talking).  He is able to sort by colors.  He requires one on one assistance.  He enjoys working with teachers.
Parents, daily reading, writing, mathematics and science experiences will improve his language and learning skills.

_____        _____
Teacher Signature                              Date

**Fourth  Advisory:** J▆▆ continues to make great progress in our Preschool class. He enjoys to be with his friends.  He participates in all preschool activities. He often requires assistance from teachers verbally and physically for direction to follow.  He has made great progress.  Parents, daily reading, writing, mathematics and science will help him to improve his language and learning skills

_____        _____
Teacher Signature                              Date

117

**Skills on the Hill &**

**Capitol Kids Speech Therapy**

201 8th Street NE, Suite 200

Washington, DC 20002

202-544-5439

July 9, 2007

Dear Parents,

Camp Friendship is going well and we are enjoying working with your children. As we enter the third week, the children have gotten used to the daily routine, rules, and are becoming more familiar with one another.

We have collaborated to develop some individualized goals for each child that we will try to focus on as camp progresses. The goals may address skills that have been targeted in individual therapy in the past, goals from a school IEP, or areas of difficulty that have become apparent in this group setting. Following Camp Friendship, you will receive a progress report that will evaluate your child's overall progress in addition to progress made toward each of his/her goals.

If you have any questions or comments, please contact Erin or Stacey as soon as possible. We thank you for this opportunity to work with you and your child.

Sincerely,

Erin Stephenson

Stacey Barrett

EXHIBIT

JA-16    118

# Skills on the Hill OT Services
## &
# Capitol Kids Speech Therapy

201 8th Street NE, Suite 200
Washington, DC 20002
202-544-5439

Summer Group Therapy Treatment Goals

Patient:  J█████ A███████
ICD 9 Code:  781.3  &  388.40
Session: 6/25/07 – 8/3/07

Goal 1: J█████ will engage in a variety of play activities with peers with minimal cues/strategies/assistance, as evidenced by making eye contact and positioning his body in close proximity of his peers.

Goal 2: J█████ will exhibit increased endurance and postural control during movement activities as evidenced by requiring less adult assistance to get on/stay on equipment.

Goal 3: J█████ will answer simple comprehension questions about a story.

Goal 4: J█████ will express his wants/needs by making a verbal request.

119

Dear Parents,

Each week your child will participate in a variety of activities to stimulate language, sensory processing, gross and fine motor development and social language skills. The following outline reviews the activities that are planned for each day. We hope that you will use the description below to facilitate conversation about your child's day at camp.

**Monday:** searching for zoo animals in dirt, giraffe clothespin craft, animal crackers snack with cream cheese, movement activity involving parachute play with animal puppets, Sometimes I Like to Curl up in a Ball, by Vicki Churchhill and Charles Fuge: A little Wombat shares with our readers how he likes to move his body to make it feel just right. This story is action packed and complements our strategies for making our engines just right at camp. Little Wombat jumps, twirls, moves his mouth, gets messy in the mud and more. In the end, his favorite place is curled up at home with his family.

**Tuesday:** banana pudding play, monkey fingerprint craft, bananas and marshmallow fluff snack with graham crackers, movement activity with tunnel, climbing up glider swing, Leo the Late Bloomer, by Robert Kraus: Leo is a cute little tiger who has trouble doing most things "right". He can't write, he's a sloppy eater, he can't draw, can't read and has trouble talking. His family waits to see when Leo will finally "bloom". Soon Leo wows them all with the things he has learned while no one was really paying attention anymore. In his own time Leo learns to do all the things that his family was waiting to see!

**Wednesday:** flour play, tiger stripe snack with sour fruit string, cream cheese/fluff, graham crackers, paint diorama, movement activity obstacle course with balance beam, stepping stones, swing, Touch and Fit Jungle Animals by Jane Massey Max Tiger ventures into the jungle to find other animals that have beautiful stripes like his. On the way he asks everyone, "Why don't you have stripes like me?" He meets parrots, alligators, elephants and snakes. Each animal describes his own type of skin (or feathers and fur) and Max Tiger learns to appreciate everyone's unique beauty. This book comes with animal shapes and textures for the children to place into the pages of the story.

**Thursday:** tactile jungle book, decorate diorama, decorate animal crackers snack, movement animal hop with potato sacks, If I Were an Animal, by Woody In this story different children explain the types of animals they wish they could be. In each illustration are clues so our readers can guess. The little girl with the cheese wants to be a mouse. The little boy slithering through the grass with his tongue sticking out wants to be a snake. Turn the page to see if you guessed right! Animals in this book include: mouse, horse, snake, octopus, fish and elephant.

**Friday:**  outside pretending to be different animals, elephant masks craft, elephant ears snack with bread, cheese, animal crackers, Elefun movement game, At Trip to the Zoo by Karen Wallace: Our readers join a little boy named Billy who visits the zoo with his little brother Matt.  At the zoo, the children learn about all of the zoo animals (rhinos, elephants, zebras, giraffes, tigers, gorillas, sea lions, koalas and kangaroos.  This book contains beautiful photos of the various animals at the zoo and describes how the animals move.  It also highlights the animals  different types of patterns and textures in their fur. Try giving your child about the above listed animals and see if they can guess which animal you are describing.

Please note that some things are subject to change…


If you have specific questions about the each day's activities, please email Miss Erin or Miss Stacey.

121

Dear Parents,

Each week your child will participate in a variety of activities to stimulate language, sensory processing, gross and fine motor development and social language skills. The following outline reviews the activities that are planned for each day. We hope that you will use the description below to facilitate conversation about your child's day at camp.

**Monday:** caterpillar craft going along with story, dirt box play (searching for different insect creatures, leaves), cupcake snack, propelling on scooter board on belly to retrieve bean bags (used to make a long "caterpillar"), story book: *"The Very Hungry Caterpillar"* by, Eric Carle (A little caterpillar is so hungry that he ventures out to look for some food. On each day of the week he eats something different (i.e., Monday he eats one apple, Tuesday he eats two pears etc.) On Saturday he eats 10 different types of food and becomes so full he gets a stomachache. At the end, he builds a cocoon and nibbles his way out to become a beautiful butterfly. )

**Tuesday:** playdoh activity to make butterflies, butterfly craft, butterfly snack (bread, pretzels, cream cheese, fruit chews), net swing flying like butterflies, storybook: *"Are You a Butterfly?"* by, Judy Allen and Tudor Humphries ( A book about the life of a butterfly It describes what the butterfly looks like at the beginning of his life and what he looks like by the end of his life. The parts of the butterfly are described in detail and it explains what each body part is used for.)

**Wednesday:** HOLIDAY-- NO CAMP

**Thursday:** shaving cream sensory activity, patriotic pinwheel craft, flag snack (graham crackers, cream cheese, blueberries, licorice), storybook: *"Hats Off for the Fourth of July"* by, Harriet Ziefert ( A parade takes place on the Fourth of July. In the parade there are drums, twirlers, cowboys, horses, a whale float, Mrs. Eeelgrass, a school band, motorcycles, patriots, and a baseball team. At the end of the parade, look up in the sky and you'll see the fireworks.

**Friday:** finger paint sensory activity. ladybug crown craft, ladybug snack (apples, raisins, peanut butter). bed bugs game, storybook: *"The Very Lazy Ladybug"* by, Isobel Finn & Jack Tickle( The lazy ladybug never learned how to fly, so in order to find a new place to sleep she has to jump on the animals that pass by. There is a reason why she is unable to sleep on each animal (e.g., The tiger is too noisy, and the kangaroo is to bumpy). At the end of the book she is blown into the air, after the elephant sneezes, and finally learns how to fly.

If you have specific questions about the each day's activities, please email Miss Erin or Miss Stacey.

barrett
language

122

Dear Parents,

Each week your child will participate in a variety of activities to stimulate language, sensory processing, gross and fine motor development and social language skills. The following outline reviews the activities that are planned for each day. We hope that you will use the description below to facilitate conversation about your child's day at camp.

**Monday:** aquarium in a bottle craft, sand box play (sand toys, shells, matchbox cars), goldfish snack, fishing on the "boat" (platform swing activity using realistic fishing reels and fish), story book: "*At the Beach*" by, Anne & Harlow Rockwell (a little girl goes to the beach with her mother, they apply sunscreen, look for shells, a crab bites the little girl's toe, they walk past the lifeguard station, swim in the water, and finish up with a picnic lunch on their towels.) "Fishin' Around"game (the children take turns using poles to catch moving fish).

**Tuesday:** suntan lotion sensory activity, jellyfish craft, aquarium in a cup snack (blue jello and gummy creatures), the wonderball game (with a beach ball), storybook: "*Octopus*", "*Sharks*" and "*Dolphins*" (3 photo books by Melvin and Gilda Berger). These books are full of information and photographs of these sea creatures. Magnet Board: the children follow directions, describe and identify sea creatures to create an elaborate magnet ocean scene.

**Wednesday:** water table sensory activity, ocean diorama craft, goldfish pretzels with peanut butter, beach obstacle course, storybook: "*In the Ocean*" by Maurice Pledger (a little dolphin loses his mother and meets many ocean creature friends on his quest to be reunited with his mom). This book targets visual and tactile adjectives about sailfish, lionfish, lobster, sea turtle, and octopus. feltboard scene with ocean creatures.

**Thursday:** wet sand and sand castles at sensory table, octopus craft, jello jigglers of fish shapes, "Don't Get Wet" movement activity, storybook: "*On the Seashore*", Anna Milbourne & Erica-Jane Waters (a little girl explores tidal pools as a little hermit crab finds a new shell for his home). feltboard scene of children playing at the beach.

**Friday:** blue gak with hidden beach/ocean objects, finishing touches to ocean diorama, decorate and eat ocean creature cookies, "Simon Says" body movements related to different sea creatures ("Simon says, walk like a crab"), storybook: Touch and Fit "*Sea Creatures*" (Sam Seal looks for someone who will dive with him and meets new friends along the way – starfish, sea gull, crab, dolphin- until he finds other seals who also like to dive.)

If you have specific questions about the each day's activities, please email Miss Erin or Miss Stacey.

123

# Group Therapy Progress Report – Summer 2007

Name: J███ A███████
Date of Report: August 3, 2007
Therapists: Stacey Barrett, SLP and Erin Stephenson, OTR/L

Goals:
1. J███ will engage in a variety of play with peers 50% of the time with minimal cues/strategies/assistance, as evidenced by making eye contact and positioning his body in close proximity of his peers.
2. J███ will exhibit increased endurance and postural control during movement activities as evidenced by requiring less adult assistance to get on/stay on equipment.
3. J███ will answer simple comprehension questions about a story.
4. J███ will express his wants/needs by making a verbal request.

Social Skills: J███ demonstrated the most growth in this area. Initially, J███ had difficulty communicating his wants and needs, as well as interacting with peers. He would not make eye contact or greet his peers appropriately. As camp progressed, J███ required minimal prompting to greet his peers and to make eye contact. An area of strength for J███ was his ability to accurately follow directions given to him without the directions being repeated. When prompted, J███ is willing to share his toys and make requests to obtain a desired object from a peer. J███ also began making more spontaneous appropriate comments pertaining to an activity or child, such as, "The music stopped," or "He wants to go home," or "She said wait your turn."

Language: Initially, J███ was unable to answer yes/no questions appropriately, however, as camp progressed he demonstrated improvements with these types of questions. During story time, J███ attended with minimal verbal reminders however it was difficult for him to respond to questions spontaneously. He could answer simple comprehensions questions about the story if the answer was modeled. He showed nice progress with his ability to complete phrases about the story (i.e. "You cut with a _____."). He continued to have difficulty with answering remote questions, such as "What is your favorite animal?" and required verbal prompts (like choices) to assist in answering these questions. Sometimes he would repeat both choices, sometimes he would provide a response. J███ exhibited echolalia throughout camp, repeating what the other children/therapists were saying.

Oral Motor Skills/Oral Sensory Processing: J███ eagerly participated in all oral motor activities, such as blowing, brushing, and chewing. He ate all food items presented to him, with a variety of textures and consistencies. He often spontaneously requested more.

Fine Motor Skills: J███ was inconsistently engaged during arts and crafts activities. At times, he required maximum assistance to complete art projects, however, at other times he required only minimal assistance, depending on his level of arousal, attention, and the demands of the task. When engaged, he was able to peel off stickers, pull beads from putty, and make chain links. He required hand-over-hand assistance to cut on the lines when using scissors.

EXHIBIT
JA-17

114

Gross Motor Skills: Initially, J▮▮▮ was unable to jump on the trampoline, but as camp progressed, he was able to jump up and down without losing his balance with minimal assistance. J▮▮▮ had difficulty getting on and off the suspended equipment, requiring moderate to maximum assistance. He had difficulty maintaining an appropriate posture during wheelbarrow walks and frequently collapsed his arms. He was able to independently crawl through the tunnel. He required maximal assistance to hop in the potato sacks and maintain his balance. It is important to note that J▮▮▮ exhibited increased excitement and verbalizations while using suspended equipment and during gross motor tasks.

Tactile Processing: J▮▮▮ had no trouble experimenting with a variety of textures and tactile mediums. He was very engaged during tactile play and was noted to exhibit an increased affect while playing. J▮▮▮ was not bothered by getting messy, as he often had flour and other substances in his hair, face, and arms.

Self-regulation/Self help Skills: J▮▮▮ has a low threshold of toleration for noise and he frequently plugedg his ears with his fingers to drown out excess noise. It is likely that J▮▮▮ plugged his ears in an effort to modulate the input during times of being over aroused. J▮▮▮ had minimal difficulty with transitioning between activities and environments, and occasionally became upset when he did not anticipate his caregiver picking him up. J▮▮▮ trialed a weighted and pressure vest at times to improve self-regulation, as J▮▮▮ had some difficulty maintaining attention to task. The vest seemed to improve his attention on some levels, but often times he was too distracted by others or too self-involved to notice his surroundings.

Recommendations:
- Home activities:  Fine motor/craft activities that are sensory rich and require sustained attention, direction following, and can facilitate language (describing objects, requesting objects): cooking, play dough, finger paints and shaving cream in the bathtub, chalk on driveway/sidewalk.  Structured play dates with a peer with adult supervision to provide social-pragmatic models and cues.  Tumbling class and martial arts could be a fun way to target sensorimotor and social skills.  Regular participation in physical activities that provide proprioceptive (pressure to the muscles and joints), vestibular (movement), and tactile input to keep him regulated throughout the day: crawling, jumping, wrestling, "J▮▮▮ sandwiches", crawling commando-style across the hallway.

- Continued speech language therapy is recommended to address pragmatic language and expressive/receptive language delays.

- Continued occupational therapy is recommended to address gross motor delays, body awareness, sensitivity to auditory input, and strategies to improve sensory processing (pressure vest, oral sensory, Wilbarger brushing)

125

DISTRICT OF COLUMBIA PUBLIC SCHOOLS
SPECIAL EDUCATION

MULTIDISCIPLINARY TEAM (MDT)

PRIOR NOTICE

**Check Purpose:**
- [ ] Initial Evaluation
- [ ] Initial Placement
- [ ] Reevaluation
  - [ ] Change in Category Exit
  - [ ] Related Service Add
  - [ ] Related Service
  - [x] Change in Placement
  - [ ] Other

Date  8/15/07

Student  J_____ A_____    DOB ___/03

School  Carl West

Current Disability Category  Developmental Delay

Setting  Combination General Ed / Special Ed

Dear  Mr. Carl Anderson

State and federal laws regarding students with disabilities require school systems to notify and inform parents of certain changes being made to their children's education program.
Therefore, you are being notified of the following proposed changes:
- [x] Proposes to initiate or change the identification, evaluation, educational placement or provision of FAPE to your child.
- [ ] Refuses to initiate or change the identification, evaluation, educational placement or provision of FAPE to your child.
- [ ] Other

A multidisciplinary team (MDT), of which you were an invited member, has made the following decisions about your child: (check all that apply)
- [ ] Your child is not eligible for special education service(s).
- [x] Your child is eligible or continues to be eligible to receive special education services as a student with  Developmental Delay
- [x] Your child will begin receiving  Speech  or _____ as a related service(s).
- [ ] Your child will no longer receive _____ as a related service(s).
- [ ] Your child's category of disability is being changed from _____ to _____
- [x] Your child's alternative placement on continuum (next setting) is being changed,
  from  West Es  to  A. Beers
- [ ] Your child is no longer eligible and will be exited from the special education program.
- [ ] Other: _____

**Description and Explanation of agency action proposed or refused.**
8. the combination General Ed / Special Educ. rejected will not meet his needs. General Education setting rejected will not meet his level of need.

**Description of Other Options Considered and reasons for rejection of each option**
Accept Out of General Education - this will meet his level of Need, smaller class sizes.

Other relevant factors to the decision- A. Beers has a smaller class size.

MDT Members:
- [ ] Principal or Designee
- [x] Parent
- [ ] Student
- [ ] Social Worker
- [ ] General Education Teacher
- [x] Special Education Teacher
- [x] Speech and Language
- [x] *LEA & Interpreter (*may be one)
- [ ] Psychologist
- [x] Other: Advocate

Any questions you may have concerning your child's program may be directed to the principal.
You are protected under the Procedural Safeguards for parents, which are enclosed for your information.
If I can be of assistance to you, or have questions regarding the Procedural Safeguards,
please contact  Londra Johnson  at  (___)-0882  (school telephone number).

See attachments for - EVALUATION PROCEDURES, TEST, RECORDS OR REPORTS USED

MDT Prior Written Notice to the Parent
07-02-2001

EXHIBIT
JA-18

1 6

1 of 2

DISTRICT OF COLUMBIA PUBLIC SCHOOLS
WASHINGTON, D.C.

MULTIDISCIPLINARY TEAM
(MDT)
MEETING NOTES

MDT REFERRAL DATE: _____

| MDT |

STUDENT: J___ A___    SCHOOL: CARE Center    DATE: 8-15-07

PARTICIPANTS: (Print Name)    PARTICIPANTS: (Sign Name)    POSITION

CARL ANDERSEN    _____    PARENT
Marion McDowell    _____    SPED Teacher
Monica Harris    Monica Harris Mowry    Speech Pathologist
Stephanie Owens    _____    Advocate
Zondra Johnson    _____    Supervisor EO

The purpose of the meeting is to review J___ progress and
determine if any changes are needed on the IEP. All of the team
members introduced themselves and the meeting began. DCPS presented
the progress notes dated June 11, 2007 which the parent and advocate had
prior to this meeting. The father had questions about the teaching
staff at J___ School. Zondra Johnson addressed this concern and
offered the parent a change in placement to Beers ES where a
highly qualified teacher is on staff. The father raised concerns about
the class size of the inclusion class at West. The father was given the
option to place J___ in a smaller class but it would not be an inclusion
class but an out of general education class with fewer children than what
was in the inclusion class that J___ was in during the 2006-2007 school year.
DCPS answered parent questions about service delivery models offered by
DCPS and options for J___. At this time J___ IEP is current and
based on the progress notes of 6-11-07 it appears appropriate. The information
presented shares that J___ has not made progress.

The parent stated that the data submitted is not appropriate to create
and appropriate IEP. Because of this, the father intends to withdraw J___
from public school and will unilaterally enroll him in a private school
at the public's expense.
DCPS is in disagree w the parent and believe that the I___ is
appropri    that the documentation provided by the teacher indicates
that little progress was made and additionally the parent reports that
J___ demonstrated some regression. The team recommends that J___
be placed in self-contained program with a smaller    teacher

127

2 of 2

District of Columbia Public Schools
Washington, D.C.

**MULTIDISCIPLINARY TEAM**
**(MDT)**
**MEETING NOTES**

STUDENT: ~~Ja━━ A.━━━━~~    SCHOOL: CARE Center    DATE: 8-15-07

Student ration at Beers ES,

DISTRICT OF COLUMBIA PUBLIC SCHOOLS    DIVISION OF SPECIAL EDUCATION    MDT MEETING NOTES

128

### Central Assessment Referral and Evaluations (C.A.R.E.) CENTER



Office of Special Education
(Located at Shaw Junior High School)
925 Rhode Island Avenue, NW
Washington, DC  20001
(202) 671-0882



August 29, 2007

Ms. Alyson Steele
Mr. Carl Andersen
117 12th Street, SE #8
Washington, DC  20003

RE: ████ A████████

Dear Ms. Steele and Mr. Andersen:

This letter serves as a follow up to the MDT meeting held on August 15, 2007 with the early childhood special education office. During that meeting, you were offered placement for J████ at Beers Elementary School in the Non-Categorical Pre-School Classroom. You did not accept the placement at the time and informed the team that J████ would be unilaterally placed in a private school.

DC Public Schools has a responsibility to provide a free appropriate public education for students ages three through twenty-one and remains in the position to provide these services. The placement at Beers Elementary School is still available for J████. If you decide that you would like to access services through DC Public School System, please contact the Early Childhood Office at the C.A.R.E. Center located at Shaw Jr. High School.

If you have any questions concerning this matter, I can be reached at 202-671-0866.

Sincerely,

Chanda K. Whitaker, LGSW
Progarm Specialist

**EXHIBIT**
JA-19

129

# Skills on the Hill, LLC

**Pediatric Occupational Therapy Services**
201 8th St., NE, Suite 200
Washington, DC 20002
Phone: 202-544-5439    Fax: 240-644-6227
skillsonthehill@yahoo.com
Tax ID: 41-223-8287

### Occupational Therapy Progress Note

**Name:** _____    **Date:** 9·7·07

**ICD-9 Code:**
- ☒ 781.3 hypotonia/incoordination
- ☐ 796.1 motor disturbance
- ☐ 783.3 feeding difficulties & mismanagement
- ☐ 315.4 dyspraxia
- ☐ _____

**Type:**
- ☒ office visit
- ☐ school visit
- ☐ home visit
- ☒ individual session
- ☐ group session
- ☐ consultation

**duration:** 120 min

**Treatment & Assessment:**

difficulty w/ transition upon arrival, no verbalizations unless requested; Platform swing: sitting on swing, holding ears and car, holding rope and need w/ stability and cues to hold rope for ↑ balance; holding head with shoulders while on swing but smiling noted, laying on belly to push; max ⊕ to use both hands on holding pole; Trampoline: holding ⊕ hands to jump, but holding and w/ smashing max verbalizations spontaneously noted; Beans: got into beans with whole body w/o difficulty to find hidden cars; Listening (Therapeutic): intro to program, 1st placed headphones a bit listening distance, than up to ears, and eventually on ears; kept on head ~1 min then took off, took turns with mom, left at o/ longer periods of time and seemed to enjoy the music

**Ideas for Home/School:** walking around, playing with cars

**Plan:**

_Erin Stephenson, OT/L_
**Therapist**

**EXHIBIT**
JA-20

130

# Skills on the Hill, LLC

**Pediatric Occupational Therapy Services**
201 8th St., NE, Suite 200
Washington, DC 20002
Phone: 202-544-5439   Fax: 240-644-6227
skillsonthehill@yahoo.com
Tax ID: 41-223-8287

### Occupational Therapy Progress Note

Name: ▨▨▨▨▨▨▨▨▨    Date: 9·12·07

ICD-9 Code:  ☒ 781.3 hypotonia/incoordination
☐ 796.1 motor disturbance
☐ 783.3 feeding difficulties & mismanagement
☐ 315.4 dyspraxia
☐ _____

Type:   ☐ office visit         ☒ individual session      duration: 60 min
☐ school visit        ☐ group session
☐ home visit          ☐ consultation

**Treatment & Assessment:**

Seen at daycare for tx session

Mildly upset when dad left but quickly calmed down

Scooter Board: refusing to take scooter board out of room to use in hallway, very upset when trying to use it in hallway, stayed in room and maximum difficulty propelling self using only arms on carpet, cont. using feet to propel self again

Stepping Stones: setup stones to walk across, only using ① foot at first despite demonstration to do one foot then another foot to walk across stones, ① by moving legs in correct sequence and moderate ① to stabilize on stones to not lose balance → ning on belly with difficulty holding head up & staying in position due to fatigue

Puzzle: putting puzzle together with moderate assist and cues for correct placement of pieces, inattentive to task

Matching Middles Oreos Game: able to correctly match shapes

**Ideas for Home/School:** 100% of the time with minimal difficulty pushing
ing on belly         pieces to fit together
play games,
such TV, picture   Theraputty: very attentive to theraputty, using both hands to
that is up and       roll it, pull out beads, excited when finding a bead, noted
or supported         more spontaneous vocalization when playing with putty
in hands             **Plan:** continued to rub eyes during session
and noted ↓ vocalization during tx.
minimal redirection at times to follow
commands, answering yes/no very
appropriately ☺

Erin Stephenson, OTR/L
**Therapist**

131

# Skills on the Hill, LLC

**Pediatric Occupational Therapy Services**
201 8ᵗʰ St., NE, Suite 200
Washington, DC 20002
Phone: 202-544-5439   Fax: 240-644-6227
skillsonthehill@yahoo.com
Tax ID: 41-223-8287

### Occupational Therapy Progress Note

Name: ~~████████████~~                    Date: 9·26·07

ICD-9 Code: ☒ 781.3 hypotonia/incoordination
☐ 796.1 motor disturbance
☐ 783.3 feeding difficulties & mismanagement
☐ 315.4 dyspraxia
☐ _____

Type: ☒ office visit          ☒ individual session       duration: 60 min
☐ school visit       ☐ group session
☐ home visit        ☐ consultation

**Treatment & Assessment:** max Ⓐ w/ greeting Ⓣ ↗    ↑ laughter/smiling noted with movement

Dizzy Disc: assisted to sit criss-cross on dizzy; spinning in multiple directions with more verbalizations noted; working on turn taking and verbalizing turns; Ø signs of dizziness noted; 1 episode of loss of balance on dizzy disc; turning disc w/ hand, not bothered by noise

Snack: given raisins for snack, noted cont. chewing on shirt and given chewy necklace; once given necklace cont. chewing on it

Wiggle & Giggle Game: difficulty isolating index finger to spin spinner; holding ball in different positions (i.e. in elbow, between knees, between head/shoulder) while jumping up/down; min/moderate difficulty jumping up into air (hiking up on balls of feet but not going into the air); good turn taking with game

Noted distraction @ times during session; more verbal and more alert during session today

**Ideas for Home/School:** Noted ↓ verbalizations @ end of session and "shutting down" and ↑ distraction

**Plan:**

*Erin Stephenson, OTR/L*
**Therapist**

132

# Skills on the Hill, LLC

**Pediatric Occupational Therapy Services**
201 8th St., NE, Suite 200
Washington, DC 20002
Phone: 202-544-5439   Fax: 240-644-6227
skillsonthehill@yahoo.com
Tax ID: 41-223-8287

### Occupational Therapy Progress Note

**Name:** _____    **Date:** 10·5·07

**ICD-9 Code:**
- ☒ 781.3 hypotonia/incoordination
- ☐ 796.1 motor disturbance
- ☐ 783.3 feeding difficulties & mismanagement
- ☐ 315.4 dyspraxia
- ☐ _____

**Type:**
- ☒ office visit
- ☐ school visit
- ☐ home visit
- ☒ individual session
- ☐ group session
- ☐ consultation

**duration:** (60 min)

**Treatment & Assessment:**
→ went into door and pointed to the swing

Swings: swinging on glider swing with min cues to hold w/ both hands 2° LOB w/o holding on; attempted lycra swing got in w/ min A but quickly wanting to get out; spaceship swing with swinging, spinning, ↑ arousal while on swings laughing, smiling

obstacle course: #1 spaceship swing, #2 tunnel, #3 trampoline using pictures to correct sequencing of obstacle course, mod difficulty 1st trial but 2nd trial able to point correctly to "what's next" with min cues

ball: bouncing on ball with ↑ arousal and enjoyment, therapist stabilizing at hips for support 2° LOB

pedals: max A to initiate pedaling and min/mod A to cont. pedaling and support due to ↓ balance

**Ideas for Home/School:** Wheelbarrow walks: holding at knees and able to walk ~ 3 feet and then collapsed 2° fatigue

**Plan:**

_Erin Stephenson, OTR/L_
**Therapist**

133

# Skills on the Hill, LLC

**Pediatric Occupational Therapy Services**
201 8th St., NE, Suite 200
Washington, DC 20002
Phone: 202-544-5439   Fax: 240-644-6227
skillsonthehill@yahoo.com
Tax ID: 41-223-8287

### Occupational Therapy Progress Note

Name: ~~[redacted]~~     Date: 10·8·07

ICD-9 Code: ☒ 781.3 hypotonia/incoordination
☐ 796.1 motor disturbance
☐ 783.3 feeding difficulties & mismanagement
☐ 315.4 dyspraxia
☐ _____

Type: ☒ office visit      ☒ individual session      duration: 60 min
☐ school visit      ☐ group session
☐ home visit      ☐ consultation

**Treatment & Assessment:**

Net swing: smiling in swing, mod (A) to get into swing lying on belly, but a head down with cues to keep head up 2° fatigue, reaching for food pieces to "feed the animals", max difficulty throwing @ target, minimal verbalizations in swing

Pop-Up Pirate Game: playing with peer, holding hands over ears but smiling during game, using both hands during game - 1 hand to turn key, 1 hand to stabilize pirate, ↑ smiling when pirate pops up, cues for greetings/good-bye with peer, cues for eye contact

**Ideas for Home/School:**

**Plan:**

Erin Stephenson, OTR/L
**Therapist**

134

# Skills on the Hill, LLC

**Pediatric Occupational Therapy Services**
201 8th St., NE, Suite 200
Washington, DC 20002
Phone: 202-544-5439   Fax: 240-644-6227
skillsonthehill@yahoo.com
Tax ID: 41-223-8287

**Occupational Therapy Progress Note**

Name: ~~J____ A_____~~    Date: 10·24·07

**ICD-9 Code:** ☒ 781.3 hypotonia/incoordination
☐ 796.1 motor disturbance
☐ 783.3 feeding difficulties & mismanagement
☐ 315.4 dyspraxia
☐ _____

**Type:** ☐ office visit     ☒ individual session     duration: 60 min
☒ school visit     ☐ group session
☐ home visit     ☐ consultation

**Treatment & Assessment:**

Scanning: scanning to identify correct pictures, able to correctly identify pictures 40% of the time, more on belly during task, signs of fatigue after ~ 2 minutes (resting head on hands)

Pop beads: hand-over-hand to snap beads together, moderate difficulty to put together, seated on seat with min while performing task

Caribou game: max to maintain tripod (3 fingered) grasp on key to play game, min cues to wait turn to get a card to determine what box to open

Parquetry blocks: able to match correct shape/color w/o difficulty, min to correct placement of shape on board (i.e. placing ◇ when facing ◈ ◇)

**Ideas for Home/School:**

**Plan:**

_Erin Stephenson, OTR/L_
**Therapist**

135

# Skills on the Hill, LLC

**Pediatric Occupational Therapy Services**
201 8th St., NE, Suite 200
Washington, DC 20002
Phone: 202-544-5439   Fax: 240-644-6227
skillsonthehill@yahoo.com
Tax ID: 41-223-8287

### Occupational Therapy Progress Note

Name: ▆▆▆▆▆▆▆▆▆▆    Date: 11·1·07

ICD-9 Code:
☒ 781.3 hypotonia/incoordination
☐ 796.1 motor disturbance
☐ 783.3 feeding difficulties & mismanagement
☐ 315.4 dyspraxia
☐ _____

Type:
☒ office visit    ☒ individual session    duration: 60 min
☐ school visit    ☐ group session
☐ home visit     ☐ consultation

**Treatment & Assessment:**

Difficulty @ 1st with transition into office but once in room playing with cars & onto swing

Swing: spinning in swing w/ ↑ smiling while spinning

Trampoline: mod Ⓐ, jumping with therapist to Ⓐ w/ getting feet into air and maintain balance

Log Swing: min Ⓐ to get onto swing to pull self up, cues to use Ⓑ hands on rope; fell off 1st attempt once on; able to get on again w/Ⓐ; moved from one end to another w/o Ⓐ & no LOB; reaching in all planes for bean bags and tossing @ target. ↑ smiling, ↑ spontaneous comments, answering yes/no ?s really enjoying swing; difficulty pulling self back up once reaching in lower planes, Ⓐ to get back upright on swing

Bed Bugs: turning in sound w/o bothering him, max Ⓐ to position fingers in tripod position

**Ideas for Home/School:**

Great session today ☺

**Plan:**

**Therapist**  Erin Stephenson, OTR/L

136

# Skills on the Hill, LLC

**Pediatric Occupational Therapy Services**
201 8th St., NE, Suite 200
Washington, DC 20002
Phone: 202-544-5439   Fax: 240-644-6227
skillsonthehill@yahoo.com
Tax ID: 41-223-8287

### Occupational Therapy Progress Note

Name: ~~Redacted~~                         Date: 11·9·07

ICD-9 Code:  ☒ 781.3 hypotonia/incoordination
☐ 796.1 motor disturbance
☐ 783.3 feeding difficulties & mismanagement
☐ 315.4 dyspraxia
☐ _____

Type:  ☒ office visit        ☒ individual session        duration: 60 min
☐ school visit       ☐ group session
☐ home visit         ☐ consultation

**Treatment & Assessment:**

Difficulty with transition into therapy upon arrival
<u>Boat</u>: required min Ⓐ to get into boat and cues to hold
the ropes for stability/safety; mvmt & spinning with ↑
arousal/smiling, frequently coughing during session
<u>Tunnel</u>: ↑ excitement when tunnel, crawling through
tunnel to retrieve cars
<u>Pedalo</u>: using Ⓑ feet/hands to propel self, with max Ⓐ to
keep it going, got stuck frequently c/ Ⓐ to keep going, then
crashing into pillows
<u>coloring</u>: using two "flip crayons" - small crayons with
improvements holding with 3 fingers ~ 80% of the time, mixed
switching hands, poking in belly

**Ideas for Home/School:** <u>Cutting</u>: Ⓐ w/correct placement & fingers in loops,
cues to hold paper Ⓑ hand, using Ⓑ hand to cut, need
difficulty staying in lines, cont stopping/re-starting

**Plan:** Writing name w/ hand-over-hand Ⓐ; gluing cut puzzle
pieces w/ reminders to not put glue in mouth, min
Ⓐ place pieces on paper

**Therapist** Erin Stephenson, OTR/L
mild fatigue @ end of session ☺  137

# Skills on the Hill, LLC

**Pediatric Occupational Therapy Services**
201 8th St., NE, Suite 200
Washington, DC 20002
Phone: 202-544-5439   Fax: 240-644-6227
skillsonthehill@yahoo.com
Tax ID: 41-223-8287

### Occupational Therapy Progress Note

Name: ████ Anderson                Date: 11·19·07

ICD-9 Code:  ☑ 781.3 hypotonia/incoordination
☐ 796.1 motor disturbance
☐ 783.3 feeding difficulties & mismanagement
☐ 315.4 dyspraxia
☐ _____

Type:  ☑ office visit        ☑ individual session        duration: 60 min
☐ school visit        ☐ group session
☐ home visit          ☐ consultation

**Treatment & Assessment:**

Honey Bee Tree Game: playing with peer, difficulty greeting peer but ↑ smiling when seated to play game; min/mod difficulty poking sticks through holes on other side, min difficulty performing translation (palm → fingertips) to place bees in tree, able to rotate stick one trial; good following directions, spontaneous comments throughout game, talking like bees

Glider Swing: good sitting upright holding onto ropes, Ø LOB while on swing while turning, swinging, making airplane noises while on swing

Hot Dog Swing: able to get on Ⓑ using ropes to pull up, LOB off swing 2x while reaching in all planes to retrieve objects & throw @ target; able to move from one end of swing to

**Ideas for Home/School:** another w/o falling off or feet on ground; able to cont. pumping swing while sitting straddling hot dog swing

**Plan:**

Erin Stephenson, OTR/L
**Therapist**

138

# Skills on the Hill, LLC

**Pediatric Occupational Therapy Services**
201 8th St., NE, Suite 200
Washington, DC 20002
Phone: 202-544-5439   Fax: 240-644-6227
skillsonthehill@yahoo.com
Tax ID: 41-223-8287

### Occupational Therapy Progress Note

**Name:** ~~██████████~~   **Date:** ~~H-2807~~ 11-28-07

**ICD-9 Code:** ☒ 781.3 hypotonia/incoordination
☐ 796.1 motor disturbance
☐ 783.3 feeding difficulties & mismanagement
☐ 315.4 dyspraxia
☐ _____

**Type:** ☐ office visit   ☒ individual session   **duration:** 60 min
☒ school visit   ☐ group session
☐ home visit   ☐ consultation

**Treatment & Assessment:**

Very tearful @ beginning of session; once calmed down playing game / Using tongs to retrieve objects; max Ⓐ to maintain proper finger placement (3 fingers) for tripod grasp; began teary again, upset → gave big hugs/squeezes, rocking but still upset; Pop-Up pirate game

Movement: using cars, indoor playground to climb to Ⓐ w/ calming down; ok for about 5 min; propelling self in car, climbing up playground equipment then became upset again - gave big hugs, squeezes but cont. crying Went to room to lie down - when asked if he wanted to lie down he responded "yes", more calm when lying down but still tearful

**Ideas for Home/School:**

**Plan:**

*Erin Stephenson, OTR/L*
**Therapist**

139

# Skills on the Hill, LLC

**Pediatric Occupational Therapy Services**
201 8th St., NE, Suite 200
Washington, DC 20002
Phone: 202-544-5439   Fax: 240-644-6227
skillsonthehill@yahoo.com
Tax ID: 41-223-8287

### Occupational Therapy Progress Note

**Name:** ⬛⬛⬛⬛⬛   **Date:** 12·5·07

**ICD-9 Code:**
☒ 781.3 hypotonia/incoordination
☐ 796.1 motor disturbance
☐ 783.3 feeding difficulties & mismanagement
☐ 315.4 dyspraxia
☐ _____

**Type:** ☒ office visit    ☒ individual session    **duration:** 60 min
☐ school visit    ☐ group session
☐ home visit    ☐ consultation

**Treatment & Assessment:**

Spaceship swing: "flying" in spaceship swing, spinning, & smiling, more spontaneous verbalizations; using (B) hands to hold rope to swing back/forth, min asst to use (B) hands.

