UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| CARL ANDERSON AND ALYSON STEELE, parents and next friends of J.A., a minor<br><br>Plaintiffs,<br><br>v.<br><br>DISTRICT OF COLUMBIA *et al.*<br><br>Defendants. | )<br>)<br>)<br>)<br>)<br>)<br>)  Civil Case No. 08-580 (RJL)<br>)<br>)<br>)<br>)<br>) |

## ORDER

Upon consideration of defendants' motion for partial dismissal of plaintiffs' complaint and plaintiffs' opposition to defendants' motion for partial dismissal of plaintiffs' complaint, it is, this 16th day of July, 2008, hereby

**ORDERED** that defendants' motion for partial dismissal is denied in part and granted in part. It is further

**ORDERED** that defendants' motion for partial dismissal is granted as to all claims filed under 42 U.S.C. § 1983. It is further

**ORDERED** that defendants' motion for partial dismissal is denied as to all claims against Mayor Adrian Fenty.

**SO ORDERED**.

_____
RICHARD J. LEON
United States District Judge