IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND

J.A., *et al.*,

      Plaintiffs,

      v.                                                      C.A. No. 08-CV-0580 (RJL)

DISTRICT OF COLUMBIA, *et al.*,

      Defendants.

**CONSENT MOTION FOR ENLARGEMENT OF TIME**

Pursuant to Rule 6 of the Federal Rules of Civil Procedure, the plaintiffs respectfully request that this Court grant an enlargement of time in this matter, as proposed herein. The grounds for this motion are set out in the accompanying memorandum of points and authorities.

WHEREFORE, the plaintiffs respectfully request that this motion be granted.

Respectfully submitted,

    /s/   (filed electronically)
Michael J. Eig                    #912733
Paula A. Rosenstock           #494580
MICHAEL J. EIG AND ASSOCIATES, P.C.
5454 Wisconsin Avenue
Suite 760
Chevy Chase, Maryland 20815

Counsel for the Plaintiffs

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND

| | |
|---|---|
| J.A., *et al.*, <br><br> Plaintiffs, <br><br> v. <br><br> DISTRICT OF COLUMBIA, *et al.*, <br><br> Defendants. | C.A. No. 08-CV-0580 (RJL) |

**MEMORANDUM OF POINTS AND AUTHORITIES IN SUPPORT OF
CONSENT MOTION FOR ENLARGEMENT OF TIME**

Per the Order of June 20, 2008, Plaintiffs' Motion for Summary Judgment is due today. Plaintiffs request an enlargement of their briefing schedule. Defendants have consented to this motion.

By Order of June 20, 2008, this Court set a briefing schedule. The parties have agreed to extend the entire briefing schedule by two days. Therefore, we request the following schedule:

| | |
|---|---|
| July 23, 2008 | Deadline for Plaintiffs' Motion for Summary Judgment |
| August 20, 2008 | Deadline for Defendants' Cross-Motion for Summary Judgment/Opposition to Plaintiffs' Motion for Summary Judgment |
| September 3, 2008 | Deadline for Plaintiffs' Opposition to Defendants' Motion for Summary Judgment/Reply to Opposition to Motion for Summary Judgment |
| September 17, 2008 | Deadline for Defendants' Reply to Opposition to Motion for Summary Judgment. |

Under Rule 6 of the Federal Rules of Civil Procedure, the Court, in its discretion, may enlarge the time for filing a pleading. For the reasons set out above, the plaintiffs respectfully

request that this motion be granted.

        Respectfully submitted,

          /s/    (filed electronically)
Michael J. Eig          #912733
Paula A. Rosenstock    #494580
MICHAEL J. EIG AND ASSOCIATES, P.C.
5454 Wisconsin Avenue
Suite 760
Chevy Chase, Maryland 20815

Counsel for the Plaintiffs

THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| J.A., *et al.*, | |
|       Plaintiffs, | |
|       v. | C.A. No. 08-CV-0580 (RJL) |
| DISTRICT OF COLUMBIA, *et al.*, | |
|       Defendants. | |

**ORDER**

Upon consideration of the parties' proposed briefing schedule, it is by the Court, this

____ day of _____, 2008, hereby

ORDERED, that the parties follow the following schedule:

| | |
|---|---|
| July 23, 2008 | Deadline for Plaintiffs' Motion for Summary Judgment |
| August 20, 2008 | Deadline for Defendants' Cross-Motion for Summary Judgment/Opposition to Plaintiffs' Motion for Summary Judgment |
| September 3, 2008 | Deadline for Plaintiffs' Opposition to Defendants' Motion for Summary Judgment/Reply to Opposition to Motion for Summary Judgment |
| September 17, 2008 | Deadline for Defendants' Reply to Opposition to Motion for Summary Judgment. |

_____
United States District Judge