IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

J.A., *et al.*,

    Plaintiffs,

v.                                    C.A. No. 08-CV-0580 (RJL)

DISTRICT OF COLUMBIA, *et al.*,

    Defendants.

## ERRATA

On September 2, 2008, plaintiffs filed their Reply to Defendants Opposition to Plaintiffs Motion for Summary Judgment and Opposition to Defendants Cross Motion for Summary Judgment (docket numbers 16 and 17). Plaintiffs inadvertently failed to attach their Reply to the DCPS Response to Parents' Statement of Material Facts to Which There is No Genuine Dispute, which they now attach to this errata. Plaintiffs request that this document be attached to docket numbers 16 and 17. Thank you.

                                                              Respectfully submitted,

                                                               /s/ (filed electronically)
                                                               Michael J. Eig     #912733
                                                               Matthew B. Bogin    #911552
                                                               Paula A. Rosenstock  #494580

                                                               MICHAEL J. EIG AND ASSOCIATES, P.C.
                                                               5454 Wisconsin Avenue, Suite 760
                                                               Chevy Chase, Maryland 20815
                                                               (301) 657-1740

                                                               Counsel for Plaintiffs

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| J.A., *et al.*, <br><br> Plaintiffs, <br><br> v. <br><br> DISTRICT OF COLUMBIA, *et al.*, <br><br> Defendants. | C.A. No. 08-CV-0580 (RJL) |

**REPLY TO DCPS RESPONSE TO PARENTS' STATEMENT OF MATERIAL FACTS
AS TO WHICH THERE IS NO GENUINE ISSUE**

In their response to our statement of material facts to which there is no dispute, defendants specifically dispute our paragraphs 19 and 21 for lack of citations to the record. Plaintiffs provide the following support from the record for those statements:

19.   The change of placement was not discussed at the meeting and little to no information about Anne Beers was offered for the parents' consideration.  Tr. at 34-37, 201-09.

21.   J.A. attended Jenny Waelder Hall for the 2007-08 school year, where he made significant educational progress. Tr. at 46-48, Admin. Rec. at 156-60.

                                                 Respectfully submitted,

                                                   /s/ (filed electronically)
                                               Michael J. Eig        #912733
                                               Matthew B. Bogin     #911552
                                               Paula A. Rosenstock  #494580

                                               MICHAEL J. EIG AND ASSOCIATES, P.C.
                                               5454 Wisconsin Avenue, Suite 760
                                               Chevy Chase, Maryland 20815
                                               (301) 657-1740

                                               Counsel for Plaintiffs