Fishing: on platform swing on bottom using fishing pole to catch fish; required mod (A) to use pole to catch fish & max cues (A) to use 2 hands to reel in fish; min difficulty stabilizing self on swing, given small tire swing for ↑ stability; inconsistent w/ answering questions

Pedalo: pedaling w/ both hands, propelling w/ both feet/hands with max (A) to propel, cont. getting "stuck" with difficulty continuing

Hullabaloo: game of following verbal instructions to move from pad → pad, doing different movements, min/mod difficulty following commands, ↑ distraction from noise outside room, unable to jump/hop, min difficulty spinning, repeated instructions

**Ideas for Home/School:**



**Plan:**


_Erin Stephenson, OTR/L_
**Therapist**

140

# Skills on the Hill, LLC

**Pediatric Occupational Therapy Services**
201 8th St., NE, Suite 200
Washington, DC 20002
Phone: 202-544-5439   Fax: 240-644-6227
skillsonthehill@yahoo.com
Tax ID: 41-223-8287

### Occupational Therapy Progress Note

Name: ▓▓▓▓▓▓▓▓▓▓   Date: 12·6·07

ICD-9 Code: ☑ 781.3 hypotonia/incoordination
☐ 796.1 motor disturbance
☐ 783.3 feeding difficulties & mismanagement
☐ 315.4 dyspraxia
☐ _____

Type: ☑ office visit      ☑ individual session      duration: 60 min
☐ school visit      ☐ group session
☐ home visit       ☐ consultation

**Treatment & Assessment:**

Ladder Swing: therapist stabilizing swing, minime mod Ⓐ entire to climb
up ladder, and get onto log swing, leaning back on therapist when
climbing

Log Swing: straddling log swing, moving/swinging in linear motion:
therapist cont. pumping swing 2° unable to do Ⓘ, ↑ laughter, smiling
on swing, spontaneously requesting more 4/6 x; able to sit upright holding
both hands on ropes

Scooter Board: using scooter board to propel to retrieve food for dog;
putting head down 75% of the time indicating fatigue; propelling
with hands/feet to bring food back to feed dog

Move Your Body: game of movement, mimicking different position
(ie. jump like a frog, roll like a log) required demo for all tasks
and able to correctly copy ~50% of the tasks with min Ⓐ

Trampoline: pumping up/down with min Ⓐ initially to get
feet into air, then stand by Ⓐ for safety & crash into
pillows, ↑ excitement noted

**Ideas for Home/School:**

**Plan:**

Erin Stephenson, MR/L
**Therapist**

141

**Capitol Kids Therapy, LLC**

Pediatric Speech Language Therapy

201 8th St. NE
Suite 200
Washington, DC 20002

Office: 202-544-5439  Business: 202-907-4824

## TREATMENT NOTE

Client: _____  Date of Treatment: _9/17/07_

Place of Treatment: ☐Home      ☐School      ☑Office      ☐Other

Duration of Session: _60 min_    ☐Group      ☑Individual

Type of Treatment: ☑Speech      ☐Oral-Motor                    ☐Pragmatic

☐Language                          ☐Evaluation      ☐Cognitive/Play      ☐Other

Diagnosis (ICD-9 Code):  ☐781.3-Hypotonicity      ☐315.4-Dyspraxia
                         ☐348.3-Encephalopathy    ☐787.2-Dysphagia/swallowing
                         ☐783.3-Feeding difficulties and mismanagement
                         ☐Other_____388.40-Abnormal Auditory Perception

• • • • • • • • • • • • • • • • • • • • • • • • • • • • • • • • • • • • • • • • • • • • • • • • • • • • • •

Objectives worked on:

Treatment and Observation:

_____ had a great session. We read The very lazy Ladybug
_____ answered who questions (ie. who did the ladybug jump on?)
c 100% accuracy, answered why questions (i.e. why
couldn't the ladybug sleep on the kangaroo) Required some
assistance to use b/c also required verbal prompting
to complete phrase such as the ladybug couldn't sleep on the alligator

Assessment/Plan: b/c he was scared _____
            Attempt to greet animals in back & volume when greeting
            Made requests independently  At times said both
Suggestion for Carryover at home/school/program:          my turn + your turn whe
Cont to practice taking turns & have asked who turn it was
Jesse shuts whose turn it is
Cont to ask wh questions while reading u sleep

Clinician Signature: _____      Date: _____
TAX ID#: 52-2339005

**EXHIBIT**

JA - 2A2

**Capitol Kids Therapy, LLC**

Pediatric Speech Language Therapy

201 8th St. NE
Suite 200
Washington, DC 20002

Office: 202-544-5439  Business: 202-907-4824

## TREATMENT NOTE

Client: _____  Date of Treatment: 9/24/07

Place of Treatment: ☐Home   ☐School   ☑Office   ☐Other

Duration of Session: 60 min   ☐Group   ☑Individual

Type of Treatment: ☑Speech   ☐Oral-Motor   ☐Pragmatic

☐Language   ☐Evaluation   ☐Cognitive/Play   ☐Other

Diagnosis (ICD-9 Code):  ☐781.3-Hypotonicity   ☐315.4-Dyspraxia
☐348.3-Encephalopathy   ☐787.2-Dysphagia/swallowing
☐783.3-Feeding difficulties and mismanagement
☐Other_____ 388.40-Abnormal Auditory Perception

**Objectives worked on:**

**Treatment and Observation:**

_____ had a good session!! In the beginning of the session he was hesitant to interact → he was reminded to look at me whi talking + the questions were repeated until an answer was given. Wanted to see if _____ recalled why questions from the story "if you give a mouse a cookie" answer was possible he had some diff. remembering at the end of story we reviewed questions + he recalled answers w/ 80% accuracy

**Assessment/Plan:**

Excellent job making requests + following direct. Continues to have difficulty greeting + was saying the persons name

**Suggestion for Carryover at home/school/program:**

Con't turn taking while playing a game. Practice greeting people + remember to have _____ say name (elli stac

Clinician Signature: _____ Stacey Barre # Sp. therapist  Date: 9/24/07

TAX ID#: 52-2339005

143

# Capitol Kids Therapy, LLC

## Pediatric Speech Language Therapy

201 8th St. NE
Suite 200
Washington, DC 20002

Office: 202-544-5439  Business: 202-907-4824

## TREATMENT NOTE

Client: _____  Date of Treatment: 9/24/7

Place of Treatment: ☐Home  ☐School  ☑Office  ☐Other
Duration of Session: 60 min  ☐Group  ☑Individual
Type of Treatment: ☑Speech  ☐Oral-Motor  ☐Pragmatic
☐Language  ☐Evaluation  ☐Cognitive/Play  ☐Other

Diagnosis (ICD-9 Code): ☐781.3-Hypotonicity  ☐315.4-Dyspraxia
☐348.3-Encephalopathy  ☐787.2-Dysphagia/swallowing
☐783.3-Feeding difficulties and mismanagement
☐Other_____  388.40-Abnormal Auditory Perception

Objectives worked on:

Treatment and Observation:

J_____ had a good session !! We read Jungle animals + focused on asking questions, greeting + answering questions which i.e.) Do you have stripes, no I have feathers) require some verbal prompting but overall a nice verbal pro understood negatives i.e.) which does not have stripes c̄ 100% accur Recalled + used adjectives to describe animals

Assessment/Plan:

Made requests for ways independently + stating whose turn independently

Suggestion for Carryover at home/school/program:

Practice describing objects in book + use appropriate adjective
Greet others by name

Clinician Signature: Stacey Burrett Sp. Therapy  Date: 9/26/07

TAX ID#: 52-2339005

144

**Capitol Kids Therapy, LLC**

Pediatric Speech Language Therapy

201 8th St. NE
Suite 200
Washington, DC 20002

Office: 202-544-5439  Business: 202-907-4824

## TREATMENT NOTE

Client: _____    Date of Treatment: 10/1/07

Place of Treatment: ☐ Home    ☑ School    ☑ Office    ☐ Other

Duration of Session: 60 mn    ☐ Group    ☑ Individual

Type of Treatment: ☐ Speech    ☐ Oral-Motor    ☐ Pragmatic

☐ Language    ☐ Evaluation    ☐ Cognitive/Play    ☐ Other

Diagnosis (ICD-9 Code): ☐ 781.3-Hypotonicity    ☐ 315.4-Dyspraxia
☐ 348.3-Encephalopathy    ☐ 787.2-Dysphagia/swallowing
☐ 783.3-Feeding difficulties and mismanagement
☐ Other_____ 388.40-Abnormal Auditory Perception

● ● ● ● ● ● ● ● ● ● ● ● ● ● ● ● ● ● ● ● ● ● ● ● ● ● ● ● ● ● ● ● ● ● ● ● ● ● ● ● ● ● ●

Objectives worked on:


Treatment and Observation:

J___ had a great session !! Reviewed Jungle animal
Recalled, adjectives used in story + remembered quest
to ask. Read "We're going on a bear hunt" during
story J___ answered why questions (when provided w/
a verbal prompt) w/ 100% accuracy Used approp adject.
when given a choice of two (ie Is the grass long or short)

Assessment/Plan: Made Requests independently & followed
directions Independently

Suggestion for Carryover at home/school/program:
Ask J___ questions that are on the back of the pictu.
that he made.

Clinician Signature: _____ Date: 10/1/07
TAX ID#: 52-2339005

145

## Capitol Kids Therapy, LLC

Pediatric Speech Language Therapy

201 8th St. NE
Suite 200
Washington, DC 20002

Office: 202-544-5439  Business: 202-907-4824

### TREATMENT NOTE

Client: _____    Date of Treatment: 10/3/07

Place of Treatment: ☐Home    ☑School    ☐Office    ☐Other

Duration of Session: 60 min.    ☐Group    ☑Individual

Type of Treatment: ☑Speech    ☐Oral-Motor    ☐Pragmatic

☐Language    ☐Evaluation    ☐Cognitive/Play    ☐Other

Diagnosis (ICD-9 Code): ☐781.3-Hypotonicity    ☐315.4-Dyspraxia
☐348.3-Encephalopathy    ☐787.2-Dysphagia/swallowing
☐783.3-Feeding difficulties and mismanagement
☐Other_____388.40-Abnormal Auditory Perception

• • • • • • • • • • • • • • • • • • • • • • • • • • • • • • • • • • • • • • • • • • • • • • •

Objectives worked on:



Treatment and Observation:

___ had a good session!! We reviewed questions from the Story If you give a mouse a cookie!! J___ was asked why questions. He recalled most answers however some answers required verbal prompting in order for him to formulate the correct response. Immediately after asking questions J___ would reply because/so I waited

Assessment/Plan: for a response + eventually he was able to come up n the answer.

Suggestion for Carryover at home/school/program:

Please review questions from story. ie. So he can (answer). increase pause time after you ask question you may have to give him part of the answer

Clinician Signature: _____    Date: _____

TAX ID#: 52-2339005

146

**Capitol Kids Therapy, LLC**

Pediatric Speech Language Therapy

201 8th St. NE
Suite 200
Washington, DC 20002

Office: 202-544-5439  Business: 202-907-4824

## TREATMENT NOTE

Client: ▓▓▓▓▓▓                          Date of Treatment: 10/9/07

Place of Treatment: ☐Home  ☑School  ☐Office  ☐Other

Duration of Session: 60 min  ☐Group  ☑Individual

Type of Treatment: ☑Speech  ☐Oral-Motor  ☐Pragmatic

☐Language  ☐Evaluation  ☐Cognitive/Play  ☐Other

Diagnosis (ICD-9 Code): ☐781.3-Hypotonicity  ☐315.4-Dyspraxia
☐348.3-Encephalopathy  ☐787.2-Dysphagia/swallowing
☐783.3-Feeding difficulties and mismanagement
☐Other_____ 388.40-Abnormal Auditory Perception

Objectives worked on:

Treatment and Observation:
▓▓ had a great session !! Looked at emotions card ▓▓ had
to determine if the person was happy or sad & say why?
He required verbal prompting to state the emotions & to answer the why
question appropriately → He tends to say because/so so we worked on
just saying b/c. We read Sea creatures + worked on asking
questions, greeting & identifying why the correct animal that

Assessment/Plan: was being described. ▓▓ was able to identify
animal at 100% accuracy

Suggestion for Carryover at home/school/program: Turn taking w/ 80% accuracy
Ask J▓▓ questions about the story sea creatures

Clinician Signature: ▓▓▓▓▓ Seacreatures     Date: 10/9/07
TAX ID#: 52-2339005                                      147

# Capitol Kids Therapy, LLC

## Pediatric Speech Language Therapy

201 8th St. NE
Suite 200
Washington, DC 20002

Office: 202-544-5439   Business: 202-907-4824

## TREATMENT NOTE

Client: _____   Date of Treatment: _____10/15_____

Place of Treatment: ☐Home    ☐School    ☑Office    ☐Other

Duration of Session: _60 min_    ☐Group    ☑Individual

Type of Treatment: ☑Speech    ☐Oral-Motor    ☐Pragmatic

☐Language    ☐Evaluation    ☐Cognitive/Play    ☐Other

Diagnosis (ICD-9 Code):    ☐781.3-Hypotonicity    ☐315.4-Dyspraxia
☐348.3-Encephalopathy    ☐787.2-Dysphagia/swallowing
☐783.3-Feeding difficulties and mismanagement
☐Other_____ 388.40-Abnormal Auditory Perception

Objectives worked on:

Treatment and Observation:

had a great session!! We read If you Give a moose a muffin → answered wh' questions throughout story. Some difficulty answering why required verbal prompts to formulate the correct response. Identified objects by function w/ 100% accuracy some difficulty labeling the function of an object.
Looked at verb + ing cards & ___ described what was happen- in the picture w/ 80% accuracy. Identified emotions

Assessment/Plan:

Suggestion for Carryover at home/school/program: of people in various pictures requir-

Have ___ identify objects    some verbal prompts to state why
in a story after a description    they felt were happy/sad.
is given (Find something that is sheep that we use to eat)

Clinician Signature: _____    Date: _____

TAX ID#: 52-2339005    Have ___ label the function of object (what do you

# Capitol Kids Therapy, LLC

## Pediatric Speech Language Therapy

201 8th St. NE
Suite 200
Washington, DC 20002

Office: 202-544-5439   Business: 202-907-4824

## TREATMENT NOTE

Client: _____   Date of Treatment: 10/17/07 / 10/22/07

Place of Treatment: ☐Home  ☑School  ☐Office  ☐Other

Duration of Session: 60 min  ☐Group  ☑Individual

Type of Treatment: ☑Speech  ☐Oral-Motor  ☐Pragmatic  ☐Other

☐Language  ☐Evaluation  ☐Cognitive/Play

Diagnosis (ICD-9 Code): ☐781.3-Hypotonicity  ☐315.4-Dyspraxia
☐348.3-Encephalopathy  ☐787.2-Dysphagia/swallowing
☐783.3-Feeding difficulties and mismanagement
☐Other_____ 388.40-Abnormal Auditory Perception

### Objectives worked on:


### Treatment and Observation:

J___ had a great session!! Reviewed the story IF you give a moose a muffin J___ did excellent job answering why question answers was provided before question was asked. Went over emotion cards J___ remembered the emotion (happy/sad) of the person in the picture and required some verbal reminders to answer why they were happy/sad. Identified object by function & was able

### Assessment/Plan:  to label object by function.

Continue as planned

### Suggestion for Carryover at home/school/program:

Identify object by function → Find what you write with label object by function what do you do w/ a pencil

Clinician Signature: _____ Speech Therapist  Date: 10/17/07

TAX ID#: 52-2339005

149

Sorry, I didn't have a treatment note to write on

████ had a good session! We read Hoodwinked (a Halloween Story) and J████ answered 'wh' questions throughout. The answers had to be provided right before the question was given. Some difficulty recalling an answer when the answer was repeated later in the story. Worked on answering why questions, again had some difficulty recalling answers. Looked over emotion cards. ████ recalled most answers!!

Why questions we were working on:

why do we wear sunglasses? To protect our eyes

why do we need an umbrella? To stay dry in the rain

why do we take a bath? To get clean

why does a bird have wings? So it can fly

why do we have chairs? So we can sit on them

150

## Capitol Kids Therapy, LLC

### Pediatric Speech Language Therapy

201 8th St. NE
Suite 200
Washington, DC 20002

Office: 202-544-5439   Business: 202-907-4824

## TREATMENT NOTE

Client: _____   Date of Treatment: 10/24/07   10/29/07

Place of Treatment: ☐Home   ☑School   ☑Office   ☐Other
Duration of Session: 60 min   ☐Group   ☑Individual
Type of Treatment: ☑Speech   ☐Oral-Motor   ☐Pragmatic
☐Language   ☐Evaluation   ☐Cognitive/Play   ☐Other

Diagnosis (ICD-9 Code): ☐781.3-Hypotonicity   ☐315.4-Dyspraxia
☐348.3-Encephalopathy   ☐787.2-Dysphagia/swallowing
☐783.3-Feeding difficulties and mismanagement
☐Other_____   388.40-Abnormal Auditory Perception

**Objectives worked on:**

**Treatment and Observation:**

J___ had a great session!! Went over why questions in the story if you give a mouse a muffin. Some difficulty recall answers + required verbal prompts to formulate a complete answer. Also read off to kindergarden J___ did a great job recalling the answers. but again Required to verbal prompts to formulate a complete answer. Identify function of objects w/ 80% accuracy.

**Assessment/Plan:**

**Suggestion for Carryover at home/school/program:**

Have J___ identify an object after a description is given. Then have him describe the object. "Find the animal w/ bumpy grit.

Clinician Signature: _____ speech therapist   Date: 10/24/07

TAX ID#: 52-2339005

151

Tell me about the alligator

10/29    11/5    (no 10/31)

████ had a great session !! Went over book from last time & J████ remembered the answers to the questions that were asked. Went over Emotions Card & ████ remembered if the person was happy/sad & why. Identified +label items by their function. Named Items in a category with verbal & visual prompting.

Have J████ tell you 3 items that:
are in the sky
live on a farm
you drive on the road
you play with

152

**Capitol Kids Therapy, LLC**

Pediatric Speech Language Therapy

201 8th St. NE
Suite 200
Washington, DC 20002

Office: 202-544-5439  Business: 202-907-4824

## TREATMENT NOTE

Client: _~~███~~_____    Date of Treatment: _11/19/07_____

Place of Treatment: ☐Home          ☐School       ☑Office        ☐Other
Duration of Session: _60 min___    ☐Group        ☑Individual
Type of Treatment: ☑Speech          ☐Oral-Motor                  ☐Pragmatic
☐Language                            ☐Evaluation   ☐Cognitive/Play    ☐Other

Diagnosis (ICD-9 Code): ☐781.3-Hypotonicity        ☐315.4-Dyspraxia
                         ☐348.3-Encephalopathy      ☐787.2-Dysphagia/swallowing
                         ☐783.3-Feeding difficulties and mismanagement
                         ☐Other_____388.40-Abnormal Auditory Perception

• • • • • • • • • • • • • • • • • • • • • • • • • • • • • • • • • • • • • • • • • • •

Objectives worked on:


Treatment and Observation:

J███ had a good session? Some difficult stating
answers to why ~~questions~~ questions. worked on asking
why questions too → J███ neglected to say "why"
in the beginning of questions. Excellent job remembering
details in the story Glad Monster Sad Monster. worked
on commenting in story as well "I see ____"

Assessment/Plan:

                         what do you see?

Suggestion for Carryover at home/school/program:

Continue commenting about pictures in story
we say "I see ____" what do you see? I see ____

Clinician Signature: _Dana Speech Therapist_  Date: _11/19/07_
TAX ID#: 52-2339005

153

**Capitol Kids Therapy, LLC**

Pediatric Speech Language Therapy

201 8th St. NE
Suite 200
Washington, DC 20002

Office: 202-544-5439  Business: 202-907-4824

## TREATMENT NOTE

Client: _____    Date of Treatment: 12/3/07

Place of Treatment: ☐Home    ☐School    ☑Office    ☐Other
Duration of Session: 60 m in    ☐Group    ☑Individual
Type of Treatment:    ☑Speech    ☐Oral-Motor    ☐Pragmatic
☐Language    ☐Evaluation    ☐Cognitive/Play    ☐Other

Diagnosis (ICD-9 Code):    ☐781.3-Hypotonicity    ☐315.4-Dyspraxia
☐348.3-Encephalopathy    ☐787.2-Dysphagia/swallowing
☐783.3-Feeding difficulties and mismanagement
☐Other_____ 388.40-Abnormal Auditory Perception

Objectives worked on:


Treatment and Observation:

J____ had a good session!! Good job answering why question
related to story →required some prompting to say because
Identified objects that belong together → Remembered
associations at the end of game. →Also nervous worked on ask
where questions while playing a hiding game (He did animal
Assessment/Plan: J____ had to ask where it was) Introduced
Sequencing a 4 part picture story

Suggestion for Carryover at home/school/program:
Hide an object animal around the house + have J____ ask "where are you.

Clinician Signature: _____ speech therapist    Date: 12/3/07

TAX ID#: 52-2339005

154

# Capitol Kids Therapy, LLC

## Pediatric Speech Language Therapy

201 8th St. NE
Suite 200
Washington, DC 20002

Office: 202-544-5439  Business: 202-907-4824

## TREATMENT NOTE

Client: ▓▓▓▓                                   Date of Treatment: 12/5/07

Place of Treatment: ☐Home   ☐School   ☑Office   ☐Other

Duration of Session: 60 min   ☐Group   ☑Individual

Type of Treatment: ☑Speech   ☐Oral-Motor   ☐Pragmatic

☐Language   ☐Evaluation   ☐Cognitive/Play   ☐Other

Diagnosis (ICD-9 Code): ☐781.3-Hypotonicity   ☐315.4-Dyspraxia
☐348.3-Encephalopathy   ☐787.2-Dysphagia/swallowing
☐783.3-Feeding difficulties and mismanagement
☐Other_____ 388.40-Abnormal Auditory Perception

**Objectives worked on:**



**Treatment and  Observation:**

Stated I can't remember Independently. Required moderate assistance to ask questions. Had some difficulty answering why questions + required verbal prompting, but remembered whext answers when it was reviewed at the end of sessn. ⊙ worked on greetings → 80% accuracy. Requested IND. ▓▓ Commented ~2X spontaneously

**Assessment/Plan:**

Hiding game asked where question INN.

**Suggestion for Carryover at home/school/program:**

Play greeting game with stuffed animals around the house. Hide animals + have J▓▓ say "Where are you (elephant)"

Clinician Signature: ▓▓ Dana Speech Therapist  Date: 12/5/07

TAX ID#: 52-2339005

155



# Learning Links, LLC

**Name:** J██ A███████
**Date of Birth:** ████████, 2003
**Observation Dates:** October 22 and October 30, 2007
**Chronological Age:** 4 years, 3 months old
**Observer:** Stephanie Owens, M.A.

### School Observation Report

On August 15, 2007, the District of Columbia Public Schools issued a Prior Notice that listed Anne Beers Elementary School as the appropriate placement for J██ A███████, under the rationale that Anne Beers met "his level of need, smaller class size." On October 22, 2007, I observed the non-categorical classroom for 3 and 4 year olds at Anne Beers Elementary School, a District of Columbia Public School (DCPS), to determine if Anne Beers was in fact an appropriate placement for J██. Ms. Alyson Steele, J██ A███████ mother, accompanied me on this observation.

J██ A███████ is a 4-year-, 3-month-old boy with a diagnosis of Sensory Integration Disorder/Developmental Delay. J██ developmental delays are primarily in the areas of expressive and pragmatic language, sensory processing (especially noise sensitivity), and motor skills. J██ also has limited social and adaptive skills.

When Ms. Steele and I arrived for the observation, the classroom teacher, Ms. Griffin, was unaware that we were coming, despite the fact that Ms. Steele had scheduled the meeting with the Anne Beers principal the previous week. Although our arrival coincided with Ms. Griffin's planning time, she was very accommodating, and she began the meeting by outlining her learning philosophy and curriculum to us. Ms. Griffin continued by describing her teaching credentials, noting that she is a special education teacher with a Master's degree from George Washington University, and a non-categorical teaching certificate from the District of Columbia. Ms. Griffin also explained that although this was her first year at Anne Beers Elementary School, she has prior experience teaching students from the kindergarten to sixth-grade level.

Ms. Griffin then stated that the student-to-teacher ratio at Anne Beers was nine students to a three-person teaching team, which consisted of one certified special

---

5138 Nebraska Avenue, NW, Washington, DC 20008   (202) 248-3337  learninglinks@gmail.com

**EXHIBIT**
JA-22
156

education teacher, one classroom assistant, and one dedicated aide. Since I did not observe any specialists in the classroom during my observation, I asked Ms. Griffin to describe the related therapy services that are available to Anne Beers students. Ms. Griffin responded by stating that the school has a part-time occupational therapist, a part-time speech and language pathologist, and a part-time social worker. In order to determine if any students in the classroom displayed behaviors and deficits similar to J████, I then asked Ms. Griffin to precisely describe her students' developmental delays. Ms. Griffin responded in a vague, nebulous manner, noting "All the students are developmentally delayed." She later stated, "What I understand about DCPS is that all students below age 5 are all diagnosed as developmentally delayed unless they have a physical disability."

During my observation, I was able to see the students transition from an outdoor physical education class to a morning meeting activity held inside the classroom. During the transition, I observed several behavior problems, including one student intentionally shutting the door while a classmate was in the doorway, and another student repeatedly pushing a fellow classmate. The students who were not engaged in this behavior had dispersed without direction from the teacher to various areas of the classroom. The unruly behavior of a few students and the overall disorganization of the entire class led me to believe that the students were not aware of transition routines or procedures. This is further evidenced by the fact that it took approximately 10 minutes before the students were finished settling onto the carpet area and ready for the next lesson. The disorderly students also made a significant amount of noise, which persisted for some time. Loud, noisy environments are highly distractive to J████ and make it exceptionally difficult for him to function appropriately. I was surprised to witness the high level of disorganization, and to hear the large volume of distracting noise since there were three teachers present in the classroom.

While on the carpet area, the students again appeared to be unfamiliar with the lesson structure and, as a result, often invaded each other's personal space, which caused a few verbal and physical outbursts and more noise. I did not witness any positive behavior intervention systems in place; instead, Ms. Griffin appeared to ignore some of the small misbehaviors, and used distraction strategies for the larger behavior problems. In the short time of the morning meeting, I witnessed two students rolling around on the carpet, and another student so unruly that he needed to be physically handled to follow the classroom routine. The remainder of the morning meeting activity consisted of the students singing and mimicking songs.

When I asked Ms. Griffin to describe her process for assessing the students' skills, weaknesses, and deficits, she again offered a response that was vague. Ms. Griffin answered my question by first asking Ms. Steele how she would like her son to be evaluated. She later went on to offer some examples of her evaluation techniques, which consisted of "taking many pictures and saving work samples." After I prompted her with possible responses, Ms. Griffin mentioned written evaluations and went off on a long

2

tangent about the two different report cards the students receive, and what exactly is on those report cards. Ms. Griffin never adequately answered how she assesses each student, which is highly problematic because effective, proven assessment and evaluation processes are critical for ensuring that each student is making appropriate academic and social progress.

After my observation and my discussion with Ms. Griffin, it is my professional opinion that Anne Beers Elementary School's non-categorical Preschool is not an appropriate academic placement for J████ and it is highly likely that if placed there he will regress. My conclusion is based on the following reasons:

- J████ requires a high level of consistency, structure, and routine, which simply isn't present at Anne Beers.

- The Anne Beers School's philosophy of tagging all students with the imprecise label "developmentally delayed," and the school's practice of treating all students' needs in the same way is highly problematic. This approach fails to address each individual's specific deficits, which can vary greatly and may require very different strategies to overcome.

- I found it disconcerting that Ms. Griffin was unable to articulate her students' specific deficits and learning needs.

- I did not witness any of the students in Ms. Griffin's class display behaviors and deficits that were similar to J████, and instead I observed students with varying degrees of disabilities, primarily minimal language skills and behavior problems.

- The high level of noise poses a significant problem for J████ since he becomes easily overwhelmed with sensory stimulation and will withdraw in that type of environment.

- The lack of specialized attention to each student's specific deficits is especially troubling. For example, J████ relies heavily on visual reminders, such as a pictorial representation of his schedule, which I did not observe being used with any of the students at Anne Beers.

- In order to make appropriate academic progress, J████ classroom environment must be set up for his optimal learning. The classroom I observed at Anne Beers, however, was not tailored to students with J████ specific deficits. For example, the level of noise that reverberated throughout the room was unacceptable for a student with J████ disabilities. I also did not witness any form of positive behavior modeling, incentives, or modifications, which are critical tools for J████ to maintain appropriate standards of behavior in the classroom.

3

158

- Finally, J▮▮▮ requires an integrated therapy approach to learning that requires his therapists to be in constant communication with J▮▮▮ teachers, an approach not used at Anne Beers.

## Observation of Jenny Waelder Hall Center

I observed J▮▮▮ A▮▮▮▮▮▮ at his current preschool placement, the Jenny Waelder Hall Center, on October 30, 2007. The Jenny Waelder Hall Center is an 11-month, half-day preschool program for students ages 3-6. The center stresses a psychoanalytic approach to learning and uses a research-based approach to address pragmatic language and learning deficits. The teachers at the Jenny Waelder Hall Center have expertise in emotional and developmental issues. In addition, the Jenny Waelder Hall Center offers parent guidance, support, and education, as well as biweekly parent conferences. The school maintains small class sizes and has a high staff-to-child ratio (currently two teachers to three students).

When I arrived for the observation, J▮▮▮ was on the playground with his classmates and teachers. J▮▮▮ was smiling and running around the playground with another student. Throughout my entire observation, J▮▮▮ was either engaged in play with another student, or was speaking appropriately with his classroom teachers. J▮▮▮ appeared to be comfortable with his environment and was using language to communicate his needs effectively. He initiated play with his peers and asked appropriate questions of his teachers. Since the Jenny Waelder Hall Center uses a public playground for recess, J▮▮▮ was surrounded by many other students that he did not know. I was pleased to observe that J▮▮▮ appeared to be at ease with his surroundings, and did not appear to particularly mind unfamiliar children being around him on the playground. When it was time for the students to transition back into the classroom, J▮▮▮ willingly complied with his teacher's request by immediately getting into line, and making the trip back to the classroom without protest.

Since my last observation of J▮▮▮ on May 11, 2007, I am pleased to report that he has displayed significantly improved pragmatic language and coping skills in the classroom setting. J▮▮▮ now spontaneously engages his teachers and other students in conversation, and he frequently initiates play with his peers. Much of this progress is attributable to J▮▮▮ teachers' use of clear and concise language when speaking with him. J▮▮▮ teachers also model and encourage his language progress by consistently questioning him, modeling appropriate responses, as well as offering him clear, simple choices throughout his day.

The Jenny Waelder Hall Center's comprehensive approach to education has been the catalyst for J▮▮▮ to make tremendous academic and social progress in the few short months that he has been there. J▮▮▮ clearly benefits from the small student to teacher ratio and the integrated therapy approach to learning. The Center's philosophy of treating each child's individual emotional and developmental needs has proven to be the ideal

4

setting for J██████. J█████ also has an appropriate sensory program in place to address his sensory integration deficits, including the use of picture schedules to help him navigate through his day. Further, J█████ receives specialized Floortime training from a private therapist who visits J█████ during the school day. Finally, after school hours, J█████ receives occupational therapy services at his daycare center, where he also experiences a low student-to-teacher ratio and positive behavior and sensory programs.

Fortunately, J█████ appears to have already recouped the skills that he lost while attending his last school placement. In my professional opinion, the Jenny Waelder Hall Center is best suited to properly address J██████ educational, social, and emotional needs, and is the ideal placement for J█████.

It was a pleasure to observe J█████ classroom performance on October 30, 2007. If you have any questions, feel free to call me at 202-248-3337 or contact me via e-mail at learninglinks@gmail.com.

Very respectfully,

Stephanie Owens, M.A.
Educational Specialist

5

160

**State Education Agency for the District of Columbia**
**State Enforcement and Investigation Division (SEID)**
**Special Education Programs**



# Due Process Complaint Disposition

- The parties to notify the Student Hearing Office about important information concerning the outcome of the resolution meeting should use this form.
- Please return to the Student Hearing Office of the District of Columbia  Public Schools, 825 North Capitol Street, NE, 8th Floor, Washington, DC 20002, Fax number 202/442-5556.

## A.  STUDENT AND CASE INFORMATION:

Student Name: J████ S████ A████████          Birth Date: ████████ 2003

　　　　　　　First　　　　MI　　　　Last

SHO Case Number: _____          (if applicable)

## B.  PARENT / GUARDIAN:

Name:　　Alyson Elizabeth Steele  /Carl Andersen

　　　　　First　　　　　　　　　　　　　　Last

Complete Address:　117 12th Street, SE #8
Washington, DC 20003

Phone:　(202) 544-3310　　(202) 298-6700　　_____

　　　　Home　　　　Work or alternative phone no.　　Fax No. if applicable

## C.  LOCAL EDUCATION AGENCY REPRESENTATIVE:

Full Name: DCPS　　　　Title: LEA

Address:
925 Rhode Island Ave.  NW
Washington, DC.  20001

Phone:　(202) 671-0882　　(202) 673-5773

　　　　Office　　　　　　　Fax

EXHIBIT
JA-23

1

SEID DRN Rev'd. 6/14/05

1  1

_____ The complaint has been resolved and the parties have reached agreement to the satisfaction of the parent / guardian. The due process complaint notice and the request for a due process hearing should be dismissed and withdrawn. The parties are aware that any party may void the agreement within 3 business days of the date the agreement is signed. The parties have agreed to wait at least 3 business days before filing this form with the Student Hearing Office.

✓ The resolution session was unsuccessful. The case should proceed to a due process hearing.

_____ The resolution session was unsuccessful. The parties have agreed to try mediation.

_____ The parties mutually agree to waive the resolution session and request mediation and the assignment of a mediator to this case.

_____ The parties mutually agree to waive the resolution session and request that this case proceed to a due process hearing on the merits.

_____ The parent has failed to participate in a resolution meeting as required under the law. A due process hearing should not be scheduled until further notice

## J.   **Signature and Affirmation:**

I affirm that the information provided on this form is true and correct. I also affirm my receipt of the Procedural Safeguards Manual or I have waived my right to receive the Procedural Safeguards Manual.

_____          11/13/07
Signature of Parent/Guardian                  Date


_____          11/13/07
     *Harry Brockenberry*                            Date
Local Educational Agency Representative

Mail, fax or deliver this form to:
**State Enforcement and Investigation Division**
**For Special Education Programs (SEID)**
**Student Hearing Office (SHO)**
**825 North Capitol Street, NE, 8th Floor**
**Washington, DC 20002**
**Fax number: 202/442-5556**

162

SEID DRN Rev'd. 6/14/05

DISTRICT OF COLUMBIA PUBLIC SCHOOLS
WASHINGTON, D.C.

# RESOLUTION MEETING NOTES

Meeting Confirmation Date: <u>11/13/07</u>          Meeting Held: <u>11/13/07</u>

Student: __J____ A_____     DOB __ __/03____ School: Non-Attending____

| PARTICIPANTS: (Print Name) | PARTICIPANTS (Sign Name) | POSITION |
|---|---|---|
| | | |
| Harry Brockenberry | _Harry Brockenberry_ | LEA |
| Matter bogu | | Advocate _Attorney_ |
| Alyson Steele | _Alys St_ | mother |
| | | |
| | | |
| | | |
| | | |
| | | |

____ **Resolved**            ✓ **Unresolved**

---

**The resolution session began with introductions**

**In accordance with Section 300.510 of IDEIA the purpose of the meeting is to allow the parent to discuss the issues identified in complaint and to give the LEA an opportunity to resolve the dispute. The parent has identifies the following issues in the complaint filed:**

**DCPS failed to compile and data on whether J____ met the goals and objectives in the IEP dated December 12, 2006.**

*DCPS* disagrees; it contends that the information provided by the teacher, speech and language therapist, the parents and the parent's advocate were adequate for the purpose of an IEP review.

163

DISTRICT OF COLUMBIA PUBLIC SCHOOLS
WASHINGTON, D.C.

### RESOLUTION MEETING NOTES Cont'd.

Meeting Confirmation Date:  11/13/07                        Meeting Held:    11/13/07

Student:      J█████ A███████

School:  C.A.R.E. Center

**DCPS did not provide J█████ with an appropriate program.**

*DCPS* disagree; the offer of placement at Ann Beers is appropriate.

**Despite having no data about J██████ performance, in April of 2007 DCPS modified his IEP and changed his placement to Ann Beers Elementary.**

*DCPS* did not change J██████ placement in April of 2007, DCPS changed his placement in July of 2007.

**The program does not meet his needs for many reasons?**

*DCPS* disagree the program offer does meet J███████ needs.

**The program is non-categorical and therefore the children have different needs from J█████.**

*DCPS* disagree a non-categorical program will meet J██████ needs – All babies at Beers are Developmentally Delayed.

**The program is not a smaller program as promised.**

*DCPS* disagrees the program offered is smaller than the West program. The child lives in SE. This has already been addressed.

**The related services are not appropriate.**

*DCPS* disagrees the related OT and Speech and Language services are appropriate.

**The program whether appropriate or not is not implemented well.**

*DCPS* contends that the program is appropriate. We offered Ann Beers.

164

DISTRICT OF COLUMBIA PUBLIC SCHOOLS
WASHINGTON, D.C.

**The IEP as modified is also not appropriate**.

*DCPS* disagrees the IEP is appropriate.

***DCPS* continues to offer placement at Beers Elementary School in its non-categorical program**.

165

# Jenny Waelder Hall Center for Children



# PARENT HANDBOOK

**3150 Chesapeake St., NW**
**Washington, DC  20008**
**(202) 237-1550**
**(240) 353-3828**
**updated: March 2007**
**email: jwhcenter@gmail.com**



**EXHIBIT**
JA-24  166

## Table of Contents

| Section | Page |
|---|---|
| I.  INTRODUCTION | 4 |
| a. History and Mission of the Jenny Waelder Hall Center for Children | 4 |
| b. Educational Philosophy | 4 |
| i.  Play and the Joy of Learning | 4 |
| ii.  Relationships with Children and Teachers | 5 |
| iii.  Literacy and Math Skills | 5 |
| iv.  Managing Conflict | 5 |
| v.  Respect and Predictability | 6 |
| II.  COMMUNICATION | 6 |
| a. Teacher | 6 |
| b. Program Director | 6 |
| III.  GENERAL INFORMATION | 7 |
| a.  The Dailly Routine | |
| i.  Settling In | 7 |
| ii.  Daily Schedule and Activities | 7 |
| iii.  Snack | 7 |
| iv.  Outdoor Play | 8 |
| vi.  What Your Child Needs to Bring | 8 |
| b.  Procedures and Closings | 8 |
| i.  Holidays/Vacations | 8 |
| ii.  Transportation | 8 |
| iii.  Sign-in/out | 8 |
| iv.  Closings | 8 |
| v.  Emergency/crisis situations | 9 |
| vi.  Sick Policy | 9 |
| vii.  Medication | 10 |
| c.  Admissions and Enrollment | 10 |
| i.  Admissions Process | 10 |
| ii.  Enrollment | 10 |
| iii.  One-Year Minimum Length of Stay | 10 |
| iv.  Tuition | 11 |
| v.  Financial Aid | 11 |
| d.  Calendar | 12 |
| e.  Signature Form to sign | 13 |

167

# INTRODUCTION

## History and Mission of the Jenny Waelder Hall Center for Children

The Jenny Waelder Hall Center for Children, Inc. (JWHCC) began as an outreach program of the Baltimore-Washington Institute for Psychoanalysis. With initial funding from Paul Mellon, the JWHCC's mission was: to develop a nursery school for children with social and emotional vulnerabilities; to support the healthy development of families; to train professionals from the educational and mental health fields; and, to collaborate with the community to develop our mission goals.   The JWHCC was incorporated as a nonprofit organization in 2000.  Since its inception the JWHCC has offered a lecture series for parents, teachers, caretakers and others involved in the care and education of young children.  JWHCC opened its nursery school in March 2005, and are proud to have completed our first full year at the nursery.  Last year we also started our Wednesday afternoon parent-toddler group, supervised two pediatric residents from Children's Hospital as well as a college intern during the summer program, and finally, we took over a free consultation service to area schools, a continuation of an excellent community program started by Dr. Aimee Nover in 1989.

In addition to Paul Mellon's initial funding, the JWHCC is supported by the Baltimore-Washington Institute for Psychoanalysis, the Overbrook Foundation, the Katharine Pollard Maddux Fund, and by grants from private foundations and individuals.

## Educational Philosophy

At Jenny Waelder Hall Nursery, we believe our children need opportunities to play and to form meaningful relationships with children and adults to develop their social, emotional, intellectual, and imaginative sides.

Play and the Joy of Learning

In remaining a small school dedicated to children who benefit from a small class size with strong teacher support, we believe:

- Children who can play develop language, the capacity to share and negotiate ideas, the ability to have fun with another child and/or teacher (which is positively associated with brain development), and are able to practice and digest what they observe in their worlds.
- A child's ability to lose him or herself in play is positively associated with future academic success.

When children engage deeply in play with another, this highly complex interaction shows that language, social development, creativity and cognition are

4

168

at work. Through play, children discover their own interests and how other children's interests are different from their own, promoting self-knowledge and socialization. Authentic and joyful learning emerge from child's play. The complex task of decoding letters to make words or of ordering the world in different number combinations is more likely to be meaningful when those discoveries are connected to the child's experience. At Jenny Waelder Hall nursery, our teachers help each child verbalize and safely express feelings, safely manage conflict and help connect learning to a child's inner and outer experiences.

## Relationships with Children and Teachers

In addition to providing rich opportunities for play, our teachers are specially trained to help

- Children relate to one another, to one's self, and to the teachers
- Children know, express and master their feelings
- Children resolve conflicts in ways that strengthen self-control and inspire cooperation
- Children to become loving and compassionate with self and others

## Early Literacy and Math Skills

Some children are very early readers and some show a great interest in math and numbers. As a small school, we individualize our curriculum based on close observation of each child and in partnership with the parents. At group time, stories, songs and poems are listened to and sung by all, an activity that builds fluency with sounds and words while developing a child's ability to function in a group. Our classroom is also equipped with many puzzles and other materials that promote awareness of numbers, shapes and measurement for early math skill development.

## Managing Conflict

Jenny Waelder Hall provides an environment where each child can be respected by each other and the staff. Social conflict is an opportunity to give children instruction and practice in developing the skills they need to get along with others in the world. We focus on empowering children to resolve their differences with others in cooperative and constructive ways. Teachers facilitate this process by remaining calm, acknowledging and labeling feelings, gathering information, restating the problem, and offering or asking for solutions. Through this process, we believe children will make a habit of solving problems, and gain the confidence to do so in future situations.

5

<u>Respect and Predictability</u>

We teach children to take ownership and responsibility for their classroom environment by ensuring predictability and consistency. In practice, this means letting children know in advance as much as possible of any changes (for instance, visitors, absences, upcoming holidays, and so on).

# COMMUNICATION

An important part of our school is regular communication between staff and parents. Please read this section carefully as we have increased our frequency of meetings with parents to serve the best interests of each child and family.

## Teachers

This year, teachers will meet with parents once per month to systematically update as well as gather information relevant to each child's classroom goals. On a more informal basis, since teachers are here to foster your child's growth— emotionally, socially and intellectually—we welcome informal discussions at other times as well.

- In the morning, please let teachers know briefly about significant events that may help us understand your child's mood and behavior. The more teachers know, the better they can teach your child. It is helpful for parents to communicate things like famliy visits, parents' absences or trips, family or friends' illness, new pets or pets' illness or death, exciting or worrying family events, etc. All such things are likely to having meaning and impact on your child. If news warrants a long conversation, try to make a phone or in-person appointment since teachers will be focusing on making your child's transition to the classroom a smooth one.

- Monthly parent conferences are an important time to discuss your child's growth with his/her teachers. We encourage <u>both</u> parents to attend these conferences if possible.

## Program Director

I will meet with parents twice per month to think about each child's development, parent-child issues, and planning for each child's next step. Our meetings will also be a place to discuss how we at JWH can reinforce and/or communicate with other professionals (speech, physical, psychological or occupational therapists, teachers from other schools, developmental pediatricians, etc.) to ensure relevant information is being shared amongst the professionals who work with your child.

6

**GENERAL INFORMATION**

**The Daily Routine**

Settling in

It is important that children get off to a good start at school, feeling ready to spend time away from parents or other people to whom they are attached. For most children, having a parent stay on site during their first hours or days at school allows them to develop a sense of safety and initial trust. Parents and teachers can confer about how long a particular child will need this support. Pictures of your child and family will be needed before the child begins school and will be available to your child throughout the day. Comfort objects (blankets, favorite animals, etc.) are welcome.

Daily Schedule and Activities

JWH Nursery School will be open from 8:30 – 12:15 Monday through Friday and will follow an eleven month calendar (September through July).

| | |
|---|---|
| 8:30–8:45 | Arrival |
| 8:45–9:30 | Free play - all areas of the room open. Children can choose ongoing projects and/or daily activities. |
| 9:30–10:00 | Large motor play in big room |
| 10:00–10:20 | Hand washing and snack |
| 10:20–10:35 | Group time – stories, songs, sharing |
| 10:35–11:00 | Free play - all areas of the room open. Children can choose ongoing projects and/or daily activities. |
| 11:00–11:45 | Outdoor play on the playground or field, weather permitting |
| 11:45–12:00 | Hand washing and snack |
| 12:00–12:15 | Dismissal |

This schedule will be adjusted based on the needs of the children enrolled, and may vary to accommodate special activities, weather facts, or room availability.

Snack

Since we provide many opportunities for physical activity, we offer two snack times. Two snack times also provide our children with more time to come together as a group to talk and share thoughts (and have a bite to eat).

Parents/guardians should alert the Nursery School to any allergies or food concerns they might have. Alternate snacks will be provided as needed.

For birthdays or other occasions, children will participate in preparing a special snack. This allows children to focus on the child we are celebrating and be a part of making something for that child.

7

171

Outdoor play

Children will be going outdoors on a daily basis when the weather is above 32 degrees Fahrenheit. Children should come to the Nursery School with clothing that will be appropriate for the weather.

What your child needs to bring

Families are required to bring an emergency supply of clothing. Two complete changes of clothes appropriate to the season (underwear, shirt, shorts/pants, socks, sweatshirt or sweater) are recommended. Be sure that all items are labeled with your child's name.

**Procedures and Closings**

Holidays/Vacations
JWH will be closed for most federal holidays, a winter break between Christmas Eve and New Year's Day, a spring break and teacher professional development days. (A school calendar will be sent under separate cover.)

Transportation
Transportation is the responsibility of parents/guardians. No JWH employee will transport any child in his/her vehicle without prior written consent.

Sign-in/out

Children must be brought inside the building. Please wait until a teacher is available to greet your child before leaving.

In order to ensure the safety of your child and to comply with licensing regulations, **children must be signed in and out every day**. Sign-in sheets are provided and include information about who will pick the child up and the best contacts for that day in case of an emergency.

**If someone other than a regular caregiver will be picking up a child on a specific day, the teachers must first be informed.** These individuals must show an ID at the time of pick-up. Children will not be released to someone who has not been designated by the family as authorized for pick-up.

Closings

We will follow the D.C. Public Schools' decisions for closings and delays. Because we operate half-day sessions, if the DC Public Schools announces a delay we will be closed. You can automatically be informed of DCPS closings by subscribing to schoolsout.com. Also, WAMU (88.5 FM), WTOP (1500 AM) and other local stations report school closings in the District of Columbia.

8

In situations where the weather is deteriorating or there has been a severe weather warning from the National Weather Service, we reserve the right to close early at the discretion of the Director. If we are forced to close early we will contact authorized individuals to pick up the children.

## Emergency/crisis situations

*Cell Contact*
If you cannot contact us via the landline you can contact JWH at any time by calling our cell phone (240) 353-3828. Teachers bring the cell phone with them when they bring the children outside each day.

*Fire and emergency evacuation drills*
Children will participate in monthly fire drills. These will be done in a way that minimizes any fears or concerns on the part of the children. Children and staff will gather on the ball field across the parking lot.

*Emergency Contingency Plan*
In the event of an emergency where the children cannot return to the school, children will be evacuated from the facility and taken to The Franklin Montessori School, 4473 Connecticut Ave., NW Washington, DC; 202-966-7747. Parents/guardians will be immediately notified and should come to pick the child up as soon as possible.

*Medical attention*
If your child needs emergency medical attention, s/he will be brought to the nearest hospital unless the staff has a written document advising them to take the child to a different medical facility.

## Sick Policy

Children should not come to Nursery School if they are ill. Children cannot come to school if they exhibit any of the following:

- Fever of 100 degrees or above
- 2 or more episodes of diarrhea
- visible rash
- ringworm
- conjunctivitis (pink-eye)
- yellow/green nasal discharge
- vomiting
- head lice or scabies
- strep throat
- chicken pox
- pertussis
- any other contagious diseases

9

Children may return when they are free of fever, vomiting or diarrhea for a full 24 hours, when they have been treated with an antibiotic for a full 24 hours, when they are able to participate comfortably in all usual program activities.

If a child becomes ill with a contagious disease, all parents/guardians will be informed of the illness, the exposure date, and the incubation period.

The child may resume care upon written consent from a physician/health care provider ensuring the child is free from illness.

Medication

Medication will not be administered without written consent from a physician and the parent/guardian. Medication will not be given to children unless an authorization to administer medication form is completed, dated and signed.

**Admissions and Enrollment**

Admissions Process

Applications for admissions are made without regard to race, gender, national or ethnic origin, disability, sexual orientation, or any other consideration made unlawful by federal, state/district, or local laws.

The admissions process includes one or two parent interviews as well as an observation of your child to ensure that the program will meet his/her needs. It is very helpful if prospective families bring copies of existing reports. Admissions decisions will be based on the program's ability to work with the child, parent/guardian commitment to involvement, and class composition amongst other factors.

Enrollment

Prior to admission, parents/guardians must provide a current health certificate, which includes a physical exam, record of up-to-date immunizations, tuberculosis screening results and lead screening results. A "Registration Record for Child Receiving Care Away from Home" form and an "Authorization for Emergency Medical Treatment" form must be submitted before the child is admitted to the program.

One-Year Minimum Length of Stay

When a child is admitted to Jenny Waelder Hall Nursery, we ask that the family commit to our school for a minimum of one year. We admit children very carefully and work closely with the children and families once enrolled. We will

not admit a child to our school if we do not feel it is in her or his best interests to attend for a minimum of one year.

Tuition

The annual tuition for the JWH Nursery School during 2007-2008 is $19,000. Payments must be made in accordance with the terms outlined in the enrollment contract. If tuition is not paid by the due date, a late fee of $25.00 will be charged (unless prior arrangements have been made).

Financial Aid

JWH has limited financial aid available. Every effort will be made to assist parents/guardians who are not able to afford the full cost of the program. Financial aid decisions will be made by an admissions committee and will be based on the amount of funds available for scholarships, number of families needing assistance, and the income of the parents/guardians. Detailed information regarding the family's ability to pay will be requested.

11

# Jenny Waelder Hall Center for Children
## School Calendar 2007 – 2008

Please be advised that there may be two additional closings for professional development, and a third possible closing due to the church's spring food fair. These dates will be announced as far in advance as possible.

**September 2007**
9/4                     First day of school

**October 2007**
10/8                 Columbus Day, school closed

**November 2008**
11/12            Veterans day, school closed
11/21-23       Thanksgiving holiday, school closed

**December 2008**
12/24 – 1/4/2008    Winter break, school closed

**January 2008**
1/7                   First day of school in 2008
1/21                Martin Luther King, Jr. Day, school closed

**February 2008**
2/18                President's Day, school closed

**March 2008**
3/21-28         Spring break, school closed
3/31                School reopens

**April 2008**

**May 2008**
5/26-30         Memorial Day & summer break, school closed

**June 2008**
6/2                   School reopens

**July 2008**
7/3-4              Fourth of July Holiday, school closed
7/25                Last day of school

*A final note….*
We thank you for bringing your child to us and look forward to a year of growth and community.

I have read, understand and agree to the policies and procedures outlined in the JWH Center for Children Parent Handbook.

If I have any questions or concerns I will bring them to the attention of my child's teachers.

_____
Signature of Parent or Guardian

_____
Date

_____
Signature of JWH Nursery School Staff

_____
Date

13

September 4 – 7, 2007

The school year is off to a nice start! We welcomed Hannah and J▮▮ to JWH, and were happy to see Henry again after the summer break. The children spent the week getting to know each other and the classroom, where we have some new and old toys that have quickly become favorites.

Hannah and J▮▮ both enjoyed playing with some of the same toys they played with during their visits over the summer. Hannah particularly likes the doctor kit, and happily gave Anne and me several checkups throughout the week. During these exams, she was quick to reassure us that everything sounded healthy! She was also willing to integrate our suggestions into her play, using a baby doll as a patient rather than one of the teachers, at Anne's suggestion. J▮▮ quickly found the bus he had played with during his visit, as well as several other vehicles he has adopted as his favorite. He likes to pretend the bus is going to school or coming home from school. On Wednesday, he integrated the dollhouse into his game after I suggested one of the doll children could be waiting for the bus at the house. He then drove the bus over to "pick up" the boy, and took the boy and the bus back to "school" (the block area.).

J▮▮ has also had fun in the kitchen area. He discovered that the pizza has several varieties of toppings, and let me know that he does not like mushrooms or peppers by taking them off after I put one of each on his pizza! He then very carefully covered the pizza in pepperoni, and baked it in the oven (its storage box). He was also happy to share when it was done.

We have had some great moments on the playground this week. Henry has become more comfortable exploring the climbing structures. This week he tried climbing down the rope ladder and doing the monkey bars. While doing the rope ladder, he tripped just above the ground and landed on his feet. He was happily surprised that he hadn't been hurt, and tried again the next day. He also balanced while standing on the see-saw, and reported his accomplishment to me and Anne. It is heartwarming to see him take such pride in his newfound skills!

Hannah has also been working on the monkey bars at the playground, and after several tries, she got all the way across on Wednesday! She was then slightly discouraged on Thursday, wondering aloud, "I might not ever make it across!" I reminded her that she had made it across the previous day, and she accepted this and was able to focus her attention elsewhere. Anne and I were pleased to see that although she is persistent in her efforts, she can also recognize that she can take a break from something and give it another try later.

On the patio, all three children have been vying for time with our "three pigs" houses. Henry and Hannah had some difficulty integrating each other's ideas into their play, but were able to cooperate with the teachers' help. All three of them have also been very respectful of our limit-setting, giving up their position with the houses when it is someone else's turn. On Thursday, Hannah and J▮▮ had a great time doing water play, while Henry built a "tower city" out of our small wood blocks. He refused to let me take a picture until construction was complete, but happily, construction finished right before it

EXHIBIT

JA-25

was time to go in!

September 10 – 14, 2007

This week we have seen the children become more comfortable in their interactions with one another. There were moments of interactive play among all of them, and we are sure we will see more of this as the year goes on. We continued to enjoy the playground, and Hannah and J███ visited the big room for the first time.

Hannah's sweet side was on display this week. She has been doing a great job remembering to use a polite tone and polite words when she is asking for something. On Thursday we had a visitor, and during journal time Hannah kindly brought over two markers to the visitor, telling her that she could use those colors to make a picture. It was nice for our visitor to feel so included! On Wednesday, Hannah finished snack first and went over to our kitchen area. Several minutes later, she approached J███ with a piece of pepperoni pizza, and offered it to him. Earlier Hannah had put on her favorite topping, mushrooms, so it was nice to see that she remembered that J████ favorite is pepperoni, and changed it for him. He took the slice and then handed it back, and several minutes later she returned with the whole pie. He took that too, and then followed her over to the kitchen area in order to return the pizza to its place. Later that morning, J███ joined Hannah's game of pretending to feed the pizza to the foam animals.

Henry has continued to demonstrate some new skills and ideas. After building a Starbucks with our wooden blocks early in the week, he had the idea of building "a house on stilts." I started to help him but he became worried that it wouldn't balance on it own, and decided to end the project. He quickly came up with another way for using the blocks, though – spelling his name. He carefully chose which blocks to use for each letter, and arranged them without any assistance. When he finished, he was very proud of himself (as were we). The next day, he decided to add Hannah and J████ names to the block area, and again figured out on his own how to overcome the obstacle of running out of certain block sizes and shapes.

The toy insects and butterflies have drawn interest this week. J███ discovered the butterflies on Thursday, and lined them up and pretended one was flying. Hannah made the same discovery on Friday, and started a game where the butterflies were also lined up. Henry came over and asked if she wanted insects to add to her game, and she agreed. With some guidance, they were able to include each other's ideas into their pretending. Eventually the butterflies went to a picnic, and when Hannah had difficulty thinking of what food they would have, Henry offered many suggestions.

Hannah has been exploring many of our shelves, and this week found our board game, Go Away Monster. (Players pull objects out of a bag and place them in their "bedrooms." If you pull a monster out, you can say, "Go away monster!" and put it away in the box. The children really enjoy being able to "banish" the monsters.) After playing once with me, we asked J███ if he would like to join us. He did, and the three of us played several games. Both kids were very excited when they pulled out monsters, and eagerly put them into the box. They also did a fantastic job of taking turns, passing the bag when their turn was over, and waiting nicely while other people had a turn.

October 1 – 5, 2007

We had a very nice week at JWH. The children are interacting with each other more, and we had a fun time on the playground, at the table, and during movement. We once again included several yoga poses during our obstacle course. In addition to "dog," the kids are adept at "cat" and "waterfall." We were happy to see J█████ again after his absence last Friday, and everyone missed Anne when she was out on Tuesday.

J█████ continues to enjoy our table activities, the big room, and the playground. He had a great time painting with watercolors on Tuesday, and really enjoyed mixing different colors together in his water cup. The fact that the water turned black pretty quickly didn't bother him, and he happily continued to add colors. This inspired Hannah to do the same, who was thrilled when the colors she added to her black water started swirling around and, "looked like hair!" J█████ interest in letters stretched into this week. He used our magnet letters at various points during the week, naming the letters as he arranged them on the wall. His interest in imaginative play appears to be increasing. On Monday, he and I spent a long time playing a game with the playmobil people and the little green house. J█████ put six people in the house and told me they were having dinner, and then took them out and said, "They're playing." After he pretended that they had fallen off of the shelf, he got a truck he had used as an ambulance earlier in the day to come and help them.

On the playground and in the big room, J█████ has joined Hannah and Henry in running and climbing. Often after spotting Henry on the see-saw or our rocking bench, J█████ will run over to join him. When Anne pointed out to Henry that J█████ likes to join him in various activities, Henry said proudly, "That's because I can teach him things." J█████ and Hannah once again took turns pushing each other around the big room in the stroller, and all three children enjoyed a train ride on our parachute.

This week, Hannah had fun painting with watercolors, using playdough, and coloring with our scented markers. She and Wendy had a great time "combining" scents, by holding several markers together under their noses. During our color mixing project, Hannah spent a long time experimenting with various color combinations. Eventually she had a tray of cups filled with the primary and secondary colors, and was very proud of what she had created!

On Wednesday, Henry had the idea to build a candy factory with the large wooden blocks. I helped him, but he had a design in mind, and was very clear (and polite) about telling me how to arrange the blocks so the factory would look just the way he wanted. When Hannah came over and suggested he turn the factory into a parking lot instead (she wanted to use the street signs), Henry became a little worried that there would have to be a parking lot, but was able to stick to his design plan with some support from the teachers. Hannah then asked if she could be in charge of building the roof, which Henry agreed to. It took a long time for the candy factory to be ready for a roof, and Hannah did a great job waiting. In the meantime, she assisted Henry with building the machines inside of the factory by handing him the blocks he requested. It was great to see Henry carry out this project just as he had planned.

The children coped well on Friday when Carmel was out. Fran fit right in. (But I

knew Carmel was on their minds when Hannah commented that when Fran and I both
spoke at the same time our voices together sounded like Carmel.) The sticker project was
quickly abandoned, but J▮▮▮ got busy with variations on schoolbus play, and Hannah
with varied "baby" play. She reported very excitedly that this was the first day the wild
animal babies were out (of their mothers)! Later she enlisted me on an urgent mission to
give the hungry doll babies milk. Henry came in with a new play scenario: he ran Henry's
Brickyard Repair Service. Over the course of the morning he helped repair a conveyor
belt, an oven and a molding machine, and made deliveries of clay and sand to the
brickyard.

Case 1:08-cv-00580-RJL    Document 7-6    Filed 07/03/2008    Page 6 of 31

October 9 – 12, 2007

We had another nice week at JWH. The children enjoyed being outside (in hot and then cold weather!), both on the playground and on the patio. Everyone had fun playing with water on Tuesday. Hannah likes pouring the water out of the watering can, and J███ likes to squeeze the sponges to fill up various containers. The children all joined in for the "Listen & Move" activity song, which uses different kinds of music to prompt you to gallop, tiptoe, run, etc. We go around the pillar as we try the various movements. On Friday Hannah was humming the tiptoe music, complete with "shhh" in all the right places.

J███ was out on Thursday and Friday, and we missed him. Hannah commented, "No J███ again?!?" when we told her he wouldn't be coming to school on Thursday. On Friday Hannah and Henry mentioned J███ several times, and even though they acknowledged he was away, they continued to hope he might arrive each time they heard the door open.

On the playground, all three children have had fun exploring on their own as well as with each other. After playing by himself for a bit, J███ will often look around to see what the others are up to, and if it seems like something he'd like, he will run over to join them. He especially enjoys joining Henry on the seesaw, and climbing up after Hannah on the climbing rings. Henry has become so adept at climbing that now he climbs while keeping up a steady conversation, and Hannah learned a new trick on the slanted bars. She lifts herself up and swings back and forth several times before dropping down and landing on her feet. She was so proud of this accomplishment that she called Henry and me over to watch, and then encouraged Henry to try it, which he did, successfully. Hannah has continued to pretend to be flying to Neptune on the little climber, and this week when she asked Henry if he wanted to come, he said yes. J███ was already perched on the rubber tire, so when Henry climbed up, all three children started counting backwards from ten to get ready for blast off.  Unfortunately the bars on the climber prevented us from getting a really good picture of this, but it was clear that all of them were having a great time – they all had big smiles as they were counting.

During movement this week we used our push trucks to send them back and forth to each other. Anne and I were slightly worried that the kids would just send them back to us, but soon they were sending them to each other, calling out each other's names before sending the trucks on their way. We finished movement by doing an obstacle course.

Windy days towards the end of the week kept us in the big room. Hannah and Henry quickly sat on the parachute, and Henry announced it was going to the princess's castle. When the train pulled up at the castle (via help from Anne), Hannah decided it was the princess' birthday, and quickly set to opening her gifts (the balance beam). She and Henry then took turns balancing on it. Hannah then set about delivering mail to herself and Anne while she waited for King Henry to cook her birthday meal. The mail turned out to be yoga cards, and she and Anne practiced the poses together. Afterwards, everyone sat down to enjoy the meal Henry prepared, which consisted of scrambled eggs, a veggie burger, and the birthday cake – strawberry cake with lemon frosting. Hannah demonstrated to the celebrants how she wanted the "happy birthday" song to be sung  - at varying volumes. (Sometimes we do this with the alphabet song during group or

movement time, and call it the "up and down ABC song.")

On Friday, Hannah and Henry once again traveled to the princess's castle, and again it was the princess's birthday! Henry set about making the food, but quickly came over to see what Hannah and Anne were up to. They were reviewing the yoga cards again, and after some gentle encouragement, Henry tried the poses along with Hannah and the teachers. He did a fantastic job, and seemed really pleased with himself after doing "triangle." Earlier he had commented, "Triangle looks hard." After yoga, everyone was ready for some food. This time, Hannah requested chocolate cake, which caused Henry to become a little upset, but soon he agreed that the cake could have different flavored layers. It was great to witness such imagination and problem solving!

October 15 – 19, 2007

This week we saw more interaction between the kids, especially on the playground, and also witnessed some nice problem-solving. On the patio, we used water and soap to wash our doll babies, which Hannah and J██ really enjoyed. Henry alternated between using the water and playing his jumping game, where he puts two sticks farther and farther apart and tries to jump over them. He does a great job, and when the sticks are so far apart that he can't make it one jump, he does two.

Henry continued his game of pretending to be a repairman. This week, it was houses that needed fixing, and he and Hannah enjoyed each other's company while they wrote notes to Anne about what was wrong with Hannah's house. Anne and I were impressed with the notes because they were written on our small notepads. Their notes mainly consisted of random letters strung together, but they were written very neatly and right inside the lines (the small notepads are college-ruled, so this was quite a feat!) Initially Henry drew shapes, but as the week progressed he too started writing letters. After receiving the notes, Anne announced what was wrong with her house, and Henry would come to my repair shop to get needed supplies. Over the course of the week, these included gum, wooden planks, paper towels, a zamboni, a stapler, and washers. He would then bring the supplies back to Hannah, and they would "fix" the house together (by verbally discussing what needed to be done.) Henry also brought J██ into the game, as his assistant. J██ wasn't that interested in joining in, but Henry seemed pleased simply to tell J██ a piece of information and then return to the repair shop. Although there were times when Hannah and Henry had different ideas about the game, for the most part they were able to solve these problems with some assistance from the teachers.

On the playground, Hannah spent most of the time taking pictures or "resting" in the bottom tire swing, but she was happy to converse with Henry and J██ when they would come over to see what she was doing.  On Thursday, Hannah spent some time playing with our large alphabet and number puzzles. Her plan was to take the pieces of out of both first, and then put them back together, rather than doing one at a time. She became a bit overwhelmed when Henry invited her to join him in the repair shop and she had both puzzles to put back together, but she soon solved this problem on her own by making up a song about the pieces. As she moved the letters over the board, she sang about how they were looking for the right spot. She then got our plastic butterflies involved, using them to carry the numbers over the number puzzle. What a great strategy!

This week, J██ has been talking a lot, and his interest in imaginative play continued. While he was at our school bus puzzle, he said "The dog's going home," and I asked where the dog's home was. He then took the dog over to the dollhouse and closed the house up. I got a girl out of our toy box and pretended that she was knocking at the door and was hungry for lunch. J██ opened the house, and he looked for a chair while I found a table. Then he searched for our plastic food to give the girl, and when it wouldn't fit in the dollhouse microwave, he used the oven instead. When the food was ready, he put it on the table so the girl could eat. J██ has also been verbally inviting the teachers to read with him. His interest in our airplane book has extended to the other kids, and often this week the three of them would gather around while Anne or I read the book.

October 22 – 26, 2007

This week, Henry and Hannah continued their repair shop game. Hannah's living room chairs were broken, and there was a dungeon underneath them so that when people fell out, they fell into the dungeon. Henry had the idea that in addition to fixing the seats, he could destroy the dungeon so everyone was safe. After asking for the needed supplies from me (a mallet and new seats), he exclaimed, "I saved everyone!" J⬛ role as assistant was expanded this week when Henry started giving him the job of punching in secret codes to help fix things. J⬛ happily joined in, and several times the two of them were seen walking around the playground together hand-in-hand.

We also saw Hannah & Henry occasionally work things out on their own when we were busy: more than once, Henry would ask if he could use something, Hannah would claim it ("No, no I'm using that") and when he asked when he could have a turn she would say, "very soon." That didn't always come to pass, but it satisfied Henry. Hannah also showed she was accepting limits by coming up with turn-taking variations for being the leader, and by asking what the upper limit was before choosing a number for snack.

On the patio, Henry was interested in using our finger puppets to create a puppet show. He told a detailed story over two days, entitled "Christmas for Bear." He assigned all of the puppets characters. Santa couldn't deliver the toys because he was too busy doing his homework, so Mrs. Claus was delivering them instead. Grandma Claus was angry that Mrs. Claus wasn't at home when she came to visit and decided to ruin Christmas. At the beginning of the story Henry reassured me that Christmas wouldn't actually be ruined, because the Giraffe was going to save it. This calming of people's fears was a recurring theme this week. While drawing "scary Halloween dens" during journal time, he reminded Anne that it was just pretend so she wouldn't be scared, and after telling me that the fire department would take 35 minutes to come to the playhouse we were imagining was on fire, told me he was just pretending and it wouldn't really be that long if there was a real fire.

Hannah and J⬛ had a great time playing with the leaves on the playground on Wednesday. Hannah had fun scooping them up and throwing them over her head, and Jesse soon followed. They then had the idea to throw them onto the basketball court, which was crowded with toy vehicles. That led to Hannah's coming up with a game of "bumper cars," in which she and J⬛ navigated their way between the other vehicles. This was somewhat difficult because the cars on the playground aren't in the best condition. Despite having broken wheels and handlebars, they both managed to steer around the other cars successfully. Later, Hannah helped J⬛ "go" by pushing him (gently) with her car from behind. The two of them also enjoyed playing "Color and Shape" bingo together in the classroom, and once again did a great job of taking turns and waiting while others had a turn.

J⬛ is letting us know that he often wants us to give him some space, but that he is interested in having the children play with him. Reading our airplane book is an activity that he does like us to join him, and this week he asked Anne and me to join him several times to read. Once after reading it, he found the four tiny suitcases from our dollhouse. He then said, "It's a suitcase," and when I asked him what went in there, he said, "Clothes." He spent time opening and closing the suitcases (and didn't get frustrated when he discovered that one of them doesn't open.) In the big room, J⬛refused my offer of pushing him in the stroller, but answered with a happy "yes" to Anne when she asked if he wanted Henry to push him. He asked Henry for a push

and Henry willingly obliged.

October 29 – November 2, 2007

This week we had fun celebrating Halloween with stickers, a pumpkin, and baking. We also discussed how Halloween can be scary for some children. The kids seemed relieved to hear this, and Henry was careful to remind us that the Halloween house he had made, with ghosts in the windows, wasn't real. Hannah made a Halloween collage for her father, and J██ made a pumpkin face. We also enjoyed meeting J██ and Henry's grandmothers.

We have seen a resurgence in the popularity of our doughnuts. I'm not sure if this is because the kids have sweets on the mind this week, or because they were moved to a more visible spot in the classroom. In any case, they have allowed all of the kids to interact with each other in various ways. As J██ walked towards the table with the doughnuts, he commented, "We're going to the counter now." Later in the week, J██ was looking for somewhere to put the doughnuts, and said, "I need a box." Hearing him, Hannah started looking for something suitable. She didn't find a box, but offered a brown paper bag, which J██ accepted. Earlier in the week, Hannah had been delivering doughnuts to everyone in the classroom, and thoughtfully remembered that Henry doesn't like chocolate. She offered him a strawberry spice one instead. Henry was pleased that she remembered his preferences both with the doughnuts and with the scented markers, when she told him not to smell the light green one because it is mint-scented.

Henry's repair service game continued this week, and Hannah started a new game using our toy traffic signs. She would take out all the signs, and then ask one of us to tell her what each of them means (although by now she remembers most of them). Then her little car tells us just how it will flout the law, and we are to say "oh, no!" or warn her about getting tickets. (A great way to be rebellious vicariously!) Hannah uses toy fence pieces for tickets. Henry has joined her a few times, telling her what the signs mean or placing them on the road mat for her. J██ is also interested, and tells us that some signs mean "No Parking."

All of the children tried on our (transparent) masks and wigs. Henry was quick to tell me that it was just pretend when I commented that he looked old (he was wearing the old man mask), but later needed reassurance that it was indeed just pretend. After receiving such from Anne and me, he tried on several of the masks very quickly. He was more comfortable with our blue wig, and kept that on for several minutes as he chatted with Hannah. J██ also really liked the blue wig, and spent some time stroking it and pulling at individual strands of hair. J██ also enjoyed seeing Hannah try on the masks, and had a big smile on his face as he watched her try on several of them. Hannah used the masks to take on different personas. While wearing the nose and glasses, she was "father," while wearing the young woman mask with makeup she was "Lisa," a cashier at the pizza shop, and on Friday she was again the cashier but this time an unnamed male one. The nice thing about the pizza shop is that, although the pizza is expensive, the cashier is always willing to bargain with the customers!

We saw some very nice collaboration when we were designing the face for our pumpkin. J██ designed the eyes, Henry designed the nose, and Hannah designed the mouth. Everyone accepted their design jobs peacefully, and each child was happy to relinquish the pumpkin to the next person after their design was finished. We also saw

189

nice turn-taking while we were baking pumpkin muffins on Thursday. J████ and Hannah cracked the eggs, and Henry took the first turn with the eggbeater. Everyone did a great job of mixing all of the lumps out.  Henry taught the others the song we used last year to let people know when their turn is over. (It consists of us saying, "Stir and stir and stir . . . . . .and stop!" The kids made it up and it is surprisingly effective!) Later, we got to enjoy the fruits of our labors!

Reminder: The days we are closed are November 8th, 9th, and 12th.

November 12 – 16, 2007

This week, all of the kids enjoyed using the new additions to our room. The nuts were a big hit, and all three took turns experimenting picking them up with different shapes and sizes of spoons as well as with tongs. They were all quite good at it, and no one got frustrated when it took more than one try. Hannah and Jesse had a great time using our emotion face stamps, and Henry spent quite a long time coming up with a melody on our new xylophone.

J███ continues to enjoy our colored cars, and this week added some blocks to his play. He commented that all of the cars were going to different colored houses (to match the cars). He also said that the school bus was going to school, and when I asked where the school was, he began building one with blocks. As he was building, he would stop and say, "That's a school. It's going to be big" and then continue building. Eventually it became big enough and he seemed very pleased with his creation, commenting, "That's a school. It's big."

On the patio, Henry began a game using the plastic animals and wood blocks. He built a gate-like structure using the blocks, and put all of the animals behind the gates. He called it an "Animal Center" and then built a Humane Society, which sounded like a vet's office because the animals went there when they were not feeling well. When an animal returned from the Humane Society, I introduced the idea that the other animals would have missed them, and said, "We're so glad you're back!" or "We missed you!" Henry seemed pleased by this idea and incorporated it into his game, taking turns being the returning animal and the greeting animal. As the game progressed, some of the animals became specific characters. Henry explained to me that "Worrier horse" was especially worried when he first came to the Animal Center because he was afraid he wouldn't have any friends, but now he doesn't worry as much because he and the black leopard are best friends.

Hannah used our animals as well this week, finding the animal "babies" that go with our large soft animals. Henry was interested in joining her in reuniting the babies with their mothers, an idea that Hannah resisted because she didn't want the animals mothers to have too many babies. Henry accepted that he could play the same game with the farm animals, and he and Hannah played alongside each other for some time. Later in the week, the two of them worked out a way for them each to be involved in a restaurant game Henry started. He was making the "fall delight" dessert special, and when Hannah came over to join in, they both accepted my suggestion that she could be the chef that made the lunch specials. Hannah then kept me occupied eating nut soup while we waited for the fall delight (a brownie with figs, pears, and apples baked right in) to cook. Like Hannah last week, Henry was also very accommodating when it came to customers who didn't have enough money to pay the original price, and told me it would be okay to just pay a dollar.

In the big room, all three children enjoyed a game that Henry initiated. It involves using our tents as "candy machines." The candy maker sits inside the machine and gives out candy when he hears customers coming. (The "candy" is our stuffed animals, beanbags, and soft bowling pins.). Initially there was just one machine, and Hannah and J███ took turns waiting for Henry to dispense the candy. J███ got the idea to put the candy back into

the machine by tossing it into the hole in the top of the tent, and Hannah decided she could also be a candymaker, and used our other tent as her machine. J███ enjoyed going back and forth between the two, and was very verbal while he was asking for candy and returning it. He also had fun "eating" the candy, and did a great job of just pretending to eat the candy rather than actually putting it in his mouth (something we are working on with all the children, with mixed results depending on the day!)

November 26 – 30, 2007

The kids seemed happy to be back at school after the break, and both Hannah and Henry asked where J███ was on Monday. This week the children have spent a considerable amount of time playing alongside each other, with some interactive play. The new xylophone continues to be a popular patio toy, and the peanut ball, which we moved into the classroom from the big room, provides another way for the kids to get some sensory input throughout the day.

Henry introduced several new games this week. In one, he and I took turns thinking of an animal and then trying to guess what the other was thinking. He was very encouraging, offering me two clues when it was my turn to guess, and exclaiming, "You got it! You got it!" when I guessed correctly. When it was his turn to guess, he wrote the name of his guess in the air with his finger. His pride in his ability to write and draw extended to other areas of the classroom as well. During journal time, he decided that he wanted to draw a picture of the Teletubbies. He did so very carefully, complete with television screens on their stomachs and the sun in the sky. J███, hearing Henry's plan, watched for a bit and then said, "I'm going to draw a yellow guy. . . and a red guy and a green guy and a blue guy." J███ then drew faces in all of those colors. Anne and I are always delighted to see how the children are inspired by one another!

Hannah started off the week with one of her favorite activities, using the scented markers. She had fun smelling lots of different markers at the same time. Hannah has been more active on the playground this week than in recent weeks, climbing on the shaky ladders, the straight spiral rings, and the smaller climber. She also enjoys playing with one of the girls that comes to the playground on the yellow school bus, and always remembers to say a friendly "goodbye" when it is time to leave. Early in the week, she had the idea to build a house for wolf and bear. Henry came over to help, and the two of them worked alongside each other on different parts of the house. Hannah then decided that they would have babies, and Henry commented that the babies would look like a bear with wolf ears or a wolf with bear ears. This game continued throughout the week, and although the two of them disagreed at times about how to build the house or how many babies the wolf and bear should have, with some guidance from us they both offered suggestions for solving the problem at hand.

J███ did a lot of talking to himself as he played this week, and was very interested in joining the other children. Throughout the week, he would seek them out in order to see what they were doing. After watching and listening to Hannah make splatters on her paper with our bingo paints, he did the same thing, saying, "It splatters" as he made dots all over his page. When he was finished, he held up his painting and said, "look!" It was nice to see him take pride in his creation! J███ also joined Hannah when she was doing one of his favorite puzzles, and had fun covering her with leaves on the playground. In the classroom, J███ found our "three little bears" house, a toy that is usually on the patio. He commented, "This one goes with this house" as he matched the colored pigs to the correct color houses. In the big room, he was happy to once again be the customer for Henry and Hannah's candy machines (our house tents).

193

# STEPHANIE G. OWENS, M.A.
5138 Nebraska Avenue, NW
Washington, DC 20008
(202) 468-5712
learninglinks@gmail.com

---

**Education**

5/01      **American University, Washington, DC**
          Master of Arts, *Summa Cum Laude*, Special Education: Learning Disabilities
5/97      **Providence College, Providence, RI**
          Bachelor of Arts, *Cum Laude*, Elementary and Special Education

**Certification**

          District of Columbia Teaching Certification: Special Education (K-12)
          District of Columbia Teaching Certification: Elementary Grades 1-6 Level

**Experience**

6/05- Present   **Learning Links, LLC, Washington, DC**
                *Educational Advocate, Consultant, and Tutor*
- Established Learning Links Educational Services Company.
- Provide educational advocacy and consultative services to families.
- Conduct evaluations of students.
- Observe students and provide written and oral recommendations to parents, teachers and staff for a more effective classroom experience.
- Develop, implement and monitor Individualized Education Plans (IEPs) for students with learning disabilities.
- Assist families with school placement.
- Conduct academic assessments.
- Provide individualized diagnostic and prescriptive tutoring for general education and learning disabled students.

01/06-Present   **Sheridan School, Washington, DC**
                *Learning Specialist*
- Work in partnership with teachers to support students in the classroom.
- Observe individual students in order to help the teachers to assess and support students who require accommodations.
- Work in partnership with teachers to formulate educational plans for students when families provide documentation of medical issues or learning differences.
- Explain diagnostic testing, medications, auxiliary aids, adaptive devices, teaching techniques, and learning accommodations to teachers as relevant to their students' needs.
- Assist parents with finding appropriate private support services.
- Attend parent/teacher conferences.
- Work closely with the admissions staff to interpret diagnostic evaluations and to assess learning styles of incoming students.
- Work closely with the school nurse to coordinate the use of medication and other medically related accommodations.
- Oversee and coordinate the tutors and other private professionals that work with Sheridan students.



EXHIBIT
JA-26
tabbies

19

**STEPHANIE G. OWENS**

8/00-6/05    **Janney Elementary School, District Of Columbia Public Schools, Washington, DC**
*Teacher Assistance Team Coordinator, 504 Coordinator, Special Education Resource Teacher, Special Education Tracking System Coordinator*
- Worked with teachers and parents to address the individual needs of struggling students before referral to special education.
- Developed accommodations for 504 plans and monitored their implementation.
- Created individualized education plans (IEPs) to meet diverse learning needs.
- Planned and implemented curriculum for PreK-6 grade students with a variety of emotional, speech and language, and learning disabilities in an inclusion setting.
- Collaborated with general education teachers to differentiate instruction to meet the needs of the diverse learner in the classroom.
- Used multi-sensory instructional techniques to meet diverse learning needs.
- Develop and implement individual and classroom behavior management plans.
- Assessed efficacy of school interventions and developed new interventions as necessary.
- Provided academic interventions for parents to use at home.
- Administered formal and informal testing and reported the results to parents and teachers.
- Scheduled and chaired TAT, 504 and Special Education meetings.
- Served as case manager for all non-attending special education students and was responsible for communicating with parents, private educational placements, and office of general counsel.
- Acted as Coordinator of the Special Education Tracking System and was responsible for recording and tracking all special education referral, eligibility, IEP, and reevaluation meetings.

8/99-8/00    **Taft Diagnostic Transition Center, District Of Columbia Public Schools, Washington, DC**
*Special Education Teacher*
- Planned and implemented curriculum for six- to eight-year-old students with a variety of emotional, psychiatric, behavioral and learning disabilities in a self-contained classroom.
- Developed and implemented a school-wide behavior management plan.
- Used multi-sensory instructional techniques to meet diverse learning needs.
- Created IEPs to meet diverse learning needs.
- Conveyed pertinent information about student's progress and specific treatment plan delivery to therapists and other treatment team members.

**Professional Experience**
    **Private Tutor, Washington, DC**
    **St. Ann's Home, Inc., Methuen, MA**
    *Child Care Counselor*
    **The Cranston Center, Cranston, RI**
    *Respite Care Counselor*

**Professional Certifications**
    Phono-Graphix Reading Program
    Wilson Reading Program
    Lindamood-Bell Reading Program
    Non-Violent Crisis Intervention
    CPR/First Aid for the Professional Rescuer
    Medication Distribution Training/OSHA Training

**Professional Memberships**
    Council for Exceptional Children
    International Dyslexia Association

*References furnished upon request*

Teacher                                   Fall 1981-Fall 1985

"Social Learning Program" Coordinator    1994-1995

**Program Manager/Teacher**    **Fall 1989-November 2004**

1  Ensured that the center provided a safe and appropriate setting for children and families according to agency policies and NAEYC guidelines.
2  Provided support and supervision to center staff.
3  Worked directly with children and maintained contact with parents in support of parent-teacher communication.
4  Provided referrals to and collaborated with providers of diagnostic and therapeutic services.
5  Helped set up classroom environments in new and expanding programs.
6  Expanded and organized a large library of children's books, with emphasis on books which positively portray diversity, and those which lend themselves to bibliotherapy or support emotional literacy.

While there have been many configurations over the years, for the last two years I was responsible for 2 sites, serving 32 children. One site served eight infants and toddlers, while the other served 24 preschoolers. I worked alongside and supervised a staff of six.

**"Social Learning Program" Coordinator**    **1994-1995**

1  Provided one on one or small group guidance and activities for children who needed respite from the group setting due to behavioral or emotional needs
2  Met with parents and teachers to discuss their concerns as well as staff observations, developing plans for modifications in the classroom as well as utilization of the alternative setting.

**Teacher**    **Fall 1981-Fall 1985**

1  Set up classroom environment and planned activities for a group of eight children, aged 2 ¾ to 5 ¼, or with a colleague, for 16 children.
2  Provided informal daily contact and conferences with parents.
3  Participated in team planning meetings for children with special needs, and embedded therapeutic activities into classroom activities.

This work was done primarily at the Brunswick Center of Family Focus (whose office is now located in the neighboring town of Bath). At one time, my job included supervising a center in Bath as well.

*Cert. spec edu ?*

*cty    Cert ?    Ph d?*

**Anne Jaegerman**

## EDUCATION:

M.S.  Child Development and Early Childhood Education          Wheelock College  2002

Certificate of Professional Development, Inclusion
(15 graduate credits, 5 courses)          Wheelock College  1995

Seminar in Childcare Administration: Caring for Infants and Toddlers
(1-week intensive seminar, graduate level)          Wheelock College 1992

College courses through the University of Southern Maine, & Univ.of Maine   1981-1990
  1   Children Under Stress
  2   Helping Children With Special Needs in the Classroom Environment
  3   Lifespan Development
  4   Intro. To Early Childhood Special Needs (undergraduate level)
  5   Intro. To early Childhood Special Needs (graduate level)

B.A. English/History          University of Wisconsin/Madison

## RECENT AND PERTINENT TRAINING:
Creative Curriculum:  Mentor training (35 hours)    2004
                      Focus on Literacy (16 hours)   2003

Climbing the Symbolic Ladder   Serena Weider  (5 hours)  1999
Infancy and Early Childhood Training Course  Stanley Greenspan  (28 hours) 1998

## EXPERIENCE

## RECENT WORK HISTORY:

## TEACHER JENNY WAELDER HALL CENTER FOR CHILDREN NURSERY PROGRAM          FEBRUARY 2005-PRESENT

From 1981 until November of 2004, I  worked with preschool children in full day programs at one agency in Maine. Over the years the agency has grown and changed its name, and my job titles and responsibilities varied.

  Family Focus (formerly Bath-Brunswick Child Care Services, before that Riverview Day Care)
  Brunswick, ME

Program Manager/Teacher          Fall 1989-November 2004

EXHIBIT
JA-27      197

"Social Learning Program" Coordinator                                      1994-1995

Teacher                                                          Fall 1981-Fall 1985

**Program Manager/Teacher**                              **Fall 1989-November 2004**
1   Ensured that the center provided a safe and appropriate setting for children and families according to agency policies and NAEYC guidelines.
2   Provided support and supervision to center staff.
3   Worked directly with children and maintained contact with parents in support of parent-teacher communication.
4   Provided referrals to and collaborated with providers of diagnostic and therapeutic services.
5   Helped set up classroom environments in new and expanding programs.
6   Expanded and organized a large library of children's books, with emphasis on books which positively portray diversity, and those which lend themselves to bibliotherapy or support emotional literacy.

While there have been many configurations over the years, for the last two years I was responsible for 2 sites, serving 32 children. One site served eight infants and toddlers, while the other served 24 preschoolers. I worked alongside and supervised a staff of six.

**"Social Learning Program" Coordinator**                        **1994-1995**
1   Provided one on one or small group guidance and activities for children who needed respite from the group setting due to behavioral or emotional needs
2   Met with parents and teachers to discuss their concerns as well as staff observations, developing plans for modifications in the classroom as well as utilization of the alternative setting.

**Teacher**                                              **Fall 1981-Fall 1985**
1   Set up classroom environment and planned activities for a group of eight children, aged 2 ½ to 5 ½, or with a colleague, for 16 children.
2   Provided informal daily contact and conferences with parents.
3   Participated in team planning meetings for children with special needs, and embedded therapeutic activities into classroom activities.

This work was done primarily at the Brunswick Center of Family Focus (whose office is now located in the neighboring town of Bath). At one time, my job included supervising a center in Bath as well.

198

# Carmel S. Higgins

4530 Connecticut Ave NW, Apt 705 / Washington, DC 20008 / (617) 650-4643 / carmelhiggins@gmail.com

## EDUCATION

**New York University Ehrenkranz School of Social Work**
Master of Social Work

New York, NY
May 2005

**Boston University College of Arts and Sciences**
Bachelor of Arts in Psychology, *Cum Laude*

Boston, MA
May 2002

## EMPLOYMENT

**Jenny Waelder Hall Center for Children**
*Teacher*

October 2006- Present
*Washington, DC*

Foster the social, emotional, and cognitive growth of children with neurological and environmental vulnerabilities, through the use of specialized materials and an individualized play-based curriculum for each child.

**Volunteers of America New Hope Domestic Violence Shelter**
*Childcare Coordinator*

August 2005 - July 2006
*Brooklyn, NY*

Managed and taught in an on-site childcare program; performed family intakes and trauma assessments of children; developed classroom and parenting curriculums; facilitated therapeutic groups; supervised teaching assistants.

**Children's Evaluation and Rehabilitation Center**
*Social Work Intern*

September 2004 - May 2005
*Bronx, NY*

Provided individual and group counseling to children with learning / developmental disabilities; conducted developmental assessments; coordinated school and community support services.

**America Reads and Counts**
*Tutor*

September 2004 - May 2005
*New York, NY*

Provided individual and group literacy and mathematics tutoring to students in a public elementary school.

**Jewish Association for Services for the Aged**
*Social Work Intern*

September 2003 – June 2004
*New York, NY*

Counseling, assessment, and case management of clients; referred clients to appropriate services and community resources; conducted ongoing home visits to follow up with clients; aided in the acquisition of entitlement benefits.

**Les Petits Nursery School**
*Teacher*

August 2002 – August 2003
*Brookline, MA*

Instructed children aged 3– 5 years, fostering healthy social, cognitive, and physical development; curriculum planning and execution; ongoing communication with parents.

**Boston University Community Service Center**
*Coordinator, First Year Student Outreach Project*

March – August 2000
*Boston, MA*

Developed an HIV/AIDS Awareness service learning program for incoming students; selected sites for a community service project; developed and facilitated educational workshops; recruited, supervised, and trained program staff.

**Bright Horizons Family Centers**
*Assistant Teacher*

September 1999 – August 2000
*Boston, MA*

Supervised and instructed children aged three months to five years, encouraging healthy development in various areas.

## SKILLS

Proficient in MS Windows XP, including Excel, Word, Access, and PowerPoint, and Internet research.
Proficient in administration and scoring of the Conners' Rating Scales and Vineland Adaptive Behavior Scales.



EXHIBIT
tabbies
JA-28
199

**GRIFFIN DOYLE , Ph.D.**
Clinical Psychologist
4400 East – West Highway
Suite 329
Bethesda , MD 20814
301 – 652 – 8308
griffdoyle@aol.com

## PROFESSIONAL EXPERIENCE

**PRIVATE PRACTICE** ( 1981 – Present) – Bethesda , MD & Washington , DC . Psychoanalytic psychotherapy practice with adults , adolescents , children , & parent – child dyads . Specialization with infants and young children possessing developmental delays , Autistic & Regulatory Disorders , or some variation of Pervasive Developmental Disorder .

**MARRIAGE & FAMILY INSTITUTE** ( 1978 – 1981 ) – Washington , DC . Member of group practice working primarily with adults in individual , marital , & group therapies . Director of Child & Adolescent Services .

**WOODBURN CENTER FOR COMMUNITY MENTAL HEALTH** ( 1975 – 78 ) – Annandale , VA . Member of multidisciplinary team in Child & Family Services at a public , outpatient community mental health center . Supervised psychology interns in APA – approved clinical internship program .

**CONSULTANT** (1983 – 1987 ) – Washington , DC . Consulting psychologist for St. Patrick's Day School ten hours per week . Assessed children , made recommendations , & advised parents and educational staff .

**CLINICAL INFANT DEVELOPMENT PROGRAM** ( 1984 – 1988 ) – Adelphi , MD . Investigator in study of high risk mothers and their infants headed by Drs. Stanley Greenspan & Serena Wieder .

**CONSULTANT** ( 1990 – 1994 ) – Washington , DC . Consulting and Clinical Psychologist at Kingsbury Day School . Treated developmentally delayed and typically developing children while also consulting with educational and multidisciplinary support staff for ten hours per week .

**CONSULTANT** ( 1991 – 1998 ) – Bethesda , MD . Consulted for the Marriott Child Development Center's Director and staff in charge of day care for approximately 75 infants and young children (1.5 – 60 months) .

**EXPERT WITNESS/PARENT COORDINATOR** (2001-present) – Served as expert witness in several hearings regarding visitation schedules for infants , permanent custody for foster children, and custodial/visitation arrangements for typically developing and autistic children.

## EDUCATION

Boston College – 1968 , B.A. in Psychology

Catholic University of America – 1976 , Ph.D in Counseling Psychology

Washington Psychoanalytic Foundation – 1985 – 89 . Graduate of four year postgraduate training program in Psychoanalytic Psychotherapy


EXHIBIT
tabbies
JA-29

1

- 2 -

AFFILIATIONS

Infant Mental Health Program at Washington School of Psychiatry ( Washington , DC ) – Core faculty member ( 1995 – present ) and co – chair ( 1998 – 2005 ) of postgraduate two year training program and monthly seminar series .

Interdisciplinary Council on Developmental and Learning Disorders ( Bethesda , MD) – Faculty member ( 2000 – present ) for DIR Summer Institute ; Steering Committee for DIR Certificate Program; ICDL Advisory Board Member.

American Psychological Association – Full member ( 1975 – present )
Maryland Psychological Association – Full member ( 1983 – present )
Licensed Psychologist – District of Columbia ( 1978 – present ) , Maryland ( 1983 – present )

PUBLICATIONS

Doyle , G . (1999). Forgiveness as an  intrapsychic process . Psychotherapy , 36(2) , 190 – 198 .

Doyle , G.  (2002) . Reflections on the DIR Workshop ( July 16-21 ,2001) . Best Practices Newsletter of the Interdisciplinary Council on Developmental & Learning Disorders . 3(3) ,  5-7.

Doyle , G. (2004) . Book Review of *The Infant and Family in the Twenty-First Century* (Gomes-Pedro , J., Nugent , J.K., Young , J.G., Brazelton ,T.B. , Eds.) . Psychiatry: Interpersonal and Biological Processes. Vol. 68(1) , Spring . 2005 ,  80 – 90.

Doyle , G. (2004) . The Internal Life of the Infant . Best Practices Newsletter of the Interdisciplinary Council on Developmental & Learning Disorders . Vol.5(2) , pg.5-9.

WORKSHOPS

New Jersey Association for the Education  of  Young  Children ( October , 1997 ) – Helping a Child's Thinking Develop through Play.

New Jersey Association for the Education of Young Children ( October , 1997 ) – Engaging the Distant Child.

Developmental Delay Registry ( October , 1999 ) – Children as Social Animals

Developmental Delay Registry (February , 2000) – Sensory – Motor and Social – Emotional Development

Developmental Delay Registry ( October , 2000) – Social – Emotional Development of Developmentally Delayed Children

Sleepy Hollow Day Care Center (March, 2001) –Sensory Integration and Social Behavior in Day Care Settings (Fairfax , VA).

2

Infant Mental Health Seminar Series Washington School of Psychiatry ( October , 2001) – Regulatory and ASD Children.

Martha's Vineyard (Mass.) Department of Education (February,2002) – Relevance of Constitutional Variables for Early Development.

District of Columbia Early Intervention Division Program (October,2002)
1. Understanding & Treating Neurological Disorders
2. Early Intervention,Research, & Educational Efforts Regarding Neurological Disorders

Infant Mental Health Seminar Series  (December,2002)- Relevance of Constitutional Problems to Early Development.

Infant Mental Health Seminar Series (December '03, January, '04) - Assessment and Treatment of Regulatory Disordered and ASD Children

Phillip School (March , 2004) – Early Functional Development (Hyattsville , MD) .

ICDL Pre-Conference Workshop (November , 2004) The Relevance of Early Social-Emotional Processes On Overall Development.

Montgomery County Psychologists' Association (April,2004) – Research , Assessment & Treatment of ASD Children.

Infant Mental Health Lecture Series (January,2005) – Treatment of ASD Children.

World Bank (April, 2005)  – The Critical Functions and Nature of ASD.

River School (April , 2006) – Promoting the Building Blocks of Self Esteem in Young Children (Washington , DC).

Family Therapy Networker Conference (March , 2007) – Autistic Spectrum  Disorder and Its Impact on the Family (Washnigton, DC) .

Washington College (April , 2007) – The Mystery of Autism : Creating an  Affective Connection with the Child on the Autistic Spectrum (Chestertown , MD) .

DIR Summer Certificate Institute (July, 2007) – Autistic Spectrum Disorder and Attachment Theory Research: Do the research findings match the trends in our clinical practices? (Monterey, CA).

ICDL Fall Conference (November, 2007) – Attachment and Autistic Spectrum Disorders ( McLean, VA).

3

# Leslie W. Humes

|  |  |
|---|---|
| 1449-B A St. NE | Phone (202) 907-4824 |
| Washington,DC | E-mail |
| 20002 | coquina_@msn.com |

**Education**

East Carolina University, Greenville, NC                              May 1999
**Master of Science, Communication Sciences and Disorders**
- President of the ECU Chapter of NSSLHA (1998-1999)

East Carolina University, Greenville, NC                              May 1997
**Bachelor of Science, Communication Sciences and Disorders**
- Graduated Summa Cum Laude
- Outstanding Senior Award –Department of CSDI
- University Award – Chosen from the University's 1997 Graduates

**Professional experience**

*Director, Capitol Kids Therapy, LLC*          June 2000- Present
Capitol Hill – Washington, DC
*Building Blocks Therapy, LLC*          June 2000-December 2004
Falls Church, Virginia
*Communication Enrichment Services*          June 2000-June 2004
Bethesda, Maryland
*Loudoun County Public Schools*          August 1999-June 2000
Leesburg, VA

**Speech Language Pathologist – Director, therapist**
- Evaluate and treat infants, toddlers, preschoolers presenting with developmental delays, speech-language delays and disorders, syndromes, feeding difficulties, sensory integration disorders, and Autism/Autism spectrum disorders. Evaluate and treat school-aged children exhibiting difficulty with auditory discrimination, phonemic awareness, reading, writing, language processing, verbal language use and articulation delays/disorders.   Conduct speech-language screenings, classroom observations, and teacher/parent in-services.
- Maryland License Number: 4011
- Virginia License Number: 2202003569
- *American Speech-Language Hearing Association*  License Number: 12008988

**Speech Language Pathologist – CFY Position**
- Evaluated and treated Elementary School children (ages 2-12) presenting with speech and language delays and disorders, syndromes, feeding difficulties and Autism/Autism Spectrum disorders.
- Screened children's speech and hearing (ages 2-12)
- Wrote Individualized Education Plans and led IEP meetings with parents and professionals.

EXHIBIT
JA-30     207
tabbies

**Additional professional activities**

- *Nonverbal Learning Disabilities*
  Presented by Dean J. M. Mooney, PhD, NCSP          April 30, 2007
- *Spectrum of Developmental Disabilities XXVIII*
  Presented by Johns Hopkins          Mar. 26-28, 2007
- *9th Annual International Conference Autism and Disorders of Relating and Communicating*
  Presented by ICDL          Nov. 11-13, 2005
- *Auditory Processing Disorders*
  Presented by Dr. Jay Lucker, Ed. D., A/SLP          Sept. 17, 2005
- *Introduction to Prompt Technique*          April 14, 2004
  Presented by Donna Gaines, MA CCC-SLP
- *Affect Based Language Curriculum*          June 6, 2003
  Presented by Diane Lewis, MA CCC-SLP
- *On Cloud Nine Math*          April 12, 2003
  Presented by Lindamood-Bell
- *Treatment & Management for Autistic Spectrum Disorders*
  Presented by Lorna Jean King, OTR, FAOTA          May 10/11, 2002
                Gail J. Richard, PhD, CCC-SLP
- *Oral-Motor Assessment and Intervention*          March 24, 2001
  presented by Debra Beckman, MS, CCC-SLP
- *A Three Part Treatment Plan for Oral-Motor Therapy*  Sept.30, 2000
  presented by Sara Rosenfeld-Johnson, MS, CCC-SLP
- *Feeding Therapy: A Hands-On Experience*          July 6/7, 2000
  presented by Lori Overland, MS CCC-SLP
- *Dynavox Systems' Getting Started Workshop*          Feb. 24, 2000
  presented by Linda M. Carmen

204

**Kathleen R. Miller, Ph.D.**
6505 Wiscasset Road
Bethesda, MD 0816
301-320-9302

## LICENSED PSYCHOLOGIST
Washington DC
State of Maryland

## EDUCATION
**Ph.D., The George Washington University, Washington, DC** Accredited by
the American Psychological Association Degree in Clinical Psychology,
February 1981.

**B.A., Michigan State University, East Lansing, Michigan. With Honors:
James Madison College.** June, 1972

## POSTDOCTORAL TRAINING
**The Baltimore-Washington Institute for Psychoanalysis, Laurel, MD.**
Five years of intensive training and supervision in psychoanalysis.
Graduate Analyst, June, 1993

**The Baltimore-Washington Institute for Psychoanalysis, Washington,
D.C. Child Psychotherapist Course.** Two year training program in
intensive psychotherapy with children and adolescents. Completed May,
1984.

**St. Elizabeths Hospital, Washington DC.** Post Doctoral Residency in
Clinical Psychology Child and Adolescent Division 1980 - 1981

## CURRENT PROFESSIONAL POSITIONS

**Director, Jenny Waelder Hall Center for Children, Washington, DC.**
(May, 2007 - present) JWHCC is a non-profit organization
dedicated to supporting the social, emotional and cognitive
development of young children. The organization features a model
nursery program for children with social and emotional challenges.

**Private Practice**
Psychotherapy and psychoanalysis with adults, children and
adolescents, family counseling. Psychological Assessment. Professional
supervision of graduate and licensed mental health professionals (1982
- present)



EXHIBIT
JA-31    2 5

**Teaching Analyst**
**The Baltimore-Washington Institute for Psychoanalysis, Laurel, MD.**
Courses include: Psychopathology, Technique, Child Development,
Psychoanalytic theory I, II, and III. (1995 - present)

## PREVIOUS PROFESSIONAL POSITIONS

**Assistant Professorial Lecturer**
The George Washington University Center for Professional Psychology.
Courses include Psychotherapy, Psychological Assessment, History and
Systems, Cultural Factors in Clinical Psychology, Research Design,
Group Dynamics, Ethics. (1996 - 2004)

**Faculty Member**
Overholzer Division of Training, St. Elizabeth's Hospital, NIMH,
Washington, D.C. Supervision of Psychology Interns and psychiatry
residents, taught: Group Psychotherapy and Group Dynamics (1982-1985)

**Clinical Psychologist**
Youth Program Branch, Area D Community Mental Health Center, St
Elizabeth's Hospital, NIMH, Washington D.C. (1980 - 1982)

**Internship and Advanced Internship in Clinical Psychology**
Division of Child and Adolescent Services, Overholzer Division of
Training, St. Elizabeth's Hospital, NIMH, Washington, D.C. (1978 -
1980)

**Lecturer**
The George Washington University Department of Psychology. Washington
D.C. (1977 - 1978)

## PROFESSIONAL AFFILIATIONS

**Director, Baltimore-Washington Institute for Psychoanalysis**

American Psychological Association
Maryland Psychological Association
American Psychoanalytic Association
Association for Child Psychoanalysis
Baltimore-Washington Center for Psychoanalysis
International Psychoanalytic Association

**Consortium for Education in Groups and Organizations**
(President 1992-1994)

206

**Stacey E. Raina**
1221 Massachusetts Ave. NW
Apt. 923
Washington D.C., 20005
(202) 243-8750
barrett1387@hotmail.com

**CERTIFICATIONS:**
Provisional License of New York State Teacher of Speech and Hearing Handicapped

**EDUCATION:**
**Southern Connecticut State University, 12/06**
Masters of Science in Speech Language Pathology
**State University of New York Cortland College, 12/97**
Bachelor of Science in Speech Language Pathology and Audiology

**PROFESSIONAL EXPERIENCE:**
**Capitol Kids Therapy- CFY Position, 2/07-current**
- Effectively perform the complete spectrum of speech language therapy services for children (ages 2-7) presenting with speech-language delays and disorders.
- Conducted evaluations and screenings for children presenting with speech-language delays and disorders.
- Developed and implemented Individualized Education Plans.
- Participated in eligibility meetings for school-aged children.

**Early Years Center- Speech Intern, 8/06- 12/06**
- Effectively performed the complete spectrum of speech language therapy services for special education pre-school students.
- Wrote Individual Education Plans, prepared lesson plans and held eligibility meetings.

**Uconn Health Center: Speech Intern, 6/06- 8/06**
- Assessment and treatment of a full range of speech, language, and swallowing disorders in acute care hospital inpatient and out patient setting.
- Objective assessment of swallowing disorders with modified barium swallows and fiberoptic endoscopic evaluations of swallowing.

**Rothman Therapeutic Agency: Speech Therapist, 6/01-8/04**
- Provided individual speech and language therapy for pre-school children in accordance to child's IEP.
- Developed IEP goals, provided evaluations and established quarterly/annual reports.
- Participated in meetings with school district, parents and other members of the Committee of Pre-school Special Education.

**Rothman Therapeutic Agency: Play Pals Instructor, 12/03-8/04**
- Developed and implemented thematic group lesson plans to facilitate language development and socialization skills for 16-36 month old children.

**Developmental Disabilities Institute: Speech Therapist, 1/98 – 6/01**
- Provided remediation services for both children and adults with a variety of physical and cognitive disorders.
- Developed individualized speech and language goals, with behaviorally measurable objectives, provided evaluations, and established reports based on progress.
- In-serviced and collaborated with team members on the interests of the individuals and the integration of alternative communication methods.

**Family Support Services: Respite Care Worker, 3/98 – 2/99**
- Provided direct care for school-aged individual diagnosed with pervasive developmental disorder.
- Implemented language enhancement programs to aid in the development of communication and pragmatic skills.

EXHIBIT

JA-32   20

- Followed behavior modification protocol to facilitate behavioral changes.

**Special Training:** PECS, Applied Behavioral Analysis (ABA),  Getting Your Oral Motor Started: Practical Principles and Procedures, Feeding and Pre-Speech Issues in Children with Mild to Moderate Disabilities, Evaluation and Treatment of Children with Apraxia of Speech, Expanding skills of school professionals to serve students with Austism Spectrum Disorder

**References:**

Christine Zaczynski, M.S., CCC-SLP
UCONN Health Center
(860) 679-3233

Karen Collins, M.S., CCC-SLP
UCONN Health Center
(860) 679-3233

Janet Sinni, M.S., CCC-SLP
Early Years Center
(203) 315-3540

Althea Marshall, M.A., M.S., CCC-SLP
SCSU
(203) 392-5966

# Kristen G. Masci, M.S., OTR/L

4748 24th Rd. North
Arlington, VA 22207
H) 703-229-4866
W) 202-544-5439
skillsonthehill@yahoo.com

## PROFESSIONAL EXPERIENCE

**Skills on the Hill, LLC Pediatric OT Services,** Washington, DC          8/02-present
- Owns and directs a pediatric private practice
- Provides occupational therapy to children with visual perceptual, fine, and gross motor difficulties and sensory processing issues in school and clinic settings.
- Collaborates with parents and teachers in developing home programs and Individualized Education Plans and educates others regarding treatment and progress made.
- Provides parent and teacher workshops focusing on the identification of functional problems and therapeutic activities to use at home and school.

**OT 4 Kids,** Arlington, Virginia          2/02 – 12/03
- Provided occupational therapy to children with fine and gross motor difficulties, developmental delay, and Sensory Integrative Dysfunction in a clinic setting.
- Collaborated with parents in developing home programs and educated parents regarding treatment and progress made.

**Myania Moses & Associates,** Falls Church, Virginia          8/01-12/03
- Provided occupational therapy to children with fine and gross motor difficulties, developmental delay, and Sensory Integrative Dysfunction in a clinic setting.
- Collaborated with parents in developing home programs and educated parents regarding treatment and progress made.

**Metropolitan Educational & Therapeutic Services, Inc.,** Washington, D. C.          10/01-8/02
- Provided occupational therapy to children with special needs in public and private school settings.  This population included LD, ADD, ADHD, and ED.
- Performed screenings of fine/gross motor and visual perceptual skills and for children between the ages of 3 and 6 in a Montessori educational setting.

**INOVA/VNA Home Health,** Alexandria, Virginia          8/01-3/02
- Evaluated and treated adults in the home setting with a variety of diagnoses including CVA, COPD, CHF, joint replacements/injury, and Parkinson's Disease.
- Communicated with team members, physicians, and caregivers in order to monitor changes in status and compliance with home programs, and scheduled visits.

**Lynne Israel & Associates,** Washington, D. C.          6/99-8/01
- Provided occupational therapy to children with special education needs in a private school setting.  This population included LD, ADD, ADHD, PDD, and Sensory Integrative Dysfunction.
- Collaborated with students, teachers, parents, and other members of the special education team to develop individualized education plans.
- Facilitated occupational therapy groups addressing fine motor skills, visual perceptual/motor skills, and other functional life skills.
- Planned and ran a group in a six week intensive sensory integration camp for two consecutive summers.

## EDUCATION

**Shenandoah University,** Winchester, Virginia          8/96-5/99
**Master of Science in Occupational Therapy**

**Gettysburg College,** Gettysburg, Pennsylvania          8/91-5/95



EXHIBIT

JA-33

**Bachelor of Arts in Health & Exercise Science** with a concentration in Psychology

## CERTIFICATION, LICENSES, & PROFESSIONAL MEMBERSHIPS

| | |
|---|---|
| OT License: District of Columbia | current |
| American Occupational Therapy Association: member | 1996-present |
| National Board of Certification of Occupational Therapists | current |

## CONTINUING EDUCATION

| | | |
|---|---|---|
| Treating Sensory Modulation Disorders with Infants & Toddlers | 12 hours | 2006 |
| SIPT Course IV – Intervention | 30 hours | 2006 |
| Working with Children with Auditory Processing Disorders | 6 hours | 2005 |
| SIPT Course III- Interpretation of the SIPT | 30 hours | 2005 |
| Teaching Social Thinking & Social Skills at Home & School | 12 hours | 2004 |
| SIPT Course II –The Sensory Integration & Praxis Test | 30 hours | 2004 |
| Listening with the Whole Body- "Therapeutic Listening" | 12 hours | 2003 |
| SIPT Course I- The Sensory Integration Perspective | 30 hours | 2003 |
| Treatment & Management for Autism Spectrum Disorders | 12 hours | 2002 |
| Early Intervention for Sensory Integration | 6 hours | 2002 |
| Introduction to NDT for Pediatrics - Kristen Birkmeier | 18 hours | 2002 |
| Practical Sense In Sensory Integration- Julia Harper | 14 hours | 2000 |
| Treating Functional School Difficulties - Mary Benbow | 16 hours | 2000 |
| Using NDT and SI to Maximize Outcomes - Leslie Adler | 12 hours | 2000 |



**DISTRICT OF COLUMBIA**
**PUBLIC SCHOOLS**

Office of the General Counsel
825 North Capitol Street, N.E., 9th Floor
Washington, D.C. 20002-4232
202-442-5000     Fax: 202-442-5098
www.k12.dc.us

December 14, 2007

Michael Eig & Associates, PC
5454 Wisconsin Ave. Suite 760
Chevy Chase, MD 20815

## Amended DISCLOSURE STATEMENT

**Subject: Due Process Hearing for J▬▬ A▬▬▬ DOB ▬▬/2003**

Dear Mr. Eig,

At the upcoming due process hearing in the above-referenced matter, and pursuant to the
Individuals with Disabilities Education Improvement Act (IDEIA) of 2004, in addition to any
documents and witnesses disclosed by the parent, DCPS may rely upon the witnesses and
documents previously disclosed in this matter, and any of the following witnesses/documents[1]:

<div align="center">Witnesses</div>

1. Zandra Johnson, or designee Supervisor CARE Center 202/671-0800
2. Chandra Whitaker, or designee CARE Center
3. Harry Brackenberry LEA Representative at Resolution Meeting
4. Evangeline Meshack, Special Education Teacher at West ES 301/455-4767 or 202/576-6226
5. Jo Ann Lowery, Program Specialist
6. Rhoda Matthews, Special Education Coordinator Anne Beers ES
7. Manon McDowell, Special Education Teacher
8. Monica Harris, Speech Pathologist

<div align="center">Documents</div>

1. 11/20/06 Review of Independent Assessment
2. 12/12/06 Eligibility Determination Form
3. 8/15/07 MDT Notes
4. 8/15/07 Prior Notice
5. Service Ticket
6. OT Evaluation 11/30/06
7. Review of Independent Assessment
8. Developmental Evaluation 8/8/06

---

[1] Witnesses may testify by telephone.

211

DCPS Office of the General Counsel
Page 2

    9.  Speech/Language Evaluation 12/5/06
   10. Speech/Language Evaluation 9/15/06
   11. 12/12/06 IEP
   12. 6/11/07 Goal Update Page
   13. 06/07 Progress Report
   14. 4/18/07 IEP Meeting Notes
   15. 12/8/06 Initial Placement
   16. 3/7/06 Screening
   17. 12/05/06 Confirmation of Meeting Notice
   18. 12/5/06 Letter of Invitation
   19. 11/28/06 Letter of Invitation

### Motion to Compel Attendance

Pursuant to 5 DCMR 3031.1(b), DCPS hereby moves the Student Hearing Office to compel the attendance of the below named individuals as necessary and material witnesses:

**Alyson Steele and Carl Andersen at address of their attorney above**

    DCPS reserves the right to amend this disclosure as documents become available.
    DCPS reserves the right to examine any witnesses called or identified as a potential witness by the representative of the student, as if such witness was called by DCPS.
    DCPS reserves the right to rely upon and/or use any documents/witnesses presented and/or disclosed by the parent that DCPS deems relevant in this case.
    DCPS reserves the right to introduce any and all witnesses and/or documents for the purposes of impeachment and rebuttal

    If you wish to discuss any aspect of this case further, or have questions, please contact me at (202) 442-5189.

              Sincerely,

              Laura George
              Attorney Advisor
              Office of the General Counsel
              DC Public Schools
              825 North Capitol Street, N.E., 9th Floor
              Washington, D.C.  20002
              (202) 442-5189 - phone
              (202) 442-5098 - fax

cc:    Student Hearing Office

**DISTRICT OF COLUMBIA
PUBLIC SCHOOLS**

**Office of Special Education**
825 North Capitol Street, N.E., 6th Floor
Washington, D.C. 20002-4232
202-442-4800, fax: 202-442-5518
www.k12.dc.us

## REVIEW OF INDEPENDENT ASSESSMENT

Student _J___ A_____    Student ID Number _9228229_

School _ACC Model Cities Ctr._, Grade ___    Date of Birth _____/2003_  Age _3-3_

Date of Assessment _8/8/2006_    Date of Review _11/20/06_

### Type of Independent Assessment (Check One)

Clinical _____    Educational _____    Neuropsychological _____

Psychiatric _____    Psychoeducational _____    Other _✓_ (Developmental)

### Part I: Review by Qualified Personnel

Name and title of DCPS qualified personnel reviewing assessment: _Andrea C. Hogarth, Ph.D. (School Psychologist)_

Name and title of person who completed the independent assessment/and name and title of supervisor (if applicable)
_Brian Cosby, M.A. & Penny Glass, Ph.D_
_Psychology Intern          Developmental Psychologist_

If the person who completed the assessment is an audiologist, occupational therapist, physical therapist, psychologist, physician, or speech-language therapist, is the person licensed? _____ Yes _____ No   DK

The report is written, dated, and signed by the individual examiner who conducted the assessment or appropriate designee and appears on agency/company letterhead? _✓_ Yes _____ No

Testing and assessment materials and procedures used to assess the student's need for special education and related services are:
- Valid and reliable? _✓_ Yes _____ No
- Current version of assessment (newer version that is more than 2 years old does not exist)?
  _____ Yes  _✓_ No
- Provided and administered in the student's native language, unless it is clearly not feasible to do so?
  _✓_ Yes _____ No
- Valid for the specific purpose for which they are used? _✓_ Yes _____ No

The results of the assessment procedures selected for use with a student with impaired sensory, manual, or speaking skills accurately reflect the student's potential or achievement level or the other factors that the procedures are intended to measure?
_____ Yes _____ No _✓_ Not applicable

### Part II: Review, Considerations, and Conclusions

The report includes the following:
- A review of relevant background information? _✓_ Yes _____ No
- A description of the student's performance on the assessment? _✓_ Yes _____ No
- A description of the student's performance in the current school environment?
  _____ Yes _✓_ No
- A variety of assessment tools and strategies to directly assist in determining if the student has an educational handicapping condition as defined by IDEA and Chapter 30? _✓_ Yes _____ No

Are there additional data available to the school which suggests that there are other factors which significantly impact the student, such as health, attendance, social, or other issues?
_____ Yes _✓_ No
If yes, please specify _____

Are conclusions supported by the data provided? _✓_ Yes _____ No

Is additional information needed? _____ Yes _✓_ No
If yes, please specify _____

Reviewer has had direct contact with student? _✓_ Yes _____ No  Observation on 11/1/06

As a result of items in Parts I and II, a DCPS assessment is waived. _✓_ Yes _____ No _____ Yes, with reservations (attach note)

---

## Children First

12/18/2003

213

# Autism
## Eligibility Determination Form
### (Attach MDT Meeting Notes)

| Student's Full Name: ~~██████████~~ | Student ID: 922 8229 |
|---|---|
| Date of Birth: ~~████~~ /03 | Date of MDT: 12/12/06 |
| Attending School: ACC Model Cities | Neighborhood School: |

In order to determine if a student to have the disability of Autism and is eligible for specialized instruction and/or related services the MDT must compare evaluation data and document that:

| | | |
|---|---|---|
| ✓Y ○ N<br><br>○ Insufficient<br>(There is NOT enough documentation available to make a determination) | 1a. | The student has a developmental disability, generally evident prior to age 3, significantly effecting verbal and nonverbal communication (must be present for eligibility),<br>  ✓ delay in, or lack of spoken language development (with no compensation through alternative modes of communication)<br>  ☐ in verbal persons, marked impairment in conversational skills<br>  ☐ stereotyped and repetitive use of language<br>  ☐ lack of spontaneous age-appropriate make-believe or social imitative play, **and** |
| ✓Y ○ N<br><br>○ Insufficient | 1b. | The student has a developmental disability effecting social interaction (must be present for eligibility,<br>  ✓ marked impairment in the use of multiple nonverbal behaviors<br>  ☐ failure to develop age appropriate peer relationships<br>  ☐ lack of spontaneous seeking to share interests and achievement with others<br>  ☐ lack of social or emotional reciprocity, **and** |
| ○Y ○N<br><br>✓Insufficient | 1c. | The student has a developmental disability effecting behavior (must be present for eligibility),<br>  ☐ preoccupation with at least one stereotyped and restricted pattern of interest to an abnormal degree<br>  ☐ inflexible adherence to nonfunctional routines or rituals<br>  ☐ stereotyped and repetitive motor mannerisms<br>  ☐ preoccupation with parts of objects. |
| ○Y ○N<br><br>✓Insufficient | 2. | Evaluation information confirms there is an adverse effect on educational performance (must be present for eligibility). |
| Supporting Evidence [Type(s) of documentation used to make the determination, i.e., psycho-educational evaluation, speech language evaluation, classroom work, teacher observation, etc.]: | | |
| ○Y ○N | | Evaluation information confirms that lack of instruction in reading and/or math was not a determinant factor in the eligibility decision. |
| ○Y ○N | | Evaluation confirms that limited English proficiency was not a determinant factor in the eligibility decision. |
| ○Y ○N | | The student's deficits are not <u>primarily</u> the result of an emotional disturbance, speech or language impairment or mental retardation. |

The MDT used the above interpretation of the evaluation data to determine:

  ☐The student has Autism and is eligible for specially designed instruction and/or related services (Criteria 1and 2 MUST all be checked to be eligible), or

  ✓The student does not have Autism, or

  ~~Evaluation data is insufficient to determine eligibility. Additional assessments and/or data will be obtained in the area(s)~~ as indicated on the **STUDENT EVALUATION PLAN (SEP)**. The MDT will reconvene by _____ to review and determine eligibility.

*All medical documentation must be reviewed by the DCPS medical doctor.

214

September 20, 2002

DISTRICT OF COLUMBIA PUBLIC SCHOOLS
WASHINGTON, D.C.

MULTIDISCIPLINARY TEAM
(MDT)
MEETING NOTES

MDT REFERRAL DATE: _____

<div style="border:1px solid black; display:inline-block">MDT</div>

STUDENT: J___ A_____          SCHOOL: CARE Center          DATE: 8-15-07

PARTICIPANTS: (Print Name)          PARTICIPANTS: (Sign Name)          POSITION

| CARL ANDERSEN | | PARENT |
| Manon McDowell | | SPED Teacher |
| Monica Harris | Monica Harris MdCCSLP | Speech Pathologist |
| Stephanie Owens | | Advocate |
| Zondra Johnson | | Supervisor EC |

The purpose of the meeting is to review J___ progress and determine if any changes are needed on the IEP. All of the team members introduced themselves and the meeting began. DCPS presented the progress notes dated June 11, 2007 which the parent and advocate had prior to this meeting. The father had questions about the teaching staff at J___ school. Zondra Johnson addressed this concern and offered the parent a change in placement to Beers ES where a highly qualified teacher is on staff. The father raised concerns about the class size of the inclusion class at West. The father was given the option to place J___ in a smaller class but it would not be an inclusion class but an out of general education class with fewer children, than what was in the inclusion class that J___ was in during the 2006-2007 school year. DCPS answered parent questions about service delivery models offered by DCPS and options for J___. At this time J___ IEP is current and based on the progress notes of 6-11-07 it appears appropriate. The information presented shares that J___ has not made progress.

The parent stated that the data submitted is not appropriate to create and an appropriate IEP. Because of this, the father intends to withdraw J___ from public school and will unilaterally enroll him in a private school at the public's expense.
DCPS is in disagree w the parent and believe that the I is appropri that the documentation provided by the teacher indicates that little progress was made and additionally the parent reports that Jesses demonstrated some regression. The team recommends that J___ be placed in self-contained program with a smaller teacher

District of Columbia Public Schools
Washington, D.C.

**MULTIDISCIPLINARY TEAM**
**(MDT)**
**MEETING NOTES**

STUDENT: ~~Jason A~~    SCHOOL: CARE Center    DATE: 8-15-07

Student ration at Beers ES.
~~DCPS J~~ placement will be changed from west to
A Beers
The meeting was concluded.

DISTRICT OF COLUMBIA PUBLIC SCHOOLS    DIVISION OF SPECIAL EDUCATION    MDT MEETING NOTES

216

DISTRICT OF COLUMBIA PUBLIC SCHOOLS
SPECIAL EDUCATION

MULTIDISCIPLINARY TEAM (MDT)

PRIOR NOTICE

**Check Purpose:**
- ☐ Initial Evaluation
- ☐ Initial Placement
- ☐ Reevaluation
  - ☐ Change in Category Exit
  - ☐ Related Service Add
  - ☐ Related Service
  - ☒ Change in Placement
  - ☐ Other _____

Date  8/15/07

Student  J_____  A_____    DOB  __/__/03

School  Carl West

Current Disability Category  Developmental Delay

Setting  Combination General Ed/Special Ed

Dear  Mr. Carl Anderson

State and federal laws regarding students with disabilities require school systems to notify and inform parents of certain changes being made to their children's education program.
Therefore, you are being notified of the following proposed changes:
- ☒ Proposes to initiate or change the identification, evaluation, educational placement or provision of FAPE to your child.
- ☐ Refuses to initiate or change the identification, evaluation, educational placement or provision of FAPE to your child.
- ☐ Other _____

**A multidisciplinary team (MDT), of which you were an invited member, has made the following decisions about your child: (check all that apply)**
- ☐ Your child is not eligible for special education service(s).
- ☒ Your child is eligible or continues to be eligible to receive special education services as a student with  Developmental Delay
- ☒ Your child will begin receiving  Speech / OT  as a related service(s).
- ☐ Your child will no longer receive _____ as a related service(s).
- ☐ Your child's category of disability is being changed from _____ to _____
- ☒ Your child's alternative placement on continuum (next setting) is being changed,
  from  West ES  to  A. Beers
- ☐ Your child is no longer eligible and will be exited from the special education program.
- ☐ Other: _____

**Description and Explanation of agency action proposed or refused.**

& the combination General Ed/Special Educ. rejected will not meet his needs. General Education setting rejected will not meet his level of need.

**Description of Other Options Considered and reasons for rejection of each option**

Accept Out of General Education - this will meet his level of need, smaller class size.

Other relevant factors to the decision-  A. Beers has a smaller class size.

MDT Members:
- ☐ Principal or Designee
- ☒ Parent
- ☐ Student
- ☐ Social Worker
- ☐ General Education Teacher
- ☒ Special Education Teacher
- ☒ Speech and Language
- ☒ *LEA & Interpreter (*may be one)
- ☐ Psychologist
- ☒ Other: Advocate

Any questions you may have concerning your child's program may be directed to the principal.
You are protected under the Procedural Safeguards for parents, which are enclosed for your information.
If I can be of assistance to you, or have questions regarding the Procedural Safeguards,
please contact  Londra Johnson  at  671-0882  (school telephone number).

See attachments for - EVALUATION PROCEDURES, TEST, RECORDS OR REPORTS USED

MDT Prior Written Notice to the Parent
07-02-2001                                                                                          1

217

DISTRICT OF COLUMBIA PUBLIC SCHOOLS
WASHINGTON, D.C.

MULTIDISCIPLINARY TEAM
**(MDT)**
MEETING NOTES

MDT REFERRAL DATE: _____

| MDT |
|-----|

STUDENT: J████ A████████                    SCHOOL: CARE Center                    DATE: June 12, 2007

| PARTICIPANTS: (Print Name) | PARTICIPANTS: (Sign Name) | POSITION |
|---|---|---|
| Zondra Johnson | | Supervisor |
| JoAnn S. Lowery | | Program Specialist |
| Alyson Steele | | Parent |
| Carl Andersen | | Parent |
| Stephanie Owens | | Educational Advocate |
| | | |
| | | |
| | | |

The purpose of the meeting is to review J████ progress at West Elementary School and revise the IEP for determination of appropriate placement. The Educational Advocate requested that Teacher and related service providers be present at the MDT to discuss J████ progress and that meeting be rescheduled with all team members present. Zondra Johnson stated that Teacher was in error in not documenting child's progress with evaluation procedures stated on the IEP. Parent requested to know site of Placement. The MDT agrees that the child's progress was not documented monthly as stated on the IEP. Zondra Johnson stated that placement could not be pre determined until IEP is revised because J███ should be placed in the Least Restrictive Environment that is closer to child's home. Advocate requested progress reports from Teacher prior to next meeting. The MDT agrees the team should reconvene to discuss J████ progress. The meeting will be determined and parents and advocate will be notified.

218

**SERVICE TICKET**

Encore Student ID :    21039010

| Student : A_____, J_____ | Student ID: 9228229 | DOB: __/___/2003 |
|---|---|---|
| Social Security Number : | School Code : 336 | School Name : West Elementary |
| Primary Disability : | District Code : DCPS | District Name : Washington DC Public Schools |

| Actual Provider : banks, wanda | Provider ID : 98124669 |
|---|---|
| Provider Type Code : 07 | District Code : DCPS |
| Servicing School Code : | |

IEP Date Developed :    11/02/2006        IEP Service Code:    Occupational Therapy

## Document All Services As Instructed

| Service Date (mm/dd/yyyy) | Presenting Problem | Daily Freq | Duration | Procedure Code/Modifier | Cat/Type of Service | # Of Student | Response To Treatment | Progress Notes |
|---|---|---|---|---|---|---|---|---|
| 11/17/2006 | Problems with Learning | 1 | 45 | Review Reports | Administrative Duties - Reviewing Records | 0 | | See notes below |
| 11/17/2006 | Problems with Learning | 1 | 60 | Test Administered | Worked With - Student | 1 | Continue | See notes below |
| 11/17/2006 | Problems with Learning | 1 | 30 | Test Scoring | Administrative Duties - Report Writing | 0 | | See notes below |

Additional Progress Notes :    Scored test

| Service Date (mm/dd/yyyy) | Presenting Problem | Daily Freq | Duration | Procedure Code/Modifier | Cat/Type of Service | # Of Student | Response To Treatment | Progress Notes |
|---|---|---|---|---|---|---|---|---|
| 11/30/2006 | Problems with Learning | 1 | 120 | Written Evaluation Report- OT | Administrative Duties - Report Writing | 0 | | See notes below |

Additional Progress Notes :    Completed student OT evaluation report

| Service Date (mm/dd/yyyy) | Presenting Problem | Daily Freq | Duration | Procedure Code/Modifier | Cat/Type of Service | # Of Student | Response To Treatment | Progress Notes |
|---|---|---|---|---|---|---|---|---|
| 12/05/2006 | Problems with Learning | 1 | 120 | Eligibility/IEP Meeting-OT | Administrative Duties - Attending an MDT/IEP Meeting for Student | 0 | | See notes below |

Additional Progress Notes :    Attended student's MDT/IEP meeting

Provider Signature    _Wanda R Banks, MA OT_/_    Credentials        Date Signed    _2/6/07_

Supervisor Signature    _____    Credentials        Date Signed    _____

219

Student :    Andersen, Jesse                    Page 1 of 1

**Central Assessment Referral and Evaluations (C.A.R.E.) CENTER**



Office of Special Education
(Located at Shaw Junior High School)
925 Rhode Island Avenue, NW
Washington, DC 20001
(202) 671-0882



## OCCUPATIONAL THERAPY EVALUATION REPORT

### STUDENT IDENTIFYING INFORMATION:

| | |
|---|---|
| **Student Name:** | J████ A█████ |
| **D.O.B.:** | ███/03 |
| **Parent(s):** | Alyson Steele & Carl Andersen |
| **School:** | C.A.R.E. Center |
| **Therapist:** | Wanda R. Banks, M.A.,OTR/L |
| **Date of Evaluation:** | 11/17/06 |
| **Date of Report:** | 11/30/06 |

### Background Information:

J████ is a 3 year 3 month old male who was referred for an Occupational Therapy evaluation by the Multidisciplinary Team at the C.A.R.E. Center to determine whether school based occupational therapy services are warranted.

### BEHAVIORAL OBSERVATIONS

J████ arrived at the C.A.R.E. Center with his father. Mr. Andersen accompanied J████ and this therapist to a testing area that was free from distractions. Once we entered the therapy room J████ continued to have difficulty separating from his father who was still in the room. Mr. Anderson encouraged J████ to come over to the table area to work with this therapist.

### ASSESSMENTS ADMINISTERED

1. Peabody Developmental Motor Scales-2 (PDMS-2)
2. Sensory Profile (Completed by the Parent)
3. Clinical Observations

### ASSESSMENT RESULTS

** It should be noted that the numerical scores for these tests are based on children without developmental delays. The Age Equivalents, although easily understood, are often not the best measure of a child's growth from year to year. The standardized score, which is not dependent on age, but the number of correct responses given out of all the possible answers, may be more accurately used for comparison purposes.

220

**Central Assessment Referral and Evaluations (C.A.R.E.) CENTER**



Office of Special Education
(Located at Shaw Junior High School)
925 Rhode Island Avenue, NW
Washington, DC 20001
(202) 671-0882



## Peabody Developmental Motor Scales 2- Fine Motor Section (PDMS-2)

The PDMS-2 is an assessment that is composed of six subtests (reflexes, stationary, locomotion, object manipulation, grasping and visual-motor integration) that measure interrelated motor abilities that develop early in life. It is designed to measure motor abilities, (gross and fine motor skills) from birth to 6 years of age. The subtests for the fine motor section of the PDMS-2 are listed below.

1. **Grasping**: Measures the child's ability to use his or her hands holding objects in one hand and progressing to actions requiring controlled use of fingers and/or both hands.
2. **Visual-Motor Integration:** Measures a child's ability to use his/her visual perceptual skills to perform complex eye-hand coordination tasks, (i.e. reaching and grasping objects, building with blocks, and copying designs).

The scores for these subtests are listed below:

| Subtest | Raw Score | Standard Score | Percentile | Age Equivalent | Description of Performance |
|---------|-----------|----------------|------------|----------------|---------------------------|
| Grasping | 42 | 6 | 9 | 20 months | Below Average |
| Visual-Motor Integration | 94 | 5 | 5 | 23 months | Poor |

J███ obtained a fine motor quotient of 73 indicating his overall fine motor skills are in the poor range. On the grasping section of the PDMS-2 J███ received a standard score of 6 which is in the below average range. He was able to grasp small pellets, grasp two cubes with one hand, and grasp a marker using his thumb and first finger toward the paper and the rest of his fingers around the marker. He grasped the marker with his right hand. He was unable to use a more mature tripod grasp. J███ was also unable to unbutton and button buttons however, these task are above his chronological age. On the visual motor integration section of the PDMS-2 J███ achieved a standard score of 5, which is in the poor range. He was able to place a pellet in a bottle, scribble spontaneously, build a tower of 8 cubes, insert shapes (circle, square, and triangle) into a formboard, turn pages of a book, imitate vertical and horizontal strokes, and remove a top from a bottle. J███ demonstrated difficulty with snipping paper with scissors, stringing beads, folding paper in half and reproducing block designs.

## Central Assessment Referral and Evaluations (C.A.R.E.) CENTER



Office of Special Education
(Located at Shaw Junior High School)
925 Rhode Island Avenue, NW
Washington, DC 20001
(202) 671-0882



Mr. Anderson, Jesse's father reports at home he likes to build with legos and building blocks, roll cars back and forth, put toys into bins, play with playdough, and painting. He also reports that Jesse loves to run and loves spinning toys.

### Sensory Profile

The Sensory Profile is a measure of children's responses to sensory events in daily life. The caregiver completes the Sensory Profile by assessing the frequency of the child's responses to certain sensory processing, modulation, and behavioral/emotional events as described in the 125 items. We know from research that the Sensory Profile can help identify the child's sensory processing patterns; then we can consider how these patterns might be contributing to or creating barriers to performance in daily life.

Alyson Steele J██████ mother completed the caregiver questionnaire. The Sensory Profile was given as a part of a total assessment that included interviews, observations, and other tests to reveal the possible contribution of sensory processing patterns to J██████ challenges.

### Sensory Processing

J████ received no scores for the following sections:
- Visual Processing
- Vestibular Processing
- Touch Processing
- Multisensory Processing

This means that Ms. Steele was unable answer some of the items because they were not observed or not applicable to J████

For the Visual Processing section it is reported that J████ frequently looks carefully or intensely at objects/people and occasionally he expresses discomfort with or avoids bright lights, happy to be in the dark, has difficulty putting puzzles together, and covers eyes or squints to protect from light.

For the Vestibular Processing section Ms. Steele reported J████ frequently avoids playground equipment or moving toys, seeks all kinds of movement and this interferes with daily routines, seeks out all kinds of movement activities and rocks unconsciously and he occasionally dislikes riding in a car, twirls/spins self frequently throughout the day

3          222

**Central Assessment Referral and Evaluations (C.A.R.E.) CENTER**



Office of Special Education
(Located at Shaw Junior High School)
925 Rhode Island Avenue, NW
Washington, DC  20001
(202) 671-0882



and rocks in desk, chair or on the floor.

For the Touch Processing section J▮▮▮ always prefers to wear short sleeves.  He frequently is sensitive to certain fabrics, becomes irritated by shoes or socks, and doesn't seem to notice when face or hands are messy.  J▮▮▮ occasionally expresses distress during grooming, reacts emotionally or aggressively to touch, rubs or scratches out a spot that has been touched, avoids wearing shoes (loves to be barefoot, and touches people and objects.

In the area of Multisensory Processing J▮▮▮ frequently has difficulty paying attention and looks away from tasks to notice all actions in the room.  He occasionally seems oblivious within an active environment, hangs on people, furniture, or objects even in familiar situations, walks on toe and leaves clothing twisted on body.

Although there were no scores for the following sections Visual Processing, Vestibular Processing, Touch Processing, and Multisensory Processing J▮▮▮ does exhibit some difficulties in the mentioned areas.

J▮▮▮ has probable difference scores in the area of Oral Sensory Processing.  Ms. Steele reports that some days J▮▮▮ likes some foods and some days other foods.  He occasionally chews or licks on nonfood objects such as foam blocks, toys, and pictures of food in books.

J▮▮▮ has difficulty with Auditory Processing.  He always responds negatively to unexpected or loud noises except for particular noises that he has worked hard to get used to such as fire engines and trains.  He frequently holds hands over ears to protect ears from sound, has trouble completing tasks when the radio is on, is distracted or has trouble functioning if there is a lot of noise around, appears to not hear what you say and enjoys making play noise.

When children have difficulty in this sensory system, it means that this form of sensory input is confusing, upsetting, or not meaningful to the child. In any case, difficulty with sensory input can interfere with the child's ability to complete important activities successfully as other children do.

## Modulation

There are no scores for the following Modulation sections:
- Modulation of Sensory Input Affecting Emotional Responses

4

## Central Assessment Referral and Evaluations (C.A.R.E.) CENTER



**Office of Special Education**
**(Located at Shaw Junior High School)**
**925 Rhode Island Avenue, NW**
**Washington, DC 20001**
**(202) 671-0882**



This means that Ms. Steele was unable to answer items because they were not applicable to J██.

J██ obtained scores that indicated typical ability to modulate sensory experiences in daily life. When children have adequate modulation, this means that they can organize input to create an appropriate adaptive response such as responding to the teacher or caregiver. He received scores in the typical range for the following sections
  • Modulation of Movement affecting Activity Level

Ms. Steele reports that J██ frequently appears "on the go" and occasionally prefers quiet, sedentary play and seeks sedentary play activities.

The following scores for Modulation sections are within the Probable Difference classification:
  • Modulation Related to Body Position and Movement
J████ mother reports that he occasionally seems accident-prone, hesitates going up or down curbs or steps, holds walls or banisters and appears to enjoy falling. His mother also states that pretend falling is a favorite.

He has difficulty with
  • Sensory Processing Related to Endurance/Tone
  • Modulation of Visual Input Affecting Emotional Responses and Activity Level
Ms. Steele reports that frequently J██ has a weak grasp and occasionally he seems to have weak muscles and can't lift heavy objects. She also reports when putting on clothes or other coordinated task his grasp seems weak but other times his grasp is quite strong. With modulation of visual input J██ frequently avoids eye contact, stares intensively at objects or people, and watches everyone when they move around the room.
This means the child will have problems in the following areas:
  • Sitting for long periods, remaining alert and maintaining participation with peers.
  • Understanding the meaning and usefulness of visual information resulting in inappropriate responses.

There are no scores for the following Behavioral and Emotional Response sections:
  • Emotional/Social Responses
  • Behavioral Outcomes of sensory Processing

This means that his mother was unable to respond to some items because they were not applicable to J██.
Ms. Steele reports that he plays alongside others but does not directly interact and he does not verbalize feelings most of the time.

5    224

## Central Assessment Referral and Evaluations (C.A.R.E.) CENTER



**Office of Special Education**
(Located at Shaw Junior High School)
925 Rhode Island Avenue, NW
Washington, DC 20001
(202) 671-0882



J███ obtained scores indicating typical performance in the area of:
• Items Indicating Thresholds for Response

J███ mother indicates that he occasionally jumps from one activity to another so that it interferes with play.
When children have good behavioral and emotional responses, this indicates that they are using their sensory input and modulation successfully to produce appropriate responses in everyday life.

The Sensory Profile scores reveal that J███ has some useful and some difficult ways to understand and use sensory information.
His strengths lie in the areas of:
• Modulation of Movement Affecting Activity Level
• Items Indicating Thresholds for Response

J███ is having difficulty with other ways of processing sensory information and these are likely to be interfering with daily life performance. He is having difficulty with:
• Oral Sensory Processing
• Modulation Related to Body Position and Movement.
• Auditory Processing
• Sensory Processing Related to Endurance/Tone
• Modulation of Visual Input Affecting Emotional Responses and Activity Level

### Clinical Observations
J███ demonstrates visual attention to various tasks especially puzzles. When putting together a 9-piece non-interlocking puzzle he visually scans the puzzle and finds where the piece goes before inserting. His father, Mr. Andersen, reports that he does all right on the playground with slides and the jungle gyms but does tolerate the swings as well. Ms. Steele reports that he does not like to swing without a parent.
J███ is able to put on and take off his pants, socks, underwear and shoes. He can take his coat off. He needs assistance with fasteners. His father also reports that J███ has difficulty with sequences such as when washing hands and getting dressed.
He is able to feed himself with a spoon or fork but prefers to use his fingers.
J███ tolerates various positions on the therapy ball and he able to pick up the therapy ball. He throws and kicks ball large and small.

**Central Assessment Referral and Evaluations (C.A.R.E.) CENTER**



Office of Special Education
(Located at Shaw Junior High School)
925 Rhode Island Avenue, NW
Washington, DC 20001
(202) 671-0882



**Summary**

J█ is a 3 year 3 month old male who exhibits strengths with his ability to visually attend to tasks of interest such as puzzles. He exhibits difficulty with sensory processing in the areas of auditory and oral sensory processing and proprioception dealing with muscle tone. On the grasping subtest of the PDMS-2 J█ achieved a standard score of 6 which is in the below average range and on the visual motor integration subtest he achieved a standard score of 5 which is in the poor range. J█ obtained a fine motor quotient of 73 indicating his overall fine motor skills are in the poor range. J█ also has some difficulties with sequencing of tasks. This information will be shared with the MDT.

Wanda R. Banks, M.A., OTR/L

7    226

# Children's
## National Medical Center®

111 Michigan Avenue, N.W.
Washington, DC 20010-2970
(202) 884-5000

**CHILD DEVELOPMENT PROGRAM
DEVELOPMENTAL EVALUATION**

**NAME:** J▊▊▊ A▊▊▊▊▊                    **DOE:** 8/8/2006
**MR#:** 020475948                       **DOB:** ▊▊▊/2003
**REFERRAL SOURCE:** Milagros Ariza, M.D.  **AGE:** 36 months

## HISTORY

J▊▊▊ A▊▊▊▊ is a 36-month-old boy seen for a developmental evaluation. A developmental screening was conducted in March 2006 at the child care center J▊▊▊ attends. The results of the screening indicated that J▊▊▊ fine motor skills were appropriate for his age, but concerns were identified in the areas of language and personal-social development. Based on this screening, it was recommended that J▊▊▊ parents seek a comprehensive developmental evaluation for him. Additionally, J▊▊▊ parents raised concerns about him being extremely shy and unwilling to participate in group activities at school.

According to his parents, J▊▊▊ was born at full term weighing 7 pounds 14 ounces. There were no reported complications with the pregnancy or birth. J▊▊▊ had acid reflux following his birth. He was treated with Carafate for one week and Prevacid for six months. J▊▊▊ parents also reported that he had colic as an infant. Currently, J▊▊▊ is reported to be healthy, as he has no hospitalizations or major illnesses, and takes no medication. J▊▊▊ receives pediatric care at Pullman & Ariza Pediatrics. His vision and hearing were last screened at birth. He had his annual physical on September 1, 2006.

## SOCIAL SITUATION/EDUCATION PROGRAM

J▊▊▊ lives with his parents in Washington, D.C. His mother was expecting their second child at the time of the evaluation and had a daughter on August 15, 2006. J▊▊▊ attends ACC Model Cities Center four days each week and is home with his mother each Friday. He has reportedly never received therapeutic intervention.

## TEST PROTOCOL

**Bayley Scales of Infant Development – 2nd Edition
Vineland Adaptive Behavior Scales
Clinical Observation**

## TEST RESULTS at 36 months of age

|  | Standard Score | Age Equivalent |
|---|---|---|
| **\*BAYLEY** |  |  |
| Mental Index | 66 | 26 months |
|  |  |  |
| VINELAND |  |  |
| Communication | 89 | 30 months |
| Daily Living | 70 | 22 months |
| Socialization | 72 | 19 months |
| Motor | 83 | 30 months |
| Composite | 72 | 25 months |



227

**\*Test Behavior**

J&#9608;&#9608; was engaged with the testing activities today and remained attentive throughout the session. However, he used very little language during the evaluation despite his parents' report that he uses many words at home. His parents thought that his behavior today was generally characteristic of him and that his limited use of language was consistent with his shyness in new situations. It is likely that J&#9608;&#9608; standard score on the Bayley underestimates his potential as several items require a verbal response.

**Gross Motor: Control of body position and movement (2 ½ to 3 years)**

J&#9608;&#9608; behavior prevented formal evaluation of his gross motor skills. According to parent report and informal observation, J&#9608;&#9608; is able to walk and run with ease and no problems were noted with gait. He is reportedly able to walk up and down the stairs with alternating feet while holding onto a railing for support. His parents report that he is not yet able to pedal a tricycle. J&#9608;&#9608; reportedly climbs on low play equipment, but does not climb on higher equipment, such as monkey bars.

**Fine Motor: Control of small muscles involving the hands and mouth (up to 2 ½ years)**

J&#9608;&#9608; fine motor skills are mildly delayed. J&#9608;&#9608; was able to place pegs into a peg board within 25 seconds and easily manipulated puzzle pieces. Using blocks, J&#9608;&#9608; was able to produce an 8-block tower, but did not attempt to replicate other block patterns I built with blocks. J&#9608;&#9608; crayon grip was slightly immature. He was able to direct his stroke on paper to imitate vertical and horizontal strokes, but not a circle. J&#9608;&#9608; parents reported that he is able to use a spoon or a fork when eating, but often prefers to finger feed.

**Communication/Language: Understanding, communicating with words/gestures (2 to 2 ½ years)**

J&#9608;&#9608; language development is delayed. His parents report that he uses and understands at least 200 words. His parents further report that he uses both words and pointing to ask for or direct attention toward things he wants. As mentioned above, J&#9608;&#9608; produced very little language/sounds during the testing session. He said the word "shoe" very faintly when asked to identify a shoe in a picture and repeated "piece of taffy" after he heard his father say it. At home, J&#9608;&#9608; parents indicated that he uses phrases like, "time to go inside," and "there's a bus." Receptively, J&#9608;&#9608; reportedly follows directions that require an action and an object (e.g., put the book away) and will select between two choices offered to him. During the testing session, J&#9608;&#9608; pointed to 10/10 pictures of objects and 5/6 actions in a stimulus book and handed me requested objects from a group of three. J&#9608;&#9608; did not follow directions involving prepositions.

**Cognitive: Integration of information in the environment/play with objects (up to 2 ½ years)**

J&#9608;&#9608; Bayley Mental Index is 66, which indicates a significant delay in cognitive development. This low standard score was significantly impacted by his performance on items that required a verbal response. Although his overall performance was closer to the 24 month level, J&#9608;&#9608; completed some tasks up to the 30 month level. J&#9608;&#9608; was able to complete a 9-piece/2-shape form board, a standard 3-shape form board (also completed in reverse), and a 3-shape part-whole puzzle with the exception of the triangle. J&#9608;&#9608; was only able to complete one of three puzzles without the structure of the form board. He maneuvered a string of beads into a tube, and built an 8-block tower. He did not attempt to build other objects that were demonstrated for him with the blocks. J&#9608;&#9608; was able to imitate vertical and horizontal strokes, but not a circle, with a crayon and paper. He was able to match pictures in an array of four with and without a standard present. J&#9608;&#9608; was also able to match colors and identify geometric forms.

J&#9608;&#9608; play skills are somewhat limited. At home, J&#9608;&#9608; parents report that his favorite toys are trains, foam blocks (i.e., stacking), and cars (i.e., pushing them along the floor, lining them up). He reportedly does not engage in symbolic play.

### Adaptive Behavior: Daily living, self-help skills (immature)

J█████ adaptive skills are immature. He is able to put on and take off his pants, socks, and shoes, but is not able to put on or remove his shirt. J████ is not toilet trained, but is required to wear underwear when he is at day care, where he is on a toileting schedule. He wears both pull-ups and underwear at home where no consistent toileting schedule is implemented. He reportedly has daytime and nighttime accidents and is not consistent in letting others know when he has wet/soiled pants. J████ assists his parents in bathing, but does not assist with brushing his teeth at this time.

J████ is reportedly a good eater. His parents reported that the quantity of food he eats can vary from day to day, but this is normal for his age. He is reportedly eating a variety of foods. J████ sits with his parents at home to eat meals. He uses a spoon and fork approximately half of the time and can drink from an open cup without spilling.

### Social/Emotional Development: Sleep habits, self-regulation, socialization (delayed)

Some behavioral concerns were expressed by J█████ parents. They described him as extremely shy. As mentioned above, he frequently does not talk when he is with new people or in new settings. J████ has the opportunity for peer interaction at his day care and will occasionally play with other children, but most often plays alone. His parents report that he will not participate in any group activities at day care. J█████ opportunities for peer interaction outside of day care are limited. J████ interacted positively with his parents during the session and responded well to praise and encouragement from them by smiling. He made eye contact and socially referenced his parents during the testing session. J████ is reportedly sensitive to sounds. During the testing session, he covered his ears when he heard another child crying in another room. His parents also indicated that he does not like music at day care and will cry when the vacuum is used at home.

J█████ parents report occasional temper tantrums, but his overall behavior appears appropriate for his developmental level. No problems are reported with sleep. J████ sleeps in his own bed for approximately 10 hours each night. He also takes a nap lasting approximately 1 hour during the day. J█████ parents report that he appears to sleep restfully and rarely wakes up during the night.

### IMPRESSION

J████ A████████ is a 3-year-old boy evaluated due to concerns raised at his preschool about language and personal/social skills and by his parents about shyness and lack of participation in group activities at school. He presents today with a general developmental delay with his overall performance in the range of 2 to 2 ½ years. J█████ performance was impacted by his reticence in the testing setting, specifically his minimal use of language during today's evaluation despite his parents report that he is using language at home. J██████ behavior was reportedly consistent with his behavior in strange settings and with unfamiliar people. J██████ play skills are somewhat limited and he has not developed social skills appropriate for his age. Additionally, J██████ gross and fine motor skills are mildly delayed and his self-help skills are immature.

### RECOMMENDATIONS AND PLAN

1. We recommend a formal speech and language evaluation as well as a hearing evaluation.
2. We recommend the family contact the C.A.R.E. Center to access appropriate therapeutic interventions.
3. Schedule 1:1 play dates with a peer to build socialization skills. Staff members at J█████ day care may help identify an appropriate peer.
4. At school, J████ may benefit from being paired with a peer to complete assigned tasks within the classroom (i.e., "helpers") to improve his socialization skills.
5. We recommend that the family follow the same toileting schedule at home that is used at day care.
6. To assist J████ in the development of his play skills, J██████ parents can model scenarios to expand his regular play with favorite toys. For example, building a ramp for cars to go down or pretending to get gas for the car, wash the car, etc.

**Central Assessment Referral and Evaluations (C.A.R.E.) CENTER**



Office of Special Education
(Located at Shaw Junior High School)
925 Rhode Island Avenue, NW
Washington, DC 20001
(202) 671-0882



**EARLY CHILDHOOD**

## SPEECH-LANGUAGE REVIEW AND OBSERVATION

**Student's Name:** J███ A██████          **DOB:** ███-03
**School:**  Model Cities/ Early Childhood     **ID#:**
**Examiner:** Judith A. Edghill, M.S., CCC-SLP/A   **DOR:** 12/5/06
**Chronological Age:  3.4**

### REASON FOR REFERRAL:

J███ was referred for a Speech and Language assessment review to determine eligibility for special education services under IDEIA, 2004 part B and to assist with educational planning.

### ASSESSMENT PROCEDURES:
1.    Record Review/Background Information
2.    Review of Speech and Language Report
3.    Parent Interviews
4.    Classroom Observation/Teacher Interview

### RECORD REVIEW/BACKGROUND INFORMATION:

J███ is a 3.4 year old little boy who currently attends Model Cities Childcare Center Monday- Thursday.   According to the information provided in the Developmental History Questionnaire that was completed on 11/2/06 with Alyson Steele, J█████ mother, as the respondent, the referral concerns were speech/language, sensory processing and *"strange body movements"*.   Prenatal, perinatal, and medical history was unremarkable. Developmental milestones were generally acquired at age appropriate times.    J███ has an infant sister and he lives at home with his mother and father.

2

**REVIEW OF SPEECH-LANGUAGE ASSESSMENT**:
Leah B. Horst, MA CCC-SLP- 9/15/06- George Washington University Medical Center

Background History:  Speech and language concerns were reported as  *"stagnated speech development...limited use of sentences beyond 3 words...concern that J▮▮▮ may be on the autism spectrum...very solitary play...and 'non-particular and non meaningful' play"*.

Behavioral Observations: *"J▮▮▮ frequently rejected one-to-one interactions with the clinician by turning or walking away and did not demonstrate an interest in joint attention tasks...(he) enjoyed pushing a toy truck back and forth....and playing with a button-push fire station toy...J▮▮▮ was observed to twist his wrist/hand/fingers and flap his hands/arms when excited"*.

Oral Motor Examination: *"Overall buccal, lingual, and labial tone appeared adequate...range of motion and accuracy of movements were not assessed secondary to J▮▮▮ decreased participation"*.  He was also reported to be *"a very picky eater"*.

Auditory Comprehension: ***"Due to J▮▮▮ difficulty engaging with the clinician, skills were primarily reported by the father."***  Based on the information provided by Mr. Andersen, the results revealed that *"J▮▮▮ presents with solid skills up to 2.6-2.11"*.

Expressive Communication: ***"Due to J▮▮▮ difficulty engaging with the clinician, skills were primarily reported by the father."*** Based on the information provided by Mr. Andersen, the results revealed that *"J▮▮▮ expressive language skills were judged to be mostly solid up to 2.0-2.5 range, with scatter up to an age-appropriate level"*.

Articulation/phonology: *"Direct observation of J▮▮▮ during limited speech output indicated mild distortion of vocalic and consonantal sounds...J▮▮▮ was non-stimulable for sound or word repetition"*.

Voice: *"Based on approximately 5 spontaneous vocalizations, the areas of pitch, intensity, quality and resonance appeared to be within normal limits"*.

231

Pragmatics (Social Language)/Play:  *"J⬛ did require modeling by the examiner to carryout various symbolic play schemas...(he) demonstrated inconsistent eye contact...he did not utilize language to request actions and objects from the examiner"*.  It was reported that Mr. Andersen described J⬛ play as *"being non-particular and non meaningful"* and that *"J⬛ is historically very solitary"*.

Attention/Focus:  *"J⬛ demonstrated reduced attention to tasks, as his average attention span for an activity of interest was 2 minutes"*.

Ms. Horst recommended the following:
1. Two 90 minute sessions of speech-language therapy
2. A neurological consultation
3. An occupational therapy consultation
4. Formal assessment of J⬛ speech-language skills once he has more exposure to the testing clinician/clinical environment.

### PLEASE SEE REPORT FOR FULL DETAILS

### CLASSROOM OBSERVATION/TEACHER INTERVIEW/PARENT INTERVIEWS:   Judith Edghill, MS CCC-SLP/A 11/28/06- DCPS

### TEACHER INTERVIEW:

Ms. Colter, J⬛ teacher, was interviewed on November 28, 2006.  J⬛ has been in Ms. Colter's classroom for 2 years.  Ms. Colter described J⬛ as a *"smart little boy, who doesn't talk much"*.  She stated that J⬛ does not engage in play with his peers, but he will briefly watch his peers at play.  Ms. Colter continued by reporting that J⬛ needs frequent repetition and prompting to follow single and multistep directions.  J⬛ experiences difficulty with sequencing steps in a task like washing his hands.  She stated that he requires prompts for each step.  As far as pre-academic skills are concerned, Ms. Colter stated that J⬛ knows his number, letters and shapes.  She stated that he loves to look at books and that he *"can re-tell the story of the Hungry Caterpillar word for word"*.  Ms. Colter also report that J⬛ demonstrates difficulty tolerating noise.  She stated that he will cover his ears when music is on in the classroom or if hear another child cry.  Ms. Colter mentioned that J⬛ enjoys using the computer, seems overly attentive to spinning wheels on toys cars, and frequently will use language *"that sounds that*

4

*you will hear on a computer*". When she was asked to clarify, she stated that J▮▮ often repeats "*word for word*" things that he has heard on a computer or tv. She also described J▮▮ as being a picky eater.

**CLASSROOM OBSERVATION:**

There were 12 students and 4 adults in the classroom during the observation. Upon the observer entering the room, J▮▮ was standing in the middle of the floor between the table and the computer center. J▮▮ stood and watched the computer screen as one of his classmates played on the computer. J▮▮ briefly rocked his body forward and back. He appeared excited as he watched the bright colors and heard the sounds coming from the computer. Ms. Colter called his name and told him to "*come here*". J▮▮ briefly turned his head toward Ms. Colter, however, he turned back to the computer screen and began to rock and flap his hands briefly. Ms. Colter said "*J▮▮ come here*" three additional times, but he did not respond by turning his head or acknowledging that he *heard* her. Ms. Colter took his hand and led him to the table. J▮▮ was able to verbally name and match numbers 1-5 (these were the only numbers that were present). Ms. Colter was often required to repeat "*what number is this*" two or three times before J▮▮ would reply because he was still *so* focused on the computer. After looking at the numbers, Jesse resumed his standing and watching the computer screen. After about 5 minutes or so, Ms. Colter instructed J▮▮ to "*go get a book*", which he complied about two repetitions. J▮▮ got a book, oriented the book correctly and quickly turned the pages. Ms. Colter looked at the book briefly with J▮▮. She told J▮▮ to put the book back and get another book because the book had a lot of torn pages. Before giving the book to J▮▮ to put back, Ms. Colter read one of lines in the book "*Come back here David*". J▮▮ closed the book, took it over to the book shelf and repeated "*Come back here David*". Ms. Colter told J▮▮ to find a specific book. The book was actually hiding behind some of the other books. J▮▮ looked for the book and found it. During clean-up time, Ms. Colter put on a Nursery School CD. Although it was heard by this observer as being played at a soft volume, J▮▮ quickly covered his ears. Later, Ms. Colter demonstrated how knowledgeable J▮▮ was about his shapes. J▮▮ was able to name his shapes and match the shape with the corresponding shape on the floor. During toileting, Ms. Colter was required to request that J▮▮ "*go to the pot*" three times before he reached the "pot". It appeared that J▮▮ would start over to the "pot" and some how forget what he was doing, he would stop and seemed to be focused on something else. He was also observed to twist his thumb. He appeared to be visually focused on

5

something, but this examiner could not determine what it was.   Once he arrived at the "pot", Ms. Colter prompted J▮▮▮ to pull down his pants, which he was able to do in one prompt. J▮▮▮, sat down, use the toilet, and pull up his pants without prompts. He did need a prompt "*Are you finished J▮▮▮?*", to get up from the toilet. Once he finished using the bathroom, J▮▮▮ began to wander over to the computer area again. Ms. Colter prompted "*go wash your hands J▮▮▮*". Again, he needed a few prompts to get him to the sink. He also needed prompts to perform all of the steps required for washing his hands.   It was soon time for lunch.  J▮▮▮ responsibility was to pass out the milk.  J▮▮▮ required prompts to follow the sequence of picking up the milk, finding his classmate, and placing it on the table. J▮▮▮ appeared to frequently get stuck or loose focus when trying to complete his lunch-time task.  He was able to deliver the milk to the correct classmate with prompts, for example "J▮▮▮ take the milk to xxxx". J▮▮▮ sat down at the table, folded his hands for grace. J▮▮▮ was heard saying a few of the words for his grace. J▮▮▮ ate his fruit and nibbled on his roll.  With hand over hand assistance from Ms Colter, J▮▮▮ took 3 bites of his broccoli.   At no time during the classroom observation did J▮▮▮ initiate any verbalizations or requests. He did not use words or play to interact with his classmates. Although his other classmates were curious of whom the observer was (for example, they would come over, say hi, smile or just look at the stranger in the classroom), J▮▮▮ made no visual, gestural or verbal acknowledgement of the observer's presence.   Eye contact was observed to be limited throughout the observation.  The classroom observation was concluded after lunch.

**PARENT INTERVIEWS:**

Mr. Carl Andersen, J▮▮▮ father, was briefly interviewed via telephone on November 30, 2006. Mr. Andersen expressed similar concerns that were outlined in the 9/15/06 Speech and Language Report. He described J▮▮▮ as "shy". Mr. Andersen reported that he and his wife are currently going to see Dr. Wolff, a Behavior Psychologist, weekly to learn strategies to assist them at home with J▮▮▮. Mr. Andersen stated that there has been some improvement with J▮▮▮ compliance with directions.

Ms. Allison Steele, J▮▮▮ mother, was briefly interviewed via telephone on December 1, 2006.   Ms. Steele described the "*strange body movements*" that she was reported during her initial interview on 11/2/06. She reported that J▮▮▮ is frequently engaged in "*stimming*" (self stimulatory behaviors). She stated that he

234

6

rocks and flaps his hands when he gets excited. Ms. Steele also reported that J▉▉▉ enjoys spinning objects (wheels of a car, her cell phone). Ms. Steele reported that although J▉▉▉ can talk, his speech is often scripted. She described J▉▉▉ communication as having little reciprocity. For example, Ms. Steele reported that J▉▉▉ can request an apricot by saying *"Can I have an apricot please?"*, but when you ask him *"Do you want an apricot?"*, he will not give a reply or he may say *"Can I have an apricot please?"*, instead of saying *"yes, please"*. J▉▉▉ can not adapt his language to a particular situation and his language is often considered to be repetitive. Ms. Steele reported that J▉▉▉ was making adequate progress in language development until he was between 18 months and 2 years. She said that his language *"stalled"*. She continued by reporting that J▉▉▉ lacks conversational skills, there is limited reciprocity when talking or playing. J▉▉▉ does not seek others out to share information at home or school. Ms. Steele expressed concern regarding J▉▉▉ ability to sequence directions. She stated that he often requires prompts throughout the sequence. Ms. Steel also expressed concerned regarding his ability to process directions. She reported that he often appears not to hear or doesn't respond; and he covers his ears when he perceives auditory sounds as loud.

## SUMMARY/IMPRESSIONS:

J▉▉▉ is an adorable 3 year old little boy who attends Model Cities Childcare Center. He was referred for special education testing due to concerns regarding speech, language, sensory, and behavior. Although J▉▉▉ did not undergo a "formal" assessment of communication skills, "informal" measures were used to assess J▉▉▉ communicative functioning. According to the GWUMC report dated 9/15/06, J▉▉▉ spoken language skills as reported by Mr. Anderson were described to be in the range of 2.0- age appropriate. According to the classroom observation, teacher interview and parent interviews, J▉▉▉ usage of language appears to be restricted, perhaps repetitive, and lacks reciprocity when compared to similar aged peers. Although he is able to follow some basic classroom directives ("come here J▉▉▉", "get the book"), with repetition; J▉▉▉, frequently require step by step prompts to follow a typical event sequence such as washing his hands. J▉▉▉ presents with periods of overly focused attention, which appears to interfere with his ability to follow a directive immediately. J▉▉▉ was also observed and reported to engage in repetitive motor mannerisms and perhaps becomes preoccupied with spinning objects. J▉▉▉ peer social interactions are very limited. He appears to watch his peers engaged in play, however, he doesn't initiate play or engage in play with his peers. *Based on these findings, it is this*

7

*qualified examiner's professional opinion that J▪▪▪▪ communicative weaknesses appear to have an adverse effect on his ability to participate in age appropriate educational activities.* This decision, however, can only be made by the Multi-Disciplinary Team (MDT). His prognosis for establishing an efficient and functional means of communication appears good given appropriate educational planning and placement.

## RECOMMENDATIONS:

1. The results of this assessment will be discussed with the MDT.

2. If it is determined that J▪▪▪ qualifies for Speech-Language intervention, it is recommended that he undergo a formal speech and language assessment in approximately 6 months.

3. The following educational suggestions are recommended to be implemented in J▪▪▪▪ classroom:

   - J▪▪▪ may learn better through the visual mode than auditory, therefore, he may benefit from the following:

     i. Visual schedule so he can be able to transition from task to task smoothly

     ii. Visual sequence picture cards that can help him through various classroom sequences such as washing his hands, going to the bathroom, passing out milk, cleaning up, etc.

     iii. Visual choice picture cards that can assist J▪▪▪ in making his own choices and requests in the classroom, such as library, computer, bathroom

   - J▪▪▪ should be encouraged to participate in parallel play near his peers. Let J▪▪▪ do something that he enjoys (spinning wheels), then slowly engage J▪▪▪ into more appropriate play with the car or toy.

236

8

- J▮▮▮ appears to have an adequate vocabulary, encourage him to use words to label items in the classroom, using a carrier phrase like "This is a ___" or "I have a ___", to help extend his utterances.

- Model what to say and do for J▮▮▮. Once he has mastered the visual scrip, use a verbal script when he is doing a typical classroom sequence (ie. passing out the milk).

- Make sure verbal directions are short and concrete.

**Judith A. Edghill, M.S., CCC-SLP/A**
**DCPS Certified Speech-Language Pathologist**
**ASHA Dually Certified Speech-Language**
**Pathologist & Audiologist**
**ASHA ACE- Award for Continuing Education**

12/5/06
**DATE**

*Tullman to An 2a 466-5356*

Page 1 of 3

*Lynne Israel & Assoc*
*244-8089*

*Jennifer / 244-8089*
*X19*
*want / Nov*

**The George Washington University Medical Center**
**Outpatient Rehabilitation Center**
**2131 K Street, NW, Suite 620**
**Washington, D.C. 20037**
**Phone (202) 715-5659, Fax (202) 715-5658**

## SPEECH LANGUAGE EVALUATION

| | | | |
|---|---|---|---|
| **Name** | J███ A█████ | **Parents** | Carl F. Andersen |
| **Address** | 117 12th Street, SE #8 | **Phone** | 202.544.3310 |
| | Washington, DC 20003 | | |
| **DOB** | ████.2003 | **CA** | 3 years, 1 month (37 months) |
| **Referral Source** | Millie C. Ariza, M.D. | **Examiner** | Leah B. Horst, MA CCC-SLP |
| **Eval Date** | 09.15.2006 | | |

**Diagnosis**      Speech-Language Delay

## REASON FOR REFERRAL

J███ is a 37-months-old male who was referred for a speech-language evaluation by his primary physician, Dr. Ariza. Dr. Ariza and J████ parents sought formal assessment due to concerns with "stagnated" speech-language development over the past 15 months.

## BACKGROUND AND HISTORY

As per parent report, J████ birth and medical history is not significant for illness or difficulty. J███ is reportedly a healthy boy who was the result of a full-term pregnancy. In addition to "stagnated" speech development, Dad reported concerns with J████ hypersensitivity to noise and limited use of sentences beyond three words. Dad also noted that he and his wife are concerned that J███ may be on the autism spectrum, due to behaviors such as repetitive motions, issues that were revealed during parent interview include sensory-seeking behaviors and extreme "shyness" around people other than Mom and Dad. Dad estimated that at this time, J███ has well over 200 words in his spontaneous expressive vocabulary, and denied having any concern with J████ ability to understand age-appropriate speech and language. J███ attends daycare four days per week, and is in a class of ten children. Dad reported that J███ is historically "very solitary" at daycare, although he has noticed some increased interaction in the past one month. J███ lives at home with his mother, father, and one-month-old sister, who he has not fully adjusted to yet. As per Dad's report, J███ is not potty-trained or in the process of potty training, he has demonstrated a variable eating pattern (i.e. "sometimes not much, sometimes a lot"), is a "very" picky eater, and loves to read books. Dad feels that J████ lack of eye contact and interaction with people other than Mom and Dad is because of his "shyness". In reflecting on J████ play, Dad described much of J████ play as being "non-particular" and "non-meaningful", although he has noticed an increase in meaningful and symbolic play recently, and is beginning to encourage and facilitate this more at home. Family history is significant for unspecified "speech problems" experienced by Dad's brother, and "maybe others" [in the family].

## ASSESSMENT

### Behavioral Observations

J███ was seen in the morning with his father. He presented as a quiet and shy boy who was able to play independently. J███ frequently rejected one-to-one interactions with the clinician by

turning or walking away, and did not demonstrate an interest in joint attention tasks. Eye contact was poor for most of the session, although J▬ engaged in four instances of eye contact with the clinician in the last ten minutes of the evaluation. He appeared to be curious about his new environment, although not particularly explorative. J▬ enjoyed pushing a toy truck back and forth on a flat surface and playing with a button-push fire station toy. J▬ was observed to twist his wrist/hand/fingers and flap his hands/arms when excited. He sought attention and physical contact from his father.

**Oral Motor Exam—**_No Impairment Indicated_
Cursory observation of Joshua's external oral/facial structures revealed adequate structure to support speech production. Overall buccal, lingual, and labial tone appeared adequate. Range of motion and accuracy of movements were not assessed secondary to Joshua's decreased participation.

**Language**
Expressive and receptive language skills were assessed using the Preschool Language Scale—Fourth Edition (PLS4). The PLS4 is an individually administered exam that aids in identifying children who have a language disorder or delay. It combines results of two subtests, _Auditory Comprehension_ and _Expressive Communication_ to achieve a _Total Language Score_ that gives insight into a child's performance compared to other children his age. Responses may be spontaneous, elicited, or reported by the caregiver. Due to J▬ difficulty engaging with the clinician, skills were primarily reported by his father.

**Auditory Comprehension/Receptive Language—**_Impairment Indicated_
In terms of receptive language skills, Joshua presents with solid skills up to the 2:6 to 2:11 month age range. J▬ was able to identify clothing items on self and others, understand spatial concepts such as _in_ and _off_, recognize actions in pictures, understand use of objects, understand part/whole relationships, understand simple descriptive concepts such as _big_ and _dirty_, follow two-step related commands without cues, and understand quantity concepts. It appears that receptive language skills are mildly delayed at this time.

**Expressive Communication/Language—**_Impairment Indicated_
Joshua's expressive language skills were judged to be mostly solid up to the 2:0 to 2:5 months age range, with scattered skills up to an age-appropriate level. J▬ was able to name objects in photographs, use words more often than gestures to communicate, ask questions using rising intonation, use words for a variety of pragmatic functions, use different word combinations, use plurals, combine three words in spontaneous speech, use verb + -_ing_ constructions, name a variety of pictured objects, and use quantity concepts. Dad was unsure if J▬ is able to answer _what_ and _where_ questions or use a large variety of nouns, verbs, modifiers and pronouns in spontaneous utterances.

**Speech**
This area of skill could not be directly or formally assessed due to J▬ low stimulability and difficulty with attention to task. Direct observation of J▬ during limited speech output indicated mild distortions of vocalic and consonantal sounds. J▬ was non-stimulable for sound or word repetition.

**Voice**
Voice could not be fully assessed at this time, due to J▬ limited output and stimulability. Based on approximately five spontaneous vocalizations, the areas of pitch, intensity, quality and resonance appeared to be within normal limits.



**Cognition/ Play—***Impairment Indicated*
Joshua demonstrated reduced attention to tasks, as his average attention span for an activity of interest was 2 minutes. He required frequent redirection and encouragement to continue with an activity. During various play activities using a toy farm with related figurines and a fire truck with automobiles, Joshua did require modeling by the examiner to carry out various symbolic play schemas. At his age, it is expected that symbolic play behavior consist of the majority of his play activities. In addition, he should be able to actively engage others in his play. Neither of these skills were observed during this assessment, and parental report indicated that these skills might be currently emerging.

**Pragmatics—***Impairment Indicated*
Joshua demonstrated inconsistent eye contact throughout the assessment. He did not utilize language to request actions and objects from the examiner.

**Hearing—***No Impairment Indicated*
Tish Claytor, MS CCC-A of the George Washington University Hospital Audiology Center conducted a formal audiological evaluation. Results of sound field testing and tympanogram were reportedly within normal limits. Please refer to her report for details.

---

## SUMMARY AND RECOMMENDATIONS

J███ is a precious 37-months-old boy who was seen with his father for an assessment of his speech and language skills. Due to J███'s shyness and lack of ability to engage and interact with the clinician, speech skills could not be formally assessed, and language skills were primarily reported by Mr. Andersen. At this time, J███ presents with mildly delayed receptive and expressive language skills, and significantly delayed pragmatic skills. Pragmatic skills refer to the social use of language, and are an important component of a child's communication skill set.

Based on results of this assessment, the following course of action is recommended:
1. J███ should be seen for two 90-minute sessions of speech-language therapy per week, in a small group setting. Treatments should focus on speech, pragmatics, and continued monitoring of language development and emergence.
2. J███ should receive a neurological consultation to further assess his skills, needs, and appropriateness of development
3. J███ should receive an occupational therapy consultation to assess need for intervention.
4. J███ speech skills should be formally assessed once J███ has had more exposure to the testing clinician and/or clinical environment.

It was a pleasure working with J███ and his family for this evaluation. Please feel free to contact me if you have any questions or suggestions with regard to this evaluation.

Leah B. Horst, MA CCC-SLP
Speech-Language Pathologist

240

Session Date: 9/8/2006
Client Name: Jessie A███████
Birth Date: ███/2003



Aurical Tone Audiometer

Left Ear/Right Ear - HL

Intensity in dBH

Frequency in Hz

SF - HTL Right: S

SF - HTL Left: ✳

AC: ————————————
BC: ————————————
SF: ————————————
Masking Levels

|  | Right | Masking |  |  | Left | Masking |
|---|---|---|---|---|---|---|
| SRT: | 20 dB |  |  | SRT: | 20 dB |  |
| PTA (A): | Right |  |  |  | Left |  |
| MCL: | Right | Masking |  |  | Left | Masking |

Unaided Discrimination:
| Right | Level | Masking | Binaural | Level | Masking | Left | Level | Masking |
|---|---|---|---|---|---|---|---|---|

Aided Discrimination:
| Right | Level | Masking | Binaural | Level | Masking | Left | Level | Masking |
|---|---|---|---|---|---|---|---|---|

Unaided Discrimination, noise:
| Right | Level | S/N | Binaural | Level | S/N | Left | Level | S/N |
|---|---|---|---|---|---|---|---|---|

Notes
Hx: report of possible speech delay

Results: SFT using VRA revealed responses to tonal and speech stimuli WNL in atleast the better ear.
Tymps WNL AU.

Rx: PCP f/u as directed
      Speech evaluation

Tish Claytor, M.S, CCC-A

**Madsen Electronics**

ZODIAC 901    S/N    36381
Headset       S/N    35833
Cal.Date:    31-Oct-2005
Program Version    4.08

# AUDIOLOGY CENTER
GWUMC ACC 6-201 (202)-994-3632

Operator: TCC
Patient: JA
Date: 8-Sep-2006          Time: 09:19AM

**Tymp: Sweep Left**

ECU:    0.64   ml
MEP:      15   daP
SC:     0.56   ml
Grad:   0.35
TW:      139   daP
Speed:  A.F.A.P.
Dir:    Neg



**Tymp: Sweep Right**

ECU:    0.68   ml
MEP:      15   daP
SC:     0.41   ml
Grad:   0.42
TW:      107   daP
Speed:  A.F.A.P.
Dir:    Neg



242

081013 / 6-89

# QUINN EVANS | ARCHITECTS

2064   ALYSON E. STEELE

SS# 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

| | Reg Gross | Ovt Gross | Total Gross | | Net | | Date 08/31/2006 | Check #1618 |
|---|---|---|---|---|---|---|---|---|
| YTD | 33,966.00 | 0.00 | 33,966.00 | | | | | |
| CUR | 3,112.55 | 0.00 | 3,112.55 | | | | Rate | # of Pay Periods 12 |
| Current | | | 3,112.55 | | 1,461.31 | | Regular 07/26/2006 - 08/25/2006 | |
| | | | | | | | Overtime 07/26/2006 - 08/25/2006 | |

| | FEDERAL | FICA | MEDICARE | STATE2 | LOCAL | FEDERAL | FICA | 401K | FLEX MED W |
|---|---|---|---|---|---|---|---|---|---|
| YTD | 2,509.02 | 1,766.91 | 417.93 | 1,325.84 | 0.00 | | | 5,094.90 | 1,000.00 |
| CUR | 183.56 | 148.22 | 34.66 | 96.00 | 0.00 | | | 466.88 | 125.00 |

FLX MED PR   811.16
YTD   180.25
CUR

Taxable Wages

| | Net | FEDERAL | FICA | ADVANCES |
|---|---|---|---|---|
| | | 1,923.75 | 2,390.63 | 0.00 |
| | 1,461.31 | | 3,112.55 | 0.00 |

| | | VACATION-AA  / / - 08/25/2006 | | | | VACATION-DC  12/26/2005 - 08/25/2006 | | | | SICK LEAVE-AA  / / - 08/25/2006 | | | | SICK LEAVE-DC  12/26/2005 - 08/25/2006 | | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| | Earned | Used | Left | | Earned | Used | Left | | Earned | Used | Left | | Earned | Used | Left | |
| | 0.00 | 0.00 | 0.00 | | 1.00 | 61.00 | 61.00 | | 0.00 | 0.00 | 0.00 | | 32.00 | 32.00 | 0.00 |

| Reg Hours | 113.00 |
| Ovt Hours | 0.00 |
| Total Hours | 113.00 |

*** D I R E C T   D E P O S I T - NON-NEGOTIABLE ***

# QUINN EVANS | ARCHITECTS

219½ NORTH MAIN STREET
ANN ARBOR
MICHIGAN

ALYSON E. STEELE
117 12TH ST, S.E. #8
WASHINGTON, DC 20003

JPMORGAN CHASE BANK, N.A.
DETROIT, MICHIGAN 48226
9-32-720

DATE
08/31/2006

AMOUNT
*** Void ***

41618
41618

3915486613   Checking   1461.31

⑇O4ᴸᴸ8ᴸ8⑇ ⑆O7₂OOO3₂6⑆ ₂OOO1O1₁₂4ᴸ3⑇

Security Features Included. 🔲 Details on back.

243

## DISTRICT OF COLUMBIA PUBLIC SCHOOLS
### WASHINGTON, D.C.
### INDIVIDUALIZED EDUCATIONAL PROGRAM

DCPS - IEP Page 1 of 4

Additional Comments: ☐

## I. IDENTIFICATION INFORMATION

**Student Name:** Last ~~Andersen~~    First J~~~~    MI

**Student ID** 9228229    **Soc. Sec. No.**    **Age:** 3.4    **Grade**

**Gender** ☒ M ☐ F    **Date of Birth** /03    **Ethnic Group** White

**Address** 117 12th Street    **Quadrant** SE #8

Washington    **State** DC    **Apartment #** 20003

☐ Non-attending

**Attending School** WEST ELEMENTRY · 906   AGC  Model City    **Home School** WATKINS

☐ Elem. ☐ Mid/JHS ☐ SHS ☐ CWS /

**Parent** Alyson Steel and Carl Andersen

**Address of (if different from student):** ☐ Parent ☐ Guardian ☐ Surrogate

**House No.** **Street Name** **Quad** **Apt. No.** **City** **State** **Zip Code**
**Telephone: Home** 202 544-3310    **Work** 202-298-6700

### II. CURRENT INFORMATION

**Date of IEP Meeting:** 12/12/2006

**Date of Last IEP Meeting:** 12/12/2006

**Date of Most Recent Eligibility Decision:** 12/12/2006

**Purpose of IEP Conference:**
☒ Initial IEP    ☐ Review of IEP
☐ Requested Eval.    ☐ 3yr ReEval.

Indicate Level of Standardized Assessment:

**ADDENDA TO BE ATTACHED AS NEEDED**
Check the appropriate box(es)

| BEHAVIOR | ☒ TRANSPORTATION |
|---|---|
| ESY | TRANSITION |

| III. LANGUAGE | Language | Language Used for Evaluation | Language Used In Conference | Communication Requirements | To be completed by Office of Bilingual Education English and Math Proficiency Assessment |
|---|---|---|---|---|---|
| **Student** | English | English | English | | Oral |
| **Parent** | English | English | English | | Rdg./ Written |
| **Home** | English | English | English | | Instrument: Date: |

## IV. SPECIAL EDUCATION AND RELATED SERVICES SUMMARY

| SERVICES | SETTING GenEd SpEd Total | | | FREQUENCY Hr./ Min  D/W/M. | | PROVIDER (by discipline) | BEGINNING DATE mm/dd/yyyy | DURATION # wks./mos. | |
|---|---|---|---|---|---|---|---|---|---|
| Specialized Instruction | | 245 | 245 | Hr | W | Specialed Teacher | 12/13/06 | 10 | Mos |
| Speech/Language | | 1.5 | 1.5 | Hr | W | Speech Lang Pathologist | 12/13/06 | 10 | Mos |
| OT | | 1.5 | 1.5 | Hr | W | Occupational Therapist | 12/13/06 | 10 | Mos |
| | | | | | | | | | |
| | | | | | | | | | |
| **TOTAL** | | 27.5 | 27.5 | Hours Per Week | | | | | |

**V. Disability(ies)** Developmental Disability

☐ (Check if setting is general Ed.)

Percent of time in Specialized Instruction and Related Services
☐ 0-20% ☐ 21-60% ☒ 61-100%

Percent of time NOT in a Regular Education Setting

## VI. IEP TEAM (Participants in the development of the IEP)

C. Anderson
A. Steele

**Print and sign your name below:**

Wanda R. Banks    Wanda R. Banks, MA, CTRIL
JudithEeignuscarusis    JudithEeignuscarusis
Andrea Hogarth, McHogarth, School 4
SHEILA SCOTT-BATES SPECIAL EDERATOR
Barbara Rosen Lutt Barbara Rosen Lutt

*I AGREE* with the contents of this IEP. I have had an opportunity to be involved in the development of this IEP. I have received a copy of this IEP and consent to the implementation of the services in the IEP. I have received a copy of the procedural safeguards and parent rights pertaining to special education.

**Parent/Guardian Signature**    **Date** 12-12-06

244

| Student Name ~~Jean Anderson~~ | | Managing School C.A.R.E. Center | DCPS - IEP |
|---|---|---|---|
| Student ID Number 9228229 | DOB ~~03~~ | Attending School *ACC Model Cities* | Page 2 of 4 |
| | | *(WEST ELEMENTARY 3/05)* | |

### VII. Present Educational Performance Levels in Areas Affected by the Disability

Additional Comments: ☐

**Academic Areas:** (Evaluator) *SPECIAL EDUCATOR.*

**Math Strengths:**

JEAN IS ABLE TO GIVE 5 OBJECTS.

**Impact of disability on educational performance in general education curriculum:**

JEAN DOES NOT UNDERSTAND THE CONCEPT OF SAME + DIFFERENT

**Reading Strengths:**

**Impact of disability on educational performance in general education curriculum:**

**Score(s) When Available**
Academic
Math Cal. _____
Math Rea. *SS 80*
See goal page: *1*
Date: *11-08-06*

Rdg. Com _____
Rdg. Basic _____
Written Ex. _____
See goal page: _____
Date: *11/08/06*

---

**Communication (Speech & Language)** (Evaluator) *NORTHEIGH/MRICS/LPA*

**Strengths:**

JEAN can follow basic classroom directives with prompts.

**Impact of disability on educational performance in general education curriculum:**

JEAN overall communicative functioning is below age expectancy.

**Score(s) When Available**
Exp. Lang. *BELOW*
Rec. Lang. *BELOW*
Artic *BELOW*
Voice *WNL*
Fluency *WNL*
Exp. Voc. *NONE*
Rec. Voc. *NONE*
See goal page: *2-4*
Date: *9/13/06*

---

**Motor/Health** (Evaluator) Wanda R. Banks, MA, OTR/L

**Strengths:**

Good visual attention to tasks of interest

**Impact of disability on educational performance in general education curriculum:**

Difficulties with fine motor skills will impact performance of classroom activities

**Score(s) /Results When Available**
PDMS-2    FMQ=73
_____
_____
See goal page: *5-8*
Date: 11/17/06

---

**Social Emotional Behavioral Areas:** (Evaluator) *SPECIAL EDUCATOR, R. ROSENBLATT.*

**Strengths:**

Plays cooperatively with others for 5 minutes

**Impact of disability on educational performance in general education curriculum:**

Highly sensitive to noise. Limited interaction with classmates

**Score(s) When Available**
*< 55 Standard Score*
_____
See goal page: *9*
Date: *11/08/06*

---

**Cognitive/Adaptive Behavior:** (Evaluator) *SPECIAL EDUCATOR, B. ROSENBLATT*

**Strengths:**

Knows colors, body parts, size differences

**Impact of disability on educational performance in general education curriculum:**

Shows limited initiative.

**Score(s) When Available**
*80 Standard Score*
See goal page: *10*
Date: *11/08/06*

---

**Prevocational Skills:** (Evaluator) *SPECIAL EDUCATOR, B. ROSENBLATT*

**Strengths:**

JEAN IS ABLE TO PERFORM SIMPLE ERRANDS

**Impact of disability on educational performance in general education curriculum:**

JEAN IS UNABLE TO ENGAGE IN ACTIVITIES FOR FIFTEEN MINUTES.

**Score(s) When Available**
_____
_____
See goal page: *1*
Date: *11/08/06*

---

District of Columbia Public Schools    07-02-2001    Division of Special Education    Appendix - A    IEP Page 2 of 4

| Student Name | J___ A___ | | Managing School | CARE Center | | DCPS - IEP |
|---|---|---|---|---|---|---|
| Student ID Number 9228229 | | DOB ___03 | Attending School | *All Moock Cares* *WEST ELEMENTARY 950* | | Page 3 of 4 |

| **VIII. SPECIALIZED SERVICES** | Additional Comments: ☐ | | Goal Number: 1 |

Area addressed by goal: __Cognitive Skills__

**ANNUAL GOAL:** (including mastery criteria.)

J___ will improve cognitive skills as measure by the mastery of the short-term objectives

Provider(s): Special Education Teacher

Consider audience, behavior, condition, degree and evaluation.

| SHORT-TERM OBJECTIVES (include mastery criteria or benchmarks) | Date Mastered | Evaluation Schedule |
|---|---|---|
| J___ will be able to identify his first name in print 4/5 opportunties | | monthly |
| J___ will demonstrate an understanding of the concept same/different 4/5 opportunities | | monthly |
| J___ will demonstrate an understanding of basic linguistic concepts such as big/little, before/after, empty/full, infront of/behind, in/out, next to etc. 3/5 opportunties | | monthly |
| J___ will attended to a structured group activity for 10 minutes | | monthly |
| | | |
| | | |

**EVALUATION PROCEDURE(S)**

☐ Portfolio   ☒ Log   ☐ Chart   ☐ Test   ☒ Documented Observation   ☐ Report   ☐ Other _____

| Student Name | J___ A_____ | | | Managing School | CARE CENTER | DCPS - IEP |
| Student ID Number | 9628229 | DOB | ___-03 | Attending School | ACC MODEL CITIES | Page 3 of 4 |

WEST ELEMENTARY SPED   Goal Number: 2

| **VIII. SPECIALIZED SERVICES** | Additional Comments: ☐ |

**Area addressed by goal:** Communication

**ANNUAL GOAL:** (including mastery criteria.)

J___ wil improve social, expressive and receptive language skills as evidenced by the mastery of the following short term objectives

**Provider(s):** Speech-Language Pathologist/Special Education Teacher

Consider audience, behavior, condition, degree and evaluation.

| **SHORT-TERM OBJECTIVES** (include mastery criteria or benchmarks) | **Date Mastered** | **Evaluation Schedule** |
|---|---|---|
| J___ will increase eye contact during structured activities with the therapist/teacher during 3/5 opportunities | | monthly |
| J___ will communicate social greetings ( hi, bye), manners (thank you/please) and 'yes' 'no' using picture, sign/gesture and or word approximations during 3/5 opporunities | | monthly |
| J___ will  make a request to play with a toy/game, go to the potty, get water, or need for help using a picture, sign/gesture, and or word approximation 3/5 opportunties | | monthly |
| J___will follow basic one step directives (eg. sit down, open/shut door, give me, get (item), clean up, get water, go to potty)  3/5 opportunities without prompts | | monthly |
| J___will verbalize his name and age with prompts 3/5 opportunties | | monthly |
| J___ will follow a 3 or 4 step classroom sequence with visual prompts 4/5 opportunities | | monthly |

| **EVALUATION PROCEDURE(S)** |
| ☐Portfolio  ☐Log  ☒Chart  ☐Test  ☒Documented Observation  ☐Report  ☐Other _____ |

| Student Name | J___ A___ | Managing School *CARE CENTER* | DCPS - IEP |
|---|---|---|---|
| Student ID Number | 9228229 | Attending School *ACC Model Cities* | Page 3 of 4 |
| | DOB ___03 | *WEST ELEMENTARY ___* | Goal Number: 3 |

**VIII. SPECIALIZED SERVICES**    Additional Comments: ☐

Area addressed by goal: Communication _____

**ANNUAL GOAL:** (including mastery criteria.)

J___ wil improve social, expressive and receptive language skills as evidenced by the mastery of the following short term objectives

continued

**Provider(s):** Speech-Language Pathologist/Special Education Teacher _____

Consider audience, behavior, condition, degree and evaluation.

| SHORT-TERM OBJECTIVES (include mastery criteria or benchmarks) | Date Mastered | Evaluation Schedule |
|---|---|---|
| J___ will mimic (verbally and/or gesturally) songs, poems, finger play to increase stimulation of voluntary speech 4/5 opportunities | | monthly |
| J___ will communicate- teacher, ___, more, all done, potty, help, stop, and eat/drink with pictures, gestures and/or words 4/5 opportunities | | monthly |
| J___ will take turns during a structured game or play with an adult 4/5 opportunties with decreasing prompts | | monthly |
| J___ will engage in nonverbal/verbal reciprocal play with an adult and peer for increaseing periods of time  3/5 opportunities with decreasing prompts | | monthly |
| J___ will carryout symbolic play schemes with an adult  3/5 opportunites with decreasing prompts | | monthly |
| J___ will use a multiword utterance to indicate a request, preference, or action 3/5 opportunties with decreasing prompts | | monthly |
| J___ will give a verbal response when his name is called. 3/5 opportunities with a decreasing prompts. | | monthly |

**EVALUATION PROCEDURE(S)**

☐ Portfolio  ☐ Log  ☒ Chart  ☐ Test  ☒ Documented Observation  ☐ Report  ☐ Other _____

| Student Name | J___ A_____ | Managing School | *Att. CARE CENTER* | DCPS - IEP |
|---|---|---|---|---|
| Student ID Number | *9228229* | DOB ___/03 | Attending School | *A CC ADULT CARE* | Page 3 of 4 |
| | | | *WEST ELEMENTARY* | |

| VIII. SPECIALIZED SERVICES | Additional Comments: ☐ | Goal Number: |4| |

Area addressed by goal: Communication _____

**ANNUAL GOAL:** (including mastery criteria.)

J___ will improve oral motor programming and increase vocalizations as evidenced by the mastery of the following short term objectives

**Provider(s):** Speech-Language Pathologist _____

Consider audience, behavior, condition, degree and evaluation.

| SHORT-TERM OBJECTIVES (include mastery criteria or benchmarks) | Date Mastered | Evaluation Schedule |
|---|---|---|
| J___ will improve oral motor coordination by usage of visual reinforcements as motivators ( ie. blowing party favors, horns, bubbles, etc) 4/5 opportunities | | monthly |
| J___ will imitate/produce CV and CVCV combinations in functional words- hi, wheee!, my, no, bye bye, pee pee, etc  3/5 opportunities | | monthly |
| J___ will imitate/produce animal/environmental sounds (ie. moo, meow, pop, mmmm, vrooom, choo choo, etc) 3/5 opportunities | | monthly |
| | | |
| | | |
| | | |

| **EVALUATION PROCEDURE(S)** |
|---|
| ☐ Portfolio  ☐ Log  ☒ Chart  ☐ Test  ☒ Documented Observation  ☐ Report  ☐ Other _____ |

| Student Name    J___ A_____ | Managing School  C.A.R.E. Center | DCPS - IEP |
|---|---|---|
| Student ID Number 9228229    DOB ___/03 | Attending School  *ACC MODEL CITIES* *WEST ELEMENTARY 2nd* | Page 3 of 4 |

**VIII. SPECIALIZED SERVICES**    Additional Comments: ☐          Goal Number: 5

Area addressed by goal:  Motor/Health

**ANNUAL GOAL:** (including mastery criteria.)

To improve ability to use sensory information to understand and effectively interact with people and objects in school environment, J___ will:

**Provider(s):** Occupational Therapist

Consider audience, behavior, condition, degree and evaluation.

| SHORT-TERM OBJECTIVES (include mastery criteria or benchmarks) | Date Mastered | Evaluation Schedule |
|---|---|---|
| Participate in various tactile, vestibular, visual, proprioceptive, auditory, gustatory and olfactory activities without behavioral overreactions 80% of the time |  | Monthly |
| Wheelbarrow walk for a distance of 10 feet with support provided at his hips and progressing to his ankles 3 out of 4 trials |  | Monthly |
| Propel a scooterboard from a prone position for a distance of 10 feet using only hands 3 out of 4 trials |  | Monthly |
| Pull self along a 15-foot rope, using a hand over hand pattern, while sitting with legs crossed on a scooterboard, for a distance of 10 feet |  | Monthly |
|  |  |  |
|  |  |  |

**EVALUATION PROCEDURE(S)**

☐ Portfolio  ☐ Log  ☐ Chart  ☐ Test  ☒ Documented Observation  ☐ Report  ☒ Other  Progress Notes

District of Columbia Public Schools          07-02-2001          Division of Special Education          Appendix - A          IEP Page 3 of 4

250

| Student Name | J___ A___ | | Managing School | C.A.R.E. Center | DCPS - IEP |
| Student ID Number | 9228229 | DOB ___/03 | Attending School | *Att Morce Gres* | Page 3 of 4 |

*WEST ELEMENTARY*
*9/5/9*

| **VIII. SPECIALIZED SERVICES** | **Additional Comments:** ☐ | | **Goal Number:** 6 |

**Area addressed by goal:** Motor/Health

**ANNUAL GOAL:** (including mastery criteria.)

To improve motor planning to enhance quality of movement and efficient organization of self for effective participation in school activities, J___ will:

**Provider(s):** Occupational Therapist

Consider audience, behavior, condition, degree and evaluation.

| SHORT-TERM OBJECTIVES (include mastery criteria or benchmarks) | Date Mastered | Evaluation Schedule |
| --- | --- | --- |
| Physically or verbally communicate 2 ideas for therapy activities when presented with 2 choices 3 out of 4 trials | | Monthly |
| Specify at least 3 steps needed to correctly sequence the movements required to perform a given task 3 out of 4 trials | | Monthly |
| Communicate 4 ideas of how to motorically interact with a ball 4 out of 4 trials | | Monthly |
| Complete a specific 4 step activity as demonstrated 3 out of 4 trials | | Monthly |
| Complete a specific 4 step activity following verbal directions 3 out of 4 trials | | Monthly |
| Complete a specific 4 step activity with only initial directions 3 out of 4 trials | | Monthly |

| **EVALUATION PROCEDURE(S)** |
| --- |
| ☐ Portfolio   ☐ Log   ☐ Chart   ☐ Test   ☒ Documented Observation   ☐ Report   ☒ Other Progress Notes |

| Student Name J---- A--------- | | Managing School C.A.R.E. Center | DCPS - IEP |
|---|---|---|---|
| Student ID Number 9228229 | DOB ----/03 | Attending School *Accnovel Cincs* | Page 3 of 4 |

*WEST ELEMENTARY GSB*

**VIII. SPECIALIZED SERVICES**    Additional Comments: ☐    Goal Number: 7

Area addressed by goal:  Motor/Health

**ANNUAL GOAL:** (including mastery criteria.)

To improve fine motor skills for better performance and success with classroom activities, J---- will:

**Provider(s):** Occupational Therapist

Consider audience, behavior, condition, degree and evaluation.

| SHORT-TERM OBJECTIVES (include mastery criteria or benchmarks) | Date Mastered | Evaluation Schedule |
|---|---|---|
| Grasp writing utensils with a tripod grasp with verbal/physical cues 80% of the time | | Monthly |
| Imitate simple shapes including a circle, cross, diagonal lines and a square in various tactile mediums and markers, crayons, and pencils with 80% accuracy | | Monthly |
| Copy simple shapes including a circle, cross, diagonal lines and a square in various tactile mediums and markers, crayons, and pencils with 80% accuracy | | Monthly |
| Button and unbutton large and medium sized buttons independently 3 out of 4 trials | | Monthly |
| Reproduce block designs using up to 6 blocks given a model with decreasing assistance 3 out of 4 trials  *designs* | | Monthly |
| String 15-20 various sized, shaped and textured items (ex. small, medium, and large beads, pasta, cereal) 80% of the time with minimal assistance and progressing to independence | | Monthly |

**EVALUATION PROCEDURE(S)**

☐ Portfolio  ☐ Log  ☐ Chart  ☐ Test  ☒ Documented Observation  ☐ Report  ☒ Other  Progress Notes

District of Columbia Public Schools    07-02-2001    Division of Special Education    Appendix - A    IEP Page 3 of 4

| Student Name  J___ A_____ | | Managing School  C.A.R.E. Center | DCPS - IEP |
|---|---|---|---|
| Student ID Number 9228229 | DOB ___/03 | Attending School  ACCADba  GRES | Page 3 of 4 |

WEST ELEMENTARY
RSP

| **VIII. SPECIALIZED SERVICES** | **Additional Comments:** ☐ | **Goal Number:** 8 |
|---|---|---|

Area addressed by goal:  Motor/Health

**ANNUAL GOAL:** (including mastery criteria.)

To improve fine motor skills for better performance and success with classroom activities, J___ will:

**Provider(s):** Occupational Therapist

Consider audience, behavior, condition, degree and evaluation.

| SHORT-TERM OBJECTIVES (include mastery criteria or benchmarks) | Date Mastered | Evaluation Schedule |
|---|---|---|
| Correctly position fingers in holes of scissors with verbal/physical cues accurately 100% of the time | | Monthly |
| Snip playdough, strips heavyweight paper or sandpaper independently 80% of the time | | Monthly |
| Cut an 81/2 x 11 inch piece of construction paper, heavyweight paper, and sandpaper in half with smooth coordinated cuts independently 80% of the time | | Monthly |
| | | |
| | | |
| | | |

**EVALUATION PROCEDURE(S)**

☐ Portfolio  ☐ Log  ☐ Chart  ☐ Test  ☒ Documented Observation  ☐ Report  ☒ Other  Progress Notes

| Student Name J___ A_____ | | Managing School CARE Center | DCPS - IEP |
|---|---|---|---|
| Student ID Number 9228229 | DOB ___03 | Attending School *ALL MODEL CITIES* | Page 3 of 4 |

**VIII. SPECIALIZED SERVICES**　　Additional Comments: ☐　　*WEST ELEMENTARY 5454*　Goal Number: 9

Area addressed by goal:　Social Emotional

ANNUAL GOAL: (including mastery criteria.)

J___ will improve social emotional skills as measure by the mastery of the short-term objectives

Provider(s): Special Education Teacher

Consider audience, behavior, condition, degree and evaluation.

| SHORT-TERM OBJECTIVES (include mastery criteria or benchmarks) | Date Mastered | Evaluation Schedule |
|---|---|---|
| J___ will show an interest in a group activity for 5 minutes | | monthly |
| J___ will engage in parallel play for 10 minutes | | monthly |
| J___ will communicate social greeting ( hi, bye), manners (thank you/please) 4/5 times | | monthly |
| | | |
| | | |
| | | |

**EVALUATION PROCEDURE(S)**

☐ Portfolio　☒ Log　☐ Chart　☐ Test　☒ Documented Observation　☐ Report　☐ Other _____

| Student Name   J____ A_____ | | Managing School  CARE Center | DCPS - IEP |
|---|---|---|---|
| Student ID Number 9228229 | DOB ___/03 | Attending School  ACC Model Girls ~~KIST ELEMENTARY~~ | Page 3 of 4 |

| **VIII. SPECIALIZED SERVICES** | Additional Comments: ☐ | Goal Number: 10 |
|---|---|---|

Area addressed by goal:  Adaptive Skills

**ANNUAL GOAL:** (including mastery criteria.)

J____ will improve adaptive skills as measure by the mastery of the short-term objectives

Provider(s): Special Education Teacher

Consider audience, behavior, condition, degree and evaluation.

| SHORT-TERM OBJECTIVES (include mastery criteria or benchmarks) | Date Mastered | Evaluation Schedule |
|---|---|---|
| J____ will anticipate and communicate toileting needs  4/5 times | | monthly |
| J____ will follow the  toileting sequence 4/5 times with 1 prompt | | monthly |
| J____ will follow the sequence to wash his hands 4/5 times with 1 prompt | | monthly |
| J____ WILL GET HIS COAT, PUT IT ON AND ZIP IT UP WITH ONE PROMPT 4/5 TIMES. | | MONTHLY |
| | | |
| | | |

| **EVALUATION PROCEDURE(S)** |
|---|
| ☐ Portfolio   ☒ Log   ☐ Chart   ☐ Test   ☒ Documented Observation   ☐ Report   ☐ Other _____ |

| Student Name J____ A_____ | | Managing School C.A.R.E. Center | DCPS - IEP |
|---|---|---|---|
| Student ID Number 9228229 | DOB ___/03 | Attending School ~~ACC Model Cities~~ | Page 4 of 4 |

*WEST ELEMENTARY SYST*

**Additional Comments:** ☐

## IX. LEAST RESTRICTIVE ENVIRONMENT (LRE) DETERMINATION
### SERVICE ALTERNATIVES

Can curricular modification, accommodation and/or supplemental aids and services be used for a LRE setting in regular education?  ☐ Yes  ☑ No

Explanation for removal out of regular education classroom.

J____ will receive specialized instructions in an inclusion setting to address his educational needs.

## X. Supplementary Aids and Services

**Classroom Needs**
(Do not name products or companies.)

| | SETTING | | | FREQUENCY | | PROVIDER | BEGINNING DATE |
|---|---|---|---|---|---|---|---|
| | GenEd | SpEd | Total | Hr./ Min | D/W/M. | (by discipline) | (mm/dd/yyyy) |
| | | | | | | | |
| | | | | | | | |
| | | | | | | | |
| | | | | | | | |

Check and list modifications and/or accommodations for testing: ☐ None needed

- Timing/Scheduling: _____
- Setting: _____
- Presentation: _____
- Response: _____
- Equipment: _____

## XI. STATE AND DISTRICT ASSESSMENTS:
☐ Level I  Tested with non-disabled peers under standard conditions without accommodations.

☐ Level II  (Describe accommodations for level II) Tested under standard conditions with special accommodations.

☐ Level III  (Describe non-uniform conditions for level III) Tested under non-standard conditions with permissible accommodations

☐ Level IV  (Describe the alternative assessment)

☐ Level V  Portfolio: _____

## XII. Areas Requiring Specialized Instruction and Related Services:

| | | | Modifications: |
|---|---|---|---|
| ☐ Reading | ☐ Physical/Sensory | ☐ Transition | ☐ Language Arts/English |
| ☐ Mathematics | ☑ Social Emotional | ☐ Vocational | ☐ Social Sciences |
| ☐ Written Expression | ☐ Physical Development | ☐ Independent Living | ☐ Biological & Physical Sciences |
| ☑ Other: Occupational Therapy | | ☑ Speech/Language | ☐ Fine Arts |
| ☐ None | Apply annual goal(s), objectives and/or modifications to address barriers in each area checked above. | | |

## XIII. PLACEMENT CONSIDERATIONS AND JUSTIFICATION

| DESCRIBE CONSIDERATIONS | ACCEPT/REJECT REASONS | POTENTIAL HARMFUL EFFECTS |
|---|---|---|
| GENERAL EDUCATION. | REJECT | POTENTIAL SCHOOL FAILURE |
| COMBINATION GEN. ED & SPE. ED. | REJECT | POTENTIAL SCHOOL FAILURE |
| OUT OF GEN ED/INCLUSION | ACCEPT | POTENTIAL SCHOOL FAILURE |
| | | |

Modification(s)/Accommodation(s) to address the harmful effects:

SPECIFIC SCHEDULING TO ACCOMMODATE J_____ NEEDS

Location for Services  WEST ELEMENTARY

| To: | Zondra Johnson, Supervisor |
| From: | Ms. Meshach, Special Education Teacher |
| Date: | June 11, 2007 |
| Re: | Goal page update |

J██ A████████

J████ **has not mastered the following goals**

## Cognitive:
1. He has not mastered identifying his name.
2. Understanding concepts
3. He cannot understand
4. He cannot understand "little, big, before, after ,in, out
5. Attend to structured group actives

## Speech and Language:

1. Lack of eye contact
2. Social group greetings " hi, bye"
3. He cannot tell you " I want to write, I want to use the bathroom"
4. Follow simple directions
5. J████ cannot tell you his age
6. Cannot follow 4 to 4 classroom sequence
7. J████ has not mastered most of his communication goals
8. J████ cannot recite rhymes
9. J████ cannot play with the other children

## Occupational Therapy:

1. The OT Therapist says that J████ has made some progress in meeting his goals.

## Motor /Health/J████ has made no progress

## Social / Emotional: J████ has made no progress

## Adaptive Skills: J████ has made no progress.



# DISTRICT OF COLUMBIA PUBLIC SCHOOLS

Office of Academic Services
Department of School Readiness and
Early Childhood Programs

## PROGRESS REPORT
### (3 YEAR OLDS) SY 2006-07

**IDENT:** J.A. 9228229

**TEACHER:** Meshach

**SCHOOL:** West ES

**Parents:** This report is to inform you of your child's progress so that we work together guiding his/her development.

### SCORING KEY
P = Progressing
N = Needs Support

| | SEM 1 | SEM 2 |
|---|---|---|

### MOTOR DEVELOPMENT

| | SEM 1 | SEM 2 |
|---|---|---|
| Jumps | | P |
| W's stairs alternating feet | | P |
| Runs | | P |
| Throws/Catches | | P |
| Cuts paper with scissors | | N |
| Manipulates small objects, pegged table top blocks | | |

### (page 1 of 2)

| | SEM 1 | SEM 2 |
|---|---|---|
| Completes four (4) piece puzzle | | N |
| Participates in finger plays | | N |
| Uses toilet independently | | P |
| Uses fork and spoon age-appropriately | | P |

### LANGUAGE

| | SEM 1 | SEM 2 |
|---|---|---|
| Follows simple directions | | P |
| Tells first name | | N |
| Uses words to meet needs | | N |
| Asks when, how and why questions | | N |
| Uses 2 and 3 word sentences | | N |
| Understands spatial terms (Over, Under, Beside, Top etc.) | | N |
| Uses spatial terms | | N |
| Listens attentively to stories | | N |

### SOCIAL EMOTIONAL

| | SEM 1 | SEM 2 |
|---|---|---|
| Follows school routine | | N |
| Works/plays independently | | P |

### Special Services (Please check if applicable)

| | | SEM 1 | SEM 2 |
|---|---|---|---|
| ESL/Bilingual | | | |
| Special Education | | | √ |
| Speech & Language | | | √ |
| Other OT | | | √ |

### ATTENDANCE

| | Advisories |
|---|---|
| | 1 | 2 | 3 | 4 |
| Days of Instruction | 42 | 45 | 43 | 50 |
| Days Absent | — | — | — | -3 |
| Days Tardy | — | — | — | — |

### COGNITIVE

| | SEM 1 | SEM 2 |
|---|---|---|
| Plays with others | | P |
| Shares/takes turns | | N |
| Has positive self concept | | N |
| Can identify basic body parts | | N |
| Completes independent task | | N |
| Identifies basic colors (Primary and Secondary) | | N |
| Sorts and Classifies objects | | N |
| Counts orally to ___ | | P |
| Uses scribbles and unconventional shapes to write | | P |
| Shows awareness of their environments | | N |
| Matches shapes; circle, square, and triangle | | N |
| Identifies (Please check) Circles √ Squares √ Triangles √ Rectangle √ | | |
| Recognizes name in writing | | N |

258

DISTRICT OF COLUMBIA PUBLIC SCHOOLS
WASHINGTON, D.C.

INDIVIDUALIZED EDUCATION PROGRAM
(IEP)
MEETING NOTES

STUDENT A_____, J_____     SCHOOL West ES     DATE: 4|18|07

| PARTICIPANTS: | PARTICIPANTS: (Sign Name) | DISCIPLINE |
|---|---|---|
| Alyson Steel | | mother |
| Carl Anderson | | Father |
| Michele schooler | | Gen. Ed. Teacher. |
| Amanda Farber | | OT |
| Evangeline Maduech | Smehuch | Sp. Ed. Teacher. |

The purpose of this Meeting is to review an IEP for
_____ _____. The MDT has determine the _____
_____ is eligible for Special Education as a student
with a disability classification of Developmentally
delayed.
He will recieve the following services:
Sp. Instruction   24.5   per week.
speech/language   1.5      "
OT                1.5      "  The following services
were discussed. Combination of Gen. Education
and special Education — out of Gen. Education.
Location of services will be - West ES.

DISTRICT OF COLUMBIA PUBLIC SCHOOLS   07-02-2001   DIVISION OF SPECIAL EDUCATION   IEP MEETING NOTES

259

### DOCUMENTED LEVEL OF SERVICE (PERM)
Complete and attach to MDT/IEP meeting notes

| | |
|---|---|
| School  West Elementary School | Principal Brandon Eatman    Special Education Coordinator John Alberty |
| Date  12/12/2006  Case Manager | Technical Support Supervisor |

Student  J___ A_____    DOB ___/0_    Age    Grade    ]D# 9928229    SSN#

Parent  A. Steele and C. Andersen    Telephone (H) 202 544-3310    (W)

Address: 1i7  12th St  _____  SE  #8  WASH  ___ DC 20003
Street #   Street   Quad  Apt. No.  City   State  Zip Code

REFERRAL SOURCE: (Check)  [X] 120 Day  [ ] Reeval.  [ ] HOD  [ ] SA  [ ] MA

[ ] Nonpublic  [ ] Residential  [ ] Citywide  [ ] Courts  [X] Local School  [ ] Other:

Previous least restrictive environment (LRE Setting):

---

### JUSTIFICATION FOR SETTING CONSIDERATION
(Submit TAT/MDT Documentation)

SUPPORTIVE DATA/DOCUMENTATION

| 2. ACCOMMODATIONS/ MODIFICATIONS | 3. DATA REQUIREMENTS | | |
|---|---|---|---|
| Placement in the special education with related service (OT and Speech/Language) | Current IEP | Yes [X] | No [ ] |
| | Signatures of required participants (MDT notes) | Yes [X] | |
| | Intervention Behavior Plan | Yes [ ] | |
| | Copies of current class work and homework assignments: | Yes [ ] | |
| | Medical Reports: | Yes [ ] | No [X] |
| | Clinical Reports: | Yes [ ] | No [X] |
| | Psychiatric Reports | Yes [ ] | No [X] |
| | Medications: | Yes [ ] | No [X] |
| | Attendance Record | Yes [ ] | |
| | Copies of most recent evaluation(s) | Yes [X] | |

| 4. Results of all interventions: (TAT, MDT, etc. and attach meeting notes.) | 5. Resources needed for program implementation |
|---|---|
| MDT Meeting Notes of  12/12/2006<br>IEP Meeting Notes of  12/12/2006 | |

---

### 6. CURRENT SETTING CONSIDERATIONS

| ROW | SETTING in neighborhood school (Determined through the IEP team.) | SERVICE PROVIDER (Based on documented need) | LEVEL OF SERVICE (Based on documented need) |
|---|---|---|---|
| 1 | [ ] in general education classroom setting. | [ ] general educators with consultation from special education staff | [ ] between 0% and 20% of service time |
| 2 | [X] combination general education and resource classroom | [X] combination of general educators, special educators and related service providers | [X] between 21 % and 60% of service time |
| 3 | [X] *out of general education classroom | [X] special educators and related service providers | [X] between 61 % and 100% of service time |

*In providing or arranging for the provision of nonacademic and extracurricular service and activities, including meals, recess period, and the services and activities, each public agency shall ensure that each child with a disability participates with non-disabled children m those services and activities (300.306) to the maximum extent appropriate to the needs of that child. (300.553) Nonacademic settings)

Check the level of need as indicated:

**DIRECTIONS:**

| | |
|---|---|
| If two or three boxes are checked in the Row 1, check LOW.<br>If two or three boxes are checked in the Row 2, check MODERATE.<br>If two or three boxes are checked in the Row 3, check HIGH. | If one box is checked in each row,<br>check either MODERATE or HIGH,<br>depending on the need of the student. |

### 7. LEVEL OF NEED

| [ ] LOW | [X] MODERATE | [X] HIGH |
|---|---|---|

07-02-2001

Attention: Technical Support Supervisor / PERM Compliance Team

260

**EVALUATION TO JUSTIFY TRANSPORTATION**

Student ~~C_____ A_____~~ ID# 9228229 DOB ~~O__~~103

Attending School *N.WEST ELEMENTARY* *ACE Model City* Neighborhood School *WATKINS. ES*

Attach a copy to the Transportation Data Form and maintain as a part of the IEP

Justification for Transportation as a related service as stipulated in 300.24 (15). (Check all that apply):

1. ☐ Medical reports document a severe health condition that prevents the student from walking to school. Specify _____

2. ☐ Medical reports document a physical disability that prevents the students from walking to or getting to school independently. Specify _____

3. ☐ A documented severe cognitive disability prevents the students from walking or getting to school independently. Specify _____

4. ☐ A visual and/or hearing disability interferes with the student's ability to arrive at school independently. Documentation source _____

5. ☐ A severe communication disability prevents the student from communicating for his/her own safety Documentation source _____

6. ☐ A behavior /emotional disability is so severe or erratic that there is concern for the safety of the student and/or others. Documentation source _____

7. ☐ The student is eligible for the preschool special education program and could not participate without special transportation.

8. ☒ The student is/will attend a distant school because the IEP cannot be implemented at the zoned school.

9. ☐ The student is medically fragile. Documentation source _____

10. ☐ The student requires assistance to get on and off the bus. Documentation source _____

11. ☐ The student is unable to function independently due to the severity of the disability. Documentation source _____

12. ☐ The student requires a non-routine transportation schedule (i.e. contract services, abbreviated school day). Explain _____

13. ☐ Medical reports document that the student has a physical disability and/or severe health condition that prevents him or her from walking to school. Documentation source _____

14. ☐ A documented severe cognitive disability prevents the student from walking to school. Documentation source _____

15. ☐ Other (Specify)

```
┌──────────────────────────────────────────────┐
│                                              │
│                                              │
└──────────────────────────────────────────────┘
```



DISTRICT OF COLUMBIA PUBLIC SCHOOLS
WASHINGTON, D.C.

**INITIAL PLACEMENT**

Student J▉▉ A▉▉▉▉  DOB ▉/05 Age 3:4  Meeting Date 12/12/06
Address 117 12th St S*E #8  Telephone (W) 544-3310 (H) (202) 298-6700

Dear Parent:

You have been provided a copy of the "Procedural Safeguards – Parents Rights" booklet. We
would like to remind you at this time that:
- granting consent is a voluntary action on your part;
- this consent may be revoked at any time although the school district is required to take all
  necessary action to provide appropriate service(s) and may be required t initiate due
  process procedures to obtain consent; and
- by granting consent in writing, you are agreeing to the process indicated below.

✓  Initial Placement

After development of an IEP, the MDT, with the parent, determined that your child will receive
special education and related services at WEST ELEMENTARY SCHOOL school, for:

___ 0% - 20%,       ___ 21% - 60%,   or   ✓ 61% - 100%,

**Parent Response Section:**

I give permission for District of Columbia Public Schools to proceed with the initial placement
for my child.

_____        _____12/12/06_____
Parent/Guardian Signature                Date

Parents would like to take a look at
WEST E.S. program before signing this form.

# GOVERNMENT OF THE DISTRICT OF COLUMBIA
## DEPARTMENT OF HUMAN SERVICES

Early Care and Education Administration
Infant s and Toddlers with Disabilities Office



Date: **3/7/06**

Dear Parent of _____.
<br>(Child's Name & DOB)

Thank you for consenting to have your child screened on _____**3/7/06**_____ at
<br>(Date)

**Model Cities**_____. The screening tool used by the staff member (s) of
<br>(Name of Child Care Center)

**Kennedy Institute**_____ was the ____**Denver II**_____.
<br>(ITDO Contract Agency)                              (Name of Screening Tool)

This is a screening instrument that provides an overall picture of how your child is
functioning according to their age level.   Some of the areas covered include personal-
social skills; problem solving skills; fine and gross motor skills; expressive and receptive
language skills and adaptive skills.

According to the results of the screening, _____ is functioning at
<br>(Child's Name)

his/her current age level in the areas of ____**fine motor**_____
<br>(Area(s) of Skills)

However, he/she did demonstrate some areas of concern with his/her **language and**
**Personal –Social**____. We are recommending that you seek a
<br>(Area(s) of Concern)

comprehensive developmental evaluation for _____.
<br>(Child's Name)

For further developmental evaluation you can contact the **DC Infants and Toddlers**
**Office, Intake Assistant, Cheryl Parker at (202) 727-5785 or the DC Child Find**
**Phone Line at (202) 727-8300.**  You can also ask your doctor for a referral for a
developmental evaluation provide through your health insurance.

Please know that we value parents as the child's first teacher and commend you on a job
**WELL DONE.**  You should also be proud that your child is affiliated with
_____, which is a center committed to your child's
<br>(Name of Child Care Center)

developmental growth and early and educational success.  Again, thank you for allowing
us to work with you and your child.

Sincerely,

*Barbara Lankester*
*2/281-2705*

Note! _____ talked well
when he played alone,
but would not comply
with request or respond
to pictures. 03/06

DISTRICT OF COLUMBIA PUBLIC SCHOOLS
WASHINGTON, D.C.

**CONFIRMATION OF MEETING NOTICE**

Date: _12/05/2006_

Allyson Steele and Carl Andersen
_____
Parent / Guardian Name

117　12 th Street　　　　　SE　#8
_____　_____　　　____　____
Street #　Street　　　　　Quad　Apt. No.

Washington, DC　　　　　　20003
_____　　　　　　　_____
City　　　　　　　　　　　State　Zip Code

RE: J▇▇ A▇▇▇▇▇

SCHOOL: C.A.R.E. Center

ID NO. 9228229

DOB: ▇▇▇/2003

Dear　Ms. Steele and Mr. Andersen

A multidisciplinary team (MDT) meeting is scheduled to discuss the status of your child's educational needs. Your participation is essential, and we look forward to your valuable input. Your child's meeting is scheduled as follows:

Date: _Tuesday 12/12/06_　Time: _1:00 pm_　Place/Location:

| C.A.R.E. Center |
| 925 Rhode Island Ave NW |
| Washington, DC 20001 |

The purpose and details of the meeting are printed below. You and the school may have additional individuals attend the meeting who have knowledge or special expertise regarding your child. Invited participants are listed under MDT members.

**\*The purpose of this meeting is to:**

☒ \*\*develop/review IEP(including consideration of extended school year (ESY) services　　☐ \*\*discuss CompEd
☐ \*\*review evaluation or reevaluation information　　☒ discuss placement　　☐ \*consider transition services needs
☐ develop the student evaluation plan (SEP)　　☐ determine manifestation　　☐ discuss quarterly review
☐ discuss documented levels of service　　☐ discuss eligibility　　☐ behavior plan review
☐ \*\*review records to support the completion of services as follows:

☐ Graduated　☐ Completed Services　☐ Aged Out　☐ Transferred Out of District　☐ Dropped Out
☐ Other: _____

**\*\*Placement will be discussed.**

MDT Members:　☐ Principal or Designee　　☐ General Education Teacher　　☐ Psychologist
☒ Parent　　☒ Special Education Teacher　　☒ Other: _Occupational Therapist_
☐ LEA Representative　　☒ Speech and Language　　_____
☐ Student　　☐ Social Worker　　_____

If the purpose of the meeting includes consideration of a transition plan, your child is invited to attend and a representative of the following agency(ies) may be invited, if appropriate

\* _____　　\* _____

Any questions you may have concerning your child's program will be discussed at the above meeting. ~~A copy of the Procedural Safeguards for parents is enclosed for your information.~~ If the school can be of assistance to you, please contact　_C.A.R.E. Center_　at　_202-671-0882_　(school telephone number).

Sincerely, _Sheila Scott-Bates_

District of Columbia Public Schools　　07-02-2001　　Division of Special Education　　Confirmation of Meeting Notice

264

DISTRICT OF COLUMBIA PUBLIC SCHOOLS
SPECIAL EDUCATION

MULTIDISCIPLINARY TEAM
(MDT)
Meeting Notice

MDT Referral Date: 11/02/2006                                                          Date 12/05/2006

Letter of Invitation                     Re : J̶̶̶̶ A̶̶̶̶̶̶̶̶̶̶̶

Dear Ms. Steele and Mr. Andersen

A multidisciplinary team (MDT) meeting is scheduled to discuss the status of your child's educational needs. Your participation is essential, and we look forward to your valuable input. The purpose and details of the meeting are printed below. You and the school may have additional individuals attend the meeting who have knowledge or special expertise regarding your child. Other invited participants are listed under MDT members.

| Place/Location: | Please check one date for confirmation: |
|---|---|
| C.A.R.E. Center<br>925 Rhode Island Ave NW<br>Wash DC 20001 | ☐ Date: 12/12/2006  Time: 1:00 pm ; or<br>☐ Date: _____  Time: _____ ; or<br>☐ Date: _____  Time: _____ |

If a suggested meeting time is inconvenient, please call the counselor and/or special education coordinator for a mutual time to address the concerns. Participation by teleconference may be requested if other arrangements prove to be unsuccessful.

**\*The purpose of this meeting is to:**

☒ \*\*develop/review IEP (including consideration of extended school year (ESY) services      ☐ \*\*discuss CompEd

☐ \*\*review evaluation or reevaluation information      ☒ discuss placement      ☐ \*consider transition services needs

☐ develop the student evaluation plan (SEP)      ☐ determine manifestation      ☐ discuss quarterly review

☒ discuss documented levels of service      ☐ discuss eligibility      ☐ behavior plan review

☐ \*\*review records to support the completion of services as follows:

☐ Graduated   ☐ Completed Services   ☐ Aged Out   ☐ Transferred Out of District   ☐ Dropped Out

☐ Other: _____

**\*\*Placement will be discussed.**

MDT Members:
☐ Principal or Designee      ☐ General Education Teacher      ☒ Psychologist
☒ Parent      ☒ Special Education Teacher      ☒ Other: Occupational Therapisr
☐ LEA Representative      ☒ Speech and Language      _____
☐ Student      ☐ Social Worker      _____

Any questions you may have concerning your child's program will be discussed at the above meeting. ~~A copy of the Procedural Safeguards for parents is enclosed for your information.~~ If the school can be of assistance to you, please contact

C.A.R.E. Center _____ at (202) 671-0882 _____ (school telephone number).

If the purpose of the meeting includes consideration of a transition plan, your child is invited to attend and a representative of the following agency(ies) may be invited, if appropriate

\* _____      \* _____

See attachments, when appropriate, for - EVALUATION PROCEDURES, TEST, RECORDS OR REPORTS USED

**\*After the third attempt to contact the parent, the meeting will be held without further notice.**
..................................................................................................................................................................
Please sign below and return this page to the school.
..................................................................................................................................................................

Parent/Guardian/Surrogate Signature _____      Date _____

I acknowledge receipt of the Procedural Safeguards for parents (due process procedures).      ☐ Yes   ☐ No

DISTRICT OF COLUMBIA PUBLIC SCHOOLS
SPECIAL EDUCATION
MULTIDISCIPLINARY TEAM
(MDT)
Meeting Notice

Student J___ A_____ DOB _____ Age 3.4 Grade ____ ID 9228229

You have the right to challenge the recommendations by requesting Mediation or a Due Process Hearing before an impartial hearing officer. To initiate a mediation or hearing, you will need to complete a REQUEST FOR MEDIATION or DUE PROCESS HEARING form and mail it to the address listed below:

Office of Mediation and Compliance D.C.
Public Schools 825 North Capitol Street,
N.E. 6ᵗʰ floor 202-442-4800

You have the right to be represented at the hearing by legal counsel. A copy of Parents Procedural Safeguards handbook is provided. A list of free or low cost legal service, for which you may qualify depending on your income, is included. If you would like an additional copy, please contact the principal.

EVALUATION PROCEDURES, TEST, RECORDS OR REPORTS USED

☐ **Wechsler Intelligence Scale for Children-III (WISC 111)** - commonly employed individually administered test designed to measure the intelligence of individuals ages 6 1/2 to 16 1/2 years.  Date of Report _____

☐ **Wechsler Preschool and Primary Scale of Intelligence-Revised (WPPSI-R)** - measures specific mental abilities and processes in ages 4 1/2 to 6 1/2 years. Date of Report _____

☐ **Wechsler Adult Intelligence Scale-III (WIAS 111)** - an individually administered test designed to measure the intelligence of individuals ages 16 and over. Date of Report _____

☐ **Bayley Scales of Infant Development-11** - an individually administered instrument that measures motor, mental and social development in infants and children from 1 month to 42 months of age. Date of Report _____

☐ **Wechsler Individual Achievement Test (WIAT)** - a commonly used individually administered instrument designed to assess the educational achievement of children and adolescents in areas of basic reading, mathematics reasoning, spelling, reading comprehension, numerical operations, listening comprehension, oral expression, and written expression. Date of Report _____

☐ **Peabody Individual Achievement Test-Revised (PIAT-R)** - an individually administered test measuring achievement in areas of general information, reading recognition, reading comprehension, spelling, written expression, and mathematics. Date of Report _____

☐ **Kaufman Test of Educational Achievement (KTEA)** - an individually administered instrument measuring achievement skills in reading decoding, mathematics applications, spelling, reading comprehension, and mathematics computation. Date of Report _____

☐ **Woodcock-Johnson Psycho-Educational Battery** - a diagnostic and evaluation instrument composed of twenty-seven tests divided into three major parts: tests of cognitive ability, tests of achievement, and tests of interests. Date of Report _____

☐ **Bender Visual Motor Gestalt Test** - measures perceptual motor skills to determine visual-motor gestalt functioning and neurological soft-signs in ages 4 to 12 years using the Koppitz Scoring System. Date of Report _____

☐ **Developmental Test of Visual Motor Integration (VMI)** - assesses visual perception and motor coordination in ages 3 years and up using a more structured booklet format. Date of Report _____

☐ **Children's Apperception Test** - a projective story-telling technique for personality evaluation in ages 5 to 10 years. Date of Report _____

☐ **Thematic Apperception Test** -a projective story-telling technique for personality evaluation in older children and adolescents. Date of Report _____

☐ **House-Tree-Person** - a projective drawing technique providing insight into personality structure, physical concerns, and social-emotional adjustment in children and adolescents.   Date of Report _____

MDT Letter of Invitation to the Parent
07-02-2001

2

DISTRICT OF COLUMBIA PUBLIC SCHOOLS
SPECIAL EDUCATION
MULTIDISCIPLINARY TEAM
(MDT)
Meeting Notice

Student J____ A_____   DOB ____/0 Age 3.4   Grade ____ ID 9228229

☐ **Kinetic Family Drawing** - a projective drawing technique measuring one's perception of her family and her role within the family.
        Date of Report _____

☐ **Rorschach Psychodiagnostic Test** - a projective measure y which one's responses to inkblots reveal personality structure, ego strengths and
    reality testing in ages 3 and older.        Date of Report _____

☐ **Goodenough-Harris Drawing Test**- a projective drawing procedure measuring intellectual perceptual-motor maturity and personality
    through the use of drawings of self and a member of the opposite sex in ages 3 to 15.11 years.        Date of Report _____

☐ **Conner's Parent and Teacher Rating Scales** - a paper-and-pencil instrument measuring problem behaviors of children and adolescents as
    reported by the child's teacher, parents, or alternate caregiver. Date of Report _____

☐ **The Vineland Adaptive Behavior Scales** - assesses adaptive and social competency skills. Date of Report _____

☐ **Test of Language Development Primary - Revised (TOLD-P)** - measures primary language proficiency and specific strengths and
    weaknesses in language skills. Date of Report _____

☐ **Kaufman Assessment Battery for Children** - assesses the ability to solve problems using simultaneous and sequential metal processes in
    four global areas: Sequential Processing, Simultaneous Processing, Mental Processing, and Achievement.
        Date of Report _____

☐ **Preschool Language Scale** - measures auditory comprehension and verbal ability skills. Date of Report _____

☐ **Oral Peripheral Speech Examination** - a procedure to determine whether the examinee can appropriately use the lips, tongue, mouth, etc.
        Date of Report _____

☐ **Clinical Evaluation of Language Fundamentals - III** - assesses the child's language functioning including processing and production.
        Date of Report _____

☐ **Expressive One Word Picture Vocabulary Test** - assesses the child's single word expressive vocabulary.
        Date of Report _____

☐ **Receptive One Word Picture Vocabulary Test** - assesses the child's single word receptive vocabulary.
        Date of Report _____

☐ **Goldman-Fristoe Test of Articulation** - assesses the production of consonants in simple and complex contexts.
        Date of Report _____

☐ **Peabody Picture Vocabulary Test-Revised** - individually administered, multiple choice test measuring nonverbal, receptive vocabulary.
        Date of Report _____

☐ **Fisher-Logemann Test of Articulation Competence** - assesses articulation proficiency with single sounds, consonant blends, and vowel production.
        Date of Report _____

☐ **Classroom Observation** - assesses present functioning of the student within the classroom environment.

Free or Low Cost Legal Services

Neighborhood Legal Services
701 4' Street, N.E.
Washington, D.C. 20001
202-682-2700 (NW)
202-682-2732 (NE)
Fax 202-682-0588

The Children's Law Center Inc.
1050 Connecticut Avenue, N.W.
Suite 1200 Washington Square
Washington, D.C. 20036-5317
202-467-4900
Fax 202-467-4949

Neighborhood Legal Services
1213 Good Hope Road, S.E.
Washington, D.C. 20020
202-678-2000
Fax 202-889-3374

University Legal Services
300 1 Street, N.E.
Washington, D.C. 20002
202-547-0198
Fax 202-547-2662

National Coalition for Students with Disabilities
10560 Main Street, Suite 417
Fairfax, VA 22030
703-267-6588      (fax) 703-267-6992

MDT Letter of Invitation to the Parent
07-02-2001

3

267

DISTRICT OF COLUMBIA PUBLIC SCHOOLS
SPECIAL EDUCATION

MULTIDISCIPLINARY TEAM
(MDT)
Meeting Notice

MDT Referral Date: 11/02/2006

Date 11/28/2006

Letter of Invitation          Re : _____ A_____

Dear  Ms. Steele and Mr. Andersen

A multidisciplinary team (MDT) meeting is scheduled to discuss the status of your child's educational needs. Your participation is essential, and we look forward to your valuable input. The purpose and details of the meeting are printed below. You and the school may have additional individuals attend the meeting who have knowledge or special expertise regarding your child. Other invited participants are listed under MDT members.

Place/Location:

C.A.R.E. Center
925 Rhode Island Ave NW
Wash DC 20001

| Please check one date for confirmation: |
| --- |
| ☐ Date:  12/05/2006    Time:  10:00 am  ; or |
| ☐ Date: _____    Time: _____ ; or |
| ☐ Date: _____    Time: _____ |

If a suggested meeting time is inconvenient, please call the counselor and/or special education coordinator for a mutual time to address the concerns. Participation by teleconference may be requested if other arrangements prove to be unsuccessful.

*The purpose of this meeting is to:

☒ **develop/review IEP (including consideration of extended school year (ESY) services          ☐ **discuss CompEd
☐ **review evaluation or reevaluation information          ☒ discuss placement          ☐ *consider transition services needs
☐ develop the student evaluation plan (SEP)          ☐ determine manifestation          ☐ discuss quarterly review
☒ discuss documented levels of service          ☐ discuss eligibility          ☐ behavior plan review
☐ **review records to support the completion of services as follows:

☐ Graduated          ☐ Completed Services          ☐ Aged Out          ☐ Transferred Out of District          ☐ Dropped Out
☐ Other: _____

**Placement will be discussed.

MDT Members:          ☐ Principal or Designee          ☐ General Education Teacher          ☒ Psychologist
☒ Parent          ☒ Special Education Teacher          ☒ Other:  Occupational Therapisr
☐ LEA Representative          ☒ Speech and Language
☐ Student          ☐ Social Worker

Any questions you may have concerning your child's program will be discussed at the above meeting. ~~A copy of the Procedural Safeguards for parents is enclosed for your information.~~ If the school can be of assistance to you, please contact
C.A.R.E. Center _____ at  (202) 671-0882 _____ (school telephone number).
If the purpose of the meeting includes consideration of a transition plan, your child is invited to attend and a representative of the following agency(ies) may be invited, if appropriate
* _____          * _____

See attachments, when appropriate, for - EVALUATION PROCEDURES, TEST, RECORDS OR REPORTS USED

*After the third attempt to contact the parent, the meeting will be held without further notice.
..........................................................................................................................................................
Please sign below and return this page to the school.

Parent/Guardian/Surrogate Signature _____          Date _____

I acknowledge receipt of the Procedural Safeguards for parents (due process procedures).          ☐ Yes          ☐ No

DISTRICT OF COLUMBIA PUBLIC SCHOOLS
SPECIAL EDUCATION
MULTIDISCIPLINARY TEAM
(MDT)
Meeting Notice

Student J██ A██████ _____ DOB ████ Age 3.4 Grade ____ ID 9228229

You have the right to challenge the recommendations by requesting Mediation or a Due Process Hearing before an impartial hearing officer. To initiate a mediation or hearing, you will need to complete a REQUEST FOR MEDIATION or DUE PROCESS HEARING form and mail it to the address listed below:

Office of Mediation and Compliance D.C.
Public Schools 825 North Capitol Street,
N.E. 6ᵗʰ floor 202-442-4800

You have the right to be represented at the hearing by legal counsel. A copy of Parents Procedural Safeguards handbook is provided. A list of free or low cost legal service, for which you may qualify depending on your income, is included. If you would like an additional copy, please contact the principal.

EVALUATION PROCEDURES, TEST, RECORDS OR REPORTS USED

☐ Wechsler Intelligence Scale for Children-III (WISC III) - commonly employed individually administered test designed to measure the intelligence of individuals ages 6 1/2 to 16 1/2 years.          Date of Report _____

☐ Wechsler Preschool and Primary Scale of Intelligence-Revised (WPPSI-R) - measures specific mental abilities and processes in ages 4 1/2 to 6 I/2 years. Date of Report _____

☐ Wechsler Adult Intelligence Scale-III (WIAS III) - an individually administered test designed to measure the intelligence of individuals ages 16 and over. Date of Report _____

☐ Bayley Scales of Infant Development-II - an individually administered instrument that measures motor, mental and social development in infants and children from 1 month to 42 months of age. Date of Report _____

☐ Wechsler Individual Achievement Test (WIAT) - a commonly used individually administered instrument designed to assess the educational achievement of children and adolescents in areas of basic reading, mathematics reasoning, spelling, reading comprehension, numerical operations, listening comprehension, oral expression, and written expression. Date of Report _____

☐ Peabody Individual Achievement Test-Revised (PIAT-R) - an individually administered test measuring achievement in areas of general information, reading recognition, reading comprehension, spelling, written expression, and mathematics. Date of Report _____

☐ Kaufman Test of Educational Achievement (KTEA) - an individually administered instrument measuring achievement skills in reading decoding, mathematics applications, spelling, reading comprehension, and mathematics computation. Date of Report _____

☐ Woodcock-Johnson Psycho-Educational Battery - a diagnostic and evaluation instrument composed of twenty-seven tests divided into three major parts: tests of cognitive ability, tests of achievement, and tests of interests. Date of Report _____

☐ Bender Visual Motor Gestalt Test - measures perceptual motor skills to determine visual-motor gestalt functioning and neurological soft-signs in ages 4 to 12 years using the Koppitz Scoring System. Date of Report _____

☐ Developmental Test of Visual Motor Integration (VMI) - assesses visual perception and motor coordination in ages 3 years and up using a more structured booklet format. Date of Report _____

☐ Children's Apperception Test - a projective story-telling technique for personality evaluation in ages 5 to 10 years. Date of Report _____

☐ Thematic Apperception Test - a projective story-telling technique for personality evaluation in older children and adolescents. Date of Report _____

☐ House-Tree-Person - a projective drawing technique providing insight into personality structure, physical concerns, and social-emotional adjustment in children and adolescents.          Date of Report _____

MDT Letter of Invitation to the Parent
07-02-2001

2

269

DISTRICT OF COLUMBIA PUBLIC SCHOOLS
SPECIAL EDUCATION
MULTIDISCIPLINARY TEAM
(MDT)
Meeting Notice

Student J███ A██████                                    DOB ██/██/██ Age 3.4   Grade _____   ID 9228229

☐ **Kinetic Family Drawing** - a projective drawing technique measuring one's perception of her family and her role within the family.
   Date of Report _____

☐ **Rorschach Psychodiagnostic Test** - a projective measure y which one's responses to inkblots reveal personality structure, ego strengths and
   reality testing in ages 3 and older.   Date of Report _____

☐ **Goodenough-Harris Drawing Test**- a projective drawing procedure measuring intellectual perceptual-motor maturity and personality
   through the use of drawings of self and a member of the opposite sex in ages 3 to 15.11 years.   Date of Report _____

☐ **Conner's Parent and Teacher Rating Scales** - a paper-and-pencil instrument measuring problem behaviors of children and adolescents as
   reported by the child's teacher, parents, or alternate caregiver. Date of Report _____

☐ **The Vineland Adaptive Behavior Scales** - assesses adaptive and social competency skills. Date of Report _____

☐ **Test of Language Development Primary - Revised (TOLD-P)** - measures primary language proficiency and specific strengths and
   weaknesses in language skills. Date of Report _____

☐ **Kaufman Assessment Battery for Children** - assesses the ability to solve problems using simultaneous and sequential metal processes in
   four global areas: Sequential Processing, Simultaneous Processing, Mental Processing, and Achievement.
   Date of Report _____

☐ **Preschool Language Scale** - measures auditory comprehension and verbal ability skills. Date of Report _____

☐ **Oral Peripheral Speech Examination** - a procedure to determine whether the examinee can appropriately use the lips, tongue, mouth, etc.
   Date of Report _____

☐ **Clinical Evaluation of Language Fundamentals - III** - assesses the child's language functioning including processing and production.
   Date of Report _____

☐ **Expressive One Word Picture Vocabulary Test** - assesses the child's single word expressive vocabulary.
   Date of Report _____

☐ **Receptive One Word Picture Vocabulary Test** - assesses the child's single word receptive vocabulary.
   Date of Report _____

☐ **Goldman-Fristoe Test of Articulation** - assesses the production of consonants in simple and complex contexts.
   Date of Report _____

☐ **Peabody Picture Vocabulary Test-Revised** - individually administered, multiple choice test measuring nonverbal, receptive vocabulary.
   Date of Report _____

☐ **Fisher-Logemann Test of Articulation Competence** - assesses articulation proficiency with single sounds, consonant blends, and vowel production.
   Date of Report _____

☐ **Classroom Observation** - assesses present functioning of the student within the classroom environment.

Free or Low Cost Legal Services

Neighborhood Legal Services                          The Children's Law Center Inc.
701 4' Street, N.E.                                   1050 Connecticut Avenue, N.W.
Washington, D.C. 20001                               Suite 1200 Washington Square
202-682-2700 (NW)                                    Washington, D.C. 20036-5317
202-682-2732 (NE)                                    202-467-4900
Fax 202-682-0588                                     Fax 202-467-4949

Neighborhood Legal Services       University Legal Services
1213 Good Hope Road, S.E.         300 1 Street, N.E.
Washington, D.C. 20020            Washington, D.C. 20002       National Coalition for Students with Disabilities
202-678-2000                      202-547-0198                 10560 Main Street, Suite 417
                                                               Fairfax, VA 22030
Fax 202-889-3374                  Fax 202-547-2662             703-267-6588      (fax) 703-267-6992


## Fax Call Report

1

DCPS Office of General Counsel
2024425098
13-Dec-2007 06:06 PM

| Job | Date/Time | Type | Identification | Duration | Pages | Result |
|-----|-----------|------|----------------|----------|-------|--------|
| 16087 | 13-Dec-2007 06:05 PM | Send | 93016573843 | 0:50 | 1 | Success |



**DISTRICT OF COLUMBIA**
**PUBLIC SCHOOLS**

Office of the General Counsel
825 North Capitol Street, N.E., 9th Floor
Washington, D.C. 20002-4232
202-442-5000       Fax: 202-442-5098
www.k12.dc.us

December 13, 2007

Michael Eig & Associates, PC
5454 Wisconsin Ave. Suite 760
Chevy Chase, MD 20815

**Amended DISCLOSURE STATEMENT**

**Subject: Due Process Hearing for J████ A███████ DOB ████2003**

Dear Mr. Eig,

At the upcoming due process hearing in the above-referenced matter, and pursuant to the Individuals with Disabilities Education Improvement Act (IDEIA) of 2004, in addition to any documents and witnesses disclosed by the parent, DCPS may rely upon the witnesses and documents previously disclosed in this matter, and any of the following witnesses/documents[1]:

<u>Witnesses</u>

1. Zandra Johnson, or designee Supervisor CARE Center 202/671-0800
2. Chandra Whitaker, or designee CARE Center
3. Harry Brackenberry LEA Representative at Resolution Meeting
4. Evangeline Meshack, Special Education Teacher at West ES 301/455-4767 or 202/576-6226
5. Jo Ann Lowery, Program Specialist
6. Rhoda Matthews, Special Education Coordinator Anne Beers ES
7. Manon McDowell, Special Education Teacher
8. Monica Harris, Speech Pathologist

<u>Documents</u>

1. 11/20/06 Review of Independent Assessment
2. 12/12/06 Eligibility Determination Form
3. 8/15/07 MDT Notes
4. 8/15/07 Prior Notice
5. Service Ticket
6. OT Evaluation 11/30/06
7. Review of Independent Assessment
8. Developmental Evaluation 8/8/06

---

[1] Witnesses may testify by telephone.

# hp LaserJet 9050mfp series



---

## Fax Call Report    1

DCPS Office of General Counsel
2024425098
13-Dec-2007 06:04 PM

| Job | Date/Time | Type | Identification | Duration | Pages | Result |
|-----|-----------|------|----------------|----------|-------|--------|
| 16085 | 13-Dec-2007 05:44 PM | Send | 93016573843 | 19:32 | 60 | Success |



**DISTRICT OF COLUMBIA**
**PUBLIC SCHOOLS**

Office of the General Counsel
825 North Capitol Street, N.E., 9th Floor
Washington, D.C. 20002-4232
202-442-5000     Fax: 202-442-5098
www.k12.dc.us

December 13, 2007

Michael Eig & Associates, PC
5454 Wisconsin Ave. Suite 760
Chevy Chase, MD 20815

**Amended DISCLOSURE STATEMENT**

**Subject: Due Process Hearing for J____ A_____ DOB ____2003**

Dear Mr. Eig,

At the upcoming due process hearing in the above-referenced matter, and pursuant to the Individuals with Disabilities Education Improvement Act (IDEIA) of 2004, in addition to any documents and witnesses disclosed by the parent, DCPS may rely upon the witnesses and documents previously disclosed in this matter, and any of the following witnesses/documents[1]:

<u>Witnesses</u>

1. Zandra Johnson, or designee Supervisor CARE Center 202/671-0800
2. Chandra Whitaker, or designee CARE Center
3. Harry Brackenberry LEA Representative at Resolution Meeting
4. Evangeline Meshack, Special Education Teacher at West ES 301/455-4767 or 202/576-6226
5. Jo Ann Lowery, Program Specialist
6. Rhoda Matthews Special Education Coordinator Anne Beers ES

<u>Documents</u>

1. 11/20/06 Review of Independent Assessment
2. 12/12/06 Eligibility Determination Form
3. 8/15/07 MDT Notes
4. 8/15/07 Prior Notice
5. Service Ticket
6. OT Evaluation 11/30/06
7. Review of Independent Assessment
8. Developmental Evaluation 8/8/06
9. Speech/Language Evaluation 12/5/06
10. Speech/Language Evaluation 9/15/06

---

[1] Witnesses may testify by telephone.



**OSSE**
DC Office of the
State Superintendent
of Education

# Office of Compliance & Review
## *State Enforcement & Investigation Division*
### STUDENT HEARING OFFICE
1150 5ᵗʰ Street, S. E.
1ˢᵗ Floor
Washington, D.C. 20003
PHONE: (202) 698-3819
FAX: (202) 698-3825

### HEARING NOTICE

| MEMORANDUM VIA: [ √ ] FACSIMILE [ ] MAIL [ ] HAND DELIVERY |
|---|

TO:     Parent (or Representative): M. Eig          Fax No.:  (301)  657-3843

LEA Legal Counsel:     OGC                         (202)  442-5098

RE:        A_____, J____                and (LEA)  DOB: ▓▓▓03
           Student's Name

FROM:    SHARON NEWSOME
         Special Education Student Hearing Office Coordinator

DATE SENT:      11/30/07

The Student Hearing Office received your Request for Due Process Hearing or Mediation for the above named student on
Please be advised that the hearing has been scheduled for:

DATE:        12/20/07

TIME:        9:00, 11:00, 1:00 & 3:00

AT:     1150 5ᵗʰ Street, S. E. , Washington, D.C. 20003
        1ˢᵗ Floor

ASSIGNED HEARING OFFICER: _____

[ ] THIS IS A FINAL NOTICE OF HEARING: If you wish to request a continuance of this hearing, you must submit your request to the Special Education Student Hearing Office at the above address, or at the above fax number. All decisions regarding continuances are made *exclusively* by the Hearing Officer, and cannot be made by SHO administrative staff. Unless you receive notice that the Hearing Officer has granted your request for a continuance, you must appear for the hearing as scheduled above.

[√] THIS IS A PROVISIONAL NOTICE OF HEARING: The SHO was unable to accommodate any of your proposed dates. If you are unavailable for the above date, you must inform the SHO in writing (letter or fax) that the date is unavailable and specify times during the next four business days when you are either available or unavailable for a teleconference with the Hearing Officer. If the SHO does not receive a response from you within three business days of your receiving this provisional notice, the notice becomes a final notice of hearing that may be modified with only a request for a continuance.

Failure to appear for a properly scheduled hearing may result in dismissal of the case or a default judgment against you. Disclosure of evidence and witnesses to the opposing party is required at least *five business days* prior to the hearing with copies to the Special Education Student Hearing Office.

273

```
TRANSMISSION VERIFICATION REPORT
```

```
                                    TIME : 11/30/2007 12:07
                                    NAME : STUDENT HEARING
                                    FAX  : 2026983825
                                    TEL  : 2026983819
                                    SER.# : BROE6J471573
```

| DATE,TIME | 11/30  12:07 |
| --- | --- |
| FAX NO./NAME | 93016573843 |
| DURATION | 00:00:26 |
| PAGE(S) | 01 |
| RESULT | OK |
| MODE | STANDARD |
| | ECM |



**OSSE**
DC Office of the
State Superintendent
of Education

# Office of Compliance & Review
## State Enforcement & Investigation Division
### STUDENT HEARING OFFICE
1150 5ᵗʰ Street, S. E.
1ˢᵗ  Floor
Washington, D.C. 20003
PHONE: (202) 698-3819
FAX: (202) 698-3825

**HEARING NOTICE**

MEMORANDUM VIA: [ √ ] FACSIMILE [ ] MAIL [ ] HAND DELIVERY

TO:    Parent (or Representative): M. Eig          Fax No.:  (301)  657-3843

       LEA Legal Counsel:    OGC                   (202)  442-5098

RE:        A██████, J████                  and (LEA)  DOB: ████/03
           Student's Name

FROM:    SHARON NEWSOME
         Special Education Student Hearing Office Coordinator

ATE SENT:        11/30/07

The Student Hearing Office received your Request for Due Process Hearing or Mediation for the above named student on
Please be advised that the hearing has been scheduled for:

274

       DATE:        12/20/07

```
                                          TIME  : 11/30/2007 12:08
                                          NAME  : STUDENT HEARING
                                          FAX   : 2026983825
                                          TEL   : 2026983819
                                          SER.# : BROE6J471573
```

```
┌─────────────────────────────────────────────────────────────┐
│   DATE,TIME            11/30  12:08                           │
│   FAX NO./NAME         94425098                               │
│   DURATION             00:00:18                               │
│   PAGE(S)              01                                     │
│   RESULT               OK                                     │
│   MODE                 STANDARD                               │
│                        ECM                                    │
└─────────────────────────────────────────────────────────────┘
```



**OSSE**
DC Office of the
State Superintendent
of Education ▦

# Office of Compliance & Review
## *State Enforcement & Investigation Division*
## STUDENT HEARING OFFICE
1150 5ᵗʰ Street, S. E.
1ˢᵗ Floor
Washington, D.C. 20003
PHONE: (202) 698-3819
FAX: (202) 698-3825

### HEARING NOTICE

MEMORANDUM VIA: [ √ ] FACSIMILE [ ] MAIL [ ] HAND DELIVERY

TO:    Parent (or Representative): M. Eig           Fax No.: (301) 657-3843

       LEA Legal Counsel:    OGC                           (202) 442-5098

RE:    A▩▩▩▩, J▩▩▩                              and (LEA) DOB: ▩▩/03
       Student's Name

FROM:    SHARON NEWSOME
         Special Education Student Hearing Office Coordinator

DATE SENT:    11/30/07

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -

The Student Hearing Office received your Request for Due Process Hearing or Mediation for the above named student on
Please be advised that the hearing has been scheduled for:

       DATE:    12/20/07

279

# STATE EDUCATION AGENCY
## DISTRICT OF COLUMBIA PUBLIC SCHOOLS

| | | |
|---|---|---|
| In the Matter of: | ) | BEFORE A SPECIAL EDUCATION |
| | ) | |
| A————, J.    Petitioner | ) | |
| | ) | HEARING OFFICER |
| Vs. | ) | |
| | ) | |
| DCPS | ) | |
| Home School: Watkins ES | | |
| Proposed placement at Anne Beers ES | ) | DISTRICT OF COLUMBIA |
| | | |
| Respondent | ) | PUBLIC SCHOOLS |

## SCHEDULING MEMORANDUM

1. A due process complaint notice and request for due process hearing has been received by the Student Hearing Office in the State Enforcement & Investigation Division. Pursuant to 20 U.S.C. § 1415(f)(1)(B), prior to the opportunity for an impartial due process hearing, the Local Educational Agency shall convene a resolution meeting with the parent(s) and the relevant member or members of the IEP Team who have specific knowledge of the facts identified in the complaint within 15 calendar days of receiving notice of the parents' complaint. The meeting shall include a representative of the Local Educational Agency who has decision-making authority. The Local Education Agency is responsible for scheduling the resolution meeting in consultation with the parent. **The Student Hearing Office does not schedule or participate in resolution meetings**.

2. The complaint notice was filed on **November 1, 2007**

3. The deadline for the resolution meeting is **November 16, 2007** unless the parent and Local Educational Agency agree in writing to waive such meeting, or agree to refer the case to a mediator for mediation.

## RESPONSE TO THE COMPLAINT

A. ***Prior Written Notice Not Issued by the Local Educational Agency***. If the Local Educational Agency has not sent a prior written notice to the parent regarding the subject matter contained in the parent's due process complaint notice, the Local Educational Agency shall, within 10 days of receiving the complaint, send to the parent a response that shall include:

    1. An explanation why the Local Educational Agency proposed or refused to take action raised in the complaint;

    2. A description of other options that the IEP Team considered and the reasons why those options were rejected;

Rev'd. 7/6/05

276

3.     A description of each evaluation procedure, assessment, record, or report the agency used as the basis for the proposed or refused action; and

4.     A description of the factors that is relevant to the agency's proposal or refusal.

B.     Prior written notice, if not already provided to the parent, must be sent by the Local Educational Agency to the complaining party no later than **November 11, 2007.**

C.     *Deficiency Notice*. A complaint notice shall be deemed sufficient unless the party receiving the notice notifies the Student Hearing Office and the complaining party in writing, <u>within 15 days of receiving the notice of the complaint</u>, that the complaint does not satisfy the notice requirements specified in 20 U.S.C. 1415(b)(7)(A).

D.     The deadline for filing a deficiency notice is **November 16, 2007.**

## DUE PROCESS HEARING

Pursuant to 20 U.S.C. § 1415(f)(1)(B)(ii) if the Local Educational Agency has not resolved the complaint to the satisfaction of the parents within 30 days of the receipt of the complaint, the due process hearing may occur, and all applicable time lines for scheduling a due process hearing will commence. A final hearing officer's decision must be issued within 45 days from the expiration of the 30-day resolution period.

## QUESTIONS AND INFORMATION

The staff with the Student Hearing Office does not provide legal advice. The parties should consult with legal counsel or other representative to answer any legal questions about your rights, duties, and responsibilities under the law. The school or the Local Education Agency responsible for scheduling the meeting will provide information about the time, date, and location of the resolution meeting.

Rev'd. 7/6/05

277

Complaint Intake Unit
(202) 548-2590

Office of the State Superintendent of Education
State Enforcement & Investigation Division
For Special Education Programs

# Fax



# Time Sensitive Materials Attached

**Prompt Attention: Attorney: Matthew Bogin, Esq.**
**Parent: Alyson Steele**

Telephone Number: **301-657-1740**
Fax Number: **301-657-3843**

Pages: **3**
Date: **November 1, 2007**

---

**Please find attached a copy of a Scheduling Memorandum regarding:**

Student: **J█████ A█████████**
School:   **Watkins ES, Attending Anne Beers ES**

The Complaint Intake Unit is responsible for providing parties with
information notice that a Due Process Complaint has been filed with the
Student Hearing Office.  If you have questions about the attached Notice,
please contact the Complaint Intake Unit at (202) 548-2590.  Otherwise, if
you have questions about the content of the compliant you should contact
your legal counsel for further advice.

**Thank You**

**Pamela M. Brown**

The document(s) accompanying this telecopy transmission contains confidential information that is legally
privileged.  The information is intended only for use of the individual or entity named Above, if you are not the
intended recipient you are hereby notified that any disclosure, copying, Distribution or the taking of any action in
reliance of the contents of this copied information is Strictly prohibited.  If you receive this telecopy in error, please
immediately notify us by telephone For return of the original document to us.

278

Complaint Intake Unit
(202) 548-2590

Office of the State Superintendent of
Education
State Enforcement & Investigation Division
For Special Education Programs

# Fax

## Time Sensitive Materials Attached

**Prompt Attention: Principal/Administrator**
**Special Education Coordinator**

Telephone Number: **202-645-3240**
Fax Number: **202-645-3225**

Pages: **9**
Date: November 1, 2007

---

**Please find attached a copy of a Scheduling Memorandum and a copy of the Due Process Complaint Notice regarding:**

Student: **J. A**▮▮▮▮▮

School:   ▮▮▮▮▮▮ Attending Anne Beers ES

**The Complaint Intake Unit is responsible for providing parties with information notice that a Due Process Complaint has been filed with the Student Hearing Office. If you have questions about the attached Notice, please contact the Complaint Intake Unit at (202) 548-2590. Otherwise, if you have questions about the content of the compliant you should contact your legal counsel for further advice.**

Thank You
Pamela M. Brown

The document(s) accompanying this telecopy transmission contains confidential information that is legally privileged. The information is intended only for use of the individual or entity named Above, if you are not the intended recipient you are hereby notified that any disclosure, copying, Distribution or the taking of any action in reliance of the contents of this copied information is Strictly prohibited. If you receive this telecopy in error, please immediately notify us by telephone For return of the original document to us.

279

**State Education Agency for the District of Columbia**
**State Enforcement and Investigation Division (SEID)**
**Special Education Programs**



# Due Process Complaint Notice

The form is used to give notice of a due process complaint to the **District of Columbia Public Schools, District of Columbia Public Charter School (DCPS or LEA) and/or parents** with respect to any matter relating to the identification, evaluation, or educational placement of a child with a disability, or the provision of a free appropriate public education to that child. **A party may not have a due process hearing until the party, or the attorney representing the party, files a notice that meets the requirements of the Individuals with Disabilities Education Improvement Act (IDEIA).**

- The due process complaint must describe an alleged violation that occurred not more that two (2) years before the date that the parent or school system knew or should have known about the alleged action that is the basis of the complaint.

- Notice must be provided to the Student Hearing Office of the DC Public Schools, 825 North Capitol Street, NE, 8th Floor, Washington, DC 20002; fax number 202/442-5556.

- Unless the other party agrees, the party requesting the due process hearing shall not be allowed to raise issues at the due process hearing that are not raised in this Due Process Complaint Notice. Therefore, please be thorough in providing the information requested.

- Prior to the opportunity for an impartial due process hearing, the Local Educational Agency (LEA) shall convene a meeting (called a "Resolution Session") with the parent(s) unless the parent(s) and the Local Educational Agency agree in writing to waive this meeting. You will be contacted by a representative of the Local Educational Agency to schedule the meeting. **The Student Hearing Office does NOT schedule resolution meetings.**

- Mediation is also available to all parties as an alternative to a resolution meeting or a Due Process Hearing.

## A.   INFORMATION ABOUT THE STUDENT:

Student Name: J___ A_____   Birth Date: _____, 2003

Address: 117 12th Street, SE, Apt. #8 Washington D.C. 20003

Home School: Watkins Elementary School

Present School of Attendance: proposed placement Anne Beers ES

Is this a charter school? No_____   (If yes, you must also provide a copy of this notice to the charter school principal or director)

Parent/Guardian of the Student: Alyson Steele and Carl Andersen

Address (if different from the student's above): _____ same as above _____

Phone/Contact Number: ____see below____   Fax Number (if applicable): ____see below____

**B.    Individual Making the Complaint/Request for Due Process Hearing:**

Name: Alyson Steele and Carl Andersen

Complete Address: _____ same as above _____

_____

Phone: (h) __see below__  (w) __see below__  (Fax) __see below__  (e-mail) __see below__

Relationship to the Student:

☒  Parent          ☐  Legal Guardian          ☐  Parent Surrogate

☐  Self/Student    ☐  Local Education Agency (LEA)    ☐  Parent Advocate

**C.    Legal Representative/Attorney (if applicable):**

Name:  Matthew B. Bogin, Esq.

Address: _____ Michael J. Eig and Associates, P.C. _____

_____ 5454 Wisconsin Avenue, Suite 760, Chevy Chase, Maryland 20815 _____

Phone: (w)_301-657-1740___ (Fax)_301-657-3843___ (e-mail) janene.jackson@lawforchildren.com

_____

Will attorney / legal representative attend the resolution session?  ☒ Yes          ☐ No

**D.    Complaint Made Against (check all that apply):**

☒  DCPS school (name of the school if different from page one) _____
☐  Charter school (name of the charter school if different from page one) _____
☐  Non-public school or residential treatment facility (name) _____
☐  Parent

**E.    Resolution Session Between Parent and LEA:**

I understand that it is my right to have a resolution session to resolve this complaint.  I also understand that I may voluntarily waive this right if I choose.  (Note: All parties must agree to waive the resolution session to avoid having this meeting.)

☐    I wish to waive the Resolution Session.

**E.    Mediation Process:**

IDEA requires that any time a party requests a due process hearing, mediation should be offered at no cost to the parent.  Both parties can request mediation as an alternative to the Resolution Session.  Mediation is also available prior to a due process hearing, but mediation may not be used to deny or delay a parent's right to a hearing on parent's due process complaint. Please check all that apply:

☐    I am requesting mediation as an alternative to the resolution session meeting.
☐    I am requesting mediation services **only**.
☐    I do not wish to use a mediator at this time.

11/01/2007 02:58 FAX  301 657 3843                MJE PC

**G.    Facts and Reasons for the Complaint:**

In accordance with the Individuals with Disabilities Education Improvement Act (IDEIA), please complete the following questions.  Provide complete details about all the facts supporting your claims.  (You may attach additional pages if needed):

1.    What is the nature of the problem, including the facts related to the problem, that will need to be addressed at a Resolution Session meeting, a Mediation Conference, and/or a Due Process Hearing?

J████ A█████ is a four year old resident of the District who is eligible for special education and related services.  During the 2006-07 school year he was identified by DCPS as "Developmentally Delayed," and attended West Elementary School in a full time special education program. DCPS failed to compile any data on whether J████ met the goals and objectives in the IEP dated December 12, 2006, and failed to provide him with an appropriate program.

Despite having no data about J████ performance, in April of 2007 DCPS modified his IEP and changed his placement to Anne Beers Elementary School in a non-categorical program.  That program does not meet his needs for many reasons.  Among those are that it is non-categorical and therefore the children have different needs from J████; that it is not a smaller program as promised; that the related services are not appropriate; and that the program whether appropriate or not is not implemented well. The IEP as modified is also not appropriate.

2.    To the extent known to you at this time, how can this problem be resolved?
Half day placement at Jenny Waelder Hall Center; speech, occupational, and DIR therapy, as well as transportation.

3.    Issues presented:

The issues to be decided at the hearing are whether DCPS has developed an appropriate IEP for J████; whether the placement at Anne Beers is appropriate to meet his needs; whether DCPS has fully evaluated J████; whether the program proposed by the parents and described above is proper and/or appropriate?

**H.    Estimated amount of time needed for the hearing:** _____1 Day_____

Note:  In the absence of a specified amount of time, the SHO schedules hearings in two hour blocks of time and will allocate two hours to conduct the hearing.  Please indicate if you believe more that two hours will be needed.

**I.    Accommodations and Assistance Needed:**

Please list any special accommodations you may require for a Resolution Session Meeting/Mediation Conference/Due Process Hearing.

- Interpreter (please specify the type) _____

- Special Communication (please describe the type) _____
- Special Accommodations for Disability (please be specific) _____
- Other _____

**J.  <u>Waiver of Procedural Safeguards</u>:**

☒  I (parent/guardian) waive receiving a copy of the procedural safeguards at this time.

**K.  <u>Parent Signature and Affirmation</u>:**

I affirm that the information provided on this form is true and correct.

_____          _____
Signature of Parent or Guardian                                              Date

**L.  <u>Signature of Attorney/Legal Representative</u>:**

*Matthew Bozin / jmj*                                     11/1/07
Legal Representative / Advocate                              Date

**M.  <u>Signature of LEA Representative (if hearing requested by LEA)</u>:**

_____          _____
Representative of LEA                                                    Date

Mail, fax or deliver this complaint notice to:
State Enforcement and Investigation Division
For Special Education Programs (SEID)
Student Hearing Office (SHO)
825 North Capitol Street, NE, 8th Floor
Washington, DC 20002
Fax number: 202/442-5556

# MICHAEL J. EIG AND ASSOCIATES, P.C.

ATTORNEYS AT LAW
SUITE 760
5454 WISCONSIN AVENUE
CHEVY CHASE, MARYLAND 20815-6938

(301) 657-1740
FACSIMILE (301) 657-3843

| | | | Of Counsel: |
|---|---|---|---|
| Michael J. Eig | MD, DC | | Matthew B. Bogin   MD, DC |
| Patricia Cyr | CA, DC | | |
| Paula A. Rosenstock | VA, DC | | |

November 1, 2007

Sharon Newsome
Student Hearing Coordinator
District of Columbia Public Schools
Student Hearing Office
1150 5th Street, SE,  1st Floor
Washington, D.C. 20003

Re:  J████ A█████████
*via facsimile and first-class mail*

Dear Ms. Newsome:

Enclosed please find the Due Process Complaint Notice for the above-referenced student. Please do not hesitate to contact me if you have questions regarding the matter.  Thank you.

Sincerely,

Matthew B. Bogin

Enclosure

cc:  Mr. Andersen and Ms. Steele

284

# MICHAEL J. EIG AND ASSOCIATES, P.C.

ATTORNEYS AT LAW
SUITE 760
5454 WISCONSIN AVENUE
CHEVY CHASE, MARYLAND 20815-6938

(301) 657-1740
FACSIMILE (301) 657-3843

Michael J. Eig       MD, DC
Patricia Cyr         CA, DC
Paula A. Rosenstock  VA, DC

Of Counsel:
Matthew B. Bogin    MD, DC

# FAX

**To:**            Sharon Newsome
                   Student Hearing Coordinator
                   **DCPS - Student Hearing Office**

**Fax Number:**    (202) 698-3825
**From:**          Matthew B. Bogin
**Date:**          November 1, 2007
**Time:**          2:43 pm

**Total Pages:**   6
(including cover)

**Re:**            J███ A████████

This facsimile contains confidential, privileged information intended solely for the addressee. Please do not read, copy, or disseminate it unless you are the addressee. If you have received it in error, please call us at (301) 657-1740 and ask to speak with the sender. Also, we would appreciate your forwarding the document back to us and destroying it. Thank you.

285